IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| v. | * | Criminal No. LO-19-0449 |
| KENNETH W. RAVENELL | * | |

\* \* \* \* \* \* \* \* \* \*

## ORDER

UPON CONSIDERATION of Defendant Kenneth Ravenell's Unopposed Motion to Amend Release Conditions, and all papers submitted in support,

IT IS HEREBY ORDERED that the Defendant's Motion is GRANTED,

AND IT IS HEREBY FURTHER ORDERED that Condition (w) of the Order Setting Conditions of Release for Mr. Ravenell (Dkt. No. 14) is amended to the following:

"Do not possess any personal identifying information of third-parties, except in connection to your legal practice, and notify current and/or future clients of the pendency of the alleged instant offense."

All other conditions of release remain the same.

/s/
Theresa Carroll Buchanan
United States Magistrate Judge

Hon. Theresa C. Buchanan
U.S. Magistrate Judge

DATE: 9/26/19