# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| v. | * | Criminal No. LO-19-0449 |
| **KENNETH W. RAVENELL** | * | |

\* \* \* \* \* \* \* \* \* \* \*

## UNOPPOSED SECOND MOTION TO AMEND RELEASE CONDITIONS

Mr. Kenneth Ravenell, by and through undersigned counsel, hereby respectfully moves pursuant to 18 U.S.C. § 3142(c)(3) for an Order amending his current conditions of release (Dkt. No. 14). Specifically, Mr. Ravenell requests the following be added to the end of condition (k) as it currently exists in the release Order (Dkt. No. 14):

> Mr. Ravenell shall avoid all contact, directly or indirectly, with any person who is or may become a victim or potential witness in the investigation or prosecution, as identified by the Government. From the Murphy firm, the Government has so far identified: William Murphy, Hassan Murphy, Heather Mangus, Travis Gleckler, and Milun Chun. Mr. Ravenell shall not communicate with any current or former Murphy firm employee about this case or investigation.

**The government does not object to, or oppose this Motion.**

In support of this Motion, Mr. Ravenell states the following:

1) Mr. Ravenell is charged in an Indictment with one count of RICO conspiracy, one count of conspiracy to commit money laundering, and one count of narcotics conspiracy. Dkt. No. 1.

2) Mr. Ravenell's initial appearance on the pending Indictment was held on September 24, 2019, before United States Magistrate Judge Theresa C. Buchanan. The government did not seek

Mr. Ravenell's detention, but did request that the Court impose certain release conditions. One of the conditions sought by the Government was a prohibition on Mr. Ravenell having contact with potential witnesses, victims, co-conspirators, or co-defendants as identified on a list provided by the government during the hearing. The list has 39 entries.

3) One of the entries (no. 29) on the government's list is the following: "Current and former employees of the Murphy, Falcon and Murphy Firm, including William Murphy, Hassan Murphy, Heather Mangus, Travis Glecker, and Milun Chun."

4) Mr. Ravenell owns and operates a law firm and continues to practice as an attorney, primarily in Baltimore, and as a result, comes into contact with former and current employees of the Murphy Falcon and Murphy Firm in Maryland courthouses and other locations. The blanket and broad prohibition at issue serves as an undue and severe impediment to Mr. Ravenell's ability to practice as an attorney and operate his law firm.

5) The modification proposed herein would allow Mr. Ravenell to continue to practice, while also alleviating the concerns that the government and the Court have in regards to protecting potential witnesses, victims, co-conspirators, and co-defendants.

6) Counsel for Mr. Ravenell has communicated this request and proposed modification to the government. The government has no objection to the proposed modification.

THEREFORE, Mr. Ravenell respectfully requests that this Honorable Court grant this Motion, and issue an Order modifying his conditions or release as requested herein. A proposed Order accompanies this motion.

        Respectfully submitted,

        -----------/s/-------------

        Lucius T. Outlaw III (#20677)
        Outlaw PLLC
        loutlaw3@outlawpllc.com
        1351 Juniper St. NW
        Washington, DC 20012
        (202) 997-3452
        *Counsel for Kenneth Ravenell*

## **CERTIFICATE OF SERVICE**

I certify that on September 30, 2019, notice of this appearance filing was provided to all counsel of record via ECF, and true and correct copies of the filing are available to all parties through ECF or Pacer.

        ------------/s/-------------

        Lucius T. Outlaw III