# Exhibit H



**U.S. Department of Justice**

*United States Attorney*
*District of Maryland*

*David Metcalf*
*Assistant United States Attorney*
*David.Metcalf@usdoj.gov*

*Suite 400*
*36 S. Charles Street*
*Baltimore, MD 21201-3119*

*DIRECT: 410-209-4823*
*MAIN: 410-209-4800*
*FAX: 410-962-3124*

May 4, 2017

**BY EMAIL**
Lucius Outlaw, Esquire
Assistant Federal Public Defender
100 South Charles Street, Tower II, 9th Floor
Baltimore, MD 21201

Re: ████████████████

Dear Counsel:

    I write to set forth the conditions on which the Government is willing to make discovery in this case. Under Rule 16 of the Federal Rules of Criminal Procedure, discovery is to be given "upon request," and I understand that you do request discovery. Therefore, I also request discovery pursuant to Rule 16(b).

    The Government will provide discovery pursuant to and as defined in Rule 16 on the following basis:

    The government will either provide copies of Rule 16 material or make the Rule 16 material available for review by appointment. We will arrange for modest amounts of copying to be done at the United States Attorney's Office. If you wish substantial copying done, we will make arrangements with you to allow you to copy the material at your expense with the case agent or the agent's designee present.

    Jencks material as defined in 18 U.S.C. § 3500, along with related Giglio material such as witness' plea agreements, criminal convictions and prior inconsistent statements, will be provided no later than one week before trial. *Brady* material which is not otherwise included in the Rule 16, Jencks or *Giglio* material referred to above will be provided if and when discovered. Jencks material is defined for purposes of this agreement in accordance with the specific

███████████████
May 4, 2017
Page 2

provisions of 18 U.S.C. § 3500. Jencks material is given on agreement that reciprocal Rule 26.2 material will be provided by you at the same time I provide Jencks material.

The government agrees that at the same time that it provides Rule 16 material, it will provide notice of the existence of alleged other crimes, wrongs or acts committed by your client pursuant to Rule 404(b) of the Federal Rules of Evidence, along with copies of all physical and documentary evidence believed by the government to fall within the ambit of Rule 404(b) which the government intends to introduce at trial in its case-in-chief. The government acknowledges its continuing duty to disclose Rule 404(b) evidence as it is recognized as such after the time period in which the government has provided Rule 16 material.

The Government reserves the right to provide later notice of Rule 404(b) material if the government believes that disclosure of such information will pose a security risk to any witness. As to any such witness, the government will disclose all Jencks material and all Rule 404(b) evidence at the same time.

All discovery is provided on the condition that counsel will not give copies of this material to the client or to anyone outside counsel's office, absent prior approval of this office. Counsel may of course review this material with the client at any time or place, and may provide copies to any expert consulted by the defense. If copies are provided to an expert, defense counsel must instruct the expert that further disclosure of the documents is prohibited absent prior approval of this office.

Should counsel file any routine motion with the Court that seeks discovery pursuant to Rule 16 or *Brady*, then this discovery agreement will be void, and the Government is not bound by any of the provisions herein. Specifically, Jencks and *Giglio* material may not be provided until the first day of trial if the defendant should file such a motion.

Should counsel file any motion with the Court which seeks material under the Jencks Act, then this agreement is void and Jencks and *Giglio* material may not be provided until the first day of trial.

The Government may be providing, as a courtesy, material which is not discoverable under Rule 16, Jencks, *Giglio* or *Brady*. The fact that certain non-discoverable materials are provided in no way obligates the Government to provide all non-discoverable materials, and the fact that certain non-discoverable materials are provided should never be taken as a representation as to the existence or non-existence of any other non-discoverable materials.

Please note that it is the policy of this Office that the government will not stipulate to a three level reduction in offense level pursuant to §3E1.1 of the United States Sentencing Guidelines unless the defendant has entered into a signed written plea agreement with the government at a sufficiently early point in the process so that the government may avoid

▉

May 4, 2017
Page 3

preparing for trial. Because the conduct of a motions hearing almost invariably requires preparation of witnesses and evidence that also constitutes trial preparation, this Office will not ordinarily stipulate to a three level reduction in offense level pursuant to § 3E1.1 as part of a plea agreement entered into following a motions hearing.

      Please indicate your consent to this discovery agreement by signing and returning to me a copy of this letter. I urge you to call or write me with any questions that arise, as we may be able to resolve any questions without the filing of motions and responses with the Court.

                                                    Very truly yours,

                                                    Rod J. Rosenstein
                                                  United States Attorney

                                                  */s/*
                                                  David Metcalf
                                                  Assistant United States Attorney

AGREED:

5/8/17
_____
Date

                                                  _____
                                                  Lucius Outlaw, Esquire
                                                  Assistant Federal Public Defender
                                                  Counsel for ▉