# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **KENNETH WENDELL RAVENELL,** <br><br> **Defendant** | **Criminal No. LO-19-0449** |

## MOTION TO SEAL

The United States, by and through undersigned counsel, moves this Honorable Court for an order sealing the Consent Motion for Entry of Order Modifying Search Warrant Practices and Procedures and Exhibits in order to protect the confidentiality of sealed matters, including a sealed Search Warrant, Grand Jury material, and sealed Orders of this Court.

WHEREFORE, the Government requests that the Consent Motion for Entry of Order Modifying Search Warrant Practices and Procedures and Exhibits be sealed until further order of the Court.

Respectfully submitted,

Robert K. Hur
United States Attorney

By: /s/
    Derek E. Hines
    Leo J. Wise
    Matthew J. Maddox
    Assistant United States Attorneys

ORDERED as prayed, this _____ day of February, 2020.

_____
The Honorable Theresa C. Buchanan
United States Magistrate Judge