IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | CRIMINAL NO. LO-19-0449 |
| v. | * | |
| | * | |
| KENNETH WENDELL RAVENELL, | * | UNDER SEAL |
| | * | |
| Defendant. | * | |
| | * | |
| | ******* | |

## GOVERNMENT'S MOTION TO SEAL

The United States of America, by and through undersigned counsel, moves this Court to seal the Government's Motion to Continue Trial Until After the Special Master's Review is Completed and Additional Charges Are Returned dated February 25, 2020. The Government has filed its motion under seal because it addresses issues in matters sealed by this Court and the Fourth Circuit, including 19-MJ-2155-TCB (D.Md) and 19-1730 (4th Cir.), and a grand jury investigation. The Government submits that disclosure of its motion will violate other court orders sealing certain documents, and may thwart an ongoing criminal investigation by leading individuals to engage in additional obstructive conduct, destroy evidence, and flee from prosecution.

Respectfully submitted,

Robert K. Hur
United States Attorney

/s/
By: _____
Derek E. Hines
Leo J. Wise
Matthew J. Maddox
Assistant United States Attorneys
United States Attorney's Office
36 S. Charles Street, 4th Floor
Baltimore, Maryland 21201

1