### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | * |
| | *   **CRIMINAL NO.   LO-19-0449** |
| v. | * |
| | * |
| | * |
| **KENNETH WENDELL RAVENELL,** | * |
| | * |
| **Defendant.** | * |
| | ******* |

## MOTION TO SEAL

The United States of America, by its undersigned attorneys, moves this Honorable Court for an Order sealing the United States' Response in Opposition to Defendant's Motion to Suppress and the attached exhibits, which include and reference documents covered by the Protective Order in this matter and identify potential witnesses whose identities have not been publicly disclosed.

WHEREFORE, the Government requests that the Court grant this Motion and place under seal the United States' Response in Opposition to Defendant's Motion to suppress and all exhibits attached thereto.

    Respectfully submitted,

    Robert K. Hur
    United States Attorney

By: /s/_____
    Derek E. Hines
    Leo J. Wise
    Matthew J. Maddox
    Assistant United States Attorneys
    36 South Charles Street
    Fourth Floor
    Baltimore, Maryland 21201
    (410) 209-4817

## CERTIFICATE OF SERVICE

      This is to certify on this 28th day of February, 2020, that a copy of the foregoing Motion to Seal was served on counsel for the Defendant via CM/ECF.

                                                _____/s/_____
                                                Matthew J. Maddox
                                                Assistant United States Attorney