UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America | * | |
| | * | |
| | * | Case No.: 1:19-cr-00449 |
| | * | |
| v. | * | |
| | * | |
| Kenneth Ravenell | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

### MOTION TO SEAL KENNETH RAVENELL'S OPPOSITION TO THE GOVERNMENT'S MOTION TO CONTINUE TRIAL

Mr. Kenneth Ravenell, by and through counsel, hereby moves this Court for leave to file under seal Defendant's Opposition to the Government's Motion to Continue Trial until After the Special Master's Review is Completed and Additional Charges are Returned. The basis of this request is that Mr. Ravenell's opposition refers several times to the Government's Motion, which was filed under seal.

WHEREFORE, Mr. Ravenell requests that this Court grant this Motion and place the Defendant's Opposition to the Government's Motion to Continue Trial under seal.

[SPACE INTENTIONALLY LEFT BLANK]

March 4th, 2020

Respectfully submitted,

SCHULTE ROTH & ZABEL LLP

_____
Peter H. White (D.C. Bar: 468746) (VA Bar: 32310)
Aislinn Affinito (D.C. Bar: 1033700) (CA Bar: 300265)
McKenzie Haynes (D.C. Bar: 1644567) (N.Y. Bar: 5683859)
Schulte Roth & Zabel
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
pete.white@srz.com
aislinn.affinito@srz.com
mckenzie.haynes@srz.com
*Attorneys for Kenneth Ravenell*

Outlaw PLLC

/AKA

_____
Lucius T. Outlaw III (#20677)
Outlaw PLLC
1351 Juniper St. NW
Washington, DC 20012
(202) 997-3452
loutlaw3@outlawpllc.com
*Attorney for Kenneth Ravenell*

## Certificate of Service

I hereby certify that on this 4th day of March, 2020, I emailed a copy of Defendant's Motion to Seal Mr. Ravenell's Opposition to the Government's Motion to Continue Trial Until After the Completion of the Special Master's Review and Additional Charges are Filed to counsel for the United States of America. A true and correct copy was also filed on ECF.

/s/ Aislinn Affinito

_____
Aislinn Affinito
*Attorney for Kenneth Ravenell*