UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America | * | |
| | * | Case No.: 1:19-cr-00449 |
| v. | * | |
| | * | |
| Kenneth Ravenell | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEAL DEFENDANT'S REPLY IN SUPPORT OF MOTION TO SUPPRESS

Mr. Kenneth Ravenell, by and through undersigned counsel, hereby moves this Court for leave to file under seal Defendant's Reply in Support of his Motion to Suppress and all attached exhibits. The basis of this request is that the Reply and exhibits refer to and quote extensively from documents that are covered by this Court's Consent Discovery and Protective Order [ECF-37]. In addition, they identify potential witnesses who have not been publicly identified and are currently referenced only by initials in public filings.

WHEREFORE, Mr. Ravenell requests that this Court grant this Motion and place the Defendant's Reply in Support of his Motion to Suppress and all attached exhibits under seal.

[SPACE INTENTIONALLY LEFT BLANK]

March 5, 2020

Respectfully submitted,

SCHULTE ROTH & ZABEL LLP

_____
Peter H. White (D.C. Bar: 468746) (VA Bar: 32310)
Aislinn Affinito (D.C. Bar: 1033700) (CA Bar: 300265)
McKenzie Haynes (D.C. Bar: 1644567) (N.Y. Bar: 5683859)
Schulte Roth & Zabel
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
pete.white@srz.com
aislinn.affinito@srz.com
mckenzie.haynes@srz.com
*Attorneys for Kenneth Ravenell*


Outlaw PLLC

_____ /AKA
Lucius T. Outlaw III (#20677)
Outlaw PLLC
1351 Juniper St. NW
Washington, DC 20012
(202) 997-3452
loutlaw3@outlawpllc.com
*Attorney for Kenneth Ravenell*

2

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of March, 2020, I emailed a copy of Kenneth Ravenell's Motion to Seal Defendant's Reply in Support of his Motion to Suppress to counsel for the United States of America. A true and correct copy was also filed in the District of Maryland.

_____
Aislinn Affinito
*Attorney for Kenneth Ravenell*

cc:

Derek E. Hines
Leo Wise
Matthew Maddox
Assistant United States Attorneys
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4817
derek.hines@usdoj.gov
leo.wise@usdoj.gov
matthew.maddox2@usdoj.gov