# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** <br><br> v. <br><br> **KENNETH WENDELL RAVENELL,** <br><br> **Defendant** | **CRIMINAL NO. LO-19-0449** |

## MOTION TO STRIKE APPEARANCE

Please strike the appearance of Derek E. Hines, Assistant United States Attorney for the District of Maryland, as counsel for the United States of America in the above-referenced matter.[1]

                                        Respectfully submitted,

                                        Robert K. Hur
                                        United States Attorney

By: \_\_\_/s/_____
      Derek E. Hines
      Assistant United States Attorney
      36 S. Charles Street
      Fourth Floor
      Baltimore, Maryland 21201
      410-209-4800

---

[1] Undersigned counsel will continue to represent the United States in the Eastern District of Pennsylvania where he has accepted a position at the U.S. Attorney's Office in Philadelphia.