UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America | * | |
| | * | Case No.: 1:19-cr-00449 |
| v. | * | |
| | * | |
| Kenneth Ravenell | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **MOTION TO SEAL DEFENDANT'S MOTION TO SUPPRESS**

Mr. Kenneth Ravenell, by and through undersigned counsel, hereby moves this Court for leave to file under seal Defendant's Motion to Suppress and all attached exhibits. The basis of this request is that the Motion to Suppress and supporting exhibits refer to documents that are covered by this Court's Consent Discovery and Protective Order [ECF-37]. In addition, they identify potential witnesses who have not been publicly identified and are currently referenced only by initials in public filings.

WHEREFORE, Mr. Ravenell requests that this Court grant this Motion and place the Defendant's Motion to Suppress and all attached exhibits, under seal.

[SPACE INTENTIONALLY LEFT BLANK]

May 8, 2020

Respectfully submitted,

SCHULTE ROTH & ZABEL LLP

*/s/ Aislinn Affinito*
_____
Peter H. White (D.C. Bar: 468746) (VA Bar: 32310)
Aislinn Affinito (D.C. Bar: 1033700) (CA Bar: 300265)
McKenzie Haynes (D.C. Bar: 1644567) (N.Y. Bar: 5683859)
Schulte Roth & Zabel
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
pete.white@srz.com
aislinn.affinito@srz.com
mckenzie.haynes@srz.com
*Attorneys for Kenneth Ravenell*


Outlaw PLLC

*/s/ Lucius T. Outlaw III*
_____
Lucius T. Outlaw III (#20677)
Outlaw PLLC
1351 Juniper St. NW
Washington, DC 20012
(202) 997-3452
loutlaw3@outlawpllc.com
*Attorney for Kenneth Ravenell*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of May, 2020, I caused a copy of Defendant's Motion to Seal Defendant's Motion to Suppress to be served via e-mail upon counsel for the United States of America and counsel for the Filter Team, identified below. A true and correct copy was also filed in the District of Maryland.

/s/ Aislinn Affinito
_____
Aislinn Affinito
*Attorney for Kenneth Ravenell*

cc:

Leo Wise
Matthew Maddox
Assistant United States Attorneys
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4817
leo.wise@usdoj.gov
matthew.maddox2@usdoj.gov

Elizabeth G. Wright
Leah B. Grossi
U.S. Attorney's Office for the District of Maryland
elizabeth.wright2@usdoj.gov
leah.grossi@usdoj.gov