UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America | * | |
| | * | Case No.: 1:19-cr-00449 |
| v. | * | |
| | * | |
| Kenneth Ravenell | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SEAL DEFENDANT'S REPLY IN SUPPORT OF <u>MOTION TO SUPPRESS</u>

Mr. Kenneth Ravenell, by and through undersigned counsel, hereby moves this Court for leave to file under seal Defendant's Reply in Support of Motion to Suppress and all attached exhibits. The basis of this request is that the Reply in Support of Motion to Suppress and supporting exhibit refer to documents that are covered by this Court's Consent Discovery and Protective Order [ECF-37].

WHEREFORE, Mr. Ravenell requests that this Court grant this Motion and place the Defendant's Reply in Support of Motion to Suppress and all attached exhibits, under seal.

[SPACE INTENTIONALLY LEFT BLANK]

June 19, 2020                    Respectfully submitted,

SCHULTE ROTH & ZABEL LLP

*/s/ Aislinn Affinito*
_____
Peter H. White (D.C. Bar: 468746) (VA Bar: 32310)
Aislinn Affinito (D.C. Bar: 1033700) (CA Bar: 300265)
McKenzie Haynes (D.C. Bar: 1644567) (N.Y. Bar: 5683859)
Schulte Roth & Zabel
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
pete.white@srz.com
aislinn.affinito@srz.com
mckenzie.haynes@srz.com
*Attorneys for Kenneth Ravenell*


Outlaw PLLC

*/s/ Lucius T. Outlaw III*
_____
Lucius T. Outlaw III (#20677)
Outlaw PLLC
1351 Juniper St. NW
Washington, DC 20012
(202) 997-3452
loutlaw3@outlawpllc.com
*Attorney for Kenneth Ravenell*

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of June, 2020, I caused a copy of Defendant's Motion to Seal Defendant's Reply in Support of Motion to Suppress to be served via e-mail and ECF/PACER upon counsel for the United States of America and counsel for the Filter Team, identified below. A true and correct copy was also filed in the District of Maryland.

*/s/ Aislinn Affinito*
_____
Aislinn Affinito
*Attorney for Kenneth Ravenell*

cc:

    Leo Wise
    Matthew Maddox
    Assistant United States Attorneys
    36 South Charles Street, 4th Floor
    Baltimore, Maryland 21201
    (410) 209-4817
    leo.wise@usdoj.gov
    matthew.maddox2@usdoj.gov

    Elizabeth G. Wright
    Leah B. Grossi
    U.S. Attorney's Office for the District of Maryland
    elizabeth.wright2@usdoj.gov
    leah.grossi@usdoj.gov