UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| United States of America | * |  |
|---|---|---|
|  | * |  |
| v. | * | Criminal No.: 1:19-cr-00449 |
|  | * |  |
| Kenneth Ravenell | * |  |
|  | * |  |
| Defendant. | * |  |

## ORDER

UPON CONSIDERATION of Defendant Kenneth Ravenell's Motion to Seal Defendant's Reply in Support of Motion to Suppress, and all papers and arguments submitted in support,

IT IS HEREBY ORDERED, that the Defendant's Motion is GRANTED for the reasons set forth in the Motion, and that the Defendant's Reply in Support of Motion to Suppress and all attached exhibits, are SEALED.

_____
Hon. Liam O'Grady
United States District Court Judge

DATE: July 21, 2020