UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America | * |
| | *   Case No.: 1:19-cr-00449 |
| v. | * |
| | * |
| Kenneth Ravenell | * |
| | * |
| Defendant. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO SEAL DEFENDANT'S SUR-SURREPLY IN SUPPORT OF
<u>MOTION TO SUPPRESS</u>**

Mr. Kenneth Ravenell, by and through undersigned counsel, hereby moves this Court for leave to file under seal Defendant's Sur-Surreply in Support of Motion to Suppress and all attached exhibits. The basis of this request is that the Sur-Surreply in Support of Motion to Suppress and supporting exhibit refer to documents that are covered by this Court's Consent Discovery and Protective Order [ECF-37].

WHEREFORE, Mr. Ravenell requests that this Court grant this Motion and place the Defendant's Reply in Support of Motion to Suppress and all attached exhibits, under seal.

[SPACE INTENTIONALLY LEFT BLANK]

August 4, 2020

Respectfully submitted,

SCHULTE ROTH & ZABEL LLP

*/s/ Aislinn Affinito*
_____
Peter H. White (D.C. Bar: 468746) (VA Bar: 32310)
Aislinn Affinito (D.C. Bar: 1033700) (CA Bar: 300265)
McKenzie Haynes (D.C. Bar: 1644567) (N.Y. Bar: 5683859)
Schulte Roth & Zabel
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
pete.white@srz.com
aislinn.affinito@srz.com
mckenzie.haynes@srz.com
*Attorneys for Kenneth Ravenell*


Outlaw PLLC

*/s/ Lucius T. Outlaw III*
_____
Lucius T. Outlaw III (#20677)
Outlaw PLLC
1351 Juniper St. NW
Washington, DC 20012
(202) 997-3452
loutlaw3@outlawpllc.com
*Attorney for Kenneth Ravenell*

2

# **CERTIFICATE OF SERVICE**

I hereby certify that on this 4th day of August, 2020, I caused a copy of Defendant's Motion to Seal Defendant's Sur-Surreply in Support of Motion to Suppress to be served via e-mail and ECF/PACER upon counsel for the United States of America and counsel for the Filter Team, identified below. A true and correct copy was also filed in the District of Maryland.

        /s/ Aislinn Affinito
        _____
        Aislinn Affinito
        *Attorney for Kenneth Ravenell*

cc:

    Leo Wise
    Matthew Maddox
    Assistant United States Attorneys
    36 South Charles Street, 4th Floor
    Baltimore, Maryland 21201
    (410) 209-4817
    leo.wise@usdoj.gov
    matthew.maddox2@usdoj.gov

    Elizabeth G. Wright
    Leah B. Grossi
    U.S. Attorney's Office for the District of Maryland
    elizabeth.wright2@usdoj.gov
    leah.grossi@usdoj.gov