# Exhibit 1B
# (Under Seal)