# Exhibit 5

R.B.

@ connection w/ SLT

## KWR's Combined Notes

kwh

1. At all times I was an ethical attorney in my representation of him.
2. I was not a part of his Drug Trafficking Organization (DTO).
3. I did not serve as his house counsel.
4. He told me he was no longer involved in drug activities after his February 2011 arrest.
5. He worked hard to keep me unaware of his drug and money laundering activities because he knew I would not approve.
6. He never told me he was using LOC to launder money.
7. He told me that LOC was totally legitimate.
8. He worked hard to deceive me and others, including [redacted] into believing LOC was totally legitimate.
9. He worked hard to deceive me and others because he did not believe I and the other attorneys would continue to represent him if he told me and them the truth about LOC.
10. There was a lot of legitimate money deposited in LOC bank accounts.
11. LOC did real legitimate business in addition to his use of it to launder money.
12. There were a lot of legitimate debts from LOC and DB Entertainment events that were paid from LOC bank accounts.
13. Many legitimate entertainment artists were hired and paid with money from LOC bank accounts.
14. He did not tell me that drug proceeds were invested in the Ft. Lauderdale venture or any investment ventures.
15. He made strong efforts to deceive me and others, including [redacted] and [redacted], into believing his investments in his business ventures, including Ft. Lauderdale, were legitimate.
16. He worked hard to deceive me and others into believing the investments in Ft. Lauderdale business ventures were all legitimate because he knew I would not represent him in these matters if I knew the truth.
17. I did not invest in his business ventures.
18. I had no financial interest or any other interest in any of his business ventures.
19. I acted strictly as an attorney regarding his business ventures.
20. He did not invest in the Jamaican Restaurant.
21. He and [redacted] told me and others, including [redacted] and [redacted] that he only had sweat equity invested in FEVER — uneasy drunk
22. He told me that he had no interest or ownership in Griffin Night Club. He told me that [redacted] had a financial interest in Griffin Night Club.
23. He did not pay me to report law enforcement activities to him. He simply paid me to represent him.
24. I did not bring him a list of people who owed him drug money from [redacted]
25. He never asked me to get a list of people who owed him drug money from [redacted]
26. He knew that I would never agree to get a list of people who owed him drug money from [redacted] or anyone else.
27. He has not spoken to me since my office was searched.
28. He did not give me hundreds of thousands of dollars.

R.B.

09/10/17

29. He did not direct ▓ to give me hundreds of thousands of dollars.
30. He, ▓, and I never had a meeting where we discussed R.B. DTO and I commented that I did not know R.B. and the members of his DTO were making so much money.
31. ▓ never wired money to me for R.B. to my knowledge.
32. He never told me that he paid the credit card bills with drug money.
33. He, ▓, and I never had a meeting or conversation about the money still owed by distributors to R.B. DTO.
34. I never called him cuz.
35. He never paid me cash to pay lawyers representing members of his DTO.
36. I never arranged for lawyers to represent members of his DTO when he and ▓ paid me cash and I then paid the lawyers.
37. He and ▓ never delivered burner phones to me for me to use to communicate with R.B.
38. I never had a burner phone to call him.
39. Often I could not reach him and would regularly contact ▓ to get messages to him to call me.
40. He did not pay me to monitor the ▓ case.
41. I never hired a private investigator to travel to Arizona for him to figure out what was going on or to investigate the detectives who were investigating him.
42. I never hired Sean Gordon to go to Arizona for R.B. to investigate the detectives who were investigating him.
43. I never hired Sean Gordon to go to Arizona to do investigation work for him.
44. He and ▓ have not given me millions of dollars in cash.
45. ▓ was not cutting checks to me on R.B. behalf.
46. He and ▓ never talked openly in front of me about collecting drug money.
47. I did not introduce him to ▓ regarding the Florida project. He and ▓ introduced me to ▓.
48. I told him I would not accept cash payments for his fee and the money had to come from reputable sources. (Note: ▓ told me R.B. told him this)
49. When the $372,000 was seized at his brother's home in Arizona and he was questioned by the police, he kept that from me and told me and told ▓ not to tell me. He Knew I would be upset about the incident.
50. Confirm they made a profit on the 2013 All Star Weekend.
51. I never told him to legitimize any money. I told him I would only accept money derived from reputable sources, clean money.
52. ▓ says that after R.B. 2011 arrest, R.B. put a hold on his drug operation and tried to do more events. Confirm this fact.
53. ▓ says that R.B. did not want him to tell me about R.B. losses in the entertainment business or that the feds were watching him. Confirm these facts.
54. meeting @ ▓ asked to leave room.

R.B.   09/10/17