VOICEMAIL – R.B. to SEAN GORDON, January 11, 2018

Sean, what's going on, man? Listen, I haven't seen you since September, man, I thought y'all was gonna come back out and see me. I haven't heard anything. I'm tryin' to figure out what's going on with the love, like, I've done everything I'm supposed to, and I hold the fort down. What's going on with the love? Like, nobody showed up, nobody did nothing. Met with ▇ and then nothing happened, you know. I asked you about all the stuff that I needed done and I ain't got nothing back. I ain't get no answers, no nothing. Nothing about my son, nobody, anything. What's going on, man? Listen, y'all making me feel like I need to call fucking [AUSA] Warwick. Like, what's going on? Like, somebody need to do something, man. Like, I'm holding this shit down, I done delivered everything to y'all, made everything happen for y'all. Listen, I went through a whole lot to get this phone, to call you, I'm try to get it back tomorrow to call you, call you around the same time tomorrow, man, I need to talk to you because I need to know what the fuck is going on, cause I need to get taken care of. Alright?

VOICEMAIL – R.B. to SEAN GORDON, January 12, 2018

Sean, R.B. – listen man, I need you come see me. I need to know what the plan is, man, because I know Kenny got a plan, so I need you to come see me, let me know what the hell is going on. And how this goin' happen cause I don't understand why I'm being put on hold so long, like, I need you come see me with the quickness. Bye.

Exhibit 1<br>(From JT Files)