# Exhibit  3A
# (Under Seal)

1

2

3   -------------------------x
                             :

4   IN RE:                      :
                             :

5   KENNETH RAVENELL      :
                             :

6   -------------------------x

7

8

9

10

11

12                                Transcript of

13                     Interview with Richard Byrd

14

15                        September 9, 2017

16

17

18

19

20

21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1          AGENT HANEY:  This is Special Agent

2   Nicholas Haney.  Today's date is September 9th, 2017.  The

3   time is 10:57 a.m., approximately.  I am with Richard Byrd.

4   He is consenting to be recorded in a meeting with

5   Joshua Treem.  Do I have your consent?

6          MR. BYRD:  Um-hum.

7          AGENT HANEY:  I need a verbal.

8          MR. BYRD:  Yes, yes.

9          AGENT HANEY:  Okay.

10          (Conversation between witness and unidentified

11   person while witness is entering the room)

12          MR. BYRD:  I mean, damn.

13          MR. TREEM:  I see you dressed up for the

14   occasion.

15          MR. BYRD:  Yeah, and Sheriff Arpaio at his best.

16          MR. TREEM:  Joshua Treem, sir.  Pleasure to meet

17   you.

18          MR. BYRD:  Dude.

19          MR. GORDON:  How you doing.

20          MR. BYRD:  What, you hiding from me or something,

21   man?  Come out.

22          MR. GORDON:  Hiding from you.

23          MR. BYRD:  I'm like, what took you so long to

24   come see me, man?

25          MR. GORDON:  Well, you took a road trip.  We had

TRANSCRIPT-0002
LO-19-0449

 1 | it all planned, and then you ended up here.

 2 |         MR. TREEM:  Yeah, actually when they hauled you

 3 | out of here I was (indiscernible) whatever that weekend was

 4 | down in South Carolina.

 5 |         MR. BYRD:  Wow.

 6 |         MR. TREEM:  And then I kept -- I called just to

 7 | confirm.  You got a pen?  I called -- do you want a card?

 8 |         MR. BYRD:  Yeah.

 9 |         MR. TREEM:  So I called down there just to make

10 | sure that everything was set up --

11 |         MR. BYRD:  As soon as you called, I got

12 | transported out, man.

13 |         MR. TREEM:  Well, I think you actually got

14 | transported out just before I called.  Oh, no, I know what

15 | it was.  I, I forget where it was.  They said that -- they

16 | said -- you had just been, you'd just been -- you weren't

17 | there anymore.  You weren't on the list.

18 |         MR. BYRD:  Oh, okay.

19 |         MR. TREEM:  I said, well he's not there?  He's

20 | not here.  Yeah (indiscernible) where is he?  That's all I

21 | could do.

22 |         MR. BYRD:  Eating some fried chicken, huh?

23 |         MR. GORDON:  Well, you know.

24 | BY MR. TREEM:

25 |         Q.  So thanks for seeing us.

TRANSCRIPT-0003
LO-19-0449

1               A.   Man, I've been waiting for you all for like

2   maybe --

3               Q.   A while.

4               A.   -- almost going on 4 years now.

5               MR. GORDON:   Right, yeah.   It was 3 years ago

6   last month.

7               MR. BYRD:   Yeah, going on 4 years, that's right.

8               MR. GORDON:   It's been going on.

9               MR. BYRD:   Absolutely.

10  BY MR. TREEM:

11              Q.   (Indiscernible) so --

12              A.   First of all, how is Kenny doing?

13              Q.   Kenny is doing okay.   You know, he's

14  getting -- I mean, given what's going on with all this

15  nonsense going on he's holding up real well.   He's staying

16  busy.   It's now been over 3 years since the search, and

17  whatever time they put in -- and 6 years since 2011, so you

18  know, he's -- no one seems to know what's going on.   I

19  mean, no one, no one has been to the -- you know, no one

20  has called Bowie's lawyers, Reid's lawyers, they haven't

21  heard anything.

22              A.   Sort of like just been quiet?

23              Q.   It's been quiet.   I guess the only thing that

24  has happened probably in the last year is that whatever

25  documents the government wanted to look at they got to look

1    at, that's it.  Nothing, nothing since.

2                A.   I heard you got married.

3                Q.   Pardon?

4                A.   I heard you got married.

5                Q.   I made it official, let's put it that way.

6                A.   Yeah, you was already married.

7                Q.   Yeah.  And I see, I see the prosecutor

8    because I had some other cases with him and they don't

9    even -- they don't say anything about it.

10               A.   Wow.

11               Q.   So I don't know.  Anyway.

12               A.   Yeah.  I thought you all would have got to me

13   long before this.

14               Q.   Yeah.  We might have.  We might have, you

15   know, but then I guess moving out here -- what's deal out

16   here?  What's going on?

17               A.   This is the original case.

18               Q.   Right.

19               A.   Maricopa County.

20               Q.   All right.

21               A.   I don't know, Sean probably did some digging.

22   Remind me to talk to you about Leonaldo, too.

23               Q.   We do want to hear about that.  That's on our

24   list here.

25               A.   Maricopa County has the world record on

TRANSCRIPT-0005
LO-19-0449

1   bringing people back after they have already either faced

2   the feds on the same crime or another jurisdiction on

3   another case.  So I heard the rumblings about -- they

4   called me to the front office and told me that Maricopa

5   County is going to be issuing a warrant for me maybe 2

6   months before they came and got me.  And I called out here

7   and reached out to Brian, and he was like, oh, I ain't

8   heard nothing about it, don't worry about it.

9           Q.  Right.  This was (indiscernible)

10          A.  Right, don't worry about it.  Brian Russo was

11  the attorney.

12          Q.  Right.

13          A.  Don't worry about it, we don't -- I haven't

14  heard nothing.  I've talked to my sources.

15          And then, you know, Brian is well sourced out

16  here.  So I'm like fuck it.

17          The next thing I know, I get called up to the

18  front office one morning.  So I go up there.  They're like,

19  let's go, Richard.

20          I'm like, what you mean, let's go?  I ain't

21  packed, nobody gave me no notice, no nothing.  So they

22  didn't let me go back and pack nothing.  They were just two

23  sheriff's deputies came, handcuffed me, took me in

24  (indiscernible) car.  We drove to Savannah, Georgia

25  airport.  We got on Delta flight, connect to Atlanta, from

 1 | Atlanta to here.

 2 |          Then there's another guy in my pod where they

 3 | took a private jet to go get him.

 4 |          Q.   Whoa.

 5 |          A.   And I just read a newspaper article that's

 6 | what they do.  They got two Cessna jets that they go get

 7 | people around the country.  You know, Sheriff Joe has -- he

 8 | feeds you soybean every day, all right.  So he has the

 9 | budget to do other things.  Twenty-one cents a day they

10 | spending to feed you, so they can do whatever they want

11 | with you.

12 |          Anyhow, give me some news.  Tell me something.

13 |          MR. GORDON:  By the way, how is your family real

14 | quick?  They okay?

15 |          MR. BYRD:  Chris is away in Texas, pre-med.

16 |          MR. GORDON:  Texas?

17 |          MR. BYRD:  Jada (ph.) is in New York.  Can't

18 | decide between law and medicine.  And my oldest son, as you

19 | know, was having some problems and he violated so he's back

20 | in and he's due to be released on November 12th.

21 |          MR. GORDON:  Where's he serving?

22 |          MR. BYRD:  He in Arizona.  Unbeknownst to me he

23 | was smoking K2.

24 |          MR. TREEM:  Oh, geez.

25 |          MR. BYRD:  And had three incidents in 1 week, one

1   where he broke a guy's jaw, one where he hired -- not

2   hired but called a pizza delivery guy and attacked the guy

3   and broke the guy's jaw.  He got a credit card in his

4   wallet with a $1500 limit on it, so he was going to pay for

5   the pizza.  And it's just the drugs.  He didn't take the

6   pizza, he didn't take no money, just attacked the guy.

7               So he violated while he was out, so they sent

8   him back out here to finish up.  So he's killing his time

9   to November 12th.  But, yeah, otherwise from that man,

10   everybody else is good.  My mom is still fighting, you

11   know.  She's battling cancer and shit, so...but otherwise,

12   everyone good.

13               How many days you all here for?

14   BY MR. TREEM:

15         Q.   We're here today and tomorrow.

16         A.   Yeah, well, can you all bring some fried

17   chicken tomorrow night?  Stop at Popeye's man.  They  might

18   let you bring it in, try your hand.

19         Q.   They might.  Sure, they're only

20   (indiscernible) I will.

21         A.   Yeah, bring me some fried chicken.  Put that

22   on your notes, man, bring me some fried chicken.  Yeah,

23   five piece, five white meat.

24         Q.   Five piece what?

25         A.   White meat.

TRANSCRIPT-0008
LO-19-0449

1          Q.  Five piece white meat.  All right.  It's got

2   to be from Popeye's right?

3          A.  You're the best, brother.  Oh, Lou Lou's

4   Chicken and Waffle.

5          Q.  Lou Lou's Chicken and Waffle?

6          A.  Yeah.  Where are y'all staying at?

7          Q.  Just by the airport.

8          A.  By the airport.  So probably Popeye's is

9   closer.  Five piece white meat, please.  I will greatly

10  appreciate it.

11         MR. TREEM:  We'll see what we can do.

12         MR. BYRD:  Yeah, especially y'all coming on the

13  weekend, just put it in your --

14         MR. GORDON:  The bag?

15         MR. BYRD:  Yeah, a briefcase or whatever you got.

16         MR. GORDON:  (Indiscernible)

17         MR. BYRD:  Yeah, what took y'all so long, man?

18  I'm like --

19  BY MR. TREEM:

20         Q.  Well, I --

21         A.  I mean, I know Kenny, he should have been --

22         Q.  Yeah, Kenny was bugging me, but I was trying

23  to explain to Kenny, you know, I got to practice to run too

24  and I got family to deal with, too.  And so -- and then we

25  had to find you and then we had to make sure that it was

TRANSCRIPT-0009
LO-19-0449

1   okay with your lawyers to come see you.

2            A.   Right, yeah, Dolin is pretty easy to deal

3   with.

4            Q.   Yeah, and that's all -- you know, so we did.

5   And then, you know, this summer has been, this summer has

6   been crazy for me, at least businesswise, so --

7            A.   Yeah, I see.  I can't really read it because

8   I ain't got my glasses on, but I see you in D.C.

9            Q.   Yeah, we got an office in D.C.  Kobie Flowers

10  is with us now.

11           A.   Oh.  Oh, yeah?

12           MR. GORDON:  Kobie has been in the D.C. office.

13           MR. BYRD:  Oh yeah?

14           Q.   Yeah.

15           A.   So -- oh.

16           Q.   You know, I hear what you're saying, you

17  know.

18           A.   Yeah, I know.  Okay.  17 K Street North

19  (indiscernible) Brown and Goldstein.  So what is this, like

20  a major law firm?

21  BY MR. TREEM:

22           Q.   Yeah, we're about 23 lawyers.

23           A.   And Kobie running this (indiscernible)

24           Q.   Yeah, she's probably up and running.

25           A.   Remind me to talk to you about my mother too.

TRANSCRIPT-0010
LO-19-0449

1    I need --

2                Q.   Okay.  All right.  Okay.

3                A.   I've got like 500 questions.

4                Q.   I'm sure you do, and we've got lots for you.

5                A.   I keep having, keep having to rewrite.

6                Q.   All right, well, you know.  So let me just

7    ask, any -- I mean, how long are you going to be here,

8    until you work out whatever you got to?

9                A.   All right, so, when I heard y'all was coming,

10   I kind of sit still.  I was actually waiting on you guys to

11   show up because I have a bail on the case and I was

12   planning to bail out and go back to the feds.

13                I spoke to the public defender here and he's

14   saying that the feds will come back.  They spoke to the

15   U.S. Marshal and they will come and pick me back up and put

16   me out in Florence or Tucson and he can make the court

17   dates where I don't have to show since I'm probably just

18   going to take a plea anyhow.  I'll run a concurrent.  I

19   can't see nothing.  The last offer they gave me before the

20   case was remanded was like 3 years.  So I'm like --

21                Q.   Okay.

22                A.   -- just running, yeah, just running

23   concurrent and I'll be able to keep it moving.

24                Q.   Okay.

25                A.   So the reason for me thinking about bailing

TRANSCRIPT-0011
LO-19-0449

1  myself was the quality of life here sucks.  I don't think

2  you understand what I'm saying to you

3          Q.  I hear it but you're right.

4          MR. GORDON:  In Maricopa (indiscernible)

5          MR. BYRD:  Yeah.  One set of clothes for the

6  week, all right.  You don't get no deodorant so you smell

7  like shit.  The rec yard is probably three times this right

8  here.  Three men in a cell.

9          Q.  Three, wow.

10          A.  Okay.  So it's 45 -- it's like Supermax, 45

11  men on each tier, all right, but except for Supermax is

12  only two men to a cell.  Then you get ESPN -- we just got

13  E-Span.  You get the Food channel and the Weather channel.

14  So you have nothing to do all day.  So this place, to tell

15  you the least, has been mind fucking me.

16          And then secondly, the food.  You get soybean all

17  day.

18          Q.  All day.

19          A.  For breakfast you get soy butter and peanut

20  butter oil with a loaf of whole wheat bread.  For dinner

21  you get soybean with soybean and some ungodly known

22  vegetable every day, the same thing like clockwork.  So

23  this place is brutal to me mentally coming from Supermax or

24  CTF or South Carolina.

25          Q.  Yeah.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1          A.   So I was thinking about maybe, man, I just

2    need to spend the money and just bail out.

3          Q.   Yeah, okay.

4          A.   Anyhow.

5          Q.   All right, so not surprising to you Ken's

6    given us a list of things we've got to ask you.

7          A.   Oh, absolutely.

8          Q.   All right, so -- well, tell me -- and it's

9    not going to go in any particular order or anything.  So

10   one of the things he -- after 2011, after your arrest, did

11   you tell them you were out of the business?  Or at any

12   point did you assure him that, you know, you weren't --

13   this wasn't how you were making a living?

14         A.   Right.

15         Q.   So tell me how that -- you know, what you

16   recall about how that came up and why and why, because he'd

17   been representing you for a while before --

18         A.   Yeah, he's been representing me since he was

19   over your spot.  I remember it when you had the --

20         Q.   Pamlico.

21         A.   When you had the boat that Ken used to tell

22   me you used to ride to the Bahamas.

23         Q.   Oh that cigarette boat?

24         A.   Yes.

25         Q.   Yeah, okay.

TRANSCRIPT-0013
LO-19-0449

1          A.   Do you still do that?

2          Q.   No.  No, no, no.  That was just because it

3   was, it was the father of a client owned that boat and kept

4   it in Annapolis and he brought it up because we defended

5   his son in a -- it was an assault case but it was a pretty

6   brutal assault at a bar.

7          A.   Right.

8          Q.   And he took us down to Annapolis and he --

9   but it was Annapolis and back once or twice.  But, yeah, he

10  took it down to the Bahamas.

11         A.   Yeah, I remember that.

12         Q.   Yeah.  So that would have been -- that was a

13  while ago.

14         A.   Yeah, so that's like over 20-something years.

15         Q.   Yeah, 20-plus years, absolutely.

16         A.   Yeah, a long time.

17         Q.   And we also -- did we do the incorporation

18  for LOC or was that somebody else (indiscernible) did that?

19         A.   I don't know who did that.

20         Q.   Okay.

21         A.   I don't know.  But I used to deal with --

22  what's your other partner name?  Not Karen Cope (ph.), the

23  one that was an asshole?

24         MR. TREEM:  Gee, the list is long and

25  illustrious.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

```
 1              MR. GORDON:  (Indiscernible)

 2              MR. BYRD:  Yes.

 3  BY MR. TREEM:

 4         Q.  Okay.  Bobby.

 5         A.  Bobby.

 6         Q.  All right.

 7         A.  Bobby used to handle my, what do you call

 8  it --

 9         Q.  Their corporate name.

10         A.  My corporate, yeah, my business affairs.  But

11  he was a cocksucker, I swear.

12         Q.  Well --

13         A.  I figure you know that, that's why he's not

14  there no more.

15         Q.  It just took me a little while to figure that

16  out.

17         A.  Took you almost 30 years.

18         Q.  That's exactly right.  Yeah.  Okay, so --

19  but -- so, so --

20         A.  All right, so warm me up for your questions I

21  see you have --

22         Q.  Yeah, so (indiscernible)

23         A.  Yeah, about 100 questions.

24         Q.  Like when Ken -- 50 questions.

25         A.  Okay.
```

TRANSCRIPT-0015
LO-19-0449

1          Q.   So when Ken is representing you, when you

2   get busted in '11, the only thing he was representing was

3   on criminal stuff, right?

4          A.   In '11 when Ken represented me, Yes.

5          Q.   Yeah.  Okay.  And so, you know, you get

6   busted and then what?  I mean, so the next time you need

7   him -- let me ask it this way, Richard:  Is there any

8   discussion after the arrest in which he, he's asking you to

9   assure him that -- how he -- the money he is getting paid

10  with is intended?

11         A.   After '11, is he asking me -- yeah.

12         Q.   So tell me about those conversations.  When

13  would they have taken place and what was it, and what were

14  you telling him and what was he asking you?

15         A.   Basically, just to make sure that what I was

16  doing was on the up and up and the way I was paying my

17  bills was on the up and up.

18         Q.   And so what, what kind of details would

19  you -- would he ask you?  How was that?  I mean, you're a

20  drug dealer, how are you making your money?

21         A.   I mean, he had shown up at an event before to

22  see how the money flowed and how people pay and how much

23  cans of cash we was handling and was the shit really real.

24  Because, I mean, this is like a business that's not really

25  on Wall Street, that's making a shit ton of money, you know

TRANSCRIPT-0016
LO-19-0449

1  what I mean.

2          MR. GORDON:  What did he show up to, do you

3  remember?  Well, to start off, where was it?

4          MR. BYRD:  I don't remember, Sean, to be honest

5  with you.

6  BY MR. TREEM:

7          Q.  Okay.  We can figure it out, but he was

8  saying that -- did he do that on more than one occasion?

9          A.  Probably.  I would say yes.

10          Q.  And --

11          A.  Man, some fried chicken would have warmed me

12  up real well, you know.

13          MR. GORDON:  We'll bring it tomorrow.

14          MR. BYRD:  I got nowhere to talk to y'all.

15          BY MR. TREEM:

16          Q.  All right.  I got it, I got it right here.

17  So it's fried chicken, Popeye's five-piece white meat.

18          A.  Um-hum.

19          Q.  Okay.  I got it.  All right.

20          Okay.  Because, you know, what's going on is they

21  think that he, that he knew that you were paying him with

22  tainted money, with drug money and -- number one.  And

23  number two, that you were -- that he was kind of acting as

24  your -- as the house counsel for your organization.  That

25  he was -- you know, like in the "Godfather," he was the

TRANSCRIPT-0017
LO-19-0449

1  consigliere.  I'm telling you that's their view.  That's

2  their view.  I'm not making this up.  And, you know, that

3  you were running -- or, you know, that he was your bank,

4  you know.

5           So you were depositing all this money from

6  whatever source it was, whether it was from the events that

7  you were running or from the drugs, you were putting that

8  money into the trust account up there and then you were

9  telling him where to send it and what to do with it.  And

10 to the extent that there was any legitimate money from the

11 events, it doesn't clean the bad money, it's all comingled

12 and it's all forfeitable, and Ken knew it or should have

13 known it.

14           A.  Okay.

15           Q.  That's their fear.

16           A.  Okay.  Based upon what, though?

17           Q.  Based upon -- well, that's a good question.

18           MR. GORDON:   That's what they think.

19           BY MR. TREEM:

20           Q.  Based upon the fact that they think that LOC

21 was just set up as a front to hide -- in fact to launder

22 the drug money.  That my -- and I don't know enough about

23 it, but I think their theory is that whatever money was

24 actually made through the LOC events that drug money was

25 put into that kitty and so it would look as if were -- LOC

1   would -- the events were cleaning the drug money.

2              A.   Um-hum.

3              Q.   If you sold $100 worth of tickets, you know,

4   you'd put $300 in because all -- because a lot of it was

5   cash.

6              A.   Right.

7              Q.   And so it would look as if you actually sold

8   300 tickets -- $300 worth of tickets and you only sold 1,

9   but that money goes out and it came from the drugs.

10             A.   Okay.  I see where you're going.

11             Q.   So that -- I'm pretty sure that's what their

12  theory is.

13             A.   Okay.

14             Q.   And --

15             A.   Yeah, but they can't -- there's no way --

16  that's just a theory.  There's no way --

17             MR. GORDON:  Oh, don't worry, there's more

18  theories that they got --

19             MR. BYRD:  Okay.

20             MR. GORDON:  -- that may be crazy too.

21  BY MR. TREEM:

22             Q.   Well, you know, they're trying to crunch the

23  numbers and they're -- you know, they're talking about -- I

24  assume -- I don't know what they're doing now --

25             A.   Right.

TRANSCRIPT-0019
LO-19-0449

 1              Q.  -- but I suspect that they've already

 2  talked to a lot of people who have -- whatever they have to

 3  do with the events.  But that's -- you know, that's what

 4  they're talking about and that's what their theory is.

 5              And their belief is that Ken would have known

 6  it simply by the way that you and he did business and --

 7  number one.  And number two, that they think that the use

 8  of, the use of the money that you put in to deposit with

 9  the firm, how that was used indicates that he was in

10  fact -- that he would have known that this was all going to

11  personal and not business-related matters and that -- to

12  the extent that that's so, then that would --

13              A.  There was no personal deals, though.

14              Q.  Correct.

15              A.  There was no personal matters -- I mean --

16              Q.  Well, tell me how -- or tell me how it worked

17  in terms of, you know, if you wanted, if you wanted money

18  sent somewhere, how would you go about doing that?

19              A.  Money sent somewhere from where?

20              Q.  From the trust fund.  The money in trust at

21  the Murphy firm.

22              A.  So we had -- you have my legal fees.

23              Q.  Right.

24              A.  You have business ventures that the Murphy

25  firm is representing me on, okay.  So I will wire in money

1  and it says this is for XYZ venture or this is for my

2  legal fees.  It would all be broken down.

3          Q.  Okay.  And would you be telling this to Ken

4  or you'd just be sending -- who would you be talking to?

5          A.  Oh, I tell that to Ken like as far as, okay,

6  this is for this venture, this is for legal fees.

7          Q.  Um-hum.

8          A.  Because he would have to decipher, you know,

9  every month I'm getting a bill from Perkins, Coie, this

10 person, that person, Ian Kaminski (ph.), so on and so

11 forth.  So the money would have to be deciphered and

12 siphoned out as to who would get paid what, and then what

13 goes on what business transaction, whether it be the hotel

14 deal in Florida or the development deal in Miami or

15 whatever it is.  Does that make sense?

16         Q.  Yeah.

17         A.  Okay.

18         Q.  But you would get bills for that stuff?

19         A.  Yeah.

20         MR. GORDON:  Did you ever talk to anyone else at

21 the firm if Ken was out or did you talk to Milin about it?

22         MR. BYRD:  Milin didn't handle no business for

23 us, Ken did, period.

24         MR. GORDON:  All right (indiscernible)

25 BY MR. TREEM:

TRANSCRIPT-0021
LO-19-0449

1            Q.   Now I realize -- so the next question, did

2   Ken instruct you, listen, the only person you should be

3   talking to at the firm is me?

4            A.   About finances, yeah.

5            MR. GORDON:  Did you -- were --

6            BY MR. TREEM:

7            Q.   So that's something he told you or is that

8   something that you said listen, I'm only going to talk to

9   you about, you know, where this money is going to go?

10            A.   It would be a group meeting maybe between me,

11   Ken and Bowie at some point and then at some point it

12   changed from between Me, Ken and Bowie to just me and Ken.

13   And it would be -- I will have a schedule of the events

14   that I'm doing and I'll have a forecast of bills that I

15   have coming and the forecast of expenses that I have

16   coming, whether it be legal or business.  And I will sit

17   with Ken and we'll go through the numbers as far as what's

18   what, what's this, what's what and how -- what needs to get

19   paid and how what needs to get paid.

