IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| v. | : Criminal No. LO-19-0449 |
| KENNETH RAVENELL, et al., | : |
| Defendants. | : |

## WAIVER OF APPEARANCE

Defendant Joshua R. Treem waives his personal appearance at the status conference scheduled for April 5, 2021.

April 1, 2021

_____
Joshua R. Treem

## Certificate of Service

     I hereby certify that on this 1st day of April, 2021, the foregoing Waiver of Appearance was served on all relevant parties via ECF.

/s/ Robert P. Trout
Robert P. Trout
Attorney for Joshua R. Treem