IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| UNITED STATES OF AMERICA<br><br>v.<br><br>KENNETH WENDELL RAVENELL,<br><br>JOSHUA REINHARDT TREEM, and<br><br>SEAN FRANCIS GORDON,<br><br>Defendants. | CRIMINAL NO. LO-19-0449 |
|---|---|

## ORDER

Upon recommendation of the parties on a briefing schedule for pretrial motions filed by the defendants, it is hereby ORDERED that:

1. The United States Attorney shall file its responses to ECF Nos. 173, 174, 176 and 180-184 by May 21, 2021; and

2. Any replies by any defendant shall be filed by June 9, 2021.

Signed this 5th of April _____, 2021.

_____
HONORABLE LIAM O'GRADY
UNITED STATES DISTRICT JUDGE