# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 19-CR-449 |
| ) | |
| KENNETH W. RAVENELL, et al., ) | |
| ) | |
| Defendants. ) | |

## MOTION TO PROVISIONALLY SEAL REPLY BRIEF

Defendants Kenneth Ravenell and Sean Gordon, by and through undersigned counsel, hereby submit this motion to provisionally seal Mr. Ravenell and Mr. Gordon's Reply in support of their Motion to File Unredacted Filings and Exhibits Under Seal. The reasons for provisionally filing this Reply under seal are discussed in Defendants' original Motion to File Unredacted Filings and Exhibits Under Seal (ECF No. 177), and in the accompanying proposed sealed Reply, both of which are incorporated by reference herein.

Respectfully submitted,

KENNETH RAVENELL

/s/ Peter H. White
Peter H. White
Aislinn Affinito
McKenzie Haynes
Admitted Pro Hac Vice
SCHULTE ROTH & ZABEL LLP
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
pete.white@srz.com
aislinn.affinito@srz.com
mckenzie.haynes@srz.com

1

/s/ Lucius T. Outlaw
Lucius T. Outlaw III, Bar No. 20677
Outlaw PLLC
1351 Juniper St. NW
Washington, DC 20012
(202) 997-3452
loutlaw3@outlawpllc.com


SEAN F. GORDON

/s/ Geremy C. Kamens
Geremy C. Kamens
Admitted Pro Hac Vice
Office of the Federal Public Defender
1650 King St., Suite 500
Alexandria, Virginia 22314
Telephone: 703-600-0800
Facsimile: 703-600-0880
Geremy_Kamens@fd.org

/s/ Rebecca S. LeGrand
Rebecca S. LeGrand
Bar No. 18351
LeGrand Law PLLC
1100 H St. NW, Suite 1220
Washington, DC 20005
Telephone: 202-587-5725
Facsimile: 202-795-2838
rebecca@legrandpllc.com