IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 19-CR-449 |
| | ) |
| KENNETH W. RAVENELL, et al., | ) |
| | ) |
| Defendants. | ) |

**TEMPORARY SEALING ORDER**

For the reasons set forth in Defendant Ravenell and Defendant Gordon's Motion to Seal, it is hereby **ORDERED** this ___ day of April, 2021, that Mr. Ravenell and Mr. Gordon's Reply in support to their Motion to Submit Unredacted Filings & Exhibits Under Seal is hereby **SEALED** until further order of this Court.

_____
The Honorable Liam O'Grady
United States District Court Judge