IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | CRIMINAL NO. LO-19-0449 |
| v. | * | |
| | * | |
| KENNETH WENDELL RAVENELL, | * | |
| JOSHUA REINHARDT TREEM, and | * | |
| SEAN FRANCIS GORDON, | * | |
| | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*

## MOTION TO SEAL

The United States of America, by and through its undersigned attorneys, hereby submits this motion to seal its Motion for Leave to File a Surreply and Surreply to Defendant Ravenell and Gordon's Reply in Support of Motion to File Unredacted Filings and Reply of Defendant Joshua R. Treem to Government Response to Defendants Ravenell's and Gordon's Motion to File Unredacted Filing and Exhibits Under Seal. The reasons for sealing are discussed in the Motion for Leave and the Surreply itself and are incorporated by reference herein.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

By: _____/s/_____
Leo J. Wise
Matthew J. Maddox
Assistant United States Attorneys

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on counsel of record via CM/ECF.

_____/s/_____
Leo J. Wise
Assistant United States Attorney