IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | CRIMINAL NO. LO-19-0449 |
| v. | * | |
| | * | |
| KENNETH WENDELL RAVENELL, | * | |
| JOSHUA REINHARDT TREEM, and | * | |
| SEAN FRANCIS GORDON, | * | |
| | * | |
| Defendants. | * | |

*******

## ORDER

Upon consideration of the Defendants' Motion for Discovery Order and responses thereto, and for the reasons set forth in the Government's Response, it is this 17th day of May, 2021, hereby **ORDERED** that

1. The defendants shall make disclosure, pursuant to Fed. R. Crim. P. 16(a)(1)(G) and 16(b)(1)(C), no later than sixty (60) calendar days after entry of this Order, of a written summary of testimony any defendant intends to use under Federal Rules of Evidence 702, 703, or 705, as evidence at trial. This summary shall describe the witnesses' opinions, the bases and reasons therefor, and the witnesses' qualifications.

2. No later than sixty (60) calendar days after entry of this Order, the defendants Ravenell and Gordon shall produce for inspection and copying pursuant to Fed. R. Crim. P. 16(b)(1)(A) and (B) any items that are (1) within the possession, custody or control of said defendant, and (2) said defendant intends to use in that defendant's case-in-chief at trial.

_____
The Honorable Liam O'Grady
United States District Court Judge