IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| | * |
| v. | *   Crim. No. LO-19-449 |
| | * |
| KENNETH W. RAVENELL, | * |
| | * |
| Defendant | * |
| | * |
| | ****** |

## ENTRY OF APPEARANCE

MADAM CLERK:

Please enter the appearance of Caitlin R. Cottingham as counsel for the United States of America, in connection with the filter review team litigation only, in the above-captioned case.

Respectfully submitted,

Jonathan F. Lenzner
Acting United States Attorney

BY:  /s/
Caitlin R. Cottingham
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 29, 2021, I caused a copy of the foregoing to be filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/
Caitlin R. Cottingham
Assistant United States Attorney