UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America | * |
| | *    Case No.: 1:19-cr-00449 |
| v. | * |
| | * |
| Kenneth Ravenell, et al., | * |
| | * |
|     Defendants. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## MOTION TO SEAL

Mr. Kenneth Ravenell, by and through undersigned counsel, hereby respectfully moves this Court for leave to file under seal Mr. Ravenell's Motion for Disclosure of the Government's Presentation to the Grand Jury Due to Prosecutorial Misconduct and all attached exhibits. Sealing the motion and exhibits is warranted because the motion and exhibits contain certain witness-identifying information, which the Court has determined should remain under seal at this time.

WHEREFORE, Mr. Ravenell requests that the Court grant this Motion and place the Motion for Disclosure of the Government's Presentation to the Grand Jury Due to Prosecutorial Misconduct and its attached exhibits under seal.

[SPACE INTENTIONALLY LEFT BLANK]

August 26, 2021

Respectfully submitted,

SCHULTE ROTH & ZABEL LLP

/s/  Pete White
_____
Peter H. White (D.C. Bar: 468746) (VA Bar: 32310)
Aislinn Affinito (D.C. Bar: 1033700) (CA Bar: 300265)
McKenzie Haynes (D.C. Bar: 1644567) (N.Y. Bar: 5683859)
Schulte Roth & Zabel
901 Fifteenth Street, NW, Suite 800
Washington, D.C. 20005
pete.white@srz.com
aislinn.affinito@srz.com
mckenzie.haynes@srz.com
*Attorneys for Kenneth Ravenell*

Outlaw PLLC

/s/  Lucius Outlaw
_____
Lucius T. Outlaw III (#20677)
Outlaw PLLC
1351 Juniper St. NW
Washington, D.C. 20012
(202) 997-3452
loutlaw3@outlawpllc.com
*Attorney for Kenneth Ravenell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of August, 2021, I caused a copy of the Motion to Seal and its Proposed Order to be made available to all counsel of record via ECF/PACER. True and correct copies of the proposed sealed documents were emailed to all counsel of record.

/s/ Lucius Outlaw
Lucius Outlaw
*Attorney for Kenneth Ravenell*