UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America | * |
| | *    Case No.: 1:19-cr-00449 |
| v. | * |
| | * |
| Kenneth Ravenell, et al., | * |
| | * |
|     Defendants. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MOTION TO SEAL**

Mr. Kenneth Ravenell, by and through undersigned counsel, hereby respectfully moves this Court for leave to file under seal Mr. Ravenell's Reply in Support of the Motion for Disclosure of the Government's Presentation to the Grand Jury Due to Prosecutorial Misconduct and its attached exhibit. Sealing the Reply and exhibit is warranted because the Reply and exhibit contains certain witness-identifying information, which the Court has determined should remain under seal at this time.

WHEREFORE, Mr. Ravenell requests that the Court grant this Motion and place the Reply in Support of the Motion for Disclosure of the Government's Presentation to the Grand Jury Due to Prosecutorial Misconduct and its attached exhibit under seal.

[SPACE INTENTIONALLY LEFT BLANK]

September 24, 2021                                   Respectfully submitted,

                                                     SCHULTE ROTH & ZABEL LLP

                                                       */s/  Aislinn Affinito*
                                                     _____
                                                     Peter H. White (D.C. Bar: 468746) (VA Bar: 32310)
                                                     Aislinn Affinito (D.C. Bar: 1033700) (CA Bar: 300265)
                                                     McKenzie Haynes (D.C. Bar: 1644567) (N.Y. Bar: 5683859)
                                                     Jacqueline Maero Blaskowski (D.C. Bar: 1671070)
                                                     Schulte Roth & Zabel
                                                     901 Fifteenth Street, NW, Suite 800
                                                     Washington, D.C. 20005
                                                     pete.white@srz.com
                                                     aislinn.affinito@srz.com
                                                     mckenzie.haynes@srz.com
                                                     jacqueline.maeroblaskowski@srz.com
                                                     *Attorneys for Kenneth Ravenell*

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of September, 2021, I caused a copy of the Motion to Seal and its Proposed Order to be made available to all counsel of record via ECF/PACER. True and correct copies of the proposed sealed documents were emailed to all counsel of record.

/s/  Aislinn Affinito
Aislinn Affinito
*Attorney for Kenneth Ravenell*