IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | |
| | * | CRIMINAL NO.  LO-19-0449 |
| v. | * | |
| | * | |
| KENNETH WENDELL RAVENELL, | * | |
| JOSHUA REINHARDT TREEM, and | * | |
| SEAN FRANCIS GORDON, | * | |
| | * | |
| Defendants. | * | |

*******

## MOTION TO SEAL

The United States of America, by and through its undersigned attorneys, hereby submits this motion to seal its opposition to Defendant Kenneth Ravenell's motion for a stay of the Court's sealed October 27, 2021 Order (ECF No. 378).  The reasons for sealing are that the defendant's motion and the government's opposition discuss a sealed order of this Court.

WHEREFORE the Government requests that the Court enter an Order sealing its opposition to Defendant Kenneth Ravenell's motion for a stay of the Court's sealed October 27, 2021 Order (ECF No. 378).

Respectfully submitted,

Philip Selden
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

By: _____/s/_____
     Leo J. Wise
     Matthew J. Maddox
     Assistant United States Attorneys

     Derek E. Hines
     Special Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing was served on counsel of record via CM/ECF.

                                         _____/s/_____
                                         Leo J. Wise
                                         Assistant United States Attorney