## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | CRIMINAL NO. LO-19-0449 |
| v. | * | |
| | * | UNDER SEAL |
| KENNETH WENDELL RAVENELL, | * | |
| JOSHUA REINHARDT TREEM, and | * | |
| SEAN FRANCIS GORDON, | * | |
| | * | |
| Defendants. | * | |
| | * | |

### DEFENDANT RAVENELL'S REPLY IN SUPPORT OF MOTION FOR A STAY OF THE COURT'S SEALED OCTOBER 27, 2021 ORDER (ECF 378)

In response to Mr. Ravenell's motion for a stay, the government argues that (1) the Fourth Circuit lacks jurisdiction to review the Court's October 27, 2021, order, Gov't Resp. at 2 (citing *Mohawk Industries*, 558 U.S. 100 (2009)); (2) Mr. Ravenell will not suffer irreparable harm; and (3) the government and the public would suffer harm from a stay. *Id.* The Court should grant the motion for a stay.

First, as the Fourth Circuit noted last year in granting a petition for mandamus reversing this Court's pretrial order requiring the disclosure of privileged information, parties remain able to petition for mandamus to address disclosure orders that satisfy the standard for mandamus notwithstanding the Supreme Court's decision in *Mohawk*. *In re Fluor Intercontinental, Inc.*, 803 F. App'x 697, 700 (4th Cir. 2020). Courts therefore "have exercised mandamus jurisdiction over privilege and work product issues because [they] have found that 'appealing [those] issues after final judgment is ineffective,' for the simple and obvious reason that 'compliance with the production orders ... destroys the right sought to be protected.'" *In re Chambers Dev. Co., Inc.*, 148 F.3d 214, 227 (3d Cir. 1998) (citation omitted). In other words, "appeal after final judgment will often come too late because the privileged materials will already have been released. In other

words, 'the cat is out of the bag.'" *In re Kellogg Brown & Root, Inc.*, 756 F.3d 754, 761 (D.C. Cir. 2014) (op. for court by Kavanaugh, J.).

Second, for the same reason, Mr. Ravenell will be irreparably harmed in the absence of a stay. As the Fourth Circuit ruled in this very case, irreparable harm arises from the fact that the "Filter Team's review of [these] privileged materials cannot be undone." *In re Search Warrant Issued June 13, 2019*, 942 F.3d 159, 175 (4th Cir. 2019), as amended (Oct. 31, 2019).

Third, the government's argument that it will be harmed presumes that it will not be able to access "relevant documents that bear on [Mr. Ravenell's] guilt." Gov't Resp. at 3. Mr. Ravenell simply seeks to enforce the terms of the Consent Order such that he has the opportunity for a hearing and appellate review of documents that are privileged and fall outside of the crime-fraud exception. The government's argument presumes that the documents at issue are both relevant and are not subject to privilege by virtue of the crime-fraud exception, the very issues that Mr. Ravenell seeks to litigate.

Finally, the government's argument that the public will not be served by appellate review ignores the substantial interests that weigh in favor of protection of both attorney-client and work product information. As the Fourth Circuit ruled previously, "[f]ederal agents and prosecutors rummaging through law firm materials that are protected by attorney-client privilege and the work-product doctrine is at odds with the appearance of justice." *In re Search Warrant Issued June 13, 2019*, 942 F.3d 159, 183 (4th Cir. 2019). Mr. Ravenell merely seeks to vindicate these significant and important interests.

October 29, 2021

Respectfully submitted,

KENNETH RAVENELL

/s/ Aislinn Affinito
_____
Peter H. White (D.C. Bar: 468746) (VA Bar: 32310)
Aislinn Affinito (D.C. Bar: 1033700) (CA Bar: 300265)
McKenzie Haynes (N.Y. bar: 5683859)
Schulte Roth & Zabel
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
pete.white@srz.com
aislinn.affinito@srz.com
mckenzie.haynes@srz.com


/s/ Lucius Outlaw
_____
Lucius T. Outlaw III (#20677)
Outlaw PLLC
1351 Juniper St. NW
Washington, DC 20012
(202) 997-3452
loutlaw3@outlawpllc.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of October, 2021, I caused a copy of Defendants'

Motion to Stay to be served upon counsel for the United States of America via email.


*/s/ Aislinn Affinito*

_____

Aislinn Affinito
*Attorney for Kenneth Ravenell*