IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | CASE NO. LO:19cr0449 |
| ) | |
| ) | **UNDER SEAL** |
| KENNETH RAVENELL, et al ) | |
| ) | |
| Defendants ) | |

ORDER

The Court has received a letter from Robert Trout, Counsel for Joshua Treem, which has been filed with the Court as Dkt 394.

It is hereby **ORDERED** that the government file a response to Mr. Trout's letter by 12 noon on Wednesday, November 10, 2021.

_____
Liam O'Grady
United States District Judge

November 5, 2021