# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Case No. 1:19-cr-0449 |
| ) | Hon. Liam O'Grady |
| KENNETH WENDELL RAVENELL, *et al.*, ) | |
| ) | |
| *Defendants*. ) | |

## ORDER

Trial has now started in the above-captioned action. The Court hereby orders that all previously sealed filings in the above-captioned action now be unsealed. Based on the request of the defense and without objection from the government, the only exception to this Order is that a portion of the pre-trial hearing, held on Monday, November 29th at 4:00pm via conference call, should remain under seal. Otherwise, all filings should be unsealed.

It is **SO ORDERED**.

December 6, 2021  
Alexandria, Virginia

    /s/ Liam O'Grady  
Liam O'Grady  
United States District Judge