IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | Civil Action No. 1:19-cr-0449 |
| ) | Hon. Liam O'Grady |
| KENNETH W. RAVENELL, et al., ) | |
| ) | |
| Defendants. ) | |

**MEMORANDUM OPINION**

The Defendant, Kenneth Ravenell, has requested a hearing to address what he argues is a failure of the Government to turn over *Brady* materials to the Defendants. Dkt. 426. There is a dispute between the Government and the Defendants as to whether the evidence in question is properly characterized as *Brady* materials or as *Jencks* and *Giglio* disclosures. The Defendants have not demonstrated that they were prejudiced from a delay in disclosure of the alleged *Brady* materials. *See United States v. Ingraldi*, 793 F.2d 408, 411-412. Therefore, it is not necessary to hold a hearing on discovery disclosures made by the Government.

December 8, 2021
Baltimore, Maryland

_____
Liam O'Grady
United States District Judge

1