UNITED STATES OF AMERICA

vs.

KENNETH W. RAVENELL, et al

Criminal No. LO-19-0449          **Defendant (Ravenell) Trial Exhibits**

# ATTACHED IS AN ELECTRONIC COPY OF ALL EXHIBITS IDENTIFIED & ADMITTED

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2021 DEC 28  PM 12:56
CLERK'S OFFICE
AT BALTIMORE
BY _____ DEPUTY

Exhibit List (Rev. 3/1999)

United States District Court for the District of Maryland
Northern District
Exhibits Log: LO-19-0449
USA v. Kenneth Ravenell, Joshua Treem, and Sean Gordon, 12/6/2021

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Def-Ravenell-45 | Ravenell_Letter from R. Byrd to K. Ravenell | No | 12/10/2021 12:00 AM | 12/10/2021 12:00 AM |
| Def-Ravenell-52 | Ravenell_Consolidated Sept. 9, 2017 Interview Videos | No | 12/17/2021 1:57 PM | 12/17/2021 1:57 PM |
| Def-Ravenell-59 | Ravenell_K. Ravenell PC PNC Account Registration and Agreement | No | 12/16/2021 11:54 AM | 12/16/2021 11:54 AM |
| Def-Ravenell-71 | Ravenell_2013-2014 CDF (Chesapeake Detention Facility) visitation records | No | 12/13/2021 12:00 AM | 12/13/2021 12:00 AM |
| Def-Ravenell-73 | Ravenell_State of Arizona v. Richard Byrd Binder | No | 12/9/2021 12:00 AM | 12/9/2021 12:00 AM |
| Def-Ravenell-77 | Ravenell_Feather the Run LLC Corporate Charter Approval Sheet | No | 12/17/2021 1:53 PM | 12/17/2021 1:53 PM |
| Def-Ravenell-78 | Ravenell_Feather the Run LLC Operating Agreement | No | 12/17/2021 1:54 PM | 12/17/2021 1:54 PM |
| Def-Ravenell-96 | Ravenell_Dec. 15, 2015 MGM Subscription Agreement | No | 12/10/2021 12:00 AM | 12/10/2021 12:00 AM |
| Def-Ravenell-263 | Ravenell_June 20, 2013 Ltr. from A. Richau to S. Granieri | No | 12/15/2021 2:42 PM | 12/15/2021 2:42 PM |
| Def-Ravenell-298 | Ravenell_(Undated) Ltr. from J. Castle to J. Warwick | No | 12/13/2021 12:00 AM | 12/13/2021 12:00 AM |
| Def-Ravenell-338 | Ravenell_Jan. 29, 2018 Email from J. Treem to N. Pughsley | No | 12/16/2021 12:12 PM | 12/16/2021 12:12 PM |
| Def-Ravenell-338-A | Ravenell_Jan. 20, 2018 Text messages from N. Stewart | No | 12/16/2021 12:12 PM | 12/16/2021 12:12 PM |
| Def-Ravenell-338-B | Ravenell_Jan. 20, 2018 Text messages from N. Stewart | No | 12/16/2021 12:12 PM | 12/16/2021 12:12 PM |
| Def-Ravenell-417 | Ravenell_May 5, 2013 Granieri Memorandum on Interview with Jeffrey and Roseann Gilbert (Color Copy) | No | 12/15/2021 12:37 PM | 12/15/2021 12:37 PM |
| Def-Ravenell-438 | Ravenell_October 24, 2019 Plea Agreement offered to D. Miller by the United States Attorney's Office for MD | No | 12/14/2021 5:40 PM | 12/14/2021 5:40 PM |
| Def-Ravenell-443 | RAVENELL_August 1, 2019 LOC Marketing Bank of America Account Records | No | 12/10/2021 12:00 AM | 12/10/2021 12:00 AM |
| Def-Ravenell-447 | RAVENELL_October 9, 2015 US v Byrd [243] Byrd Letter to J. Bennett | No | 12/10/2021 12:00 AM | 12/10/2021 12:00 AM |
| Def-Ravenell-454 | RAVENELL_June 30, 2017 Audio File 1735 | No | 12/10/2021 12:00 AM | 12/10/2021 12:00 AM |
| Def-Ravenell-460 | RAVENELL_Audio recording | No | 12/10/2021 12:00 AM | 12/10/2021 12:00 AM |
| Def-Ravenell-465 | RAVENELL_J. Castle jail call to a female | No | 12/13/2021 12:00 AM | 12/13/2021 12:00 AM |
| Def-Ravenell-471 | RAVENELL_October 5, 2017 Audio File 1032. October 5, 2017 Audio Recording | No | 12/10/2021 12:00 AM | 12/10/2021 12:00 AM |
| Def-Ravenell-472 | RAVENELL_October 5, 2017 Audio File 1155. October 5, 2017 Audio Recording | No | 12/10/2021 12:00 AM | 12/10/2021 12:00 AM |
| Def-Ravenell-601 | RAVENELL_AZ Offense Report 2010-005854 | No | 12/10/2021 12:00 AM | 12/10/2021 12:00 AM |
| Def-Ravenell-603 | RAVENELL_2017-04-04 USA v Byrd [425] Byrd Sentencing Hearing Transcript | No | 12/10/2021 12:00 AM | 12/10/2021 12:00 AM |
| Def-Ravenell-604 | RAVENELL_United States v Byrd (4th Cir 2018) Byrds Pro Se Supplement Brief | No | 12/10/2021 12:00 AM | 12/10/2021 12:00 AM |

