CASE NUMBER: LO-19-0449
CASE NAME: USA v. KENNETH RAVENELL, et al

1. Why wasn't Warwick called as a witness?
2. Please provide a copy of indictment for all defendants
3. Specifically in regard to count four which witnesses does this apply to?

✱ Please note, we plan to end today 12/23/2021 @ 6pm if we do not come to a decision.

JUROR NUMBER: 9

DATE: 12/23/2021
TIME: 4:36.

For Court Use Only:
Recv'd by: _____
Court Exhibit #: 1
DATE: 12/23/2021
TIME: _____

Jury Note (Rev. 2/2009)

CSO: _Chasing_ /12-23/21 4:39 pm

Time: 4:36

Date: 12/23/2021