IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | |
| | * | CRIMINAL NO. LO-19-0449 |
| KENNETH WENDELL RAVENELL, | * | |
| JOSHUA REINHARDT TREEM, and | * | |
| SEAN FRANCIS GORDON, | * | |
| | * | |
| Defendants. | * | |

*******

### VERDICT FORM

How do you find the defendant, **KENNETH RAVENELL**, as to Count One of the Second Superseding Indictment?

Guilty _____   Not Guilty ___✓___

How do you find the defendant, **KENNETH RAVENELL**, as to Count Two of the Second Superseding Indictment?

Guilty ___✓___   Not Guilty _____

How do you find the defendant, **KENNETH RAVENELL**, as to Count Three of the Second Superseding Indictment?

Guilty _____   Not Guilty ___✓___

If you have found the defendant, **KENNETH RAVENELL**, guilty as to Count Three, how much marijuana do you find was reasonably foreseeable to **KENNETH RAVENELL**?

_____ One thousand (1000) kilograms or more;

_____ Between one hundred (100) and one thousand (1,000) kilograms; or

1

_____ Less than one hundred (100) kilograms.

How do you find the defendant, **KENNETH RAVENELL**, as to Count Four of the Second Superseding Indictment?

    Guilty _____ Not Guilty ____✓____

How do you find the defendant, **JOSHUA TREEM**, as to Count Four of the Second Superseding Indictment?

    Guilty _____ Not Guilty ____✓____

How do you find the defendant, **SEAN GORDON**, as to Count Four of the Second Superseding Indictment?

    Guilty _____ Not Guilty ____✓____

How do you find the defendant, **KENNETH RAVENELL**, as to Count Five of the Second Superseding Indictment?

    Guilty _____ Not Guilty ____✓____

How do you find the defendant, **JOSHUA TREEM**, as to Count Five of the Second Superseding Indictment?

    Guilty _____ Not Guilty ____✓____

How do you find the defendant, **SEAN GORDON**, as to Count Five of the Second Superseding Indictment?

    Guilty _____ Not Guilty \_\_\_✓\_\_\_\_

How do you find the defendant, **KENNETH RAVENELL**, as to Count Six of the Second Superseding Indictment?

    Guilty _____ Not Guilty \_\_\_✓\_\_\_\_

How do you find the defendant, **JOSHUA TREEM**, as to Count Six of the Second Superseding Indictment?

    Guilty _____ Not Guilty \_\_\_✓\_\_\_\_

How do you find the defendant, **SEAN GORDON**, as to Count Six of the Second Superseding Indictment?

    Guilty _____ Not Guilty \_\_\_✓\_\_\_\_

How do you find the defendant, **KENNETH RAVENELL**, as to Count Seven of the Second Superseding Indictment?

    Guilty _____ Not Guilty \_\_\_✓\_\_\_\_

How do you find the defendant, **JOSHUA TREEM**, as to Count Seven of the Second Superseding Indictment?

    Guilty _____ Not Guilty \_\_\_✓\_\_\_\_

**SIGNATURE REDACTED**

Foreperson

December 28, 2021

Date