UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| United States of America | * | |
| | * | Case No.: 1:19-cr-00449 |
| v. | * | |
| | * | |
| Kenneth Ravenell | * | |
| | * | |
| Defendant. | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

## RULE 33 MOTION FOR NEW TRIAL

For the reasons stated in the accompanying Memorandum of Law in Support, Defendant Kenneth Ravenell, by and through undersigned counsel, hereby respectfully moves this Court for a new trial pursuant to Fed. R. Crim. P. 33, which permits the Court, upon defendant's motion, to "vacate any judgment and grant a new trial if the interest of justice so requires." Fed. R. Crim. P. 33(a). As stated in the accompanying memorandum, the instructions upon which the jury issued its verdict contained certain prejudicial errors that mandate Mr. Ravenell's conviction be vacated. Moreover, independent of the jury instruction errors, Mr. Ravenell's conviction must be overturned under *Yates v. United States*, 354 U.S. 298 (1957), because the government presented multiple theories of guilt, at least some of which were legally infirm, and it is impossible to determine which theory the jury relied upon in issue its general verdict. Pursuant to Fed. R. Crim. P. 33, the interests of justice require granting Mr. Ravenell a new trial.

[SPACE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| April 1, 2022 | Respectfully submitted, |

SCHULTE ROTH & ZABEL LLP

*/s/ Aislinn Affinito*

_____
Peter H. White (D.C. Bar: 468746) (VA Bar: 32310)
Aislinn Affinito (D.C. Bar: 1033700) (CA Bar: 300265)
McKenzie Haynes (N.Y. bar: 5683859)
Schulte Roth & Zabel
901 Fifteenth Street, NW, Suite 800
Washington, DC 20005
pete.white@srz.com
aislinn.affinito@srz.com
mckenzie.haynes@srz.com
*Attorneys for Kenneth Ravenell*


Outlaw PLLC

*/s/ Lucius Outlaw*

_____
Lucius T. Outlaw III (#20677)
Outlaw PLLC
1351 Juniper St. NW
Washington, DC 20012
(202) 997-3452
loutlaw3@outlawpllc.com
*Attorney for Kenneth Ravenell*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of April, 2022, I caused a copy of Defendant's Motion for New Trial, and accompanying papers and exhibits, to be served upon counsel for the United States of America via ECF and by email, and true and correct copies of the filing are available to all parties through ECF or Pacer.

*/s/ Aislinn Affinito*

_____

Aislinn Affinito
*Attorney for Kenneth Ravenell*