20            So there was nobody else at the firm that I spoke

21   to about money, and I don't think Ken was comfortable with

22   me talking to anybody else at the firm about money.  There

23   was nobody else.  And when it comes to money conversation,

24   it was just me and him, and Bowie wasn't involved.

25            Q.   Bowie wasn't involved?

1          A.   If he wasn't involved in the conversation.

2   At some point Bowie became -- at some point Bowie wasn't

3   involved no more.

4          Q.   Why was that?

5          A.   One, Bowie felt like I was spending -- giving

6   the firm too much money on my criminal defense.

7          Q.   Okay.

8          A.   And two, I was separating certain businesses

9   that I was doing away from Bowie, that he didn't need to be

10  involved in that Ken felt like that was none of his

11  business.

12         Q.   So the decision to cut Bowie out was made by

13  you and Ken?

14         A.   Yeah.

15         Q.   Do you know -- do you have an idea of when

16  that would have taken place or what, you know, what kind

17  of, what kind of generated this?  Bowie was down in

18  Houston, right?

19         A.   Yeah.  He used to fly and come to Baltimore a

20  lot.

21         Q.   Okay.

22         A.   Who would have generated this?  I don't know.

23  I'm trying -- I mean, you know, now this shit is old, man

24  and, you know, I'm glad you have like 2 days so I can kind

25  of sleep on some of this shit and try and remember.

TRANSCRIPT-0023
LO-19-0449

1              Q.   Yeah.  This is pretty important --

2              A.   Okay.

3              Q.   -- about, you know, what Bowie knew, when he

4    knew it, you know, the scope of his contact with -- on the

5    finances stuff and you and Ken or whatever, that's

6    important stuff.

7              A.   Okay.

8              Q.   I think right now just to kind of get off

9    this for a second, is Bowie we need to talk about, Kim Reid

10   we need to talk about, and Castle.  Those are like the

11   three people from your organization who I think they're

12   (indiscernible)

13             A.   Not my organization.

14             Q.   Well, I said -- well, they call it your

15   organization.

16             A.   Me and them two guys were partners.

17             Q.   I got you.

18             A.   Equal partners.

19             Q.   Okay.

20             A.   There was a vote on everything.

21             Q.   Okay.  Got it.

22             A.   You know what I'm saying?  Like, Castle might

23   have made more money than everybody, to be honest.

24             Q.   Really?

25             A.   Yeah, so --

1          Q.   Well, let's talk about that.

2          A.   -- it was no -- D'Andre (ph.), Richard Byrd,

3   DT Oil --

4          Q.   All right.  None of that stuff?

5          A.   No.  It was a Byrd-Bowie collaboration.

6          MR. TREEM:  Okay.

7          MR. GORDON:  Let me just ask before -- were all

8   the bills -- not bills, I should say all the checks for Ken

9   or did they go to Heather or --

10          MR. BYRD:  Any business transaction went through

11   Ken.

12          MR. GORDON:  Okay.

13          MR. BYRD:  Ken had to be aware of everything that

14   took place because I'm his client and he's managing the

15   account --

16          MR. GORDON:  Right.

17          MR. BYRD:  -- and so on and so forth.  So to make

18   sure we don't have no fuzzy math and don't have no money

19   ending up nowhere it isn't supposed to be Ken had to be

20   aware of everything.

21          MR. GORDON:  I get that.  But would you just --

22   would you give Ken a check?

23          MR. BYRD:  It would be mostly wire transfers.

24          MR. GORDON:  Okay.

25          MR. BYRD:  Ken will make a wire transfer or Monte

 1  will make wire transfer to the Murphy, Falcon and Murphy

 2  firm, and then from there that money will be dispersed into

 3  whatever business interest or legal matters that I had

 4  going on.

 5          MR. GORDON:  Okay.  So the money went directly

 6  to -- or the wire transfer directly to the firm --

 7          MR. BYRD:  Yes.

 8          MR. GORDON:  -- right.  That's how it happened

 9  most?

10          MR. BYRD:  Yes, wire transfer or I was swiping my

11  credit card -- my American Express.

12          MR. GORDON:  To Heather?

13          MR. BYRD:  Yeah.

14          MR. GORDON:  Okay.

15  BY MR. TREEM:

16          Q.  Okay.  But on that, because you -- what you

17  said was, you know, Ken wanted to make sure there was no

18  fuzzy math.

19          A.  Right.

20          Q.  And kind of -- that could have two meanings

21  actually.  So explain that a little bit.  Why would she --

22  would did he want to be the guy who kind of kept his finger

23  on all that?

24          A.  Well, one I didn't trust Hassan and Billy

25  that much.

1          Q.  Okay, well that's a good reason.

2          A.  Okay.  I've heard all the stories about Billy

3  ripping people off, I mean, you know.  And Hassan seemed to

4  be cut from the same vein.  Which I've got a lot of

5  questions to ask about them territories, but I'll let you

6  go first.

7          Q.  Okay.

8          A.  Two, it's business.  I need to know where my

9  money is going.  I need to be -- know what's been happening

10  with my money and what's taking place.

11          MR. GORDON:  When you say that, did you -- how

12  did you keep track of it?

13          MR. BYRD:  Ken had a -- like a flash drive or

14  something.  I don't know, whatever he had on his computer.

15  He had some kind of ledger that he kept every wire that

16  came in and what the breakdown, where it went, all of that

17  type of stuff.

18          MR. GORDON:  So he was in charge of ledgers?

19          MR. BYRD:  Yeah.

20          MR. GORDON:  Okay.

21  BY MR. TREEM:

22          Q.  All right.  Let me get back to the fuzzy math

23  stuff.

24          MR. GORDON:  Yeah.

25          Q.  But did he -- did he ever give you a reason

TRANSCRIPT-0027
LO-19-0449

1   as to why he felt like he needed to stay on top of this?

2   For instance, and I don't mean to put words in your mouth

3   so tell me if I got this wrong, did he say listen we just

4   got to make sure this is all done right so you got to let

5   me know, you know, how much you were bringing in and I got

6   to know where all this money is going?

7          A.   Right.  Yeah.

8          Q.   I mean, because what they're -- what the

9   government would say if they heard you say that, is how

10  perfect that he's really just -- he wants to make sure

11  that, you know, that no one else knows what he's doing

12  here.

13         A.   Okay.  I see.

14         Q.   As opposed to, you know he's so anal about

15  this, you know, he's so concerned that he wants to make

16  sure it's being done right, which is what I'm hearing from

17  you.

18         A.   Right, um-hum.

19         Q.   Did you ever, subsequent to 2011, did you

20  ever have any conversation at all that you can think of in

21  which you would have given Ken any sense that, you know, a

22  lot of money that he was dealing with that he was getting

23  from you was at least in part drug money?

24         A.   No.

25         Q.   Okay.  And so, I mean, would it be correct to

1  kind of assume that you were deliberately trying to make

2  sure he didn't know?

3          A.  Yeah.

4          Q.  Okay.  And did you do anything in particular

5  that you can think of where you just didn't tell him?

6          A.  Actually let me back up.

7          Q.  Yeah.

8          A.  I have -- let me go through a little bit --

9  I should do it this way so I can --

10         Q.  Yeah, go through what you got.

11         A.  All right.

12         Q.  And then afterwards we can go through what we

13  got.

14         A.  Yeah, we'll go back and forth.

15         Q.  Sure.

16         MR. GORDON:  You and Ken took the same

17 handwriting course.

18         MR. BYRD:  Oh, man, you're funny.

19         MR. TREEM:  How is this?

20         MR. GORDON:  It's nothing like just -- they do

21 the Y --

22         MR. TREEM:  Yeah, well Ken writes his so small

23 too that's the other thing.

24         MR. BYRD:  All right.  So there's certain

25 things -- I know you and Ken be partner for a long time.

TRANSCRIPT-0029
LO-19-0449

```
 1  BY MR. TREEM:

 2          Q.  We were.

 3          A.  And I know Sean has worked with Kenny, so I

 4  mean, for him to send you all I know he's comfortable with

 5  you all.

 6          Q.  Right.

 7          A.  And he knows that I'm not really particular

 8  talking to anybody.

 9          Q.  I know that.

10          A.  And there's certain things that I need to

11  know.

12          Q.  Okay.

13          A.  I know what Kenny wants, that's no problem,

14  man.

15          Q.  All right.

16          A.  All right.  He know who I am, he know what --

17  he -- we've known each other over two decades.

18          Q.  Right.

19          A.  All right.  So I know this formula, that's

20  not a problem, all right.  You will leave here with the

21  information that you came seeking.

22          Q.  Okay.

23          A.  All right?

24          Q.  Got it.

25          A.  The MGM deal --
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0030
LO-19-0449

1          Q.   All right.

2          A.   -- okay.

3          Q.   Okay.

4          A.   I brought James Crawford to that deal who put

5    up the money to bluff MGM and bring them to the table.

6    That deal I was supposed to get a 3 percent fee out of.

7    That fee was supposed to be split between me and Bowie.

8    James Crawford, whom I gave $2 million to, to invest in

9    that deal for me.  Who's this kid name?  Lt me see if I got

10   his name here.  Whitaker.

11         Q.   All right.

12         A.   I forgot his first name.  I've got it

13   somewhere on here.  I done looked at this so much and tear

14   it up and flushed it so much to make sure don't nobody take

15   it from me.

16         Q.   Right.

17         A.   I can't remember his name, but anyhow.

18         Q.   Whitaker.  Got it.

19         A.   It was a major ass whipping he took from

20   security at a nightclub in D.C.  I spoke to his mother

21   maybe a year and a half or so ago, she said they ended up

22   getting $180,000.  Now I know a lawyer can't pay any

23   regular person a referral fee.  That referral fee was

24   supposed to be paid to Bowie, I know.  So what I do want to

25   know is will Bowie pay that fee.  So if he got damn near a

TRANSCRIPT-0031
LO-19-0449

1  million dollars, I don't know what the firm got.  So the

2  things I want to know is this --

3          Q.  Okay.

4          A.  I've been in 4 years.

5          Q.  Right.

6          A.  Lawlor -- I've been represented by Lawlor, a

7  cocksucking ass; David Solomon, he's a fucking, fucking

8  cocksucker; Brennan --

9          Q.  Right.

10         A.  Brennan was okay except for I gave Brennan

11 some information and somehow their people was visited the

12 next day, it made me real low on trust with Brennan.

13         Q.  Right.

14         A.  And also the fact that Brennan didn't

15 disclose to me that Solomon was his former partner.

16         Q.  All right.

17         A.  Through this whole process I haven't blinked

18 one way or the other.  I've held my nuts, for lack of a

19 better term.  I had did (indiscernible) for another person

20 that has millions of dollars of my money, that I'm invested

21 with him in nightclubs in Atlanta.

22         I signed the power of attorney before I got

23 incarcerated to give Kenny power to run and take care of

24 all my investments.  I haven't seen one quarter, one penny.

25 During these deals I said, Kenny are you sure we don't need

1  to draw paperwork?

2          We don't need to do this, we're going to use the

3  same man.  I'm going to make sure Billy handles everything.

4  I'm going to make sure Hassan take care of everything.

5          For 4 years now, I got kids in college, mama's

6  medical bills.  None of that money made nowhere flowing

7  over to me.  And I can understand the feds is up his ass, I

8  get that, but he knows me and Sean has a rapport.  I've

9  been in Baltimore/D.C. for damn near 3 years.  One visit

10  just to tell me something.

11          So what I'm telling you is that whatever Kenny

12  needs that's fine, that's not a problem.  Like we can go

13  through this whole questioning and then we're going to do

14  the sing and dance, that's not a problem, all right,

15  period.

16          Q.  All right.

17          A.  When Lawlor came and asked me I tell him come

18  tomorrow, no problem.  And if he didn't give you that

19  message I don't know what happened.

20          Q.  No, he did.

21          A.  All right.  Lawlor even went to the point to

22  tell me -- to ask me, yo, can I give him the Jencks or

23  whatever that shit is the, the evidence, yeah.  I say yes,

24  give it to him, okay.  Up to this day I haven't read that.

25  And I make sure that was turned over so Kenny can be fully

1  aware and apprised of what's going on.

2          The thing is I want to know is, where's my money?

3  How can I get my money?

4          Q.  Got it.

5          A.  I got kids in college -- look, I got 26

6  years, I understand that.  I've lived 40-some years good.

7  I fucked some of the best pussy.  I sucked some of the

8  prettiest pussy.  I ate at some of the best restaurants.

9  I've been on some of the best private jets with bitches

10 sucking my dick back and forth from east to west coast.  I

11 smoked some of the best weed.  I've drunk bottles of wine

12 that cost 100, $150,000.  I've lived a good life.

13 Therefore none of that shit matters to me once you get to a

14 point where you understand that you all was born to die, so

15 there's nothing no one can do to you, you understand what I

16 mean, because death to me is better because at least I know

17 I'm going to meet Christ.

18          My main concern is my kids.

19          Q.  Got you.

20          A.  And Ken knows this.

21          Q.  Okay.

22          A.  I understand that nobody wants to have no

23 communication with nobody.  I get all of that.  But in

24 between all of that I've got a daughter that's slitting her

25 wrist that needs to get therapy.  None of this shit I can't

TRANSCRIPT-0034
LO-19-0449

1  finance, nothing.

2         I get a phone call when I'm in Supermax for a

3  friend of mine, his name is Nellie, Darnell Williams.  He

4  goes way back with Kenny as far as I know.

5         Q.  Yeah, yeah.  I know that.

6         A.  You know Darnell.  Yeah, right, I know

7  Nellie.  Ken beat a big case on him and he took like five

8  years on it or whatever.  So he's back in now.  And he told

9  me before he got back in he said, listen, I talked to

10 Homeboy.  Homebody want me to reach out to you that your

11 investments in the MGM is fine, everything is good.

12        I don't know how long ago was this.  Now Nellie

13 has been locked up a while so it's prior to him getting

14 locked up, you know.  Homeboy said he's going to shoot you

15 a few amps later on once all of this is blown off, all

16 right.  As far as I'm concerned this shit is blown off.

17 Ain't nobody fucking investigating Kenny no more.

18        MR. GORDON:  We wouldn't be here if that was the

19 case.

20        MR. BYRD:  Okay.  Well, obviously I don't know

21 him enough then.  Obviously I'm missing something.

22        Well, with that being the case I pull back.  But

23 Joshua, I have kids that need the money.

24        MR. GORDON:  I got you.  I got you.  Yeah, I got

25 you.  And I'm going --

TRANSCRIPT-0035
LO-19-0449

1              MR. BYRD:  These are real investments.

2              MR. GORDON:  I got you.

3              MR. BYRD:  That MGM deal wouldn't have happened

4    without me.

5              MR. TREEM:  No, I get it.

6              MR. GORDON:  Back up real quick.

7              MR. BYRD:  Yeah.

8              MR. GORDON:  When you said Billy and Hassan.

9              MR. BYRD:  Um-hum.

10             MR. GORDON:  What are their, like --

11             MR. BYRD:  Involvement in MGM?

12             MR. GORDON:  Well, you said that Ken said Billy

13   and Hassan won't jerk it around or--

14             MR. TREEM:  Yeah, he had -- why don't --

15             MR. BYRD:  Break it down.

16   BY MR. TREEM:

17        Q.  Yeah, let me -- while you're talking I want

18   to make sure I understand.  So you got $2 million to invest

19   to make this deal go, right?

20        A.  Precisely it's this.

21        Q.  Okay.  Tell me how this all works.  Because

22   then I need to know about this power of attorney and all

23   that kind of stuff.

24        A.  Okay.  So I'm going to break it down for you.

25        Q.  Okay.

1          A.  I'm at the office, at Ravenell's office,

2    Billy and them's office.

3          Q.  When he's with Billy this is after he left

4    the office.

5          A.  Yeah, it's way out after.

6          Q.  Okay, okay, got you.

7          A.  And they're running around like chickens with

8    their head trying to raise $50 million.  They had a deal

9    with Penn's Landing.  Penn's Landing is going to put up 450

10   million, Billy and Hassan need to raise 50 million.  The

11   deal is going to cost them $500 million.  Penn's Landing

12   wanted to bid on the last casino license and they want to

13   put it in Crofton, except for Billy and Hassan knows

14   there's no way Mike Milin (ph.) is going to let that

15   motherfucking license go to Crofton because that's not in

16   his district.  It's going to go to the National Harbor.

17          So they need to raise $50 million to put in

18   escrow so they can bid on the license.  I shops around,

19   shops around.  Hassan drives to Pittsburgh to talk to a guy

20   that Monte and I do business with, his name is

21   Chuck Sanders, to pitch him the deal.  Before they went I

22   told him that man Chuck ain't no business man, he fucked up

23   on what he has.  He's not going to put up no $50 million.

24   First of all all these football dudes are scared because of

25   the deal that happened with Drew Rosenhaus down in Biloxi,

TRANSCRIPT-0037
LO-19-0449

1   Mississippi where all these football players lost all

2   their fucking money.  This deal is different though, you're

3   not building nothing, you're just putting the money up to

4   bid on the license.  If you don't get the bid you don't

5   lose nothing.  But if you get the bid, your money doubled

6   automatically off the top.  So I bring in James Hassan and

7   give him the same --

8                Q.   James Crawford?

9                A.   Yeah.

10               Q.   Okay.

11               A.   Hassan gives him the sing and dance.

12               Q.   Now who is Crawford, where is he from?

13               A.   He's from Alabama but he lives in Maryland.

14   He's a wealthy businessman.  Owns a lot of real estate, a

15   lot of parking.  He's partners with us on the nightclubs in

16   Atlanta.

17               I brings him in.  He goes and sees a gang of

18   football players.  All of them turn him down.  So he comes

19   back again and say, yo pitch the deal to me again.  He say,

20   oh, so I'm not losing nothing.  I'm not risking nothing.

21   I'm just moving the money from my bank to your bank.  So he

22   went and convinced Charles Woodson, who was his partner, so

23   they wired him the $50 million.  That put the deal on the

24   road.

25               Q.   Who did they wire this to?

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0038
LO-19-0449

```
 1              A.  To Murphy, Falcon and Murphy.  They put it
 2    in trust.  Hassan start spearheading the deal.  So I say,
 3    Ken, you declared to me that these people are going to make
 4    sure I get my fee.  And I said, Ken, I'm going to put up $2
 5    million through James Crawford, you need to make sure my
 6    investment is covered.
 7              Q.  And the fee is independent of your
 8    investment?
 9              A.  Absolutely.
10              Q.  But what's your fee?
11              A.  Three percent.
12              Q.  Three percent of the --
13              A.  Deal.
14              Q.  -- $50 million or the $150 --
15              A.  That's supposed to be, that's supposed to be
16    3 percent of the deal.
17              MR. TREEM:  Of the deal.
18              MR. GORDON:  The whole deal?
19              MR. BYRD:  Yeah, their side of Murphy, Murphy
20    deal.
21              MR. GORDON:  So that's 50 million?
22              MR. TREEM:  50 million.
23              MR. BYRD:  Yeah, so whatever the deal is that
24    they bringing into the table --
25              MR. GORDON:  1.5-?
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0039
LO-19-0449

1          MR. BYRD:  Yeah, whatever they're bringing to

2   MGM.

3   BY MR. TREEM:

4          Q.  Okay.

5          A.  All right.  So the only shit they're getting

6   out of the deal with MGM 3 percent.

7          Q.  Okay.  So --

8          MR. GORDON:  but you weren't getting -- you were

9   getting 3 percent cash, not 3 percent --

10         MR. BYRD:  No, I was going -- I was supposed to

11  roll that into the deal.  Whatever my 3 percent is equal,

12  I'm going to roll that in with the $2 million.

13         MR. TREEM:  Okay.  So the 2 million is your

14  money?

15         MR. BYRD:  Yes.

16         MR. TREEM:  Okay.

17         MR. GORDON:  2 million of your money?

18         MR. BYRD:  Um-hum.

19         MR. GORDON:  You were supposed to get 3

20  million -- I'm sorry, 1.5- --

21         MR. BYRD:  Three percent, whatever that --

22         MR. GORDON:  Two percent of 50 million, so that's

23  1.5.

24         MR. BYRD:  Right.

25         MR. GORDON:  So that would be -- and then your 2

1  million goes into the deal.

2          MR. BYRD:  Yes.

3          MR. GORDON:  So your total (indiscernible)

4          MR. TREEM:  (Indiscernible)

5          MR. BYRD:  Yes.

6          MR. GORDON:  But this is, this is -- what is that

7  3½ million for?

8          MR. BYRD:  That 3½ million is supposed to buy

9  whatever shares that the evaluation come out.  It's

10  supposed to buy into the casino deal.

11          MR. GORDON:  Okay.  So that money is to go to

12  shares?

13          MR. BYRD:  Yes.

14          MR. GORDON:  Okay.

15          MR. BYRD:  They showed me a prospectus that was

16  supposed to pay out quarterly and then in 10 years the

17  casino was supposed to buy us out 10 times even up.  I

18  haven't heard one iota.

19  BY MR. TREEM:

20          Q.  Who puts together the prospectus?

21          A.  Hassan.  Now I gets arrested.  All of this is

22  going on.

23          Q.  Yeah, but --

24          A.  I'm asking Ken, I'm saying, yo, Kenny what's

25  going on with --

```
 1            Q.  Give me a year, a date for all this is kind

 2   of percolating?

 3            A.  Maybe a year before I get arrested.

 4            Q.  So 20-9, 20-10?

 5            A.  Maybe somewhere around there 10.

 6            Q.  All right.  Arrested?

 7            A.  No, not arrested.  I'm talking when the feds

 8   picked me up.

 9            MR. TREEM:  Oh.

10            MR. GORDON:  What?

11            MR. BYRD:  When the feds picked me up.

12            MR. GORDON:  For?

13            MR. BYRD:  When they picked me up out here.

14            MR. GORDON:  Out here?

15            MR. BYRD:  In front of Russo's office.

16            MR. TREEM:  Well, that was --

17            MR. BYRD:  That was what, 4, 3½ years ago?

18   BY MR. TREEM:

19            Q.  Yeah, I understand that but what

20   (indiscernible) the deal?

21            A.  No, not that deal.

22            Q.  I know, this is before --

23            A.  This is after that.

24            MR. GORDON:  This is having to do with the

25   federal charges?
```

TRANSCRIPT-0042
LO-19-0449

 1            MR. BYRD:  Yes.

 2            MR. GORDON:  Okay.  So that was a good for 4, 4½

 3  years ago?

 4            MR. BYRD:  No.

 5            MR. GORDON:  But that's when it got settled.

 6            MR. TREEM:  That would be 2012.

 7            MR. BYRD:  No.  I got locked up April of -- it's

 8  the 17th, April of '13.

 9            MR. TREEM:  Okay.  So this would have been 20 --

10  all right, April 23rd.

11            MR. GORDON:  Are you sure it was --

12            MR. BYRD:  No, April of '14.

13            MR. GORDON:  April of '14.

14            MR. BYRD:  Because next April will be 4 years.

15            MR. GORDON:  Yeah, April of '14 you got locked up

16  for -- and brought to Maryland?

17            MR. BYRD:  Right, that's what I'm talking about.

18            MR. GORDON:  Okay.  So you're talking about

19  Maryland stuff?

20            MR. BYRD:  Yes.

21            MR. GORDON:  Not Arizona stuff.

22            MR. BYRD:  Well, it's still the same case.

23            MR. GORDON:  It's still the same case but the

24  Arizona stuff, you know, is -- was supposedly --

25            MR. TREEM:  You were here.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1            MR. GORDON:  -- you were here.

2            MR. BYRD:  Right.

3            MR. GORDON:  Okay.  So we're talking about when

4   you went -- so when you went to CTF --

5            MR. BYRD:  Right.

6            MR. GORDON:  -- (indiscernible) --

7            MR. BYRD:  Yeah.

8            MR. GORDON:  -- that was '14?

9            MR. BYRD:  '14.

10            MR. GORDON:  Okay.  All right.

11   BY MR. TREEM:

12            Q.  All right.  So, and  Hassan is supposed to be

13   putting together the paperwork?