| EXHIBIT | DESCRIPTION | RLS | IDENTIFIED | ADMITTED |
|---|---|---|---|---|
| Def-Ravenell-610 | RAVENELL_R. Byrd Plea Agreement | No | 12/13/2021 12:00 AM | 12/13/2021 12:00 AM |
| Def-Ravenell-613 | RAVENELL_Castle Plea Agreement | No | 12/13/2021 12:00 AM | 12/13/2021 12:00 AM |
| Def-Ravenell-615 | RAVENELL_June 8, 2017 Jail Visits | No | 12/10/2021 12:00 AM | 12/10/2021 12:00 AM |
| Def-Ravenell-627 | RAVENELL_April 22, 2013 Photo of Gun | No | 12/13/2021 12:00 AM | 12/13/2021 12:00 AM |
| Def-Ravenell-630 | RAVENELL_April 22, 2013 Photo of Gun | No | 12/13/2021 12:00 AM | 12/13/2021 12:00 AM |
| Def-Ravenell-633 | RAVENELL_Demonstrative re Castle Ken contacts from Sept Dec. 2012 | No | 12/13/2021 12:00 AM | 12/13/2021 12:00 AM |
| Def-Ravenell-634 | RAVENELL_United States v. Castle, 113.cr.00587, docket | No | 12/13/2021 12:00 AM | 12/13/2021 12:00 AM |
| Def-Ravenell-636 | RAVENELL_Three Guns In Couch | No | 12/13/2021 12:00 AM | 12/13/2021 12:00 AM |
| Def-Ravenell-637 | RAVENELL_Two Guns and Ammo | No | 12/13/2021 12:00 AM | 12/13/2021 12:00 AM |
| Def-Ravenell-638 | RAVENELL_Gun in Nighstand | No | 12/13/2021 12:00 AM | 12/13/2021 12:00 AM |
| Def-Ravenell-644 | Ravenell_Swaine Graneiri business card | No | 12/15/2021 12:00 AM | 12/15/2021 12:00 AM |
| Def-Ravenell-668 | Ravenell_Nov. 12, 2014 target letter to Bailey | No | 12/16/2021 12:00 AM | 12/16/2021 12:00 AM |
| Def-Ravenell-680 | Ravenell_March 9, 2010 Verified Claim and Statement Identifying Claimant's Interest and Rights in Seized Property | No | 12/14/2021 12:00 AM | 12/14/2021 12:00 AM |