14            A.  Right.  Wait -- at that point --

15            Q.  Or he actually has and shown the --

16            A.  Yeah, prospectus.

17            Q.  Okay.  And so you put your money in?

18            A.  Right.

19            MR. GORDON:  That's why you were up in the

20   offices those days.

21            MR. BYRD:  Right, exactly.

22            MR. GORDON:  He was actually in the firm those

23   days because I remember.

24   BY MR. TREEM:

25            Q.  All right.  Let me digress for 1 minute and

1    let me deal with this, because this may be really

2    important.

3                So you're entering Murphy firm offices.

4                A.   Um-hum.

5                Q.   You're meeting with who?  Who are you meeting

6    with?

7                A.   Kenny, Hassan.

8                Q.   Kenny, Hassan --

9                A.   Billy pops in.

10               Q.   How about Bowie, is he there?

11               A.   Bowie was there in the beginning but Hassan

12   started tightening the noose on the deal because he's

13   concerned about my case.

14               Q.   Okay.

15               A.   And then he doesn't want any unnecessary

16   baggage.

17               Q.   And so what are you telling him?

18               A.   Who, Hassan?

19               Q.   Yeah, at this meeting.  Is Kenny there

20   throughout the meeting?

21               A.   Yeah.

22               Q.   Okay.

23               A.   I'm like truly I trust Kenny.

24               Q.   So (indiscernible) okay.

25               A.   Kenny is going to make sure y'all do right by

1   me.  And I brought them another case and they tried not

2   to do right and there was a big culumjum (ph.) about it.

3              MR. GORDON:  Which one?

4              MR. BYRD:  What's her name?  The Puff case.  The

5   silver case where they got a million dollars from the case

6   and they was supposed to pay the lawyer that I brought to

7   the table.  They brought them to referral and they didn't

8   want to pay them.  He had to go by -- he had to wait after

9   and wait until they cut checks and --

10             MR. GORDON:  Who, Sean Whitaker?

11             MR. BYRD:  No, not Whitaker case.  Her name is --

12             MR. GORDON:  Her name?  From whatchamacallit out

13  in Cali?

14             MR. BYRD:  In Cali.

15             MR. GORDON:  Oh, with Puffy?

16             MR. BYRD:  With Puff.

17             MR. GORDON:  Yeah, okay.  I remember -- yeah.

18             MR. BYRD:  You remember the case?

19             MR. GORDON:  Yeah I was out there.

20             MR. BYRD:  Right.  And she backed out because

21  they had for Puff for $10 million, so Jimmy (indiscernible)

22  called and pressured her.

23             MR. GORDON:  So this was the case --

24             MR. TREEM:  All right, hold on.

25             MR. GORDON:  Okay.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0046
LO-19-0449

```
 1              MR. TREEM:  What was her name?

 2              MR. GORDON:  It was like --

 3              MR. BYRD:  Capricorn.

 4              MR. GORDON:  Yeah.

 5              MR. BYRD:  Wasn't that her name?

 6              MR. GORDON:  Yeah, it was Capricorn.

 7              MR. BYRD:  Capricorn.

 8  BY MR. TREEM:

 9         Q.  So Hassan is -- well, is he getting kind of

10  inky because of the federal charges?

11         A.  Yeah, he's getting inky because of the

12  federal charges --

13         Q.  All right.

14         A.  -- and I understand that.

15         Q.  Right.

16         A.  So I'm like I trust Kenny, right.

17         Q.  And what do you mean by that when you say I

18  trust Kenny?

19         A.  That if something happens to me --

20         Q.  Oh, okay.

21         A.  -- that y'all will figure out how to make --

22         Q.  Okay.

23         A.  Because Hassan was supposed to create a

24  vehicle --

25         Q.  Right.
```

TRANSCRIPT-0047
LO-19-0449

1              A.   -- for me to have my ownership.

2              Q.   Okay.

3              A.   And he explained to me that he knew exactly

4   how to create a vehicle but he didn't want to until we see

5   what the feds is coming with, let them show their hands and

6   you sit back, right, because my thinking to them is fuck

7   it, I'll go to prison that's fine.  As long as my kids get

8   my fucking money I'm fine, I will do whatever it is.

9              So he's like, yo, I create the vehicle but we

10  need to wait and see how this plays so I know which

11  direction to go with because, you know, he's like -- he

12  spent how many years in New York at a firm and that's what

13  they did they created, you know, cover for people.

14             Q.   Right.  Okay.  And so what happens then, I

15  mean, is something created that's supposed to protect you?

16             A.   Never happened.

17             Q.   So you mentioned something before about a

18  power of attorney.

19             A.   Right.  So before I got incarcerated I signed

20  power of attorney over to Kenny.

21             Q.   Okay.  To allow him to do what?

22             A.   Take care of my investments, between Gidewon

23  and the casinos.  Because that was the only person I

24  trusted.

25             Q.   Right.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1          A.    And he knew the secrets and the

2  intricacies of the deal to make sure -- like Kenny would

3  bite back at Hassan to make sure he doesn't fight me.  And

4  then I'm at Supermax --

5          Q.   All right.

6          A.    -- and Kenny comes and see me and I'm like,

7  yo, what's going on with the casino deal?  But I'm not --

8  at Super Max didn't really want to talk because we didn't

9  trust the environment --

10         Q.   Right, sure.

11         A.    -- and so on and so forth, you know what I

12 mean.  At Supermax you got to call and schedule -- like I

13 know you all -- y'all just showed up on this, right?  I

14 hope so.

15         Q.   Right.

16         A.   Yeah.  Right?

17         Q.   Right.

18         A.   Okay.  So when he come to Supermax he tell

19 you how I am.  We --

20         MR. GORDON:  Yeah, there's certain

21 (indiscernible) go in?

22         MR. BYRD:  Yeah.  So I'm like, listen Kenny, I'm

23 reading the newspaper and I see the MGM deal is happening,

24 I see Kevin Johnson is going to be the contractor; what's

25 going on with me?

TRANSCRIPT-0049
LO-19-0449

1          He says man, don't worry about it; once we get

2    past this, everything will get sorted out.

3          I said fine, I'm going to let it be.

4    BY MR. TREEM:

5          Q.  Okay.  The power of attorney gave Kenny power

6    to --

7          A.  Whatever that --

8          Q.  (Indiscernible)

9          A.  Well, whatever it is.

10          Q.  Did you ever see the power of attorney?  You

11    had to have signed it.

12          A.  Yeah, I signed it at Kenny's office.  I think

13    the lawyer name was Daryl Peterson.  It was an outside firm

14    that kept the power of attorney in their office.

15          MR. GORDON:  Did you know him?

16          MR. BYRD:  He went to law school with Kenny, the

17    University of Maryland.

18          BY MR. TREEM:

19          Q.  Okay.  So let's get back then.  So it's you,

20    Bowie, Hassan, Kenny, Billy, you know, stopped by for a cup

21    of coffee?

22          A.  None of this is going to be turned over to

23    the government, right?

24          Q.  I don't mean to laugh, but yeah, none of this

25    is going to be turned over.  This is between you, me, and

TRANSCRIPT-0050
LO-19-0449

1  Sean --

2           A.   Okay.

3           Q.   -- you know, and that's where it's going to

4  stay.

5           A.   All right.

6           Q.   You know, we -- and if you want, if it makes

7  you feel better, I'll take back my card so if you take it

8  to your cell (indiscernible) they're not going to see this.

9  That's up to you.

10          A.   All right.  No, no, we're fine, we're fine.

11          Q.   Okay.  Now listen, listen, here's my, here's

12  my goal here for today and tomorrow.  Well, in addition to

13  bringing you some chicken --

14          A.   Right.

15          Q.   -- is that -- well, let me also say that

16  given what I've already heard I suspect if you're willing

17  I'm going to want to come back.

18          A.   That's fine man, I'm good.

19          Q.   Okay.

20          A.   Sean know me.  He knows.

21          MR. GORDON:  Well, I (Indiscernible) just, you

22  know, whatever.

23          MR. TREEM:  He was my driver today.

24          MR. BYRD:  So you're doing this for free, man?

25  You're Uber?

1              MR. GORDON:  Yeah.  No, but I did that --

2   BY MR. TREEM:

3        Q.   You and Kenny go back 20-plus years, right?

4        A.   Right.

5        Q.   You and I have met about an hour and a half.

6        A.   Right.

7        Q.   Okay.  I've got a lot of catching up to do.

8        A.   But for Kenny to send you here he absolutely

9   has to have unequivocal trust in you.

10       Q.   Well, I think he does and I trust him.

11       A.   Okay.

12       Q.   And so, you know, we -- I will tell you -- I

13  don't know whether he told you this story, but the first

14  jury trial -- I think this is right -- the first jury trial

15  he had he and I were defending a guy in Baltimore County

16  who was accused of indecent exposure.

17       A.   Wow.

18       Q.   And the victim was about an 8-year-old girl,

19  and I think that's the first trial that Kenny had in front

20  of a jury as a defense lawyer.

21       A.   Wow.

22       Q.   And, you know, that's how far back we go, so

23  anyway.  Yeah, no, this is, you know, us.  This isn't going

24  anywhere except maybe, you know, I'm going to be talking to

25  Ken later so I'm going to talk to him about this.

TRANSCRIPT-0052
LO-19-0449

1          A.   Yeah, but on the phone?

2          Q.   No, no.

3          A.   No, no, not on no phone.  Not on no phone.

4          Q.   Okay, all right.

5          A.   Don't do it.

6          Q.    I will not talk to him about this on the

7   phone.

8          A.   I need my --

9          MR. GORDON:  There's a few things I forgot to --

10          MR. BYRD:  Yeah, no, yeah.

11          MR. TREEM:  All right.

12          MR. BYRD:  Not on no phone at all.

13          MR. GORDON:  Want some more sheets of paper?  Do

14   you have enough paper?

15          MR. BYRD:  No, I'm good.  I'm just trying to

16   check off.

17          MR. TREEM:  Not even on my cell phone?

18          MR. BYRD:  No.

19          MR. GORDON:  No, no.

20          MR. TREEM:  I got it, I got it.  That's fine.

21          MR. BYRD:  Yeah, like --

22          MR. TREEM:  I got it.

23          MR. BYRD:  (Indiscernible)

24          BY MR. TREEM:

25          Q.  See, that's why we still need pay phones

1   around.  But I got it.

2            So, all right -- oh, I'm sorry.

3            A.  Yeah.

4            Q.  You go.

5            A.  Did the feds get my financial stuff off of

6   Ken's laptop?

7            Q.  Did Ken get your -- no, they haven't gotten

8   Ken's laptop.

9            A.  Oh, so that's good.  So they don't know

10  nothing about me.

11           Q.  They don't -- that's one of the things --

12  every once in awhile they wake up and say hey, you know, we

13  need to get Ken's laptop and they haven't come to me to

14  ask --

15           A.  That -- go on.

16           MR. GORDON:  (Indiscernible) is there a reason

17  that it was only on Ken's laptop?

18           MR. BYRD:  Yeah, because Ken was my lawyer.

19           MR. GORDON:  But Ken had a desktop, too.

20           MR. BYRD:  I don't know if it was on his desktop,

21  too.  I just know that when we met he had the file with

22  him, you know what I mean?

23           MR. GORDON:  Um-hum.  Okay.

24           MR. BYRD:  You know, written out or we'll review

25  it.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1  BY MR. TREEMS:

2          Q.  Is there something on there you need to be

3  concerned about that you would -- in your finances?

4          A.  Yeah, I don't think that the government

5  should not have access to my finances.

6          Q.  Okay.  Just kind of general stuff?

7          A.  Yeah.

8          Q.  I got you, okay.  But nothing --

9          A.  I should not be part of anything that

10  whatever you all turn over.

11          Q.  So this is all personal stuff?

12          A.  Yes.

13          Q.  Okay.

14          A.  I talked to you about the casino, right?  I

15  talked to you about -- also, if Ken can't -- which I'm

16  suspecting because y'all are saying that the government is

17  still looking at it -- if Ken can't make no moves on my

18  behalf as the power of attorney then he should allow me to

19  sign my power of attorney to whoever I wanted to so I can

20  get whatever I --

21          Q.  Your power -- you can revoke it anytime you

22  want.

23          MR. GORDON:  Yeah.

24          A.  So I can get whatever I want done.  And my

25  financial stuff on his laptop he need to either throw that

1  laptop away or find a way to get all of my financials off

2  of that.  Because they could stop in any minute and take

3  that laptop

4           Q.   Well, I think the problem is it's under

5  subpoena.  They just haven't bothered to get it.  I'll

6  look.  I'll see what -- they've issued a subpoena for it I

7  think.

8           A.   Have been?

9           Q.   Yeah.  But I have some questions but I will

10 look at it.

11          A.   Okay.

12          Q.   Maybe there's a way to -- well, I'll look at

13 it.  I'll see -- we'll make sure it covers what we have.

14          A.   The information that Lawlor gave me, what was

15 Bowie and them saying about me, because I never had a

16 chance to read that.

17          Q.   Yeah.  I didn't bring any of that stuff with

18 me, I didn't want to bring it on the plane.

19          A.   Okay.

20          Q.   Oh wow.

21          A.   Did Bowie mention anything about the casino

22 deal and about Kenny?

23          Q.   I don't -- not -- no, not with respect to

24 what they gave to Mike.

25          A.   Okay.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

```
 1              Q.  That's not -- that wasn't part of the --

 2              A.  Okay.

 3              Q.  The casino deal was not part of any discovery

 4   that I was -- that I saw.

 5              A.  All right.  What the fuck happened -- what's

 6   up with Ed Leyden?  Because Ed knows some of this

 7   information.

 8              Q.  Ed is in the same boat you are -- I was going

 9   to say that Kenny is.

10              A.  Oh, okay.  I was going to say Ed is locked

11   up?

12              Q.  No, no.  He's in the same boat that --

13              A.  Okay.

14              Q.  You know, and Steve Allen I haven't heard

15   anything more on anyone else.  The last time I spoke to

16   Steve a couple weeks ago -- because every couple months I

17   just make -- you know, I just make phone calls.  Steve

18   hadn't heard anything either.

19              A.  Do you know who are all the witnesses against

20   me?

21              Q.  No.

22              A.  No.

23              Q.  I mean, the ones that -- I think the ones

24   that I do know, you know, it's Bowie, it's Reid, it's

25   Castle, it's -- you know, those are the major ones I think.
```

TRANSCRIPT-0057
LO-19-0449

```
 1              A.  Okay.

 2              Q.  But, you know, the other stuff, you know, I

 3   don't know.

 4              A.  When you leave here tonight can you check and

 5   see where Nellie is at?

 6              MR. GORDON:  Darnell?

 7              MR. BYRD:  Yeah.

 8              MR. GORDON:  If he's locked up in --

 9              MR. BYRD:  Yeah.  Did Kobie take his place?

10   Because Kobie -- he said Kobie -- when he got to Supermax I

11   heard back from him and he said Kenny referred him to

12   Kobie's file.

13   BY MR. TREEM:

14              Q.  Who is this?

15              A.  Darnell Williams.

16              Q.  Darnell?  I'll ask Kobie.

17              MR. GORDON:  Well, here -- I would think not

18   at -- all, but --

19              MR. TREEM:  Well, Kobie has only been with our

20   firm for not even a year yet.

21              MR. BYRD:  Because he had a one-man shop, right?

22   He had his own shop?

23              MR. TREEM:  Yeah, right.

24              MR. GORDON:  But he also -- when everything hit

25   in August I'm not sure how much involvement he had with
```

TRANSCRIPT-0058
LO-19-0449

1  things.

2             MR. BYRD:  Okay.

3             MR. TREEM:  But he was still -- that was his own

4  shop.

5             MR. GORDON:  Yeah, oh yeah.

6             MR. TREEM:  It was his job, it wasn't --

7             MR. BYRD:  Oh, they raided his shop?

8             MR. GORDON:  No, but when they raided -- went

9  after Kenny there was -- everyone involved with Kenny on

10  anything connected in any way got the like warning shout

11  across the bow.

12             MR. BYRD:  Okay.

13             MR. GORDON:  You know, shit, I got the order.

14  You know, like because of course the firm wasn't going to

15  help me out so --

16             MR. BYRD:  Right.  Now Mr. Treem, I want you to

17  know, let Kenny know that in any which way I can help I

18  will help.

19             MR. TREEM:  Okay.

20             MR. BYRD:  Even I've asked Mr. Dolin to contact

21  Mr. Lawlor to get me copies of the Jencks so I can see them

22  so I can help Kenny which way to strategize because I know

23  these people -- I know the other side of these people.

24  BY MR. TREEM:

25             Q.  All right.  Well, yes, that's one of the

1   things I wanted to talk in terms of --

2              A.   Like I said, the only good thing that

3   happened with Lawlor was the fact that he gave y'all the

4   information that I asked him to.  Well, he asked me

5   permission and he won be by doing that, but at the same

6   time he fucked me over too.  That motherfucker, I mean, I

7   show up in court and a fucking Warwick is like, do we have

8   a deal?

9              I'm like what fucking deal?

10             He tells Warwick that I agreed to take 26 years.

11             Q.   All right.

12             A.   I didn't agree to do shit.  I told that

13   motherfucker be ready for trial tomorrow.  That

14   motherfucker the whole time is saying to me it's impossible

15   for me to be ready.

16             Q.   Right.

17             A.   And after I took -- unwillingly took the

18   deal, reluctantly took the deal, this motherfucker comes

19   and sees me and says man, it just feels like this because

20   you just took it.  Two, 3 years from now you'll feel

21   better.  I said, man, this is what you do to people?

22   Like --

23             Q.   That's not a good thing to say to anybody.

24             A.   No.  Oh, man, I can't -- anyhow, I don't even

25   want to go in about it.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1          Q.   Let me ask you about that though because

2   I've seen your deal letter and whatever.  Tell me about --

3   you know, in the deal letter you've waived the attorney

4   client --

5          A.   No, I --

6          Q.   Yeah, you've waived your own --

7          A.   Lawlor.  Lawlor.  Motherfucker come to me

8   Warwick wants you to waive your attorney/client privilege.

9   And I said what the fuck you mean by that?  He said it's

10  just pertaining to Ken, it has nothing to do with you or

11  whatever.

12          I said, what you mean it's pertaining to Ken?

13          He said they already got the stuff so it's just

14  formality.  They already got it from the (indiscernible)

15  team.

16          So I said all right, cool.  I said nothing else

17  about it.  I show up at the hearing the next day and I'm

18  reading through the plea agreement and I'm like, dude.

19  While I'm reading through it, Mr. Warwick comes over and

20  hands me a paper, and the paper has like a slew of fucking

21  names on it, all the lawyers that I've had contact with.

22          Q.   Right.

23          A.   So I turn around to Lawlor, I say what the

24  fuck is this?

25          Oh, that's just Ravenell stuff.  At the same time

TRANSCRIPT-0061
LO-19-0449

1   Mr. Warwick grabs the paper back.

2          So I asked, I said what the fuck is this man,

3   what the fuck is going on man?

4          Give me a second.  Then goes up to the Judge

5   bench.  The next thing I know the Judge is like put your

6   headphones on, we're about to read this waiver into the

7   record.

8          So the lawyer comes back and I say yo, what the

9   fuck was all of that about?

10          Man, don't worry about it, Warwick said he's not

11   going to come over the top rope on you.

12          I said, what the fuck, what could he possibly

13   come over the top rope on me on?

14          So anyhow, I go back to CTF and I called him

15   immediately.  I said, dude, you just made me just sign away

16   my whole motherfucking right and get no benefit for it, and

17   they ain't telling me what the fuck I'm signing away,

18   nothing.  You have Warwick hand me the paper.  When I asked

19   you a question the paper get taken back, and I can't get no

20   clarity on what the fuck is going on.

21          So, you know, the reason I'm not going to say

22   fuck him is because he did turn over the information, which

23   was helpful, because he told me he had a relationship with

24   you and, dah, dah, dah, but does it pertain to me?

25          Q.  I got it.

TRANSCRIPT-0062
LO-19-0449

1          A.   That motherfucker stuck his foot so high up

2  in my ass and, you know, his whole thing (indiscernible)

3  that's enough, if I had took it to trial -- I said, but

4  that's my decision to make, man, not yours.

5          Q.   Okay.

6          A.   Like, you don't tell me if I take it to trial

7  I'm going to be facing a fucking firing squad and you know.

8  Judge Bennett is like, well, Mr. Byrd I want to make you

9  aware that the jury is going to be coming from Easton and

10  northern Maryland or wherever, wherever.

11          So when we get back I'm asking -- well, I said

12  why is Bennett saying that?  He's telling you don't take

13  the motherfucking case to trial because if you do he's

14  going to blow your brains out.

15          So I'm not concerned about that.  If I end up

16  with life, that's what it is.  I'll deal with that.

17  Because in my mind with Kenny free I know my kid is going

18  to be good at something because MGM is open.  My money is

19  somewhere, somewhere in there.  So I'm sitting back

20  chilling.  So I'm like fuck it, I'll go sit down and do the

21  26 years.

22          The day of the plea this dude is screaming in my

23  ears taking the fucking plea you're stupid, take the

24  fucking plea.  You're going in front of a firing squad if

25  you go to trial.

TRANSCRIPT-0063
LO-19-0449

1    I say fuck it, I know Bennett ain't about to

2  change no lawyer, he wouldn't let James -- James

3  (indiscernible) and I've been a victim of so many lawyers.

4  And Bennett, basically, if he could have got off the bench

5  and smacked the shit out of me, he would have.

6         Q.   Yeah, that's true.

7         A.   So at that point I just say fuck it, man.

8  It's all right.

9         Q.   Okay.

10        A.   And I just -- I don't give a fuck how much

11  evidence they have.  I don't know, I ain't seen it.  He

12  didn't explain it to me.  All he told me it was 14

13  witnesses.  I'm like I don't know 14 people that I've done

14  business with that are going to be testifying against me.

15        I asked him to see the information.  He said he

16  couldn't turn it over to me because he don't know if

17  Bennett is going to let Jamison get on the case or is he

18  going to postpone it, and Warwick don't want you to see it

19  for such a long period of time.  So I have to --

20        Q.   Run that by me again.

21        A.   I asked him to see the Jencks.

22        Q.   Okay, the Jencks stuff.

23        A.   Yeah.

24        Q.   Okay.

25        A.   And he's like yo, I don't know --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0064
LO-19-0449

1          Q.   Okay.

2          A.   -- I can't give you that information because

3   Warwick don't want you to have that information.

4          Q.   Yeah, mostly to do with Castle's testimony.

5          A.   Right.  So I said all right, cool.  And the

6   only civil line with him was it was like yo, he was going

7   to meet with you on Saturday at 12:00 and blah, blah, blah,

8   he's going turn over the info.  I said all right cool, fuck

9   it.  I just gave up.  I just say fuck it.  At least I know

10  with this Ken is protected and he knows what's coming at

11  him and know how to deal with it.  And if Kenny is free my

12  investment is good and that's the way I'm looking at it.

13         Q.   Okay.

14         A.   So, I have --

15         Q.   So you need to know if your investment is

16  good?

17         A.   Yeah.  I mean, I got a phone call from Nellie

18  that tells me my investment is good and that if I stood

19  strong that a few million dollars was coming my way.

20         Q.   And that was from who?

21         A.   Nellie, Darnell Williams.

22         Q.   Oh, Darnell.  I know that's Darnell Williams.

23  Okay.  All right.

24         A.   Yeah, that's the name of the guy.

25         Q.   Okay.

TRANSCRIPT-0065
LO-19-0449

1          A.   Sean Whitaker.

2          MR. GOODMAN:   Yeah.

3          MR. TREEM:   Sean Whitaker, okay.

4          MR. GOODMAN:   Yeah (indiscernible)

5          MR. TREEM:   Oh, that's the guy that --

6          MR. BYRD:   I brought that case to the firm.

7          MR. GOODMAN:   Right.   Okay.   Okay.

8          MR. TREEM:   You didn't remember that before.

9          MR. BYRD:   Because you worked it.

10         MR. TREEM:   Now he remembers it.

11         MR. BYRD:   I didn't get a call.

12         MR. GOODMAN:   Dude, do you want (indiscernible)

13 on that case?

14         MR. BYRD:   Okay.   All right.

15         MR. TREEM:   They're real good at taking money but

16 not good at giving it.

17         MR. BYRD:   Giving it, yeah.

18         MR. GOODMAN:   No.

19         MR. BYRD:   No.   Yeah.   And, you know, it's

20 like --

21         MR. GOODMAN:   You know they went to battle over

22 that right?

23         MR. BYRD:   I heard that they fucked Ken on all

24 his money and everything that they had with him.

25         MR. GOODMAN:   Well, on that case in particular

TRANSCRIPT-0066
LO-19-0449

1  they went to battle.

2          MR. BYRD:  Wow.  That case came through him, what

3  kind of battle could they possibly have?

4          MR. GOODMAN:  Well, the problem is that that case

5  came through him and he was part of the firm.  He then left

6  the firm --

7          MR. BYRD:  But they still do.

8          MR. GOODMAN:  Yeah, but there's a question of who

9  gets how much.

10         MR. BYRD:  Wow.

11         MR. GOODMAN:  Look, all I'm going to say is, you

12  know, you told me 3 years ago your feeling towards Billy

13  and Hassan.

14         MR. BYRD:  Right, it ain't changed, it's still

15  the same way, because I see --

16         MR. GOODMAN:  I didn't argue with you at that

17  point for my own personal reasons but, you know.

18         MR. BYRD:  One more thing I want to ask -- well,

19  two, three more things.

20  BY MR. TREEM:

21         Q.  We got time.

22         A.  There's nine -- supposedly only 9,000.  I

23  don't know.  I'd like to ask Kenny that why is there only

24  9,000 left in my escrow account there.

25         Q.  $9,000?

1          A.   Yeah.  My family has contacted the Murphy

2    firm to turn that money over, they have not.  That money is

3    clean money.  I want every bit of my money from these

4    cocksuckers, man.  And I don't know, maybe I need Dolin to

5    draw up some paperwork and send to Murphy and them to

6    demand my motherfucking money.

7          Q.   Yeah, well I should stay out of that.

8          A.   Yeah.

9          Q.   But I, I mean, I will make sure that Ken

10   (indiscernible)

11          A.   But, I mean, you can play in the back,

12   though, and help me out.

13          Q.   Absolutely.  I mean, yeah, for sure, I know

14   that.  Yeah, I will.

15          A.   Because --

16          MR. GOODMAN:  How did you get that figure?

17          MR. BYRD:  Paula Junghans told Brennan that there

18   was only 9,000 left in escrow.

19          MR. TREEM:  All right.

20          MR. BYRD:  But I know it was way more than that.

21   And I also know how they fucked Leonaldo.  I went through

22   Leo's old paperwork and they fucking, you know -- Billy and

23   Hassan, I don't know how Billy made it this far robbing

24   people.  Like literally he just takes your fucking money

25   and don't give a fuck and just gone.  That $9,000 I would

 1    like for Ken to figure out how or whoever -- maybe you

 2    could reach out to Paula and I'll have Gregory follow up or

 3    whatever and see if can I get my fucking money.  There's no

 4    paperwork filed from the government about it.  There's no

 5    seizure on it, there's nothing.

 6    BY MR. TREEM:

 7            Q.  I'll ask her.  I will see her next week.

 8            A.  Secondly, I'd like to have a few newspaper

 9    subscription man, if Kenny can help me.

10            Q.  Newspapers?

11            A.  Yeah, *Wall Street Journal*, the *Washington* --

12            MR. GOODMAN:  You get subscriptions?

13            MR. BYRD:  Yeah.  The *Washington Post* and *USA*

14    *Today* and a few magazines, *Inc.*, *Entrepreneur, Forbes.*

15            MR. GOODMAN:  Let me just write this down here,

16    *Washington Post*, *USA Today*, *WSJ*, what was the other one?

17            MR. BYRD:  *Entrepreneur.*

18            MR. GOODMAN:  Okay.  *Forbes?*

19            MR. BYRD:  *Forbes, Inc., Wired, Organic Life.*

20            MR. GOODMAN:  *Organic Life?*

21            MR. BYRD:  That's my -- I'm trying -- you know,

22    I'm trying to figure out how to live longer in jail, man, I

23    want to see my kids graduate.

24            MR. GOODMAN:  Okay.

25            MR. BYRD:  One more, *Men's Health* and *Women's*

TRANSCRIPT-0069
LO-19-0449

1  *Health* and *Health and Fitness* I think it is.  And a

2  couple of books, you know, *Dark Money*, *Bodybuilding A to Z*.

3  I'm easy.

4           MR. GOODMAN:  Okay.

5           MR. BYRD:  I'm a cheap date, man.

6           MR. TREEM:  Okay.  I can't guarantee that this is

7  going to get done, but I --

8           MR. BYRD:  Man, you tell that little motherfucker

9  man, I need some fucking newspaper and some magazines.  I'm

10 sitting here, right.

11          MR. TREEM:  I hear you but --

12          MR. BYRD:  I'm four flat tires down riding like,

13 you know what I'm saying.  I mean, I'm going to be honest

14 with you, first I would be disappointed that no lawyer

15 showed up, like, you know, because I'm thinking hey man I

16 done paid so much money to the firm they need -- they know

17 how much money I got in this deal they need to send me a

18 motherfucking lawyer to represent me.  And once I started

19 to realize that Ken didn't have control, he was really busy

20 and Hassan was pulling his strings they kind of fucked him

21 around, that's what the streets are saying, I kind of just

22 fell back.

23          I asked Nellie about it.  It was like yo, man,

24 Johnny (indiscernible) is saying he had nothing to do with

25 that, it's all Hassan and -- Hassan and Billy.

1          Anyhow, man, I'm going to let you go.  I think

2    I asked enough.

3    BY MR. TREEM:

4          Q.  No, no, that's all right.  I want you to get

5    through your stuff and --

6          A.  No, no.

7          Q.  Tell me about Leonaldo, what's that all

8    about?  Because he is part of this -- the government's

9    case.  I don't know exactly how it fits into it but there's

10   something about -- there's someone who says that, someone

11   whose name now escapes me (indiscernible)

12         A.  The little short girl, you know, what's her

13   name?

14         Q.  Who is claiming that she delivered money

15   directly to Ken?

16         MR. GORDON:  Yeah.

17         MR. BYRD:  What's her name?

18         MR. GORDON:  Tracy.

19         MR. BYRD:  Tracy.  Is it Tracy?  It might be

20   Tracy.

21         MR. TREEM:  Well, in any case --

22         MR. GORDON:  I'm not sure since Tracy is also

23   Whitaker's mom.  I don't want to get --

24         MR. BYRD:  Yeah, Tracy is Whitaker's mom.

25         MR. GORDON:  But for some reason Tracy seems

TRANSCRIPT-0071
LO-19-0449

1  to -- I could look back in my files but that's the --

2          MR. BYRD:  Yeah, what I was going to say to --

3  yeah, because you spoke with -- yeah, so you went out and

4  spoke to her a couple of times and that she disappeared one

5  time on you.

6          MR. GORDON:  I called her one time, but yeah.

7          MR. BYRD:  Right.  So she's cooperating with the

8  government?

9          MR. TREEM:  Yes.

10          MR. BYRD:  Oh, interesting.

11  BY MR. TREEM:

12          Q.  And the interesting thing about that, I think

13  this is right -- Sean maybe you may know this and maybe --

14  if I've got it wrong tell me.  I think it has something,

15  and I think I'm right about this, Brennan represented her.

16          A.  That's why Brennan couldn't take Leo's case.

17  Now it make -- oh, I'm like Brennan who you representing in

18  this motherfucking conspiracy?  If I had known that Brennan

19  couldn't represent me either.

20          Q.  That's exactly right.  That's the exactly the

21  point.  That's exactly right.

22          A.  I knew it.

23          MR. GORDON:  She went missing.

24          MR. BYRD:  Yes, because I remember you hunting

25  her down.  I remember Leo told me you were hunting her

1    down.

2          MR. GORDON:  Leo and Byrd were at CTF at the same

3    time?

4          MR. BYRD:  Yeah, they were cellies at the same

5    time.

6          MR. GORDON:  So she disappeared with a whole lot

7    of cash.

8          MR. BYRD:  A boat load of cash.

9          MR. TREEM:  Really?

10         MR. BYRD:  Boat, millions.  Millions.

11         MR. GORDON:  Yeah.

12         MR. BYRD:  Millions.

13         MR. GORDON:  Where did she get it?

14         MR. BYRD:  From Leo.

15         MR. GORDON:  Leo.  It's Leo's business.  She had

16    the cash.  And then gave the story that she got robbed to

17    Leo not to me.

18         MR. BYRD:  And then the people that she said

19    robbed her we checked and it didn't happen.

20         MR. GORDON:  And then we checked because her name

21    showed up in the case and then they were looking for her.

22         MR. BYRD:  So her name is on my case?

23         MR. GORDON:  No, no, in Leo's case.

24         MR. BYRD:  So my case it's just Bowie --

25         MR. GORDON:  I'm not sure.

```
 1              BY MR. TREEM:

 2              Q.   Bowie, Reid, Castle.

 3              A.   Okay.

 4              Q.   (Indiscernible)

 5              A    So they only had three fucking witnesses?

 6              Q.   I don't know.  There may be more, Richard.

 7              A.   Okay.

 8              Q.   But those are the ones that (indiscernible)

 9              A.   Fucking Lawlor told me fucking 14, 15.

10              Q.   No, no, well, see -- there were a lot more --

11   Bowie but --

12              MR. GORDON:  Agents, auditors.

13              MR. BYRD:  Yeah, but that don't, that don't

14   count.

15              MR. GORDON:  (Indiscernible)

16              MR. BYRD:  I'm talking about people, I'm talking

17   about people that I dealt with.

18              BY MR. TREEM:

19              Q.   Okay, yeah, but I'm only -- right now my

20   focus is on you, who's had the connection -- who said they

21   had connections with Ken.

22              A.   Okay, okay.

23              Q.   And those are the three.

24              A.   Three.

25              Q.   And of those I wanted to talk to you about
```

 1  Kim Reid because I don't think she had any connection

 2  with him directly.

 3          A.  No, she didn't.

 4          Q.  I mean, she was --

 5          A.  Nothing more than Ken wire sent -- she sent

 6  him an email saying the wire is sent.

 7          Q.  That was it?

 8          A.  That's it.  Or Ken would ask her can you ask

 9  Mr. Byrd when is he going to wire and pay his debt.  And

10  Ken would email the debts to her -- the bills to her.

11          Q.  So the chain would be her to you, you to Ken,

12  Ken to you, you to her?

13          A.  Absolutely.  Absolutely.  She had no contact

14  with her.

15          Q.  Right, and certainly nothing to do with any

16  of the deals that (indiscernible)

17          A.  Nothing.  She don't even -- she's probably

18  ain't even aware of that deal.  If she is, it's peripheral.

19          Q.  All right.  Okay.

20          A.  The information I'm giving you about the MGM

21  deal and Crawford and all of that, it's only me and Kenny.

22  Nobody else knows about that, all right?

23          Q.  Okay.

24          A.  Bowie know I had a conversation with Crawford

25  about him putting up the 2 million for me, right, Bowie

TRANSCRIPT-0075
LO-19-0449

1   know that me and him is supposed to split the finder's

2   fee but he know nothing about the that actual -- that

3   Crawford actually got the money and put up the money.

4   Because at that point Ken wanted me to limit information to

5   people.

6           Q.   All right, So Bowie would know that there was

7   a deal percolating but he doesn't know whether it ever went

8   down or not?

9           A.   No.   He was with me when I met with Crawford

10  to discuss him putting up the money for me.

11          Q.   Right.

12          A.   And when I got back in the car I explained to

13  Bowie, and I think sometime after me and Ken had a meeting

14  and Ken was telling me I need not to be having a

15  conversation to nobody about nothing no more.

16          So that little bitch is testifying for the

17  government.

18          Q.   Yeah.

19          A.   That fucking little cunt.

20          MR. GORDON:   That's also why -- it just -- yeah,

21  I mean, that's why the government was with Leo's case so

22  much.

23          MR. TREEM:   Right.

24          MR. BYRD:   In-fucking-teresting.

25  BY MR. TREEM:

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0076
LO-19-0449

1          Q.   So how do we know that she disappeared with

2   millions?

3          A.   Sean needed to find her for something for Leo

4   or Leo need you to find the girl for something wasn't it?

5          MR. GORDON:   Yeah.

6          MR. BYRD:   We needed some testimony or something

7   from her or something.

8          MR. GORDON:   Two parts.

9          MR. BYRD:   Two parts, I think it was -- Sean can

10  speak on that.

11         MR. GORDON:   Well, no, it's just that Leo at that

12  time --

13         MR. BYRD:   Right.

14         MR. GORDON:   -- she was -- she had funds to pay

15  for --

16         MR. BYRD:   Legal fees.

17         MR. GORDON:   -- Leo's legal defense.  And she

18  went AWOL.  In fact, Lincoln came out --

19         MR. BYRD:   To see her.  To find her.

20         MR. GORDON:   To try -- Lincoln is Leo's

21  brother --

22         MR. TREEM:   Right.

23         MR. GORDON:   -- twin brother.

24         MR. BYRD:   Right.

25         MR. GORDON:   He came out to look for her and then

1  she was --

2          MR. TREEM:  But where was she -- she got

3  though -- she was holding money for Leo?

4          MR. BYRD:  Um-hum.

5          MR. GORDON:  For Leo, yeah.

6          MR. BYRD:  She was his --

7          MR. TREEM:  She was his --

8          MR. BYRD:  She was his business partner, ex side,

9  girlfriend side, handle my business.  She was just a

10  business partner in a female body that he slept with

11  occasionally and trusted.

12  BY MR. TREEM:

13          Q.  All right.  Okay.  Yeah, but that's why

14  Bennett represented her and never told anyone about it.

15          A.  Motherfucker.  Dude, as we're sitting here

16  just like this, I said, Mr. Brennan, Leonaldo Harris wants

17  you to represent him.

18          He's like I know that name from somewhere.  And

19  then he just got like he saw a ghost.

20          I said are you representing someone on this case?

21  And he just shut down.  And then when I went to CTF I found

22  out that Lawlor was Jermaine Harris -- Jermaine -- the co-

23  defendant.

24          MR. GORDON:  Oh, yeah it wasn't Harris.

25          MR. BYRD:  Yeah, it was --

1          MR. GORDON:  Yeah, Lawlor represented him.

2          MR. BYRD:  Yes.  Yeah, so then I started putting

3  two and two together, like okay so Lawlor represented that

4  mean fucking Bennett -- Brennan is representing somebody

5  else within that case and somebody that's not showing

6  himself.  I started picking that up, but I didn't pick up

7  that it was her because she ran off with the money.  So I'm

8  saying to myself --

9          MR. GORDON:  I figured --

10          MR. BYRD:  Oh no, I'm positive now.  It all

11  meshed together.

12          MR. TREEM:  Okay.

13          MR. BYRD:  I mean, drop, drop, drip, drip it's

14  all meshing together now.  It makes all the sense in the

15  world.  So she took off with the money and then sided with

16  the feds.

17          MR. TREEM:  Right.

18          MR. BYRD:  Wow.

19  BY MR. TREEM:

20          Q.  But her story makes Bennett -- involving Ken

21  makes absolutely no sense and that she's like contradicted

22  herself.  So I'm really worried about all that.

23          A.  Okay.

24          Q.  But that's what that's all about.

25          A.  All right.

1          Q.   Okay.  So what else do you got for us?

2          A.   That's it.  What time you have?

3          Q.   You know, you have -- well, tell me about

4    your mother, what's going on?

5          A.   Oh yeah.  Okay.  You know my mother money

6    wasn't drug money.  No, no, seriously.

7          Q.   I believe it.

8          A.   Seriously.  My mother worked three to four

9    jobs her whole life.  They have a thing in the foreign

10   community they call partner where you do a couple thousand

11   dollars a month.  It's a group of people, maybe 10, 15

12   people, and you pitch in a couple thousand dollars a month,

13   and every month somebody within the group get their money.

14   And then it recycles again and recycles.  It's a way of

15   saving.

16          She was in a tormentous marriage.  She was

17   stashing her money.  Taking her money to Jamaica like she's

18   been doing forever, little to my motherfucking knowledge.

19   But up to this day she's asked me why the fuck can't she

20   get her fucking money back if it's legitimate money.  Her

21   money has nothing to do with my life.  Her life has nothing

22   to do with my life.  Like my mother is not part of my life,

23   you know.  So when you guys, like when you got here I've

24   been dying for you to come because that's been one of her

25   questions, because she's been asking -- I mean, she's got

1  medical bills out the ass, man.  She's got sarcoma, B

2  sarcoma, went on vacation, came back from vacation and

3  collapsed and then they found out that she had leukemia.

4  So she's been battling that since then.  They then tried

5  every treatment, nothing works so now they're about to try

6  immunotherapy.

7            Q.  Is she in Jamaica?

8            A.  No, she's here.  She's in Maryland.  My

9  sister take care of her every day.  You know, she's got to

10 have someone to shower for her, cook for her, because she's

11 really bad.  And she's like why?  It's her money.  She paid

12 taxes on that money.  The only thing illegal about that

13 money is -- as a matter of fact there ain't nothing illegal

14 about it.  She never left the country with hit.  She never

15 got the paperwork to declare the money.

16           Q.  Well, because they arrested her at the gate

17 before -- I know.

18           A.  Right.

19           Q.  I remember that.

20           A.  So what's illegal about that?  I mean, she

21 can substantiate her money.  She has the documents.

22           Q.  Yeah.  Well, you know, I will tell you

23 there's -- I have -- how the money was acquired that's news

24 to me.  I wish she had told me that.  She didn't tell me

25 that.  Now, I don't know whether she talked -- who's the

1   other lawyer in it, Lance?

2               A.   Yeah, Lance.

3               Q.   I don't know whether she told him or not but

4   that's news.

5               A.   Yeah, her money ain't nothing to do with me.

6               MR. GORDON:   Was that money from -- when you said

7   (indiscernible) was that Maryland or was that --

8               MR. TREEM:   Yeah, that was in Maryland.

9               MR. BYRD:   Yeah.

10              MR. TREEM:   Well, actually it was actually seized

11  in Atlanta, but it was --

12              MR. GORDON:   That's where the group was from.

13              MR. BYRD:   I mean, she's a typical old Jamaican

14  woman, keep their money underneath the bed, stash their

15  money in their country, you know, all that type shit.   Oh,

16  remind me to talk about something for me too, with you

17  Sean, as we go along.   You said something that stroke

18  something just now.

19  BY MR. TREEM:

20              Q.   First time I heard it -- Lance?

21              A.   No.   So you're saying there is no way she can

22  go back and file for that because she forfeited that?

23              Q.   Yeah, I think she did -- well, I can pull

24  the -- how do we do this -- we did this -- we litigated the

25  search issue but we did it under the rules where we entered

1  a conditional plea guilty to you to preserve the appeal -

2  -

3          A.  Right.

4          Q.  -- on the search issue.  If we lost the

5  search issue then it would come back -- I'll look at the

6  agreement.  I can get the agreement.

7          A.  Okay.

8          Q.  That's easy.  I don't --

9          A.  Yeah, because she's got medical bills out the

10  kazoo, man.

11          Q.  It may be too late to do anything but we'll

12  look.  Let's see -- okay.

13          A.  But I knew that little short bitch was

14  cooperating.  I didn't know -- it was on Ken.  I thought it

15  was on Leo.  I knew she was somewhere.

16          Q.  Well, it may be on both --

17          MR. GORDON:  It's on Leo as well, but --

18          MR. BYRD:  Her story has put Ken in it

19          MR. GORDON:  Lincoln -- you know, when she went

20  missing --

21          MR. BYRD:  Right.

22          MR. GORDON:  Because she got a target letter.

23          MR. BYRD:  Right.

24          MR. GORDON:  And that's what it was.

25          MR. TREEM:  In who's case, your case?

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0083
LO-19-0449

1           MR. BYRD:  No, Leonaldo.

2           MR. TREEM:  Oh, Leonaldo's case.

3           MR. GORDON:  In Leo's case she got a target

4  letter and she quickly went away and Lincoln and Leo are

5  both like no, now, it's not going to be as -- and then they

6  could find her and -- originally she got a target letter

7  and then she got --

8           MR. BYRD:  She was real spooky.  And then we got

9  that --

10          MR. GORDON:  -- (indiscernible) when she was

11 talking to Leo and telling I got robbed and it's all gone

12 except for like, you know, 10,000 or something stupid like

13 that, and then she disappeared completely.

14          MR. BYRD:  All right.  I'm going to let you go,

15 man and I'll sit back.  Go ahead, do your thing.

16 BY MR. TREEM:

17          Q.  Let's see.  A lot of this stuff is -- oh,

18 okay, so I think this comes from some of the stuff that

19 Castle has been saying.

20          A.  Okay.

21          Q.  I'm just going to read what he wrote.

22 Castle, let's see he, meaning you, did not direct Castle to

23 give me hundreds of thousands of dollars.  That Castle and

24 Ken -- that you, Castle and Ken never had a meeting where

25 you discussed your group, your business, your partners and

TRANSCRIPT-0084
LO-19-0449

```
 1   Ken --

 2            A.   I don't -- you know --

 3            Q.   Because I don't want to use DTO

 4   (indiscernible)

 5            A.   Yeah, you know, I asked Lawlor something --

 6   not to cut you off.

 7            Q.   No, that's all right.

 8            A.   I asked Lawlor, I said, Lawlor, why the fuck

 9   am I getting 26 years and Castle got 14 years?  What did I

10   do different from him?  I mean, the motherfucker got found

11   with nine guns in his motherfucking house, man, and all

12   kind of vests and all kind of shit.

13              I went to purchase a couple thousand pounds

14   of weed.  Okay, yeah, so I'm part of the big conspiracy,

15   but he played the same part.  How did I get the same

16   motherfucking -- twice the amount of time he fucking get?

17              Oh, Warwick thinks you're a piece of shit.

18            Q.   All right.

19            A.   I mean, I'm just venting.

20            Q.   No, that's all right.  You got every right to

21   vent.  Let's see what else I got.

22              This is a name I haven't seen before, Detre

23   Val.

24            A.   Yeah.

25            Q.   Did he ever wire money -- did you ever have
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0085
LO-19-0449

1  him wire money to Ken for you?

2          A.  At first glance, I might have said yes, but

3  to think about it, no, I don't think that would happen.

4          MR. GORDON:  Would Ken have known it?

5          MR. BYRD:  That he wired the money?  Ken wanted

6  to know where every penny came from and who and why.

7          MR. GORDON:  Okay.

8          MR. BYRD:  And where and how, you know what I'm

9  saying?

10         MR. GORDON:  Right.  But if you -- would you have

11 said -- would you have said Detre wired the money and then

12 you said Ken, money is being wired, I'm wiring you the

13 money?

14         MR. BYRD:  Right.

15         MR. GORDON:  Was that how -- that's what I'm

16 saying, would Ken know that it was Detre Val really wiring

17 the money compared to you wiring the money?

18         MR. BYRD:  Right.  But he wouldn't know why Detre

19 is wiring me the money.  Like me and Detre might have --

20         MR. GORDON:  Wait, that he's wiring you money?

21         MR. BYRD:  No.  Like for instance, if me -- me

22 and Detre is manager/promoter.  So if me and Detre did an

23 event then I would just instead of having Detre wiring me

24 the money I'd just tell him pay my legal bill.

25         MR. GORDON:  Okay.  So you just -- instead

TRANSCRIPT-0086
LO-19-0449

1   of -- basically Detre's money was supposed to be for the

2   reimbursement to you for something else --

3              MR. BYRD:  Right.

4              MR. GORDON:  -- and it may have gone --

5              MR. BYRD:  Right.

6              MR. GORDON:  -- and you would have said.

7              MR. BYRD:  Right.

8              MR. GORDON:  And how did Detre know how to wire

9   to the Murphy firm?

10             MR. BYRD:  Kim would probably wire him -- email

11  him the information.

12             MR. GORDON:  Who would?

13             MR. BYRD:  Kim.

14             MR. GORDON:  Kim?

15             MR. BYRD:  Yeah.  But I don't think Detre wired

16  nothing to --

17  BY MR. TREEM:

18             Q.  Did he cut checks to Ken on your behalf?

19             A.  Detre?

20             Q.  Yeah.

21             A.  I don't remember that happening.

22             Q.  Okay.  All right.  Oh, what you just said,

23  Ken wanted to know where every penny came from and from

24  whom and how much and why?

25             A.  Yeah.

TRANSCRIPT-0087
LO-19-0449

1          Q.   Did he want to know -- so did he want to

2    know the source of the pennies?

3          A.   His question was always what event did you

4    do?  What business deal is this coming from?  So on and so

5    forth.  You want me to just read it man, and answer every

6    question?

7          Q.   Yeah, you can do that.

8          A.   All right.

9          MR. TREEM:  Absolutely, that's probably easier.

10         MR. GORDON:  Yeah.

11         MR. TREEM:  All right.

12         MR. GORDON:  No, that's fine.  Not at all.

13   That's fine.

14         MR. BYRD:  At all times I was a (indiscernible)

15   lawyer and my representative?  Yes.

16         I was not part of a drug trafficking

17   (indiscernible) no.

18         I did not serve as house counsel?  No.

19         He told me he was no longer in the drug

20   (indiscernible) correct.

21         He worked hard to keep me unaware of his drug and

22   money laundering activities because he knew I would not

23   approve?  Correct.

24         He never told me he was using LOC to launder

25   money, correct?

1   BY MR. TREEM:

2           Q.  Well, let me ask you about that.  So if -- I

3   think I know what you're going to say but let me ask the

4   question.  So if he had learned that the money was coming

5   from your --

6           A.  He would have shut --

7           Q.  -- drug business --

8           A.  He would have shut down.

9           Q.  He would have shut you down?  He would have

10  stopped representing you, you're done?

11          A.  Yeah.

12          Q.  You're done.  Okay.  That's what I figured.

13          A.  He never told me he was using LOC to launder

14  money?  No.

15          He told me that L-O-C was totally legitimate?

16  Yes.

17          He worked hard to deceive me and others,

18  including Ed Layden (indiscernible) Milin Chun into

19  believing LOC was totally legitimate?  Yes.

20          He worked hard to deceive me and others because

21  he did not believe I and other attorneys would continue to

22  represent him if he told me any of them the truth about

23  LOC?  True.

24          There as a lot of legitimate money deposited in

25  LOC bank accounts?  Absolutely.  The majority of it 80

TRANSCRIPT-0089
LO-19-0449

1  percent, 90 percent of it.

2          L-O-C did real legitimate business in addition to

3  his use of it to launder money?  Absolutely.

4          There were a lot of legitimate debts from LOC's

5  and DB Entertainment that were paid from LOC bank account?

6  Absolutely.

7          Many legitimate entertainment artists were hired

8  and paid with money from L-O-C bank accounts?  Absolutely,

9  I (indiscernible) with them.

10          He did not tell me that drug proceeds were

11  invested in Florida, Fort Lauderdale venture or any

12  investment venture?  No.  And they weren't.

13          He made strong efforts to deceive me and others,

14  including Ed Layden and Ken and Frank into believing that

15  his investment in his business ventures including Fort

16  Lauderdale were legitimate -- he worked hard to deceive me

17  and others into believing the investments in Fort

18  Lauderdale business ventures were all legitimate because he

19  knew I would not represent him in these matters?  True.

20          I did not invest in his business ventures?  True.

21          I had no financial interest or any other

22  interests in --

23          Q.  Stop right there.  Was he given the

24  opportunity to invest in your -- in business ventures?  Did

25  you say, hey Kenny want a piece of this?

TRANSCRIPT-0090
LO-19-0449

1          A.   In the Miami hotel deal?

2          Q.   In any deals.

3          A.   The Miami hotel deal and -- the Fort

4   Lauderdale hotel deal and the Miami development deal, the

5   firm waived some fees to put their interest in his equity

6   into the deals.

7          MR. GORDON:   Whose idea was that?

8          MR. BYRD:   I know Kenny don't make them kind of

9   decisions, so it had to have been between Billy and Hassan

10   they had to have them conversation.

11   BY MR. TREEM:

12          Q.   And so they had an interest in these two

13   deals?

14          A.   Yeah.

15          Q.   The firm?

16          A.   Um-hum.   I had no financial interest or any

17   other interest in any of his business interests.   I acted

18   strictly as an attorney regarding his business interests?

19   Yes.

20          He did not invest in a Jamaican restaurant?   No.

21          He and Delmont told me and others, including

22   (indiscernible) Jeff Barsky that he only had sweat equity

23   invested (indiscernible) true.

24          He told me he had no interest ownership in

25   Griffin?   Yep, that was Bowie's not mine.   I had nothing to

1   do with that.

2           Q.  Okay.  Let me ask you something about that,

3   about Bowie.

4           A.  Um-hum.

5           Q.  And I think you said something about this

6   earlier, that you deliberately kept Bowie in the dark about

7   some of the finances --

8           A.  Absolutely, absolutely.

9           Q.  -- because you didn't trust him?

10          A.  I felt like he had too much --

11          Q.  Do you know whether --

12          A.  Billy I think felt like Bowie had some

13  exposure because Ken discussed my case with Billy and

14  Hassan.

15          Q.  Right.

16          A.  I guess that was the nature of their

17  partnership and, you know, the feds were making -- well,

18  being very aggressive.  And I would see all their moves and

19  I will report them back to Ken and Ken will report them

20  back to them and they will say, well, you know, to make

21  sure your business ventures are safe the less people that

22  know about them is the best.

23          Q.  Sure.  What was -- was there ever -- do you

24  recall ever a meeting at the Murphy firm where it was you

25  and Bowie and -- I should have brought my notes on

TRANSCRIPT-0092
LO-19-0449

1   this -- but a couple of other (audio skip) and at one

2   point you asked Ken to leave so you could take care of your

3   other business or something like that?

4               A.   Yeah.

5               Q.   And what was that all about?  What was the

6   other business?

7               A.   My street shit.

8               Q.   Okay.  Was that the only time you recall that

9   (indiscernible) meeting or were there others?

10              A.   I don't remember.  I don't remember.  But I

11  will tell you this, you know Lamont Wanzer was wearing a

12  wire into those meetings the whole time.

13              Q.   Right.

14              A.   So it's a lot of shit that the government

15  picked up that maybe they can't use now but they -- you

16  know what I'm saying.

17              Q.   All right.

18              A.   I haven't heard the total recordings of the

19  Wanzer shit.  I've heard some of it but I haven't --

20              Q.   I haven't heard any of it either.

21              A.   Yeah, I haven't -- you can call Dolin and

22  have him get you so you can check it.

23              Q.   He's got the Wanzer stuff?

24              A.   Yeah, it's on disc.

25              Q.   Yeah, I'd like to hear that.

TRANSCRIPT-0093
LO-19-0449

1          A.   Yeah, they're recordings.  He has all of

2   that, and the ones with Bowie and Wanzer and me.

3          Q.   Who knows, maybe -- maybe what I'll do is if

4   I -- if he calls you about this --

5          A.   Yeah, absolutely.  Man, that's -- I told you

6   what I want.

7          Q.   I hear you.  Yes, you did.

8          A.   Okay.  I just want what's mine.

9          Q.   I understand.  And I'll have to make the call

10  when I get back to my office.

11         A.   No, don't make no call.  Have him come see

12  you in person.

13         Q.   Okay.  No, no, fine, I'll see Ken in person.

14         A.   Yeah.

15         Q.   Absolutely.  No, no, that's fine.

16         A.   Yeah.  That's my --

17         Q.   That's your requirement.

18         A.   That's my leg.  That's the only leg I have

19  standing.

20         Q.   I hear you.

21         A.   That's the only thing I know of that I can

22  use to make sure my kids don't have the life that I've had.

23         Q.   All right.

24         A.   All right.

25              MR. GORDON:  I know your rules.  Got you.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1              MR. BYRD:  All right.

2              MR. GORDON:  You know what, at first --

3              MR. BYRD:  You thought I was crazy right?

4              MR. GORDON:  Oh, I'm not saying you're not crazy.

5              MR. BYRD:  (Laughing).

6              MR. GORDON:  But I had a whole, you know --

7    there's a whole new respect that came --

8              MR. BYRD:  When you mention that, yeah.

9              MR. GORDON:  Yes.

10   BY MR. TREEM:

11             Q.   Again, I apologize to jumping back but at my

12   age if I don't get it out I forget it, but do you have any

13   notion or any belief that Bowie was ripping you off?

14             A.   Yes and no.

15             Q.   Okay.  Well, what does that mean?

16             A.   Because my take on partnership is you leave

17   room for shrinkage.

18             Q.   Okay.

19             A.   You know what I'm saying?

20             Q.   It's very smart.

21             A.   Yeah.

22             Q.   (Indiscernible) operating you're looking --

23             A.   Yeah, if you don't look for room for

24   shrinkage you will have a lot of dead bodies floating

25   around, and I don't believe in having dead bodies, so you

TRANSCRIPT-0095
LO-19-0449

1   look for shrinkage.  So if you're asking me do I feel

2   like Bowie took more money than he's supposed to, spend

3   more than he is supposed to at certain times, yes.

4            Q.   Okay.

5            A.   But so have I.  So it's like it comes out in

6   the wash.

7            Q.   You figure it's the cost of doing business?

8            A.   Yeah.

9            Q.   Got it.

10           A.   You know what I'm saying.  The same thing

11  with Castle.

12           Q.   Right.

13           A.   I mean, I mean, he spent money like -- I

14  mean, he's a strip club guy, 100,000 throwing, you know

15  what I'm saying, 50 watches, 75 watches and, you know, he

16  lived that life.

17           Q.   So what's this -- but there was something in

18  the -- I think in the reports that I saw, and I think you

19  may have seen them too about Castle's father complaining to

20  him that no one was helping him out with Castle's legal

21  bills.

22           A.   I haven't seen that.

23           Q.   Okay.  There was something I saw about that.

24           A.   I haven't seen that.  But I tell you this,

25  Castle has his hands on a lot of millions of dollars.  I

1  wasn't too concerned about Castle.  For one, I knew he

2  had millions of dollars buried and I knew he had millions

3  of dollars before the night -- before he got arrested

4  because I was there.  I tried to acquire that money.  It

5  never happened, it never manifested.  So I told him simply,

6  hey man, I've got you but you know, you're going to have to

7  spend some of their money because my money is tied up in my

8  businesses right now, you know what I'm saying.  And at any

9  point they could come get me --

10        Q.  Right.

11        A.  -- so I need to be prepared for that.

12        Q.  All right.

13        A.  Nope.  I have not spoken to him since his

14  office was searched.

15        Q.  All right.

16        A.  Nope.  I did not direct Castle to give him

17  hundreds of thousands of dollars.

18        He, Castle and I never had a meeting where we

19  discussed Byrd's detour and I commandeered that. I did not

20  know Byrd and the members of (indiscernible) were making so

21  much money.  Nope.

22        Detre Val?  No, never.

23        He never told me that he paid the credit card

24  bills with drug money.  No.  And for the most part that

25  didn't happen that way.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0097
LO-19-0449

1          He and Castle never had a meeting or

2  conversation about the money still owed by distributors?

3  No.

4          He never called him because he never paid cash to

5  pay lawyers representing members (indiscernible) no.

6          I never arranged for lawyers to represent members

7  of (indiscernible) when he and Castle paid me in cash and

8  then paid the lawyers?  No.

9          He and Castle never delivered burner phones to me

10  for me to use to communicate with Byrd?  No.  I never had a

11  burner phone in the car.

12          I often could not reach him and would regularly

13  contact Kim Reid to get messages to him to call me?

14  Absolutely.

15          He did not pay me to monitor just in her case?

16  Nope.

17          I never hired a private investigator to travel to

18  Arizona for him to figure out what was going on or to

19  investigate the detectives who were investigating?  Nope.

20          I never hired Sean Gordon to go to Arizona for

21  him to investigate detectives who were investigating him?

22  Nope.

23          I never hired Sean Gordon to go to Arizona to do

24  investigation work for him?  Nope.

25          He and Castle have not given me millions of

1  dollars in cash?  Nope.

2          (Indiscernible) was not cutting checks to me on

3  Byrd's behalf?  Nope.

4          He and Castle never talked openly in front of me

5  about collecting drug money?  No.

6          I did not introduce him to Chris Taylor regarding

7  the Florida project, he and Bowie introduced me?

8  Absolutely.

9          I told him I will not accept cash payment for fee

10  and the money had to come from a reputable source?  Nope.

11  Bowie told me Byrd told him this.

12          When the 372,000 was seized at his brother's home

13  there he was questioned by the police, he kept that from me

14  and told me -- and told Russo not to tell me.  He knew I

15  would be upset about the incident.  True.

16          Confirmed they made a profit on the 23rd to

17  OnStar?  Yes, I did.

18          I never told him to (indiscernible) any money.  I

19  told him I would only accept money derived from reputable

20  sources, clean money.

21          Bowie says that after Byrd 2011 arrest Byrd put a

22  hold on his drug operation and tried to do more events to

23  confirm this fact.  True.

24          Bowie says that Byrd did not want -- did not want

25  to tell me about Byrd's losses in the entertainment

1   business or that the feds were watching him -- Bowie

2   says that Byrd did not want him to tell me about Byrd's

3   loss in the entertainment business and that the feds were

4   watching him for (indiscernible) I don't lose money

5   throwing parties.

6               Q.   What's that one?  What number is it?

7               A.   Number 53.

8               Q.   Fifty-three.

9               A.   Yeah, if I lose money throwing parties is

10  because I have a partner on the deal and I'm gutting them

11  because there are so many angles where I would make money

12  so therefore you would never know.

13              Q.   You don't need that, right.

14              A.   No, you won't know.

15              Murphy and Murphy former --

16              Q.   No, no, that's my name.  I (indiscernible)

17  oh, yeah, I asked you about that.  That when you were --

18  were you ever at the Murphy firm where you were asked to

19  leave the room?  Ken was asked to leave the room so you

20  could talk.  So you answered that.

21              A.   Yeah, but I mean, Ken don't know what the

22  hell I was talking about.

23              Q.   Right.  I get it.

24              A.   I mean, it could have been about the fucking

25  some bitches we're going to fuck tonight.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1          Q.  Yeah, that's true.

2          A.  Right.  I mean, we have had stripper calls at

3   the office for Strip Club Queens and females had to take

4   their clothes off and strip naked and show us their pussy

5   and all of that type shit, but Ken didn't know that

6   (indiscernible) business meeting.

7          Q.  Well, did any stripper show up at this one?

8          A.  No, not at all.

9          Q.  Strippers at firm.  Okay.

10         MR. GORDON:  How do you think the Block is still

11  in business?

12         MR. BYRD:  (Laughing)

13  BY MR. TREEM:

14         Q.  Ken not invited.  Okay, got it.  How about

15  Bowie?

16         A.  What about him?

17         Q.  Was he allowed to come to the parties?

18         A.  Man, that's all that dude do is spend his

19  money on whores and gamble.  I mean, Bowie come from a long

20  line of pastors.

21         Q.  Really.

22         A.  Yeah.  Like literally a long line of pastors,

23  big guy with the baritone.  I mean, fucking got this great

24  sage wisdom but he gambles more -- I mean I'm talking about

25  gambles.  Bowie has a bookie in damn near every city, you

TRANSCRIPT-0101
LO-19-0449

1  know what I'm saying.  His gambling debts are probably

2  ye high right now and his whore bill is probably ye high,

3  you know.  He loved big titty whores and loved to gamble.

4  That's what time it is 3:52?

5          Q.  That's --

6          MR. GORDON:  East coast time.

7          Q.  -- east coast time.

8          A.  I was about to say, you're scaring the hell

9  out of me.  Chow come at 4:00 and I don't want to eat that

10  nasty shit.

11          Q.  We're doing you a favor.

12          A.  Yeah.  Dude, I'm depending on you to make

13  sure I get a five piece of chicken tomorrow, man.  Bring

14  your bag and put some chicken --

15          Q.  If I show up with a five piece they're going

16  to let me bring it in?

17          A.  Just don't bring it in the bag like that, you

18  know.  Show up with your -- with your legal thing.

19          Q.  I got a bag.  I can bring it in.

20          A.  Yeah, your legal briefcase and just put your

21  food in there, man.

22          Q.  I'll bring that case.  All right.

23          A.  Whatever it is, your book bag with all your

24  legal files or whatever.

25          Q.  I can bring my assistant, he's got something.

1        A.   Is there any way you can make me lay eyes

2   on those Jencks, because I had Dolin call Lawlor.  Lawlor

3   claimed he turned over all the files to Dolin.  Dolin says

4   he scoured the files and did not find none of it.

5        Q.   Well, what the short answer is --

6        A.   You don't want to move around with it.

7        Q.   No, I -- well, yeah, I don't want to carry it

8   around with me.  Let me think about it and maybe I'll talk

9   to -- I'll talk to Dolin and maybe we can figure something

10  out.

11       A.   Okay.

12       Q.   I will say that, you know, although -- I will

13  tell you it surprises me --

14       A.   Right.

15       Q.   -- that the government hasn't asked -- didn't

16  ask Lawlor immediately after the plea to return all the

17  shit to them.  Although he would have to have turned it

18  over to Dolin.

19       A.   Right, for my appeals.

20       Q.   Yeah, that's probably why.

21       A.   Right.

22       Q.   Say, what's going on with that by the way?

23  Do you know where --

24       A.   Yeah.  So --

25       Q.   I meant to ask Greg the other day and I

 1  forgot.

 2            A.   Dolin is on postconviction 2255 --

 3            Q.   Right.

 4            A.   -- he's going to file and all of that shit.

 5  But who the fuck knows.  To be honest with you, man, I got

 6  one concern, one concern.

 7            Q.   I hear you.  I got it.

 8            A.   That's it.

 9            Q.   I got it.

10            A.   All I need is my fucking money so I can take

11  care of my kids.  The rest of that shit it is what it is.

12  If I make it out of prison I do, if I don't I don't, you

13  know what I'm saying.  But I'm going to try to make it to

14  graduation and all that, you know.  I want to make sure I

15  live that long at least.

16            Q.   Well, one of the things -- you know, assuming

17  for the moment that you have the right to look at this

18  stuff -- I don't care, we could -- I could just bring it

19  down to you.  If that's case I would do that.  All right.

20  Let me talk to Greg and (indiscernible)

21            A.   Man, I tried to send every sign to Kenny

22  that, yo, you already know what I'm going to do, you know

23  what I'm saying.  Like I've had -- with the Jencks

24  situation I was like, yeah, make that happen, make that

25  happen.

1          Q.   So I don't -- I mean obviously I can't

2     just get it to you.  I mean, I --

3          A.   I wouldn't want you to either.

4          Q.   -- would be -- I understand, you can sit here

5     and maybe we will.

6          A.   Yeah.

7          Q.   We'll try to figure something out.

8          A.   All right.

9          Q.   All right.  The casino -- all right.

10         A.   The casino deal, I know Ken can get his hands

11    wrapped around that.  Listen, this is what I don't want to

12    do.  I don't want to have to hire a lawyer to go file a

13    lawsuit against Billy Murphy and them.

14         Q.   All right.

15         A.   And then all that becomes public record that

16    I had a hand in the deal and I invested money in the deal

17    and I owed money.  That's nasty.  I'm just trying to put

18    this shit to bed real quietly, real neatly and get my

19    money.  I don't even want -- I don't want nobody money.  I

20    want my money.

21         Q.   Just the two mil?

22         A.   Yes.  And my 3 percent.

23         Q.   And the 3 percent.

24         A.   And whatever that is worth.

25         Q.   Whatever that's worth you want --

1          A.   Just one.

2          Q.   -- you want the deal?

3          A.   Yeah, I want my deal.  Whatever it's worth

4  right now give me my money, you know what I'm saying.  And,

5  you know, I know he's bringing about -- Hassan is bringing

6  about offshore accounts or whatever the fuck it is, and if

7  he feels comfortable giving it to one of my family members,

8  whatever, you know, we can decipher that out at that point,

9  but I want my money.  But there's no way Hassan and Billy

10 should be able to walk away with my fucking money.  Billy

11 been done that to too many other motherfuckers already.

12 And to be quite frankly, I think you should have a

13 conversation with Paula Junghans to let him know that I'm

14 looking to file paperwork and do they want us to go to the

15 motherfucking public and bluff them.  I don't know if I

16 want to disclose this to Mr. Dolin, you know what I'm

17 saying.  He is from Baltimore.  Like, I don't want that

18 information to go nowhere.

19         Q.   All right.  Let me just in the interest of

20 full disclosure, I'm very good friends with Paula Junghans.

21         A.   Okay.  I'm aware of that.

22         Q.   Oh, you know that.  Okay.

23         A.   Yeah, yeah.

24         Q.   We go back a long way.

25         A.   Okay.  So I mean, it's real easy for you to

1  have a conversation with her about my shit.  And I just

2  want to handle it real neat, read the script because the

3  government knowing about my shit don't do me no good.

4           Q.  Well, that's true.

5           A.  You know what I'm saying.

6           Q.  (Indiscernible) take it.

7           A.  Right.  It don't do me no good whatsoever.

8  Once I know what direction or what the information Castle

9  and Bowie giving the government, I know personally how to

10  attack them, you know what I mean?  Ken and you are a

11  surgeon -- Ken is a brilliant surgeon, but there's

12  certain -- I know another side to the coin.

13          Q.  Well (indiscernible) yeah.

14          A.  You know what I'm saying to you?

15          Q.  Yeah.

16          A.  And you have Sean as a hound dog.  There's a

17  lot of information I can give him to flip that coin, flip

18  the other side of the rock so to speak, you know what I'm

19  saying to you.

20          Q.  Um-hum.

21          A.  So I'm being told that Bowie hasn't been

22  sentenced yet, that's what Dolin told me.

23          Q.  That's correct.  He hasn't been sentenced

24  yet.

25          A.  So he's definitely cooperating.

1           Q.   And Reid hasn't been sentenced yet.

2           A.   Right.

3           Q.   And, in fact, the last conversation I had

4   with Reid's attorney is that the government told him that

5   whatever the sentence -- they had a sentencing date but it

6   was going to get kicked down the road again, and Bowie's

7   attorney, Gary Proctor, told me that Bowie has got a

8   sentencing date now of September 26th.  He has every

9   expectation that that's going to get continued again too.

10          A.   And that's the next thing, how the fuck Bowie

11  is my partner and Bowie is free?  Like, how we three are

12  sitting here, that's how me, him and Castle sit.  I will

13  probably come up with an idea, Bowie will trim and strain

14  the idea and make it cleaner and Castle will implement it

15  or we'll figure out how to implement it or Castle will come

16  up with it.  Like we bounce three ways.  So I'm like

17  Warwick just got motherfucking just a hard dick for me,

18  like, something seriously.

19          Q.   So who came up with the idea of LOC?

20          A.   LOC was Lamont Wanzer's idea.  He came to me

21  and said because you're so strong on the promotion side

22  let's create a company with him being a manager can have

23  more access to the artist and then try to steal them from

24  other managers, right.  We build LOC up as a brand, as a

25  concert promotion management brand and sell it.  So his way

1   of being able to steal artists is go to the artists and

2   say, look you're already with one of the top promoters in

3   the country, just sign with us and like how a bigger artist

4   would do with Live Nation -- like how JayZ does Live Nation

5   or so on and so forth do it with us on this level and we'll

6   get you all these club dates every year and be guaranteed

7   money.  That's how LOC came about.

8          LOC -- when Monte had the -- Monte's a good

9   brownnoser.  Like he's listening -- he's able to make

10  motherfuckers say whatever they want and not say nothing,

11  I can't do that.  So he's able to deal with artists.  I'm

12  not able to deal with artists like that.  Like artists like

13  to say whatever they want in their mouth, so Monte was good

14  at the brownnosing side.  I brought the whole machinery

15  from the promotion, the setup, the knowhow of throwing an

16  event, because throwing an event is not Monte's forte.

17  Managing is his forte, it's a whole different science.  And

18  managing ain't my forte because that's not a science that I

19  like.  I'm not sticking my nose in nobody's ass, period.

20  So it was a good marriage.

21          Everybody know that casino deal would never

22  happen without me.

23          MR. TREEM:  Right.

24          MR. GORDON:  So that 50 mil for the casino deal,

25  was there anybody else that was a possibility for that 50

1  million, or was it the deal would be dead if you didn't

2  come up with it?

3          MR. BYRD:  The deal would have been dead.  Hassan

4  been trying for fucking maybe 2 years trying to raise that

5  money and they had --

6          MR. GORDON:  That's true.

7          MR. BYRD:  -- everybody.  They went and kicked

8  every rock and everybody told them fuck off.

9  BY MR. TREEM:

10         Q.  Why?

11         A.  One, Hassan and Billy want to bend everybody

12  over and fuck them, that was the main reason Kenny gave me.

13  And two, Hassan and Billy wanted to bend everybody over and

14  fuck them and if you wasn't willing to allow them to fuck

15  you then you're not going to get it.  For James that was

16  just a nice piece to add to his already tremendous

17  portfolio.  I mean, he owns all the property across from

18  the ball park and the new casino Horseshoe.  They actually

19  looked at his property.

20         Q.  Yeah, in National Harbor?

21         A.  No.

22         Q.  No.  Oh, M&T, okay.

23         A.  Yeah, he owns all the parking around there

24  and doesn't own not one mortgage.

25         Q.  Not bad.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1        A.   No.   Same way in Atlanta, no mortgage

2  whatsoever.

3        MR. GORDON:   I have a question, because there's

4  one spot that we had a question about, about which one was

5  their name something that we were trying to figure out.

6        MR. TREEM:   Oh, yeah.

7        MR. GORDON:   Before I forget it.

8        MR. TREEM:   Yeah, the nightclubs.

9        MR. GORDON:   It was Fever.

10  BY MR. TREEM:

11       Q.   Fever.   Yeah, what's Fever?

12       A.   Fever is an energy drink.

13       MR. GORDON:   (Indiscernible)

14       MR. BYRD:   Yeah.

15       MR. GORDON:   Were you involved in that?

16  BY MR. TREEM:

17       Q.   What is it?

18       A.   It's an energy drink.

19       Q.   Oh, okay.

20       A.   Really a libido drink that five doctors came

21  up with.   A couple of them are homeopathic doctors and it's

22  mostly herbal.   Libido drink is fucking nasty as fuck.

23  Another one of Bowie fucking investments that I end up

24  taking a ride on that shit too.

25  BY MR. TREEM:

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0111
LO-19-0449

1           Q.   So this had nothing to do with what

2    they're doing with the drug money?

3           A.   Huh?

4           Q.   This has nothing to do with what the

5    government's interested in?

6           A.   No.

7           Q.   What ever happened to it?

8           A.   I don't know.  I haven't spoke to the guy

9    Delmond Newton since then.  I probably will contact him at

10   some point but I haven't spoke to him since then.  I can't

11   believe that little cunt was working with the fucking

12   government.  That's just threw me for a loop.  It's bad

13   enough he took all the money from --

14           MR. GORDON:  Well, she wasn't working until she

15   found out that she was a target.

16           MR. BYRD:  Then she went in?

17           MR. TREEM:  Yeah.

18           MR. BYRD:  And then come to find out she was --

19   she cooperated before.  We found that out while we was

20   locked up who cooperated before.  Let me ask you a

21   question?

22   BY MR. TREEM:

23           Q.   Sure.

24           A.   You have an associate of my case.  His name

25   is Big Mike, it was a similar case to mine and you on it.

1          Q.   Oh, Michel.

2          A.   Yeah.

3          Q.   Yeah.  Yeah.  You know I was going to ask you

4    that before I left.  What's the connection?

5          A.   Mike -- I made a lot of fucking money with

6    Mike.  Mike run Russell Simmons Promotions.

7          Q.   Right.

8          A.   So Mike cut me 250-, half a million dollar

9    checks every year because Russell had the marketing arm for

10   a lot of brands and Mike was running that.  So Mike was --

11   I'd get at least a quarter million dollars out of Mike

12   every year, notwithstanding the events that I would do with

13   him where he would bring Russell to the table.

14         Q.   Right.

15         A.   And a lot of Mike events -- see I made Mike

16   money with Mike with no money because Mike would bring

17   Russell and then bring the companies that's going to pay

18   for the promotion, all I had to do was do the leg work and

19   I will walk away 2-50, 200,000 a night.  Me and Mike had a

20   lot of good --

21         Q.   Mike's a good man.

22         A.   Yeah.

23         Q.   I like him.

24         A.   Yeah.  And I was -- did you know that Ken

25   didn't know that you had that case and won that case?  He

1  was like Treem, Mike -- I say, yeah, he had a similar

2  case with Mike Catilla in Baltimore City.  It was

3  Baltimore, right?

4         Q.  It was in federal court.

5         A.  Yeah.

6         Q.  Federal court.  As a matter of fact it was in

7  Greenbelt.

8         A.  It was in Greenbelt.

9         Q.  Greenbelt, right.

10        A.  Yeah, and he had a not guilty where the dude

11 down -- the other dude turned and snitched on the homeboy.

12        Q.  Yeah, they brought four snitches in, that was

13 their case.  And I remember this because -- well, you'll

14 allow me to digress a bit.

15        A.  Yeah.

16        Q.  So -- Sean has never heard of this case.

17 This was a guy, Michael Taylor (ph.) who had -- he had some

18 priors.  He was involved in distribution in D.C. and got

19 busted and he had a drug problem.  He was doing all kinds

20 of shit, some crack and some coke and whatever, and he was

21 involved with -- I can't think of the guy's name in D.C. --

22 but anyway, some big-time dealer in D.C., and -- but he was

23 trying to kind of break away and -- because he was really

24 good at putting groups together.  He was the guy who would

25 get the people into the nightclubs.

1          A.   Yeah, he's a specialist.

2          Q.   Right (audio skip), right.

3          A.   Yeah.

4          Q.   And so the government is coming down on the

5   organization if you will and in fact I may have the

6   sequence wrong, but they're executing search warrants and

7   Michael hears about it and he leaves, he leaves town and

8   he's gone.  And he's gone for about 4 years, all right.

9   And then he finally gets arrested in Atlanta and they bring

10  him back to Maryland.  Meanwhile, the rest of the people

11  who have been charged their cases are all done, and they've

12  got four guys with whom they've made deals with who each

13  stay kind of independent of each other on different

14  occasions they, you know provided Mike with drugs that he

15  was going to distribute before that day he distributed it

16  to them.  So (indiscernible) snitches.  Meanwhile, as it

17  turns out Michael, when he left D.C., goes down to Atlanta

18  and he starts doing the promotional stuff, the marketing

19  stuff kind of nationwide.

20          A.   Yeah, he blew up, he blew up from that.  He

21  got real big.  Yeah, go ahead.

22          Q.   Yeah, and was working with Russell Simmons

23  who was the man --

24          A.   Yes, absolutely.

25          Q.   -- that was it, right.

```
 1              A.   Um-hum.

 2              Q.   And this was what, the mid 90s something like

 3  that?

 4              A.   Yeah.  Mike --

 5              MR. GORDON:  (Indiscernible)

 6              MR. BYRD:  Yeah, he still does.

 7  BY MR. TREEM:

 8              Q.   Russell Simmons, right.  And so Mike was

 9  going -- and I remember -- I forget I didn't get -- did I

10  get him?  No, it wasn't him.  It was a woman who worked

11  with him came down to testify about how great Michael was

12  doing and he was doing this -- you know, the government

13  said he was on the run, look at this, whatever.

14              And I think my defense was -- my answer to

15  that was, you know, he -- because he ran, because he was

16  scared because his prior record they were going to think

17  that he was involved when he said he wasn't, right?

18              A.   Absolutely.

19              Q.   And he's going around the country in his own

20  name.  He's not hiding it.  The government just never went

21  out and looked for him.

22              A.   Right.

23              Q.   So they bring him up, we go to trial.  The

24  trial lasts about, let's see, it was (indiscernible) I

25  think like 3 days, 4 days.  We're in the 4th day and the
```

TRANSCRIPT-0116
LO-19-0449

1  jury goes out like around midday and I go down to lockup

2  and, you know, we're was just -- I'm about to tell Michael,

3  you know, we don't know how long the jury is going to be

4  out and hang in there together.  And literally I'm down

5  there like maybe 20 minutes and there's a knock on the door

6  and it's the deputy marshal and said we got a verdict.  Now

7  that's generally not a really good sign, right.

8             A.   Oh, 20 minutes?

9             Q.   Yeah.  That's not a good sign.

10            A.   How long was the trial for?

11            Q.   Four days.

12            A.   Okay.

13            Q.   So I'm maybe there about a half an hour.  We

14  go back upstairs.  They bring the jury in and

15  Judge Messitte says that, you know, how do you find, guilty

16  or not guilty?  And they said not guilty.  And the judge

17  doesn't know what to do because I think this was the first

18  time he ever heard a jury say not guilty in federal court.

19  And he said, well, I guess you should be discharged then.

20  Michael is sitting there and he doesn't realize what is

21  going on because he is expecting to hear guilty.  I said,

22  Michael, you're not guilty, not guilty.  Then he -- but you

23  know, he had a detainment out of D.C.  So he goes to the

24  marshal and he's being processed out and they said listen

25  we got this detainer, Mr. Taylor -- all of a sudden it's

```
 1   Mr. Taylor, right.  So they had to send him down to D.C.

 2   I had to go down to D.C. and kind of deal with all that

 3   shit.  But then he went back down to Atlanta and every once

 4   in awhile I'd hear from him.  I liked him.

 5          A.  When he, you know, he's been keeping tabs on

 6   my case when I was out.  And he was like, man, fuck

 7   Ravenell, you know, you can get Joshua Treem.

 8          Q.  You know, I --

 9          A.  I said, man, they were partners.  They were

10   partners.

11          Q.  You know, there were times when, you know,

12   when I was getting involved in this for Ken when I'm

13   thinking, you know, I'll bet he knows Mike Taylor.  I'll

14   bet he knows Mike.

15          A.  Absolutely.  Absolutely.  Me and Mike made a

16   lot of money, man.

17          Q.  I'll bet you did.

18          A.  A lot of fucking money.

19          Q.  He was good at what he did.

20          A.  And Mike had -- Russell would use his name to

21   get the big contracts.

22          Q.  Right.

23          A.  And run everything through Mike.  So Mike had

24   maybe a 20- or $30 million budget every year for sponsors.

25   And I'm talking about all the big name brands, name them.
```

TRANSCRIPT-0118
LO-19-0449

1  And he has to disburse that money, right.  So if he's

2  giving me half a million a year I've got to give him 30

3  percent back, kickback, right, that's the name of the game.

4  But he's spreading that money all around in America, so you

5  got to deal with him.  And then at that point Russell is on

6  top.  JayZ and all them motherfuckers ain't at that there.

7  Russell is still the motherfucking man, you know.  Russell

8  is on the backside now, but then Russell was it.  Oh, man.

9  And I'm talking about Mike, this big.

10         Q.  Yeah, he's a big guy.

11         A.  But he's little now.  He went and got the

12  lap-band.

13         Q.  Oh did he really?

14         A.  If you see him right now he look like a

15  crackhead.

16         Q.  I haven't seen him at all.

17         A.  Yeah, he look like a crackhead.  I mean --

18         Q.  You got a way I can reach out to him?

19         A.  Yeah.  If you just go online, he promotes so

20  clubs I part own in Atlanta.

21         Q.  Really.

22         A.  Yeah.

23         Q.  Oh, okay.

24         A.  Yeah, if you went online then Ken should e

25  able to give you the address number.  You should be able to

TRANSCRIPT-0119
LO-19-0449

1  find him, Mike Taylor.

2            Q.  All right.  I'll look for it.

3            A.  Yeah.  He should be easy to find.

4            MR. GORDON:  He got to be on YouTube.

5            MR. TREEM:  Yeah, I'll find him.

6            MR. BYRD:  Yeah, he all over because he's very

7  social media.  That's his life.  That's all he does is

8  promote, you know what I'm saying.  So he got a footprint

9  out there, real heavy.

10           MR. TREEM:  I'll tell him I saw you.

11           MR. BYRD:  Yeah, tell him you saw me, man, and

12 I'm doing all right.

13           MR. TREEM:  I'll tell him I brought you chicken.

14           MR. BYRD:  Yeah, absolutely, absolutely.  I

15 prefer to have Lou Lou's Chicken and Waffle boy.  Man,

16 please, please bring me some fucking chicken.

17           MR. GORDON:  When is the last time you had

18 chicken?

19           MR. BYRD:  Dude, I --

20           MR. GORDON:  (Indiscernible)

21           MR. BYRD:  Yeah.  When I was coming here, in the

22 airport I had some Popeye's.  That's why I'm still feeling

23 for some.  Just imagine not eating real food.  I mean, this

24 dude feeds you nothing but estrogen man, he going go pussy

25 in this motherfucker.  We're getting fed estrogen every

TRANSCRIPT-0120
LO-19-0449

1  day, nothing but soybean.

2           MR. GORDON:  He ain't even the frickin' sheriff

3  anymore.

4           MR. BYRD:  Yeah, but the dude that took over --

5  man, Arpaio run this shit for 30 years, so it's going to

6  take him a time to systematically wean this shit out.

7           MR. GORDON:  (Indiscernible) and he's trying to

8  come back.

9           MR. BYRD:  Telling everybody he want to come

10  back.  I just read in somebody newspaper that said he wants

11  to come back.

12           Let me ask you a question, Joshua, and I know you

13  know all the good lawyers, have you ever heard of or seen

14  where a defendant on this point, my situation I guess a

15  convict, turned over X amount of millions of dollars to the

16  government to cut their time, has that ever happened?

17  BY MR. TREEM:

18           Q.  I've never seen it.  I've never heard of it,

19  but I'm not -- I mean, I've heard of -- no.

20           A.  Because I see the Wall Street guys do it all

21  the time.

22           Q.  Well, they do it --

23           A.  Beforehand?

24           Q.  Yeah.  They do it beforehand.

25           A.  So you don't think the government will take

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0121
LO-19-0449

1   it?

2        Q.   They might.  The problem they have is -- I'm

3   trying to think statutorily how that would work, because

4   the -- the modification that we -- the grounds by which you

5   can modify a sentence are pretty, pretty narrow.  You can

6   do it obviously if you provide --

7        A.   Right, cooperation.

8        Q.   -- assistance.  And then I think there's a --

9   you can do it if there's been some error in the original

10  sentence.  I mean, you know, something other than like you

11  went on appeal or something.  I mean, obviously if it went

12  on appeal it can go back, and then once it's back in the

13  district court you can do anything you want, you know.  You

14  can try and make a deal, you know, and buy your way out

15  essentially.

16       A.   Right, potentially, okay.

17       Q.   Yeah, but it's whether you can do it -- you

18  know, I -- well, you know, I don't know why --

19       A.   There got to be a way to skin that cat.

20       Q.   Yeah, I would think there should be.

21       A.   What's a good lawyer?  I don't want no

22  fucking Baltimore lawyers, man.

23       Q.   Let me think about that.

24       A.   All right.  Would Kobie have a conflict of

25  interest?

```
 1              Q.   Yeah.

 2              A.   He would.  My next question to you is --

 3              Q.   But there's -- I mean, we -- I'll talk to

 4    some people in D.C.

 5              A.   I know Lawlor is your guy, you know.  He

 6    respects you a lot.  He speaks highly of you.

 7              Q.   Right.

 8              A.   He thinks you're one of the smartest persons

 9    in the world.

10              Q.   Well, then he's got really bad information or

11    (indiscernible) or both.

12              A.   Lawlor is a cocksucker, and the reason I'm

13    saying that is Lawlor basically strong-armed me into taking

14    that plea when I had no choice.

15              Q.   Okay.

16              A.   But if I ever went to trial, like he said I

17    would have seen the firing squad because he wasn't

18    prepared.  And he wasn't prepared to tell the judge that.

19    The day when I was taking my sentencing and the judge asked

20    me if I had I think Randy had filed a motion because the

21    judge wouldn't let him --

22              Q.   He sure did file a motion then.

23              A.   And the judge asked me if I was in the joint,

24    I think that's the term, and he's asking me like why, why

25    am I in the joint, and I said Lawlor tell him, you said he
```

1  was going to tell him.  Lawlor told me that he was going

2  to tell Bennett that you all --

3          Q.  (Indiscernible)

4          A.  -- that he was going with Charlie because he

5  told me that he wasn't prepared and that if I went to trial

6  I would be facing a firing squad, I was going to get

7  smoked.

8          And that motherfucker got up and said Your

9  Honor, we have one last housecleaning issue we need to do,

10 it's a Sixth Amendment issue.  Mr. Byrd is very

11 uncomfortable with it, and we want to make sure we put on

12 the record -- Mr. Warwick wants to put on the record that

13 he's not going to go after Mr. Byrd if he gained anything

14 from the Sixth Amendment waiver.

15         And I looked at that cocksucker and I said wow.

16 I said this is how it goes huh?  And he said yep, this is

17 how it goes.

18         And after that, that motherfucker came and saw me

19 and said I got good news for you.  I said what's the good

20 news, you going to fuck me some more?  No, literally that's

21 what I said to him.

22         Q.  Yeah.

23         A.  He says, Mr. Warwick calls me and says will

24 you be willing to cooperate and he will bring your sentence

25 down to 10 or 11 years.  I said, oh yeah, he wants me to

1  put on a thong and a bra and some high heels and walk

2  down Time Square huh?  Well, you can tell him fuck off and

3  stick it up his ass.

4          And he says, look man, if he's at 10 or 11, and

5  I'm telling you he's salivating -- what was the word,

6  salivating --

7          Q.  Salivating, right.

8          A.  -- to talk to you, I know I can get him to

9  settle.  You have no other way to go after this.  I said

10  yeah I do.  I said I'll go do my fucking 26 years and sit

11  the fuck down and die with my dignity.  So you can fuck

12  off, again, fuck you.  And you might have not -- what's the

13  boy's name -- David Solomon.

14          Q.  Um-hum.

15          A.  Solomon told him he couldn't wait for me to

16  get sentenced and he was going to pop a bottle that night

17  when I get sentenced.  I mean, you should hear the shit

18  that Solomon used to say to me, man.

19          Q.  I've heard that -- I've actually heard that

20  from some other people too.

21          A.  This motherfucker is telling me he can't wait

22  for me (audio skip) write the judge again so he could take

23  his anger out on you during fucking sentencing.  I say you

24  fuck.  Then when I went in front of the fucking -- I went

25  in front of the motherfucking, the magistrate judge to get

1   him off the case --

2          Q.   Who were you in front of?  Colson?

3          A.   No.  Chasanow I think.

4          Q.   Oh, Chasanow is the judge?.

5   MR. GORDON:  No --

6          Q.   She's the judge.

7          A.   Yeah, that's the chief judge right?

8          Q.   She was the chief judge.

9          A.   Yeah, I forgot her name.

10         Q.   In Greenbelt.

11         A.   Yeah, I forgot her name.  Anyhow --

12         Q.   Yeah, Debbie Chasanow.

13         A.   Anyhow, so I'm in front of the judge and the

14  judge is removing him from the case and he does not want to

15  leave the case.  He's like Your Honor, I'm prepared --

16         Q.   Who, Solomon?

17         A.   Yeah.  Your Honor, I'm prepared to go to

18  trial, there's no reason for me to be removed from this

19  case.  I've done all the work.  I've done this, I've done

20  that, there's no reason --

21         Q.   (Indiscernible)

22         A.   I'm looking at this dude like you just

23  fucking told me you can't wait for the motherfucking judge

24  to bury me and that you're going to allow the federal

25  government to bury me out your own motherfucking mouth.

1          Q.   All right.

2          A.   And he still -- I said boy God is going to

3   strike your motherfucking ass down.  When the judge removed

4   him from the case he was pissed off.

5          Q.   Yeah, it was a -- it was a pay game.

6          A.   So I said -- I asked Lawlor, I said, yo, why

7   was he like that?

8          He said he would have made about 50- to $75,000

9   for you if you went to trial and you fucked his money up.

10         Q.   That's exactly right.  Michael is exactly

11  right about that.

12         A.   And that's how he kind of won me over too

13  because I wasn't trusting none of them motherfuckers.  And

14  he's like, dude, you know, we don't -- look, I need to make

15  half a million dollars a year for my shop to be -- to break

16  even.  If you're taking a plea I might make $50,000 and

17  then I can go to trial and make x, y, z, but I don't want

18  to push you to trial.  But at the end of the day I get that

19  that you don't want to push me to trial but it's my

20  decision.

21         Q.   Of course it is, absolutely.

22         A.   You can't force a motherfucker in the corner

23  when it comes to no shit like this to make their decision.

24  Man, that motherfucker backed me in a motherfucking corner

25  like a wild horse, because I was kicking and still scraping

TRANSCRIPT-0127
LO-19-0449

1  the whole motherfucking time.  I go into court while

2  Warwick is looking at me like we have a deal or we don't?

3  I'm like what kind of motherfucking deal, I never said yes

4  to shit.  What I said was motherfucker be prepared to go to

5  trial and I will think about what you tell me about this

6  deal tomorrow.

7          He comes downstairs and seen me before the plea

8  the next morning after we had the whole problem in court,

9  and he's like oh you go up there, you know, if you say no

10 to anything Bennett already seen his partner in the hallway

11 and told his partner you better be ready to pick jurors

12 today.

13          (Witness gestures)

14          Q.  All right.  Well, that's the gesture?

15          A.  Yeah, that's what he does.  So he's like yo,

16 when you go up there you got to say yes to everything.

17 Man, I'm seeing him the whole motherfucking time because

18 I'm like I'm not saying yes to none of this shit because I

19 didn't say yes to none of this shit, you basically said yes

20 for me.  And once I seen how the judge and everything was

21 carrying on I said fuck it now you got no one.

22          Q.  I get it.

23          A.  Because he's going to tell Randy you got to

24 be ready for trial tomorrow and it's impossible.  And

25 that's what he asked Randy, are you going to be ready for

TRANSCRIPT-0128
LO-19-0449

 1  trial Monday?  And somehow Randy was sitting there

 2  listening to everything Lawlor was saying to me and he

 3  wrote down everything and filed a motion verbatim of what

 4  Randy was saying to me -- what Lawlor was saying to me.

 5  And I know that's your boy and he did a big move, because

 6  of that I forgived [sic] because he knew he made it up by

 7  making sure certain information get to you all, but he's a

 8  cocksucker too man.  And you can't back people in corners

 9  like that, let them make their decision.

10            Q.  I don't disagree with that.

11            MR. GORDON:  So going back to what you just --

12  what you were saying earlier, the government, you know, was

13  willing to cut you some.  We know they approached Leo.  So

14  anybody else that you remember in regards to Kenny or

15  anything around that?

16            MR. BYRD:  No, but I've heard that they was

17  scouring through his history of clients --

18            MR. TREEM:  Right.

19            MR. BYRD:  -- and talking to his clients to see

20  who, what and where they can get him.  And Lawlor told me

21  that -- he said that you're making all this motherfucking

22  noise about signing, he say signing away your sixth

23  amendment right.

24            I called Josh and I asked him to tell Kenny to

25  give me something that's going to get you to move off the

1  meter, to move the meter some.  And Kenny -- Joshua

2  ain't called me back and told me shit, but you all sitting

3  here worrying about Kenny.

4         So you're worried about signing away your sixth

5  amendment right, shit, Judge Sullivan just ruled against

6  that and broke your sixth amendment so they would have got

7  to it anyhow.

8         I said, well okay, well that's how they're

9  supposed to get to it.  I ain't supposed to sign this shit

10  away without signing this shit away and knowing what I'm

11  signing away.  That motherfucker ain't told me shit,

12  nothing.  And the whole shit you see you hear about with

13  the lawyer, your lawyer shows up the next morning with a

14  plea agreement for you to sign before trial man, so said,

15  so happened.

16         And he says, which they probably already said to

17  you, he says Judge Sullivan's best friend told him -- who I

18  take to be Brennan, he didn't say Brennan there -- but

19  Judge Sullivan's best friend told him that the government

20  has enough information on Kenny to indict him but they

21  don't have enough to convict him and that's why they

22  haven't indicted him yet.

23         I said, oh yeah.  I said who's his best friend?

24         And he kind of left it open.  But he knows a lot

25  and obviously Sullivan is talking to somebody because it

```
 1  never happened, you know.

 2              Q.  I don't know who Sullivan could be talking to

 3  other than -- well, other than --

 4              A.  Brennan.

 5              Q.  Oh, Brennan, yeah.  But, you know, the only

 6  thing he would really know is whatever was in front of him

 7  on the --

 8              A.  Sullivan said --

 9              Q.  -- on the taint stuff.

10              A.  He said he knows the case more than anybody.

11  He said he knows everything.

12              Q.  Yeah, he has.

13              MR. GORDON:  He had to --

14              MR. TREEM:  He had to move on, yeah.  He's got

15  more than anyone else.

16              MR. BYRD:  I know that Kenny is a motherfucking

17  ninja, so I know he's got on his ninja suit and he's

18  getting ready for war.

19              MR. GORDON:  A dude in a ninja suit.

20              MR. BYRD:  Yeah.  Well, when he gets in the

21  courtroom that shit become Andre the Giant.

22              MR. TREEM:  That's true.  That's true.

23              MR. BYRD:  And all I'm asking is I get my fucking

24  money that's all I want.

25              MR. TREEM:  Well, we'll see what we can do about
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0131
LO-19-0449

1  that.

2          MR. BYRD:  And, I don't know, maybe you need to

3  threaten Paula for me on my behalf but I find --

4          MR. TREEM:  No, let me tell you -- let me tell

5  you --

6          MR. BYRD:  Look, man, I've been waiting for years

7  to see you, man, so I got to let you know how I'm feeling

8  and what I'm thinking because they do not want that MGM

9  shit in the open.

10  BY MR. TREEM:

11          Q.  Well, let me just tell you -- let me tell

12  you --

13          A.  That's going to destroy that whole shit.

14          Q.  Okay.

15          A.  Maybe you need to bluff him.  If it's coming

16  from you it will give it some credibility.

17          Q.  Okay.  All right.  But, yeah, no, except I

18  don't want -- the only people I want to know -- whom I want

19  to know that I'm here today is you, Sean, me and Ken.

20          A.  Okay.

21          Q.  That's the only people I want to know.

22          A.  Oh, all right.  Excuse me then.

23          Q.  I mean, you know --

24          A.  I'm sorry for that.

25          Q.  No, no, I understand, I understand where

TRANSCRIPT-0132
LO-19-0449

1   you're coming from.

2          A.   So how do I go about getting my money?   I

3   guess after if you talk to Kenny you will now.

4          Q.   I don't know, but the first thing that comes

5   to mind is -- and I'll talk to Ken on Monday and we'll sit

6   down and kind of go over this, but just what comes to mind

7   immediately is that if there is a power of attorney out

8   there in which you have given other people authority to do

9   something on your behalf, you can revoke that, it's not

10  irrevocable.  And so then the power is yours and then

11  it's -- at least you have control over what you want to do

12  in terms of how to get your money back, you don't have to

13  go through anyone else.

14         A.   But I'm (indiscernible) so that's what I'm

15  saying.

16         Q.   So that's kind of number one, because then

17  if then -- if then there is someone else, another attorney

18  that you want to get involved in this to go knock on

19  Mr. Murphy's door and say, you know, that money that you're

20  holding one, the escrow account, you know, that's a bar

21  grievance issue.  They have no right to that money, that's

22  number one.  But number two, where's his money?

23         A.   Um-hum, where's my real money?

24         Q.   Where's the deal?  Where's the money from the

25  deal, right, where's the money from the deal?

1         A.   Right.

2         Q.   That's the other thing.

3         A.   Where's my 2 million and where's my 3

4    percent?

5         Q.   Right.

6         A.   Where's my money?

7         Q.   So, but --

8         A.   Also --

9         Q.   But, you know -- but the other thing because,

10   you know, you want to get -- I mean, Ken is holding that

11   power of attorney for you, you don't want him to have it

12   anymore.

13        A.   No.

14        Q.   I mean, that's not good for you, that's not

15   good for him.

16        A.   Okay.

17        Q.   So I'm going to talk to him.  I'm going to

18   talk to him about that and find out, you know, what -- if

19   there's a document out there I'd like to see it.  He needs

20   to get off of that.

21        A.   Right.

22        Q.   I mean that's what I would tell him as his

23   lawyer.

24        A.   Right, um-hum.

25        Q.   But, you know, I'll see what I can do about

TRANSCRIPT-0134
LO-19-0449

1  talking to Paula Junghans.  The problem is Paula works

2  as counsel for the firm in this case but nothing else, you

3  know.  If the firm has got some deal on the side and

4  this -- that's not unrelated to this particular piece of --

5  you know, this case involving you and the investigation of

6  Ken and whatever, that's the limit of her representation of

7  this firm.  My guess is, knowing her fairly well, she's

8  going to say it ain't none of my business and Billy Murphy

9  and Hassan are fucking Mr. Byrd out of his money that's

10 their problem and I'm not retained for that.

11          A.  So then how do I go about getting my money?

12          Q.  Then I think what you do is you find someone

13 who is going to make it their problem.

14          A.  So you're saying that Kenny knowing the

15 nuances of that relationship is not good for him to go

16 because of what's going on right now?

17          Q.  Yeah, I think so.  Well, think -- I'll think

18 about it (indiscernible)

19          A.  I'm left to get fucked up just some more.

20          Q.  No, no.  Well, that's why I take this back to

21 what you said just a moment ago and do I know anybody who

22 can maybe pick this up, and there may be.  So let me think

23 about that.

24          A.  I need somebody that could pick this up that

25 knows -- that can go to Billy and say either you pay this

1   money or we're going to the motherfucking press.

2          Q.   There may be.  There may be.

3          A.   Like, because --

4          Q.   There may be.

5          A.   -- Billy doesn't want no motherfucking story

6   out there.

7          Q.   I understand.  I understand.  I agree with

8   you.  I'm sure he doesn't.

9          A.   I mean I'm not interested in the story, I'm

10  interested in my money.

11         Q.   I know, I know.

12         A.   I got kids in college.  I got my son coming

13  home that I need to take care of and get right.  I got all

14  kind of shit, man.  I've got the commissary to eat while

15  I'm in prison, you know what I'm saying.  I got phone calls

16  and skypes to pay for and books to read and research to do

17  and like, you know, I busted my motherfucking ass for that

18  money man.

19         Q.   I know.  I hear you.

20         A.   I mean how much motherfucking money does

21  Billy want.

22         Q.   He wants a lot.

23         MR. GORDON:  Yeah, he wants it all.

24         MR. TREEM:  He wants it all.  This stuff he got

25  from Freddie Gray isn't enough, so.

1           MR. GORDON:  No, it isn't.

2           MR. TREEM:  What was that 6.5 million?

3           MR. GORDON:  Yeah, when he broke it he took back

4  2.4, probably 2.4.

5  BY MR. TREEM:

6           Q.  Probably.

7           A.  You don't do civil case, huh?

8           Q.  Pardon?

9           A.  You don't do civil case?

10          Q.  Yeah, I do.  I do some.

11          A.  There's a guy in here now, I don't know if

12  he's too far to reach, but the Mesa police beat the shit

13  out of him and he got the video and all that shit.  Fucked

14  him up.

15          Q  I can look at it.

16          A.  I'll tell him to give you a call.

17          Q.  Yeah, I know folks down there I can tap into

18  some resources.

19          A.  I mean, they broke his jaw.  He had to have

20  10 surgeries on his face.  Broke his shoulder.

21          Q.  Really.  Why?  I mean, what was he doing?

22  What was the deal?

23          A.  Mesa is known to whip your ass, period.  They

24  are known to whip your ass for any reason whatsoever.  You

25  ain't got to do nothing besides be just on the other side

1    of them.

2              Q.   Really?

3              A.   Yeah, they will bust your ass in a second.

4    You're talking any person, let me tell you Mesa will bust

5    your ass.  I don't want to take your card but I'm going to

6    take your number.

7              Q.   Yeah, take my number.

8              A.   I thought I seen -- you got two different

9    cards?

10             Q.   No, it's one for D.C. and one for Baltimore.

11             A.   That's what was throwing me off.  I was like

12   what the fuck.

13             Q.   I'm mostly down at the Baltimore number.

14             MR. BYRD:  Sean, you ain't got a lawyer?

15             MR. GORDON:  What's that?

16             MR. BYRD:  You don't have a lawyer that I can use

17   to handle this process?

18             MR. GORDON:  For what, the D.C. stuff?  No.

19             MR. TREEM:  Going after his money.

20             MR. BYRD:  Like what I don't want to do, I don't

21   want to kick up, you know, dust where the whole shit will

22   blow up.  Me going public don't gain me shit.

23             MR. GORDON:  Oh yeah, probably just like --

24             MR. BYRD:  You know what I'm saying.

25             MR. GORDON:  -- my D.C. --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0138
LO-19-0449

 1              MR. BYRD:  That don't gain me nothing, I want

 2  my money.

 3              MR. GORDON:  Right.  Most of my D.C. work and

 4  stuff outside of -- well, (indiscernible)

 5              MR. BYRD:  What number is best to get you on,

 6  Josh?

 7  BY MR. TREEM:

 8              Q.  The 4-10 number, 410-962 --

 9              A.  What kind of firm is this?

10              Q.  It's mostly a plaintiff's firm.  We do a lot

11  of civil rights stuff.  We do a lot of disabilities work,

12  some constitutional tort stuff, false arrest, wrongful

13  conviction.  We do some commercial.

14              A.  Is this a national chain or is it just D.C.-

15  Baltimore?

16              Q.  Well, it's mostly -- well, we do some work --

17  we represent the National Federation of the Blind and we do

18  all of their litigation nationwide, but the rest of it is

19  mostly in the mid-Atlantic.

20              A.  Oh, okay.

21              Q.  A lot of it in federal court but, you know,

22  all over the state for sure.

23              A.  How is Kaminkow doing, man?

24              Q.  I have no idea.  He's down in south Florida,

25  he's finished -- he's retired.

 1          A.   I mean, that's your longtime partner, man,

 2   you don't want to reach out to him?

 3          Q.   Yeah, we didn't --

 4          A.   End on good terms.

 5          Q.   It didn't end well, let's put it that way.

 6          A.   So that mean you don't talk to Schulman at

 7   all?

 8          Q.   That's true too.

 9          A.   Shit.  What happened to -- what's his girl

10   name?

11          Q.   Who?  Who are you talking about?

12          MR. GORDON:  The lawyer?

13          MR. BYRD:  No, Murphy.

14          MR. GORDON:  Billy?

15          MR. BYRD:  Erin.

16          MR. TREEM:  Oh, Erin.  Yeah, she's over at --

17   she's had some health problems I know that.  No, she's over

18   at the law firm -- Andy White's firm.

19          MR. GORDON:  Yeah.

20          MR. TREEM:  Silverman Sputkin (ph.).  Yeah, she's

21   still, you know, cranking away doing mostly appellate

22   stuff.

23          MR. BYRD:  Appeal.

24          MR. TREEM:  Yeah.  Motions and appeals, yeah.

25   Yeah.  I haven't seen --

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0140
LO-19-0449

1           MR. GORDON:  I saw her at a Christmas party.

2           MR. TREEM:  Oh really.

3           MR. GORDON:  Last year.

4           MR. BYRD:  Sean, You're telling me that Billy and

5   them didn't pay you Sean Whitaker case

6           MR. GORDON:  Billy didn't pay me on your case.

7           MR. BYRD:  Wow.  Do you see how they did

8   Leonaldo?

9           MR. GORDON:  I had plenty of talks with Leonaldo

10  about it.

11          MR. BYRD:  Since they turned over his file, his

12  financial files to them?

13          MR. GORDON:  Wait a minute.  Before Leonaldo's

14  plea, I had talked to him about it a lot, and --

15          MR. BYRD:  Yeah, you know he's in Pittsburgh in

16  one of them private federal prisons.

17          MR. GORDON:  What, like --

18          MR. BYRD:  CCA or one of them.

19          MR. TREEM:  CTA?

20          MR. BYRD:  The one (indiscernible)

21          MR. GORDON:  Yeah.

22          MR. BYRD:  He's back up on the pill, you know

23  what I mean?

24          MR. GORDON:  He screwed me, too.

25          MR. BYRD:  Huh?

1          MR. GORDON:  He screwed me too.

2          MR. BYRD:  What do you mean?

3          MR. GORDON:  He didn't pay his bill.  He took

4    off.

5          MR. BYRD:  Shit, that motherfucking ain't paid no

6    hundred thousand.

7          MR. TREEM:  Wait a minute, do you have anybody

8    who is paying you?

9          MR. GORDON:  Why do you think I'm here?

10         MR. TREEM:  You just wanted him to know.

11         MR. GORDON:  I just -- I got to --

12         MR. BYRD:  He said he paid about $100,000.

13         MR. GORDON:  He did not pay me $100,000.  In

14   fact, he just short me like 1500 or something, like it was

15   something stupid.

16         MR. BYRD:  Oh, man, come on.  All that money you

17   made, Sean, you're complaining about 1500?

18         MR. GORDON:  I'm on -- the number he's giving you

19   is different than the number that I got.

20         MR. BYRD:  I seen paperwork from Billy Murphy's

21   firm where it's saying you get paid X amount of dollars.

22         MR. GORDON:  Okay.  If you got paperwork for

23   Billy Murphy's firm --

24         MR. BYRD:  Right.

25         MR. GORDON:  -- okay, you ain't taking that with

1   a fucking grain of salt?  Because I saw the paperwork --

2          MR. BYRD:  I'm just trying to figure out where is

3   all my money that was in escrow?

4          MR. GORDON:  Dude, you're worrying about the same

5   thing multiple years ago.

6          MR. BYRD:  I would like to sit across from Kenny

7   and ask him these questions.  Is there any day I'd be able

8   to talk to Kenny?

9          MR. TREEM:  Well, regardless of whether you can

10  talk to Kenny or not, you're entitled to see every bill,

11  every penny that was paid out of your escrow account.

12         MR. BYRD:  But it's impossible for me to know

13  because Kenny and I -- Kenny kept a record on his laptop,

14  it was on a flash drive or whatever he got it on.

15         MR. TREEM:  Okay.  I'll ask him.

16         MR. BYRD:  He had a meticulous record of all my

17  monies, monies in my nightclub, monies to Alex all that

18  type of shit.

19         MR. TREEM:  All right.

20         MR. BYRD:  So I can go back at these

21  motherfuckers.  Because they ain't just about to walk away

22  with my motherfucking money.  And they looking at well this

23  motherfucker got 26 years he's dead, fuck him.  Everybody

24  just say fuck him.  And Ken has problems so fuck him.

25  BY MR. TREEM:

1          Q.  Well, that wouldn't surprise me.  Okay.

2    I'll ask him about that.  I should ask him about that even

3    if you hadn't asked I should.

4          A.  And I want to know about the situation, the

5    one that Nellie called me about.

6          Q.  That's Darnell, right?

7          A.  Um-hum.

8          MR. GORDON:  Yeah, (indiscernible)

9          MR. BYRD:  Yeah, how I --

10         MR. GORDON:  Where do you think he's at?

11         MR. BYRD:  I don't know, but I want to know, you

12   know, from Ken how we going to go about processing that or

13   what I need to do.  So that mean I'll be seeing you all

14   soon then --

15         MR. TREEM:  Like I say, that being --

16         MR. BYRD:  -- because we can't talk over no

17   phone.

18         MR. GORDON:  Well (indiscernible)

19         MR. BYRD:  Yeah.  No, but Josh seemed to have his

20   work up to his motherfucking -- to the temple.

21         MR. GORDON:  You may have to see me sometimes.

22         MR. BYRD:  Okay.

23         MR. TREEM:  Okay.

24         MR. GORDON:  When's the last time you saw Darnell

25   by the way?

1          MR. BYRD:  I haven't seen Darnell since I was

2    locked up.  I spoke to him two, maybe three or four times

3    since I've been incarcerated.

4          MR. GORDON:  Where have you talked to him?

5          MR. BYRD:  I talked to him while I was at

6    Supermax he called me and he might have called me twice

7    then, and I spoke to him when I was at CTF.

8          MR. GORDON:  How old is Darnell?

9          MR. BYRD:  My age.

10         MR. GORDON:  And where was he -- I'm going to

11   just (indiscernible) the easy way to the (indiscernible)

12   what's the --

13         MR. BYRD:  Baltimore.

14         MR. GORDON:  Well, my way is through credit

15   searches and check.

16         MR. BYRD:  Yeah, I think he has 5, 5 years.  But

17   Ken has his own file.  Kobie Flowers has his own file

18   because Kobie was supposed to do the case.

19         MR. GORDON:  Yeah, but that (indiscernible)

20         MR. BYRD:  He didn't do it though because Kobie

21   wanted 100,000.  He was like, I'm not paying you a fucking

22   100,000 to get 5 years.

23         MR. GORDON:  Well, his --

24         MR. BYRD:  And by the way, why is fucking Kobie

25   so fucking high?

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0145
LO-19-0449

 1  BY MR. TREEM:

 2          Q.  Well, you and I -- that's a conversation I've

 3  tried to have with Kobie.

 4          A.  Right, based upon what?  What fucking victory

 5  has he won?  I can see why Ken is so high.  Yeah, I can see

 6  why Kenny is high, win record dictates that.  But what the

 7  fuck has Kobie ever won?

 8          MR. TREEM:  I'll ask him that.

 9          MR. GORDON:  We won the D.C. case.

10          MR. BYRD:  Okay, one D.C. case.

11          MR. GORDON:  Yeah, a D.C. case.

12          MR. BYRD:  I can tell you about --

13          MR. GORDON:  The Howard --

14          MR. TREEM:  Oh, that's right, yeah, yeah.

15          MR. BYRD:  Man, I can tell you 10 cases off of my

16  head that Ken has won that would dictate that kind of

17  money.

18          MR. TREEM:  So here's my really important

19  question, if I can't sneak this chicken in tomorrow, are

20  you still going to talk to me?

21          MR. BYRD:  Yeah, it's not a problem.

22          MR. TREEM:  Okay, all right.

23          MR. GORDON:  I'm still thinking about this --

24          MR. BYRD:  Yeah, and listen, Sean, and this is

25  what you do, right -- listen, track my money down from

```
 1  Billy and in the meantime, you know, just put like 4 or
 2  $500 on my books while you track him and I'll pay you 20
 3  percent back on it when you get it, you know what I'm
 4  saying?  Make my life easier in prison.  Make my quality of
 5  life easy.
 6            MR. GORDON:  I'll work on that because I think
 7  it's -- we'll figure out a way to get that.
 8            MR. BYRD:  Yeah, tell Ken I need money, man, I
 9  need fucking money.  I mean, I'm telling you all point
10  blank period, I'm not beating around the bush.  I need my
11  fucking money, I need money.
12            MR. TREEM:  I hear you.
13            MR. BYRD:  Like you need -- when you see that
14  motherfucker you need to let him know, man, listen man,
15  Byrd there holding down do what he do, but Byrd needs his
16  motherfucking money.  I need my money as promised, I need
17  my money for the casino deal, I need my money period.
18            MR. GORDON:  I got it.  How is your man in
19  Houston?
20            MR. BYRD:  Which one?
21            MR. GORDON:  The one I went down to talk to?
22            MR. BYRD:  Thurston Lindsey?
23            MR. GORDON:  Yeah.
24            MR. BYRD:  I haven't talked to that cocksucker in
25  forever.
```

TRANSCRIPT-0147
LO-19-0449

1           MR. TREEM:  He's part of the government's

2   case.

3           MR. BYRD:  Yeah.  I haven't spoke to him.

4           MR. GORDON:  Is he part of the government's case?

5           MR. TREEM:  Yeah.

6           MR. BYRD:  But he wasn't going to testify against

7   me?

8           MR. TREEM:  I will --

9           MR. BYRD:  Can you verify all that for me?

10          MR. TREEM:  His name appears in stuff that I've

11  seen.

12          MR. GORDON:  Well, yeah, but we talked to him

13  twice.

14          MR. BYRD:  Yeah.  I mean, you need to --  I

15  really need --

16          MR. TREEM:  The government has talked to him I'm

17  fairly certain of that.

18          MR. BYRD:  Yeah, I mean, because what I need to

19  know is -- what's that shit called again, the Jencks?

20          MR. TREEM:  Yeah.

21          MR. BYRD:  What I need to know is -- first of all

22  were there any surprises in there?  Anything that surprised

23  you?

24          MR. TREEM:  Nothing -- no, that was kind of what

25  I expected.

TRANSCRIPT-0148
LO-19-0449

1                MR. BYRD:  What I need to know is what the

2     government know so I know how to move certain assets that I

3     still can get my hands on.  I'm stuck in time.  I've been

4     sitting waiting on you guys for like -- I mean, I was at

5     CTF like, okay any day now they're going to show up, any

6     day now, and then y'all didn't show up and then I got the

7     call in South Carolina.  I said what the fuck is taking

8     y'all so long.  Because granted you got things -- I want to

9     ask questions about my fucking money and y'all are the only

10    people I can ask.  Who the fuck can I ask?  I can't ask

11    nobody.  I can't talk to nobody, I can't ask nobody shit,

12    so y'all are taking a favor to come see me kills the fuck

13    out of me, you know.  But yeah, man, I'm all about getting

14    my fucking money.  Billy and them fucking rich.  I mean, I

15    want my money.  What else?  Okay.  Catherine Sabi (ph.),

16    what's her name?

17                MR. GORDON:  Catherine who?

18                MR. BYRD:  Sabi.  Immigration lawyer.

19                MR. GORDON:  Oh, for Leo?

20                MR. BYRD:  No, but Ken had hired her for me.

21                MR. GORDON:  Okay.

22                MR. BYRD:  And Ken was supposed to send you to go

23    retrieve my birth stuff.

24                MR. GORDON:  From her?

25                MR. BYRD:  No, from New York.  It was a list of

TRANSCRIPT-0149
LO-19-0449

1  stuff that she needed to prove my U.S. birth.  And I'm

2  just trying to see what --

3          MR. GORDON:  Where is she at?

4          MR. BYRD:  She's out of D.C.  And, you know, I

5  got like a fucking one of them movie birth stories and

6  shit.

7          MR. GORDON:  Sabi?

8          MR. BYRD:  Sabi.  And so you don't remember doing

9  no work on trying to ascertain medical records and like --

10 what's the shot you get as a kid?

11         MR. GORDON:  Vaccinations?

12         MR. BYRD:  Yeah, all the vaccinations.

13         MR. GORDON:  I admit I wanted -- remember you and

14 I, like -- it was only about less than 2 weeks --

15         MR. BYRD:  Okay.

16         MR. GORDON:  -- after you and I had our, you

17 know, you checking me out, feeling me out visit.

18         MR. BYRD:  Right.

19         MR. GORDON:  And I think I've written it down I'm

20 in there with -- I mean, the next day was -- 2 days later

21 with Billy, you know, as you know.

22         MR. BYRD:  Right.  So how is Billy and Kenny's

23 relationship?  Kenny seeing clearly now?

24         MR. TREEM:  There's no relationship.

25         MR. BYRD:  There's not?  So he's seeing clearly

1  now who he is and what he was.

2              MR. GORDON:  If it makes you feel any better,

3  Milin is the one sitting there going oh fuck it.

4              MR. BYRD:  Wow.  Where is Milin at now?

5              MR. TREEM:  She's in Los Angeles.  She's

6  working -- she's doing immigration law -- a lot of

7  immigration law for a small firm.  Loving it.

8              MR. BYRD:  Oh yeah.

9              MR. GORDON:  Um-hum.

10             MR. TREEM:  Her parents live out there.  She's

11 doing really well.

12             MR. GORDON:  Yeah, she's doing good.  I just

13 talked to her.  I was checking on her the other day, she

14 says she's good.

15             MR. BYRD:  Maybe that's who I need to hire then.

16             MR. GORDON:  You can't hire her.

17             MR. BYRD:  No?  She's conflict now?

18             MR. GORDON:  Yeah.  She represented you.

19             MR. BYRD:  You're right.

20             MR. GORDON:  You know who is doing good out

21 there?

22             MR. BYRD:  Who?

23             MR. GORDON:  Sean Whitaker.

24             MR. BYRD:  Yeah, with that 980-, $980,000 he's

25 fucking buying up everything, I heard.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1          MR. GORDON:  But he's found something he

2  really likes.

3          MR. BYRD:  What?

4          MR. GORDON:  Photography.

5          MR. BYRD:  Oh yeah.

6          MR. GORDON:  He's really gotten into it.  I check

7  in with him every now and then.  He got an Instagram

8  account.

9          MR. BYRD:  He finally gave his mother some of the

10  money because he didn't give her shit at first.  He's like

11  fuck you and took off.

12          MR. GORDON:  He was around for a little bit then

13  he went LA.  He went to school.  He was going to school in

14  LA.

15          MR. BYRD:  For what, photography?

16          MR. GORDON:  No, he was going to school for

17  music.

18          MR. BYRD:  Okay.

19          MR. GORDON:  Just music in general.

20          MR. BYRD:  Okay.

21          MR. GORDON:  But his aunt and uncle took him on a

22  trip to Japan and he brought a camera with him and he just

23  freaking started getting into it, unreal.  And now he's --

24          MR. BYRD:  Doing good.

25          MR. GORDON:  Now he's really just trying to

1  take -- doing photos (indiscernible)

2          MR. BYRD:  He's in the right city for that.  You

3  know his mother is hell of a fucking chef.  She cook all

4  Asian food, man.  I mean, she can make everything, sushi,

5  everything.  I mean, anything Asian, she's a beast.

6          MR. GORDON:  Wow.  Tracy?

7          MR. BYRD:  She's a beast.

8          MR. GORDON:  His aunt and uncle are great people,

9  too.

10          MR. BYRD:  Um-hum.  What I was going to say -- so

11  that mean Billy and them walk away with about 600,000 then.

12  About 600,000 give or take.

13          MR. TREEM:  How --

14          MR. GORDON:  I don't know, it was a big thing

15  because, you know, Hassan is saying oh well, you know --

16  like, Hassan went to negotiate that deal and got nowhere.

17  Like there was nothing -- like there was no one and they --

18  so, because -- did you ever meet there was a woman named

19  Pam who was at the office who was running part of Sean's

20  case.

21          MR. BYRD:  She was a former nurse?

22          MR. GORDON:  No.  I don't know if Pam was a

23  former nurse.

24          MR. TREEM:  I don't know who you're talking

25  about.

TRANSCRIPT-0153
LO-19-0449

1              MR. GORDON:  Detre.  Okay.  So she was on the

2    case and she didn't -- this all happened very soon after

3    the raid.

4              MR. BYRD:  Right.

5              MR. GORDON:  Okay.  And so Solomon didn't try to

6    negotiate.  Hassan's self -- from all I can see is self-

7    proclaimed that he's a negotiator and he, you know, he

8    works deals, I haven't seen that yet, but --

9              MR. BYRD:  He worked for MGM.

10             MR. GORDON:  Someone else's -- no, you know.

11   When he went in there was nothing, so Ken hadn't even set

12   up a shingle yet outside, because there's still this what

13   the fuck is going on kind of thing.

14             MR. BYRD:  Right, right.

15             MR. GORDON:  Of course once he set up his, you

16   know, once he started establishing (indiscernible) to work

17   sometime, you know, Sean, you know, went back and Hassan

18   said well we did all the work.  And then the arbitration,

19   you know, it worked out how it worked out.

20             MR. BYRD:  So they didn't give him a quarter?

21             MR. GORDON:  Who?

22             MR. BYRD:  Billy and them?

23             MR. GORDON:  I'm sure they got something.  I

24   don't know what.  I mean, Ken wasn't going like, look I did

25   a lot.  Because Ken didn't work on the case while he was at

1   the firm, and the --

2           MR. BYRD:  But it's his case.

3           MR. GORDON:  Right, but he's still a partner at

4   the firm, you know.

5           MR. BYRD:  Right.

6           MR. GORDON:  So if you're doing the work while

7   you're -- you can't like -- let's put it this way, if he

8   works there for 364 days and he quits, on the 365th day

9   he's not with the firm anymore but he makes a deal because

10  of all the work he did at 364 days, the firm is entitled to

11  something.

12          MR. BYRD:  Right.

13          MR. GORDON:  You know, so I'm sure they got

14  something.  I don't know what the details of it were.  But,

15  you know, I don't know how it's split but it worked out in

16  our -- they went to arbitration and that's how it --

17          MR. TREEM:  Well they (indiscernible) Murphy kind

18  of deal with it.  It wasn't really an arbitration was it?

19          MR. GORDON:  I think they called arbitration but

20  they -- you know, they were going back and forth like, you

21  know, because they sent in -- I only know because --

22          MR. BYRD:  So did Ken end up getting any interest

23  in MGM deal?

24          MR. GORDON:  I don't know.

25          MR. TREEM:  No.  I don't think he's carrying any

1   interests.

2          MR. BYRD:  So it's just Billy and them who got

3   money --

4          MR. TREEM:  I don't think he got money.

5          MR. BYRD:  So it's just Billy and them?

6          MR. TREEM:  I think so.  I don't think he's got

7   anything to do with them anymore.

8          MR. BYRD:  Wow.  So they just ride away like a

9   fat rat.  They couldn't pull that deal together for

10  nothing, nothing.  I got to find a way how to stick a knife

11  in them without the public knowing.  I got to find a way to

12  be able to cut a piece of that cake, get my slice of the

13  cake without it being bloody.

14         MR. TREEM:  Well, with Billy that's probably not

15  going to happen, you know that.  That's the card that he

16  holds.  So, you know, throwing him into that briar patch

17  (indiscernible) I can deal with that.  That's his money --

18         MR. GORDON:  Yeah, like (indiscernible)

19  BY MR. TREEM:

20         Q.  -- you know, I know people at the press, you

21  know.  I know the television people call, I know the radio

22  people I can go talk to, you know, I can spin it my way,

23  I'm not worried about any of that.

24         A.  So he has just fucked me.

25         Q.  Well, he just -- you're just another --

1        A.   Motherfucker --

2             Q.   -- fuckee.  A fuckee in a long line of

3   fuckees, you know, he doesn't care.

4             A.   So when Nellie is saying that y'all can say

5   your casino shit is good and all that, what the fuck has

6   that been?

7             Q.   I don't know.  I mean, I don't know, Richard.

8   I mean, I'm just -- this was kind of new to me, so, you

9   know.  I told you I would go talk to Ken about it and I

10  will do that and we'll see what we can put together and,

11  you know.

12            A.   Wow.

13            Q.   But I can't -- you know, I can't, I can't --

14            A.   So I'm --

15            Q.   I can't represent you, you know that?

16            A.   Yeah, I know that.  So I'm just supposed to

17  make Billy ride away with my fucking money --

18            Q.   No.

19            A.   -- and my kids' --

20            Q.   No, not necessarily.  No, that's not

21  necessarily so, but let me -- I told you I would find out

22  what I can about what the status of all that is and I think

23  this POA kind of bothers me a little bit only because I

24  don't know what it says.

25            A.   Okay.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1          Q.   But, you know, I told you that I would do

2    it and I'll do it.

3          A.   What about -- so where's Castle at right now?

4          MR. GORDON:   It wouldn't take much.

5          MR. BYRD:   You haven't found him in BOP?

6          MR. GORDON:   I haven't looked for him.  He's

7    represented.  I can't go talk to him.

8          MR. BYRD:   And Bowie is free.

9          MR. GORDON:   Even if Bowie is free I still

10   couldn't talk to him.

11         MR. BYRD:   No, I'm just thinking to myself that

12   I'm just getting dicked everywhere I turn.  Me, Bowie and

13   Castle is in a partnership.  Bowie is free, Castle gets 15

14   years, I get 26 years.  Castle ended up with basically all

15   of his money.  My money is tied up between Gidewon and

16   Billy and I'm sitting here trying to figure out how the

17   fuck to get my fucking money.  So you don't know if Ken and

18   Billy had any conversation about how they was going to deal

19   with my situation?

20         MR. TREEM:   I have no idea.  I have not had that

21   conversation.  But it sounds like a conversation that at

22   least I need to tell him about.

23         MR. BYRD:   Oh yeah, he needs to go have that

24   conversation.

25         MR. TREEM:   Yeah.

TRANSCRIPT-0158
LO-19-0449

 1              MR. BYRD:  I mean, I don't know if him and

 2    Billy talks but he needs to go have that conversation.

 3              MR. TREEM:  All right.

 4              MR. GORDON:  That's fucking crazy.  So I'm just

 5    supposed to drop and die?

 6              MR. GORDON:  No one is telling you you're

 7    supposed to drop and die.

 8              MR. BYRD:  No, no, I'm just asking -- I'm talking

 9    out loud.

10              MR. GORDON:  I mean, if you're asking what

11    Billy Murphy and Hassan Murphy are going to say they

12    probably would say drop and die.

13              MR. TREEM:  Drop and die.

14              MR. GORDON:  I mean, we're not going to ask that

15    because you're not exactly the --

16              MR. TREEM:  I mean, you've got certain

17    restrictions on your ability to reach out and deal with it.

18              MR. BYRD:  Wow.  Can you do me one favor?

19              MR. TREEM:  If I can.

20              MR. BYRD:  Yeah.  Can you research and see if

21    there are any lawyers that has ever bought their client's

22    freedom so to speak, with just (indiscernible)

23              MR. TREEM:  So it would be postconviction?

24              MR. BYRD:  Yeah, because I know Warwick want

25    fucking money.

1           MR. TREEM:  Wanting to reduce sentence.

2           MR. GORDON:  Whatever happened to Drew?

3           MR. BYRD:  Drew (indiscernible)

4           MR. GORDON:  Yeah.

5           MR. BYRD:  That cocksucker wanted $3 million,

6    man.

7           MR. TREEM:  Who was the other two Finlen (ph.)?

8           MR. BYRD:  Yeah.

9           MR. TREEM:  Are they down in Atlanta?

10          MR. GORDON:  Yeah, he was up for a couple days.

11          MR. BYRD:  $3 million.

12          MR. GORDON:  He's out.

13          MR. BYRD:  I'm like, you and Kenny and Billy all

14   cousins huh.

15          MR. TREEM:  I know who he is, I've never dealt

16   with him.  I've heard of the name.  There's only one guy

17   (indiscernible)

18          MR. BYRD:  $3 million that motherfucker won

19   (indiscernible)

20          MR. GORDON:  He knows Billy pretty well.

21          MR. BYRD:  Yeah, that's his boy.  But I mean, I'm

22   just like -- I'm just sitting back looking at my story that

23   as much as Ken needs me I need Ken to also man up on my

24   shit, you know what I'm saying.  Like I'm here, you feel

25   what I'm saying.  I'm two (audio skip) ten toes down, you

TRANSCRIPT-0160
LO-19-0449

1   know what I'm saying, but I know Ken is dealing with his

2   issue and I know it's major, all right, but he's a heart

3   surgeon, he can -- I know he can figure out the issues,

4   right.

5           MR. GORDON:  Heart surgeons can't work on

6   themselves.

7           MR. BYRD:  Shit, this one seems to be able to put

8   the mirror in front of him and stitch his motherfucking

9   self up, right?

10          MR. GORDON:  Yeah.

11  BY MR. TREEM:

12          Q.  I don't know about that, but --

13          A.  I need an ending that is good.  A long-term

14  partner here, former mentor, I mean, come on man like are

15  you serious.  He could stitch himself back.  Granted, yeah,

16  he's took a publicity hit but at the end of the day that

17  just gave him more credibility with the hood, so then he

18  just got to take more hood money then.  I don't know.

19          Q.  Maybe his representation of you gives him

20  more credibility?

21          A.  No, his reputation of getting raided by the

22  feds.

23          Q.  Oh that.

24          A.  You know, that gave him -- what's

25  John Gotti's lawyer name -- former lawyer, John Cutler?

1          Q.   Cutler -- Bill, yeah, yeah, Cutler.  Yeah.

2          A.   That's the only other motherfucking lawyer I

3   ever heard this shit happen to.

4          Q.   Bruce Cutler.

5          A.   Hand me a warrant, that warrant got a lot of

6   fucking power to be able to pull that shit off.  I mean

7   even Bennett said in open court, like, this is

8   unprecedented.

9          Q.   Bob is unprecedented?

10         A.   Right, raiding a lawyer's office.

11         Q.   Well, it's not that unprecedented, it's

12  happened before.

13         A.   Yeah.

14         Q.   Yeah.

15         A.   Wow.

16         Q.   Well, he did it to make a splash.

17         A.   Right.  I mean, you know, Ken told me he

18  was -- well not just Ken, Brennan and all of them say he's

19  a media whore.

20         Q.   He is.  He likes it.  He likes it.

21         A.   Wow.

22         Q.   Time's up.

23         A.   So where do we go from here?

24         Q.   We got tomorrow if you want us to come

25  back --

TRANSCRIPT-0162
LO-19-0449

```
 1              A.  Yeah, please --

 2              Q.  -- we can chat a little more.

 3              A.  Yeah, please do.

 4              Q.  Yeah.

 5              A.  Let me (indiscernible) through some of this

 6   shit.

 7              Q.  Yeah, it's crazy.  You say the things kind of

 8   on your mind about --

 9              A.  Yeah, because, you know, like I said --

10              Q.  -- Bowie and Reid and --

11              A.  Yeah.

12              Q.  -- anything particular incidents or act, you

13   know, stories, events that would be fine.  We got I

14   guess --

15              A.  Where y'all eating at tonight?

16              Q.  I don't know.

17              A.  Y'all should go to Maestros, man, get a nice

18   good steak.

19              Q.  Maestros?

20              A.  Yeah.  Get their --

21              MR. TREEM:  I need to write this down.

22              MR. GORDON:  I don't remember Maestros.  I never

23   heard of Maestros.

24              MR. BYRD:  Yeah, get a good steak and small

25   Brussels sprouts.
```

TRANSCRIPT-0163
LO-19-0449

1          MR. TREEM:  Okay.

2          MR. BYRD:  Get the pineapple upside down cake as

3  desert.

4          MR. TREEM:  Sounds pretty good to me.

5          MR. BYRD:  I mean you and Camelback, man, and you

6  know, tomorrow after you come see me.  A little hiking in

7  the morning before you come see me, all right.

8          MR. TREEM:  Go hiking tomorrow?

9          MR. BYRD:  Yeah (indiscernible)

10         MR. TREEM:  Yeah, not anymore.  I was.

11         MR. BYRD:  Shit, man, you might find your wife

12  three times on the Camelback Mountain.  There's a lot of

13  beautiful mature women that go hiking on there.

14         MR. TREEM:  I'm going to be 70 years old in 11

15  days.  I don't need three women on Camelback Mountain to

16  make me happy.

17         MR. BYRD:  Well, I will say this to you, right?

18  Congratulations.

19         MR. GORDON:  You ain't going to be unhappy.

20         MR. BYRD:  Congratulations and all being --

21  what's it 77?

22         MR. TREEM:  Seventy.

23         MR. BYRD:  Seventy.  Congratulations on being 70,

24  but I know you're not going to meet three women on

25  Camelback, but you might meet one and you know, you might

TRANSCRIPT-0164
LO-19-0449

 1  find one that's in your -- I shouldn't say --

 2          MR. TREEM:  Be careful what you say, but be

 3  careful with the next words that come out of your mouth.

 4          MR. BYRD:  Might be in your category as far as --

 5          MR. TREEM:  Okay.  That's not bad.  Good choice

 6  of words.

 7          MR. BYRD:  Yeah, as far as --

 8          MR. TREEM:  Why don't you just leave it there.

 9          MR. GORDON:  Companionship.

10          MR. BYRD:  Companionship.

11          MR. TREEM:  Why don't you just leave it there.

12  It might be a new category.  That's just -- there you go.

13  Okay.  We'll see.

14          MR. BYRD:  A lot of healthy mature women go

15  hiking up there, you know.  Paradise Valley is their number

16  one second home community in the country outside of

17  Florida, outside of Palm Beach.

18          MR. TREEM:  It's very flat.  There are no trees.

19  This is not my kind of country I got to tell you.

20          MR. BYRD:  You haven't been on in Paradise Valley

21  and in Scottsdale it's a whole different environment.  It

22  feels like God has laid his hand there.  It's so calm and

23  relaxing, peaceful.  I mean, there's an article that I read

24  that seniors come here and extend their life up to 15

25  years, man.  So there's something out here in the air.

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0165
LO-19-0449

1          MR. TREEM:  Yeah, well.  Okay, I'll take your

2    word for it.  All right.  So we'll stop by and report

3    tomorrow morning.  We'll start -- plane (indiscernible)

4          MR. GORDON:  Yeah.

5          MR. TREEM:  (Indiscernible)

6          MR. GORDON:  We'll figure it out.

7          MR. BYRD:  So you'll be here early then?

8          MR. TREEM:  We'll have time in the morning to

9    come by.

10         MR. BYRD:  Okay.  So do it.

11         MR. TREEM:  Okay.

12         MR. BYRD:  Five piece of chicken.

13         MR. GORDON:  You think I'm going to forget the

14   five pieces of chicken.

15         MR. BYRD:  All right.

16         MR. TREEM:  He's got to bring it in.

17         MR. BYRD:  Yeah, no problem.

18         MR. GORDON:  I got the first four.  I've got to

19   figure out we get the fifth one.

20         MR. BYRD:  Man, let Kelly know that the fucking

21   kids are in college and doing fucking great.  Chris went to

22   summer school and took all his freshman classes so now he's

23   a sophomore.

24         MR. TREEM:  You said Chris?

25         MR. BYRD:  Yeah, is a sophomore.  He's trying to

TRANSCRIPT-0166
LO-19-0449

1  finish his BS in about 2½ years.

2          MR. TREEM:  What's his major?

3          MR. BYRD:  Pre-med.  He's trying to be a plastic

4  surgeon.

5          MR. TREEM:  Wow.  Where's he in school?

6          MR. BYRD:  Texas A&M.

7          MR. TREEM:  Good school.

8          MR. BYRD:  Yeah.  Jada is confused between

9  medicine and --

10          MR. TREEM:  Medicine and what?

11          MR. BYRD:  -- law, I don't know.  I don't know

12  how she going to go in law, she hate writing and talking.

13          MR. TREEM:  Well, that's a problem.

14          MR. BYRD:  That's a problem.

15          MR. TREEM:  Either it's one or the other, but

16  they (indiscernible)

17          MR. BYRD:  It's a problem.

18          MR. TREEM:  This isn't the right job for her.

19          MR. BYRD:  No, not the right job.  And

20  (indiscernible) he's about to come home and finally get him

21  set --

22          MR. TREEM:  Who's that?

23          MR. BYRD:  D'Andre, my son.

24          MR. TREEM:  Got you.

25          MR. BYRD:  I need money, bottom line.  I need my

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0167
LO-19-0449

1   money.

2             MR. TREEM:  I got you.

3             MR. BYRD:  Byrd needs to be happy.  Byrd has been

4   sitting waiting on y'all forever, man.

5             MR. GORDON:  How is your wife doing?

6             MR. BYRD:  Funny you should ask.  She got married

7   last week.

8             MR. GORDON:  Sorry.

9             MR. BYRD:  Huh?

10            MR. GORDON:  Sorry.

11            MR. BYRD:  Oh man, it's okay.  I'm good.

12            MR. GORDON:  Okay.

13            MR. BYRD:  Like I told you, I mean, I don't know

14   how much pussy can one man have in his life but I've had my

15   fair share.  I ain't Wilt Chamberlain but I've had my fair

16   share, you know what I mean.

17            MR. GORDON:  And who else, your sister?

18            MR. BYRD:  Yeah.

19            MR. GORDON:  How is she doing?

20            MR. BYRD:  She's okay, you know, she's dealing

21   with my mom so that's kind of drained her completely

22   mentally and emotionally, yeah.

23            MR. GORDON:  Emotionally.

24            MR. BYRD:  Yeah, you know, but otherwise, no I'm

25   good, man.  Listen my first and far most concern and only

1  concern is my kids.

2          MR. GORDON:  I got it.  I got you.

3          MR. BYRD:  If I drop and die tomorrow then that's

4  what it is, I will be a happier man with Christ, but before

5  I part I'm trying to make sure they get what I earned and

6  what I put out, you know what I mean.

7          MR. TREEM:  Got it.

8          MR. BYRD:  All right.

9          MR. TREEM:  All right, man, we'll see you in the

10 morning.

11         MR. BYRD:  I appreciate you, yeah.  Let

12 Mr. Ravenell know I am in great spirits but looking to get

13 the fuck out of Sheriff Arpaio's house.

14         MR. TREEM:  Absolutely.

15         MR. GORDON:  (Indiscernible)

16         MR. BYRD:  Thank you, all.  Yes, and if I have

17 any more questions, I will write them down and let you

18 know.

19         MR. GORDON:  Yeah, write them down.  We'll talk.

20         MR. BYRD:  When is the last time you talked to

21 Leo?

22         MR. GORDON:  Right after he got sentenced.

23         MR. BYRD:  Oh, so you haven't seen him since

24 then, oh wow.

25         MR. TREEM:  Well, we'll see you tomorrow.

TRANSCRIPT-0169
LO-19-0449

```
 1              MR. BYRD:  Yes, sir.

 2              MR. TREEM:  All right.

 3              MR. BYRD:  And happy 70, man.

 4              MR. TREEM:  Oh come on, I'm going to see you

 5    tomorrow.  We take them one at a time.

 6              MR. BYRD:  All right, no problem.

 7              MR. TREEM:  All right.

 8              MR. GORDON:  See you.

 9              MR. BYRD:  All right.

10              (Attorneys leave room)

11              (Witness is leaving room)

12              MR. BYRD:  What a day, what a day.  The shit

13    that I put myself through.  The shit that I do for you

14    Jada.  Jada, the shit that I do for you if you only knew.

15    I give away my whole integrity.  The shit that I do for

16    you.  What a day, what a day, Jada.  What a day, what a

17    day, Jada.  Oh, Jada.  What a day, what a day, Jada.

18              UNIDENTIFIED PERSON:  How are you?

19              MR. BYRD:  I'm fine.

20              UNIDENTIFIED PERSON:  Pull that towel off.

21              MR. BYRD:  No problem.  What a day, what a day,

22    what a day.

23              UNIDENTIFIED PERSON:  What a day?

24              MR. BYRD:  What a day, Jada, what a day.

25              UNIDENTIFIED PERSON:  (Indiscernible)
```

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

1          MR. BYRD:  The things I do for you, Jada.

2          UNIDENTIFIED PERSON:  What did you say?

3          MR. BYRD:  I didn't say --

4          UNIDENTIFIED PERSON:  No, come on, what did you

5   just say?

6          MR. BYRD:  I'm singing to my daughter.

7          UNIDENTIFIED PERSON:  Oh.  Who's her

8   (indiscernible)

9          MR. BYRD:  The things I do, the things I do.  The

10  things I do, the things I do.

11          UNIDENTIFIED PERSON:  Here you go (indiscernible)

12          MR. BYRD:  Yeah.

13          (End of recording)

14

15

16

17

18

19

20

21

22

23

24

25

FREE STATE REPORTING, INC.
Court Reporting  Transcription
D.C. Area 301-261-1902
Balt. & Annap. 410-974-0947

TRANSCRIPT-0171
LO-19-0449

1                            CERTIFICATE

2

3            I hereby certify that the foregoing is a true and

4   accurate transcript, to the best of my skill and ability,

5   from a digital recording provided by the U.S. Attorney's

6   Office.

7

8   January 24, 2018_____        _____
    Date                             Elizabeth Cochrane
9                                    Transcriber

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

                        FREE STATE REPORTING, INC.
                      Court Reporting  Transcription
                        D.C. Area 301-261-1902
                      Balt. & Annap. 410-974-0947