# Exhibits 10-87

# Letters of Support

# EXHIBIT 10

United States District Court Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Greetings Honorable Liam O'Grady,

My name is Melvin Russell and I retired from The Baltimore City Police Department (BPD) as The Acting Deputy Commissioner of Administration and Chief/Colonel of The Community Collaboration Division. I had the honor of serving with BPD from 1979 to 2019.  Since 1990, I've also been a faithful member of New Beginnings Church in Baltimore City and serving as the assistant pastor since 2010.

From 1986 to 2007 I spent all of those years, except one, working as a narcotic enforcer, undercover officer, and supervisor from police district levels to major narcotic investigation units to multiple High Intensity Drug Trafficking Area (H.I.T.D.A.) federal task forces. Over the course of my narcotic career, I arrested well over 5,000 individuals, drafted hundreds of search and seizure warrants, conducted and been a part of dozens of Title III wiretaps, and been on countless drug raids.  It was the massive amount of narcotic work that I conducted that demanded an enormous amount of my time in the Circuit Courts of Baltimore City and The United States District Court for the District of Maryland.  Over the course of my narcotic career, I developed some wonderful relationships (a few not so much) with judges, prosecutors, and defense attorneys.  Your honor in being very candid with you as it relates to defense attorneys I've experienced the good, the bad, and the ugly.  I've had multiple interactions in and out of the courtroom with defense attorneys whose unethical practices and corruptible nature troubled me deeply.  I've watched as many of those attorneys self-imploded and had great downfalls over the years. Then there were those attorneys that were brilliant litigators and strategists who never cut corners or crossed the line of lawfulness or romancing unethical behavior.  It was the latter that I loved professionally battling truths and wits in the courtroom.  I came to know Kenneth Ravenell, Esq, in one of

those courtroom battles in the late '80s or early '90s.  I would go on to get to know Ken better and better through the years as both his and my careers and honorable reputations flourished together in the city of Baltimore.  As I was taking down narcotic kingpins and violent offenders Ken was often the attorney providing the proper representation that everyone is entitled to.  Ken and I had heated, but professional courtroom exchanges through the years, and because of his character I absolutely would classify Ken as one of those brilliant litigators and strategists who never cut corners or crossed the line of lawfulness or romancing unethical behavior.  I have the pleasure of knowing Ken's wife Kaye.  I have known Kaye since the '90s as she use to be an extremely talented courtroom stenographer and known to be a virtuous woman of God.  As a matter of fact, Kaye use to be a faithful member of my church for some years.  Ken and Kaye have always appeared to be a happily married couple.

It would be in the year 2007 that I left the field of narcotic enforcement and began to climb the management ranks with BPD.  By 2015 I was the LT. Colonel (chief) in charge of the then Community Partnership  Division for BPD. The 2015 Uprising had scorched Baltimore city and taken a toll on me physically and mentally as I desperately worked to restore peace between the police and community.  About 3 months after the Uprising my firstborn son was arrested for 1st-degree murder.  What the masses didn't know was that my then 28-year-old son was diagnosed with schizophrenia when he was 19 years old.  My son had just been placed with a new roommate in his mental health care residency when that roommate allegedly stole property from my son.  My son confronted his new roommate and was attacked with a knife being stabbed 6 times about his torso and arms.  My son would say it dawned on him that his roommate was trying to kill him, when my son fought back, overpowered his roommate, and subsequently stabbed his roommate with the same knife twice ending his life.  I mentioned this because I had become extremely popular as a man of peace, law, and order throughout Baltimore and I feared for my son's life as he had already admitted to stabbing his roommate without having an attorney present.  I feared for my son's life as he is my namesake and although I am well respected even amongst lawbreakers, I wondered how safe would my son be incarcerated.  As I spoke with my family to retain counsel for my son only two names of all the defense attorneys that I know would give me peace in my mind's eye to place the trust and care of

my son into their hands.  My family and I wanted someone we knew, who was relatable, honorable, and would treat my son as their own.  So I called my friend the honorable Kenneth Ravenell, Esq.  In all my years of knowing him I had never seen or even heard rumored that Ken was ... please allow me to speak a little coarse yet plain here ... shady, on the take, "in bed" with any criminals or corrupt in any way.  My family and I needed a man of honor who was not tainted in any fashion to represent my son, the son of a father who was a favorite son of Baltimore known as Chief, Pops, Unc, Pastor, Brother, Friend, and Mentor to the masses.  No one would have fit that bill better than my friend and courtroom chess mate, Ken Ravenell.  Ken would go on to fight valiantly for my son and ultimately convince the presiding judge that my son needed mental health care and not to be incarcerated.  With that my son received time served and 5 years of supervised probation as well as the care he desperately needs.  My son met with that presiding judge, all his care providers, and family members, and although it wasn't required Ken choose to be part of that virtual meeting and also speak on my son's behalf. The presiding judge was extremely impressed with the outpouring of support for my son and becase of testimonies from those like Ken, that judge concluded my son's probation period on that day, February 9, 2022!

In closing Honorable Liam O'Grady, I am submitting this letter in support of my friend Ken not just because of what he has meant and done for me or my family, but for how he has honorably served the citizens of Baltimore in their times of needing an honorably and exemplary defense attorney that wouldn't travel down the crooked path to seek justice, but rather would venture down the straight and narrow path that leads to righteous justice.  Your honor, I don't do many letters of support as I am careful as to whom I attach my name and reputation, but I have chosen to submit this one to you. Of course, I am sorrowful to hear of Ken's conviction in the matter before you, but I pray you to consider my descriptive characterization of my friend and take it into consideration before your sentencing of Ken.  Feel free to contact me with any questions.


Sincerely and Blessings,

(Retired) Chief Melvin Russell

410 952-9855 Mobile

# EXHIBIT 11

# WILLIAM JOSHUA MORROW

45 Maplemere Cove, Jackson, TN 38305 // 443-465-1404 //
williamjmorrow@yahoo.com

The Honorable Liam O'Grady
United States District Court Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re:     *United States v. Kenneth Wendell Ravenell*
        Case No.: 1:19-cr-00449-LO-1

Dear Judge O'Grady:

I am writing in support of my friend and former colleague, Ken Ravenell. It is
my understanding that Ken is scheduled to be sentenced on May 13, 2022. I would like
to provide some information for the Court to consider in determining the appropriate
sentence to impose in this case.

I am currently employed as an Assistant United States Attorney for the Western
District of Tennessee, and I have been in this position for the past three years. Prior to
my current position, I was employed as an Assistant Federal Public Defender in the
Western District of Tennessee from 2008 until 2013, and I was in private practice from
2013 to 2019. While I was in private practice, I served on the Criminal Justice Act panels
for both the Western and Middle Districts of Tennessee. Although I am presently
employed by the Department of Justice, I am not writing as a representative of that
agency; rather, I am writing solely in my personal capacity.

I am a 2002 graduate of the University of Baltimore School of Law. I first met
Ken while I was employed as an Assistant State's Attorney in Baltimore County in 2003.
By that time, and likely for many years before, Ken had developed a reputation with the
prosecutors in my office as an extremely hardworking attorney and a zealous advocate
for his clients, but also someone who was ethical and trustworthy. After I left the State's
Attorney's Office and spent a few years in private practice in Baltimore, I was hired as
an associate at Ken's law firm, Schulman, Treem, Kaminkow, Gilden & Ravenell, in
early 2007. Ken and I left that firm later that year and joined Murphy, Falcon & Murphy.
I worked there until I joined the Federal Defender's Office in late 2008.

I worked with Ken closely from my first day until my last. I understand that some
of Ken's colleagues in the legal profession testified during the trial of this case
concerning Ken's work ethic and professionalism. I am sure they were accurate in their
descriptions, but it is difficult to portray the true nature of those attributes unless you
have worked as closely with him as I have done. Suffice it to say that I have never worked
with anyone that has a work ethic like Ken's, and I doubt I will in the future.

Letter to Judge O'Grady
Page Two
April 28, 2022

During my time with Ken, I handled our legal research and writing, and I also assisted him in preparing for and litigating many cases in court. We had detailed discussions concerning our cases every day, and often many times each day. At no point did Ken ever ask me to do anything unethical or beyond the parameters of the law, nor did I ever suspect that he had engaged in any improper behavior. To the contrary, Ken always ensured that our representation and advocacy complied with the law.

Ken also treated every person that we represented the same, whether the client was retained or appointed, and regardless of the nature of the charge. It is true that Ken often succeeded where other defense attorneys had failed, but I believe that was simply because he outworked the other side. Ken instilled that work ethic in me as soon as I joined his firm, and I doubt that I would be where I am today if I had not worked for him.

Ken and I remained friends after I left the firm in 2008. We talk regularly and, while I was defending criminal cases, I would often ask him for advice as to how to handle a certain case or how to deal with a particular legal issue. Ken was always very generous with his time, and he provided a great deal of guidance to me. I consider Ken to be a good friend and obviously a great source of knowledge of the law.

Beyond our profession, Ken and I share a love for tennis. We often talk about the professional game and our favorite player, Roger Federer. We are also both avid tennis players, although, as I have joked with him many times, while I worked for him my schedule often did not permit me to play a lot of tennis.

I also observed Ken to have a good relationship with his family. I recall that Ken's son, Kenny, Jr., would come to our office most every day after school to spend time with Ken and catch up on his homework. Ken's daughters would also come by the office periodically, and of course I spent a lot of time getting to know Ken's girlfriend (and now wife), Kay. From my time with Ken, I know him to be a kind, loving husband and father and someone that was always there for his family.

It was certainly a great surprise to me to learn of the charges in this case. Although my time with Ken predates the allegations in the indictment and I have no personal knowledge of any of the government's claims, it was still difficult to comprehend how Ken could be charged with such serious crimes. But I am not here to offer any defense of Ken as to the charges. I can only speak to my experience with Ken, which involved me working very closely with him essentially every day from early 2007 to late 2008. And, based on my time with him, I hold him in the highest regard.

Letter to Judge O'Grady
Page Three
April 28, 2022

Thank you for allowing me to share my thoughts concerning Ken and considering this information in determining the appropriate sentence to impose in this case.

Sincerely,

William Joshua Morrow

# EXHIBIT 12



AMERICAN CIVIL LIBERTIES UNION
Maryland

January 14, 2022

The Honorable Joseph M. Getty, Chief Judge
Court of Appeals of Maryland
Robert C. Murphy Court of Appeals Building
361 Rowe Blvd.
Annapolis, Maryland 21401

Re: Kenneth W. Ravenell

Dear Chief Judge Getty:

We are members of the Maryland bar and other legal staff at the American Civil Liberties Union
of Maryland, writing in support of our much-valued colleague Kenneth W. Ravenell to strongly
urge the Court of Appeals to permit Mr. Ravenell to retain his license to practice law while he
completes the appeals process to clear his good name.

We have worked collaboratively with Ken Ravenell over the last decade in seeking to vindicate
the civil rights and liberties of Marylanders who come to the ACLU seeking *pro bono* legal
assistance. Simply put, we know Mr. Ravenell to be an attorney of extraordinary ability, integrity,
and dedication to the public good, who is a credit to the Maryland bar. We think suspension of his
law license would be a tragedy, for him, but even more importantly for his clients, many of whom
are among Maryland's most marginalized residents who rely on Mr. Ravenell as their lifeline in
seeking justice for themselves and their families.

\*   \*   \*

We want to start by saying that at the ACLU of Maryland, we are dedicated to the practice of law
in the public interest; we care very deeply about the people we represent and their pursuit of justice.
We hold ourselves to the highest standards of accountability, and expect the same from the
attorneys with whom we partner. As such, we have never before weighed in on an attorney
discipline matter. Rather, we acknowledge that for us—as we imagine is true for this Court—
many cases involving allegations of lawyer misconduct would easily justify license suspension.
Other matters might present a close call. *But this case is neither of those.* Here, a widely respected
and experienced lawyer with an otherwise untarnished record of work and ethical conduct has been

acquitted of every single count but one that is going up on appeal, with active clients who simply will not be able to find comparable counsel.[1]

During the last decade, we have worked with Mr. Ravenell extensively, seeking out his advice and expertise repeatedly. Through this we came to know him as an exceptional attorney possessing an unparalleled work ethic and an unmatched ability to help his clients navigate some of the worst moments and most traumatic experiences of their lives. Apparent from our work with Mr. Ravenell is that he is not motivated by fees or profit, but rather by genuine and profound desire for justice for his clients and his community. To us, he represents the best of the best in the legal profession in Maryland.

Two important civil rights cases Ken took on in collaboration with the ACLU provide examples: The first, a case involving constitutionally improper criminal charges against a man, Kwame Rose, protesting the 2015 death in police custody of Baltimore resident Freddie Gray. Based entirely on his participation in a lawful protest, Mr. Rose was charged with two counts of disorderly conduct, disturbing the peace, and failure to obey a lawful order. Mr. Ravenell, working as a *pro bono* cooperating attorney with the ACLU, represented Mr. Rose in state district court. There, thanks entirely to Mr. Ravenell's trial advocacy, the judge acquitted Mr. Rose on all counts except the failure to obey. On appeal, thanks to Mr. Ravenell's written and oral argument, the Circuit Court granted the defense motion to dismiss the last remaining charge. The Circuit Court held that the order Mr. Rose and others were given, prohibiting any use of amplified sound outside of the courthouse, was unconstitutionally overbroad, in violation of Mr. Rose's First Amendment rights.

But our opinion of Mr. Ravenell's work in this case stems not just from his superb legal representation of Mr. Rose. At the ACLU, we rely on media coverage to help educate members of the public about constitutional issues. In the course of working with Mr. Ravenell on the *Rose* case, we found him to be scrupulous about adhering to the Rules regarding pre-trial publicity, such that we had multiple discussions about what was or wasn't proper for us to say, with Mr. Ravenell always taking the more conservative view of what it meant to adhere to the Rules. This was a case that, like many ACLU cases, received significant press attention, but Mr. Ravenell consistently declined to do any press until the case was concluded, leaving that to ACLU staff. His actions were simply not those of a lawyer who is reckless in any way, nor one who plays fast and loose with the rules.

---

[1] The propriety of the prosecution itself, of lawyers Kenneth Ravenell and Joshua Treem and investigator Sean Gordon, and the tactics employed have been the subject of national attention, with critics contending that its intent was to discourage lawyers from zealously representing certain categories of criminal defendants. T. Prudente and J. Fenton, "Feds criticized after acquittals in Ken Ravenell trial," Baltimore *Sun,* Dec. 28, 2021, *available at*: https://www.baltimoresun.com/news/crime/bs-md-ci-cr-ken-ravenell-verdict-20211228-z43giz7f6zaj5dfzziq5jrov2m-story.html. Indeed, the government's tactics, particularly the raiding of a law firm office, were subject to an emergency injunction by the United States Court of Appeals for the Fourth Circuit. *United States v. Under Seal*, 932 F.3d 159 (4th Cir. 2019).

Second, in 2020, during a period when the nationally-publicized deaths of George Floyd, Breonna Taylor, Ahmaud Arbery, and others generated mainstream attention to the crisis of police violence against Black people, the ACLU contacted Mr. Ravenell seeking his counsel.  Specifically, we sought his guidance about requests for assistance we were receiving from families whose loved ones had been killed or injured by police, given his experience and success representing them. Over the course of the summer of that year, during a difficult period, Ken devoted many hours of his time, *pro bono*, to assisting the ACLU in sorting through and evaluating complaints, assisting us with research and providing us with advice. Mr. Ravenell was uniquely helpful in his ability to analyze the potential viability of a case without undermining the sense that justice is due in every case.  Through this process, we ultimately established a partnership with Mr. Ravenell, two colleagues, and their law firms, in which we jointly undertook a complicated and novel legal challenge to the police-involved killing of an African-American teenager, Anton Black, on Maryland's Eastern Shore. Mr. Ravenell's leadership, specifically his willingness to work on this case that others would not, and his attention to detail, is the reason the Black family has a lawsuit now pending in federal court. The litigation, brought on behalf of Mr. Black's family and a civil rights organization devoted to police accountability on the Shore, challenges actions against Mr. Black by police officers from three different police agencies and the complicity of the Maryland Office of the Medical Examiner in falsely claiming the death resulted from natural causes.  Little did we know at the time we filed the case in December of 2020, that six months later it would explode into national headlines when Maryland Medical Examiner David Fowler gave facially implausible and widely-condemned testimony about the cause of death of George Floyd in an effort to exonerate his now-convicted murderer, Derek Chauvin, giving rise to a review ordered by Maryland Attorney General Brian Frosh in partnership with Governor Hogan of all in-custody deaths in Maryland throughout Dr. Fowler's two-decade tenure.

Since we filed suit, Mr. Ravenell has been the guiding force for the Black family and the entire legal team in our efforts to obtain justice for Anton Black.  We have marveled at his unparalleled work ethic and extraordinary commitment to justice for our clients and our communities.  After co-counseling with him, we see why he has such a strong track record in his cases.  No one works harder than Ken Ravenell.  He does not take short cuts in his analysis or in his work.  He just does the work, and he never stops thinking about what is next and what more could be done, whether that is making sure the theory of the case is rock-solid, doing an extra call about a dispositive motion, or touching base with the clients.  At the ACLU of Maryland, we view ourselves as hard workers.  But, without exaggeration, Mr. Ravenell is the hardest-working lawyer we have ever met.  He outpaces us all.  It would be a major loss to lose him at this pivotal juncture on dispositive motions in this critically important civil rights case.

Equally important, at every stage, we have witnessed Mr. Ravenell make only the most ethical and professional decisions about legal strategy in this case.  Where there have been questions about the scope of claims brought in the case, Mr. Ravenell has urged the legal team to exercise caution, to ensure that any claims brought are credible and fully supported.   As was true with the *Rose* case, our experience with Mr. Ravenell in the *Black* case has been that he is zealous in his representation, but never at the expense of the rules.   Rather, he adheres scrupulously to all legal rules and ethical principles.

Finally, we must add that it is the rare lawyer who is able to forge a truly personal connection with clients like those Mr. Ravenell takes on and to win justice for them. By definition, these are cases in which it is difficult to prevail. But the quest for justice in these cases is a little bit personal for Mr. Ravenell, and that, too, sets him apart.  Rather than distancing himself from his clients—rather than holding himself out as better than them in light of all that he has accomplished and the Juris Doctor degree behind his name—he treats them as equals, and engages in a way that is both authentic and professional, rather than transactional. And, because we work with him outside of the presence of clients as well, we see that this engagement is not performance for the clients' benefit, but rather deeply genuine. It is easy to treat corporate clients as peers, but we don't see many lawyers treating indigent or marginalized clients that way. We wish we could say we saw more of it in the bar, because it is life-changing, especially for Black lawyers and clients, and because it strengthens the Maryland legal community overall.

*     *     *

Few lawyers in the Maryland bar have the combination of Mr. Ravenell's depth of experience, personal connection, and overall legal excellence. And no one—no one—works harder than he does. We have found him to be someone to hold up as a role model, particularly for Black lawyers and clients, and the prospect that he will not be able to continue his good work feels like a palpable loss to the Bar. It feels wrong to be compelled to write a letter seeking to vouch for the character of an outstanding lawyer in whose skill, dedication, honesty and integrity we wholeheartedly believe. But it is our privilege to lend our voices to the many other Maryland lawyers, judges and clients imploring the court to allow Mr. Ravenell to retain his law license while he completes the process of clearing his good name.

Respectfully,


Deborah A. Jeon
Legal Director

David R. Rocah
Senior Staff Attorney


Sonia Kumar
Senior Staff Attorney

Ieshaah Murphy
Staff Attorney


Tierney Peprah
Staff Attorney

Gina Elleby
Legal Advocacy Manager

# EXHIBIT 13





**Walter Mandela Lomax**
**Maryland Restorative Justice Initiative**
**P.O. Box 33313**
**Baltimore, Maryland 21218**

The Honorable Liam O'Grady
United States District Court Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

April 5, 2022

Re: Kenneth Ravenell.

**Executive Director,**
Walter Mandela Lomax

**Secretary**
Laurie Bezold,
Fusion Partnership Inc.

**Technical Advisor**
Retired Delegate
Clarence T. Davis.
Tiger Associates LLC

**Sponsors**
Baltimore OSI
Baltimore Safe & Sound
Fusion Partnerships, Inc.
Maryland CURE
Morgan State University
Dept. of Social Work

**Supporters:**

ACLU Maryland

Community Conferencing

Correctional Round-Table

Grassroots Criminal Justice
Advocates Network

MSBA Correctional Reform
Section

The Justice Policy Institute

The Sentencing Project

It is with great sadness that I find myself writing this letter for my dear friend, Kenneth Ravenell. I say that I am sad to write this letter, because my friend is dealing with this difficult situation; and I use the term unfortunate, because this is not the person I know, who is a decent, good and honest man.

Let me be specific, I met Ken when testifying at a court hearing for one of his clients on a sentence modification, and was impressed with his representation. I am not sure if he was aware of my personal situation at the time. I had served close to forty years in prison for crimes I did not commit.

Fast forward, many years later the attorney representing me in my wrongful conviction petition, Philip T. Inglima, at Crowell & Moring LLP, wanted someone to represent me on the petition in Baltimore City. He had attended school with Billy Murphy's son, Hassan, and decided to contact him to see if he would consider representing me. At the time Kenneth was a partner with the Murphy Law firm, and remembered me assisting his client years earlier. Not only did they decide to represent me in the case, but they did so pro-bono. Kenneth personally made the legal argument in court with such compassion that the State of Maryland conceded, and supported my petition for actual innocence. Because of that success, we now have Senate Bill 14, Compensation to Individual Erroneously Convicted, Sentenced, and Confined (The Walter Lomax Act).

In closing, my friend may be facing this difficult situation, but he is still my friend, and always will be. I will never forget how compassionate he was in representing my actual innocent petition, and how he treated my family when doing so. The accompanying photos were taken on the day I was finally a free man.

Sincerely,

*Walter Lomax*, Executive Director
Maryland Restorative Justice Initiative
Waltermandalalomax@hotmail.com
mrji.org
mandalaenterprise.org
443-413-6076



**Walter Mandela Lomax**
**Maryland Restorative Justice Initiative**
**P.O. Box 33313**
**Baltimore, Maryland 21218**





# EXHIBIT 14

Kwame Rose                612 Brookwood Road Baltimore, MD 21229          krose@afscme67.org

April 15, 2022

The Honorable Liam O'Grady
United States District Court Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge O'Grady,

I write this letter to express my support for my lawyer, mentor, and most importantly my friend Kenneth Ravenell. I was introduced to Mr. Ravenell six years ago after being arrested by Baltimore City Sheriff Officers outside of the Mitchell court house while attending a peaceful protest. This was my second time being unjustifiably arrested for exercising my First Amendment Rights, but this was the first time I had an attorney who was willing to fight to clear my name.

At the time I had no idea who Mr. Ravenell was. I remember sitting in the Court room and noticing that dozens of law school students started filling in the seats. I leaned over to my co-counsel David Rocah of the ACLU and asked "why are all of these people here?" to which he responded "they are here to watch Ken work". On that day, I got to witness a man give meaning to the title "Esquire". With my freedom on the line, Mr. Ravenell defended my Constitutional Rights, and credibility in the same manner of style and grace that Julius Erving us to dribble a basketball.

I have always been grateful for the fact that Mr. Ravenell took time out of his busy schedule to take up my case pro bono, but I am even more grateful for the life lessons he taught me then and continues to teach me now. One day while attending court, I decided to make a fashion statement and not wear a suit. Ken reminded me of how to present myself with respect to the court, with both my presence and attire. There was a period after the case where I had grown fearful of being targeted for protesting, so I stopped. Last summer Mr. Ravenell called me and reminded me to never let anyone silence my voice, in this particular case there was a young child another client of his named Kodi Gaines, who needed my help.

Mr. Ravenell has had a long career of representing people to the highest degree, but I believe that it is his work defending victims of brutality in an effort to create change and justice that sets him apart. Whether it has been through representing the family of Anton Black who died in custody of Greensboro, MD Police., or representing Kodi Gaines who was shot by the same bullet that went through and killed his mother Korryn, fired by Baltimore County Police Officers. Mr. Ravenell has been a constant voice empowering others.

Your Honor, Galatians 6:1 reads "if anyone is caught in any transgression, you who are spiritual should restore him in a spirit of gentleness. Keep watch on yourself, lest you too be tempted". I urge you to recognize the good that Mr. Ravenell has done, and will continue to do if given the opportunity. I stand with countless members of the community and those dedicated to restoring justice to this world in asking that you allow Mr. Ravenll to continue to remain on this mission with us.

In solidarity,

# EXHIBIT 15

The Honorable Liam O'Grady
United States District Court Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

April 29, 2022

To the Honorable Liam O'Grady:

My name is Dr. Gloria Mayfield Banks, and I am a 25-year resident of Howard
County, MD. I recently retired, in January 2022, as the number one National Sales
Director in the world for Mary Kay, Inc. out of 3.5 million women covering forty
countries. I have trained in six continents and now I am an international success
strategist, teacher, and speaker for women for the purpose of building skills in the
areas of confidence, leadership, and life. I have an MBA from Harvard University and
a doctorate from the University of Maryland - Eastern Shore. I am proud to have held
the stage twice with Oprah Winfrey, the honor of impacting young girls and doing a
major fund raiser in Washington D.C. I am a wife, with a blended family of four and
five adorable grandchildren.

I am providing this letter in support of Ken, to provide information to you about Ken's
character that you can take into consideration as you deliberate his sentence. I am very
honored to write a character letter for Kenneth Ravenell both as a lawyer who saved
my son's future and then as a close friend where I had the honor of speaking at his
wedding.

I met Ken over 10 years ago when my son was a teenager in high school. I noticed
that he was hanging around some not-so-great friends while I was on a business trip
training leaders at a huge conference in Mexico. I got the call from my housekeeper
that Chauncey, my son, had been apprehended by the police, and taken to the police
station; I had to move quickly. My husband immediately called Ken Ravenell. At the
time my husband knew of Ken's work, but I would not say we were friends. Ken
dropped everything to move into action to assist my son.

Once I returned home I took my very resisting son to Ken's office. I was moved by
Ken's compassion, instruction, and firmness with my son. I understood how I needed
to operate given the circumstances. How can I articulate the difference Ken made in
our lives and the lives of many because of his kindness and brilliance? Ken navigated
an extremely nervous and concerned mother through the legal process, explained to us

the legal process, and obtained permission for me to have our son attend a military school far from home.

At Fork Union Military Academy, Chauncey learned to write with exceptional skill, and he was accepted for admission to Purdue. He then received a full scholarship to Michigan State Law School. He completed his studies at the University of Michigan Law School, where he graduated cum laude. He is now a full partner at an incredible law firm in Detroit, MI. Ken's expertise ripples everywhere in just my story alone.

After everything was over and because of Ken's generosity and his deep desire to make sure Chauncey was thriving, he became our faithful friend. We attended the same church for many years and connected on a deeper level as well. We have been at each other's homes several times, and we have traveled internationally with Ken, his wife Kaye and his other family and friends.

I have watched Ken reach over and help so many people at many critical and immediate times. I have seen him jump up from the dinner table at restaurants to be available for personal responsibilities. He is remarkably close to his family. He is an amazing son, brother, father, father-in-law, and stepfather for an exceptionally large family. Family is clearly of utmost importance to Ken, and you know it from the moment you are in his space. That speaks volumes to me because, given his accomplishments, there are many other components to Ken's life that he could lead with, but family is always his first.

Ken has been an amazing lawyer for us to lean on many times. Quick to offer incredible solid advice, made us stand strong when it might not have been easy, and showed us on so many levels, his community commitment. Even though Ken has been convicted of an offense against the law, it was important to me that I did my best to let you see the person I know and have watched operate professionally and personally. Over a long time, Ken has risen repeatedly to make huge, positive differences for others.

Thank you for your deep consideration of the wonderful man, professional and friend that is Kenneth Ravenell.

Sincerely,

Gloria Mayfield Banks

# EXHIBIT 16

April  10, 2022

The Honorable Liam O'Grady
United States District Court


Subject: Character Letter on Behalf of Kenneth W. Ravenell

Dear Judge O'Grady:

I am Kaye Ravenell, Kenneth Ravenell's wife.  I remember the first time I saw Ken, and he made such an impression, that it is with me to this day.  In 1990, I began working as an Official Court Reporter in the Circuit Court for Baltimore City.  One Friday afternoon, Ken Ravenell walked into my courtroom pulling a very large black case behind him, in which he kept all his file folders and trial prep for whichever case he was working on.  I thought, "Oh, no.  This man is not expecting to start a trial on a Friday afternoon."  Mind you, we had a jury in deliberations from a trial we had just completed.  When the Judge asked if everyone was ready for trial, I expected someone would say, yes, can we start picking the jury on Monday.  But Mr. Ravenell said, "I am ready for trial, Judge, I have pre-trial motions, and I'm ready to begin."  And so we did.

I worked in the Circuit Court for 19 years as a Court Reporter and, over the years, watched Ken try numerous cases and make incredible legal arguments on behalf of his clients, always  being well-versed in applicable law.  Ken always walked into a courtroom prepared to passionately defend his client, no matter whether it was the plaintiff or defendant.  He normally starts his day at 3:00 or 4:00 a.m. when he is getting ready for court proceedings. His incredible work inside the courtroom is a true representation of the long hours spent preparing his cases outside of the courtroom. His success is not the product of smoke and mirrors, but rather good old fashioned hard work and determination.

Although over the years I have had several opportunities to see him try cases and defend his clients, I gained a true understanding of his legal reputation by listening to others speak of his accomplishments over the years.  Individuals and their families would share with me how he helped them, oftentimes pro bono.  I have also attended judicial conferences with Ken and listened to judges and lawyers speak of his great reputation throughout the legal community.

One particular situation I recall involved a friend's son, who was falsely accused of rape while in college and was in jeopardy of being expelled and  losing his tennis scholarship.  Ken represented this client pro bono, winning the case, and his client ultimately went on to graduate and now has a career coaching tennis for a local university, something that would not have been possible but for Ken's tireless fight for the truth to come out.  He has also represented military personnel, who were in danger of losing their career in the military because of a false accusation. I am proud to say that several of Ken's former African American male clients have gone on to have successful careers in many different fields, such as the government, lawyers, business owners, doctors, politicians, et cetera, which would not have been achieved with a criminal

record.  His entire career has been dedicated to helping people.

As a Court Official, I have had the opportunity to hear court proceedings in Attorney Grievance matters where young lawyers, without mentors or guidance from a senior lawyer, have started law practices and failed, lost their licenses, been disbarred, for lack of having someone helping them navigate all the intricacies of practicing law.   Ken has been instrumental in helping several young attorneys become very successful in their careers.   Erin Murphy, Counsel to the State's Attorney; Creston Smith, successful law practice in Baltimore; Josh Morrow, Federal prosecutor; Brendon Hurson, US Magistrate; Milin Chun, successful attorney in California, to name a few, all started their careers with Ken as their mentor.

Ken has always been there for me and my family over the course of the past 17 years.  He was supportive when my father passed away in 2009, my mother in 2018, my brother in 2019 and most recently, my sister, in the fall of 2021.  When tragedy strikes a family, it is so hard to see past your grief in order to do what is necessary to carry on, and Ken always shared the burden with me in the hard times.  Ken's family is very loving and supportive as well. I could not ask to be part of a better family.  They have come together to show their love and support for the brother, cousin, uncle, whom they love and respect.  Ken has also been an incredible second father to my daughter, who is currently attending college at the University of Tampa.

Ken is a Christian man who regularly attends church services.  He has participated in worship retreats with other men in our church.  He prays every day for all of the people in his life.  He is a family man with great faith who has always been the one to carry the burden of keeping us focused on what's most important, God and family.

Throughout the past eight years, we have been faced with a terrible hardship.   Even though he was under investigation by the government, he never stopped working to help people who called on him, even though he was facing an uncertain future himself.  His colleagues never stopped calling on him for advice in their cases.  Throughout all that he has been going through, he has continued to work tirelessly in doing what God has called him to do and that is to be a servant to others.

I was present in the courtroom each and every day for Ken's trial proceedings.  I heard and saw things that were very difficult for me to accept.   Some of the things that I learned have had an adverse effect on our marriage.  However, we are in this marriage together and are both committed to work through the challenges we face together.

I can wholeheartedly say that absolutely nothing that was said or revealed during the course of Ken's trial will ever change my opinion of his innocence, dedication to the legal community or his desire to help others.  He has always been an extremely well-respected attorney, who loves and respects the law.  Even with this conviction and a heavy heart for what he's facing, he still manages to face the day with determination and a positive outlook, knowing that God is with him throughout this journey.

My prayer is that you find it in your heart to reverse the conviction for money laundering and/or

grant Ken a new trial in that matter.  We have been suffering through this for the past eight years and we will be forever changed because of it.  I am asking that you find it in your heart to not incarcerate Ken while he works through his appeal process.

Thank you for all the time you have given to this matter.

Respectfully,


M. Kaye Ravenell

# EXHIBIT 17

January 6, 2022


Honorable Joseph M. Getty, Chief Judge
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401

      Re:    Kenneth W. Ravenell

Dear Judge Getty:

      On August 1, 2016, my son, Kodi Gaines, was shot twice by an officer with the Baltimore County Police Department. My son's mother, Korryn Gaines, was shot and killed in the same incident, and my son, then 5 years old, witnessed her death. This was a severely traumatic event. The shock of this event still impacts my son, both physically and psychologically. Ken has been extremely devoted to my son throughout this long process. Ken has been focused like a laser on justice for Kodi and for getting Kodi the compensation necessary for Kodi to receive the medical and psychological treatment that he needs to become a better person and lead a productive life.

      I retained Ken shortly after the shooting. He immediately gathered and started prosecuting the case against Baltimore County and the officers involved. I know that he took over 20 depositions of all the witnesses involved, and that he visited the apartment where the shooting occurred on at least two occasions. I was present during the entire three-week trial. Ken was amazing. He was organized, prepared, knowledgeable and incredibly engaging with the jury. He was also careful not to re-traumatize my son. We won a large verdict that the trial court took away. Ken then argued the appeal and we won. Ken argued motions before the trial court in November. If the trial court makes another mistake, our plan is to appeal once again. It is imperative for my son Kodi that Ken be allowed to continue to represent his interests.

      I am respectfully asking that this Court allow Ken to continue to represent the interests of my son in this matter. Ken has always kept me up to date on everything that has happened over the past 5 years and has been 100% in our corner in his legal support and advise. He has been so very caring and considerate of my son who was permanently damaged. It will hurt my son a great deal if Ken isn't allowed to continue his representation. My son has already been traumatized and I ask that he not be traumatized again if Ken is prohibited from representing Kodi. Now that I have sat through and entire case that was tried before a jury and argued before another court in Annapolis, I have an understanding of the court system. I believe that the court system should seriously consider the impact of their rulings and allow Ken to continue represent my son in this life-altering and very serious manner.

Thank you for your time.

Sincerely,

Corey Cunningham,
Father of Kodi Gaines

# EXHIBIT 18

# Rev. David L. Michener Jr.

111 Sunnymeadow Lane
Reisterstown, MD 21136
dave.michener@bridgeway.cc

January 11, 2022

Dear Maryland Court of Appeals,

My name is David L. Michener Jr. I am writing to you on behalf of Kenneth Ravenell to share some of my personal experiences that I have had with him, in the hopes that he will be permitted to continue practicing law while he fights to overturn the one count he was convicted of at trial.

Since January of 1998 I have been a pastor at Bridgeway Community Church, with campuses in both Columbia, Maryland and Owings Mills, Maryland. It is through my role as a minister that I initially met Ken and his wife, Kaye, approximately 12 years ago. As a faithful attendee, I would see Ken and interact with him on occasion after a Sunday service. But I also witnessed him serve in his role as an attorney as he served a few underrepresented people from our congregation. And even though he did this pro bono he represented them with excellence out of his desire for them to be adequately represented in seeking fairness and justice through the court and the system which he so respected.

It didn't take long before our relationship grew beyond the church walls and the hallowed courtroom. Ken and I began to meet regularly for prayer, life coaching, and spiritual development. We shared many meals together in public eating establishments, and in each other's homes. We exchanged countless text messages about being men of integrity, men who loved their wives and children, and men who gave of themselves to make a positive difference in our community. We even attended the Ravens' Training Camp together several times. Over the years I had a front row seat in watching Ken grow even more in character and compassion. The trust that we experienced together allowed for freedom in being not only authentic, but transparent.

That is why it was quite a surprise to receive the phone call over seven years ago that he was being investigated by the federal government. From day one until this very moment he has never wavered in claiming his innocence in the face of these accusations. Never. I have not seen even a hint of anything that would cause me to doubt his character in matters of truth and justice. And I have seen many many instances that would cause me to believe that Ken Ravenell has always had his client's best interest at heart when presenting a defense in practice of the law in a system he is dedicated to preserve and protect.

Through the entire process of being investigated, indicted, going to trial, being acquitted of all but one of the seven charges against him, I have seen this man's faith and trust in God and in truth, strengthened, not diminished. As I attended the motions hearing that was held in federal court in Virginia this past summer, and then sat in the courtroom for many hours during the trial, in order to hear for myself what the prosecution was presenting against the man I knew and the facts of what he had shared with me, it honestly felt like the position of the court was that Ken was presumed guilty unless proven innocent beyond a reasonable doubt. The way the prosecution took the testimony of a convicted felon, the same testimony that the jury listened to in order to acquit Ken et al, on the other charges, seemed more conjecture than fact-based. I would leave the courtroom each time, saying, "Someone here is definitely lying." Who did the facts and testimony point to as being a person of integrity, character, and good will? And who did the facts and testimony and common sense discernment point to as being a person who repeatedly breaks the law, threatens and manipulates, and has been caught and convicted of crimes and lies? It seemed more than obvious to me that Ken Ravenell could be trusted to tell the truth and the prosecution's key witness could not. Yet, even though the jury chose not to believe the prosecution's case in 6 instances, they chose to believe people who have lied. Respectfully I ask, "How is this not manipulation of the facts and the jury? Why was a particular witness not permitted to testify on behalf of Ken Ravenell, and why was the jury not permitted to know that it was the government that would not allow his testimony? How is this fair and just?" Honestly, as a nearly 60 year old man who loves his country and respects its leaders because of their position regardless of my personal views, I left the courtroom many times feeling less trust than when I entered.

Even with the angst in me regarding the guilty verdict that was initially presented by the jury, I have not lost faith in the system, believing that an appeal to overturn the conviction is not only possible or plausible, but imminent. With that being said, and in addition to mine and countless others' knowledge of Ken Ravenell's character and integrity, I believe that in no way is he a danger to the public. In fact, I still believe, more than ever that he is a much needed asset to our community, and respectfully ask you to allow him to continue to make a difference in peoples' lives by permitting him to practice law until the case is final.

Finally, I acknowledge before you that the legal system is not my area of expertise. But the valuable "objects" of the legal system are-people. So if my belief in Ken Ravenell seems defiant of the prosecution, then so be it, even though that is not my intention. I believe in Ken's innocence because the facts are believable, Ken is believable, and the due process of the system that allows for appeals and overturned convictions is still believable.

Respectfully.

Rev. David L. Michener Jr.

# EXHIBIT 19

# Michael Kaminkow, Esq.

1000 Lowry Street, #2B
Delray Beach, FL 33483
mkaminkow@aol.com
410-627-1406

January 6, 2022

Honorable Joseph M. Getty
Chief Judge
Maryland Court of Appeals
Robert C. Murphy Courts of Appeal Building
361 Rowe Blvd.
Annapolis, Maryland 21401

Re: **Kenneth W. Ravenell, Esq.**

Dear Judge Getty:

In 1988, I received a call from Professor Larry Gibson at the University of Maryland Law School regarding a young prosecutor who wanted to enter private practice and inquired if I needed a young associate. By happenstance, I had recently joined the firm of Schulman and Treem, P.A., hereinafter to be known as Schulman, Treem, Kaminkow and Gilden, P.A. and was searching for a young associate to join me in the practice of criminal law. A lunch meeting was scheduled with Ken during which I got to know him. I learned he was the son of sharecroppers in South Carolina and obviously of humble beginnings. He was very intelligent, well-versed in the law, had a wonderful personality to communicate with clients and was anxious to practice law with a law firm. After discussing my meeting with my partners and my assessment of him as a person who was dedicated to the law and justice for the accused, we offered him an associate's position which he accepted.

As I observed him over the years, he was the hardest working lawyer I ever met. I knew him to awake at 5:00 am to begin his day researching and writing before his almost daily appearances in the District and Circuit Courts. I never met any other attorney more well-prepared than Ken Ravenell. His hard work and client development earned him a partnership and, eventually, named partner status. Judges, fellow defense attorneys, and prosecutors have great respect for his trustworthiness, ethics and skills as a lawyer as evidenced by the array of judges, federal and state, and prosecutors who appeared as character witnesses at his trial to attest to his stellar character and his glowing reputation as a defender of the accused.

The chief witness against Mr. Ravenell at trial, Richard Byrd, was initially my client in the Office who I turned over to Ken to represent. The Firm represented him early on in a

few criminal matters. He later, to our understanding, turned his life around and opened a clothing store in Baltimore with two locations in the early 2000s. My former partner, Robert Schulman, represented him in that business venture, and all of his activities appeared totally legitimate. Ken Ravenell left the Firm to join the William Murphy Firm in 2007. Ken did not represent Mr. Byrd again until an arrest in Arizona in 2011. Prior to his arrest and after, it is my understanding, as testified to at trial and supported by documentation, that Mr. Byrd ran a very successful promotion business.

While I have been retired and living in Florida full time now for nine years, my friendship and admiration for Ken has never waned. On trips to Baltimore to visit family, I always tried to find time to have lunch or dinner with Ken and his wife Kaye. I have followed the trial in Federal Court in published court documents, the newspapers and conversations with persons who have attended parts of the trial. From the very beginning of the charges brought against Mr. Ravenell and his two codefendants, my former esteemed partner Josh Treem and their investigator Mr. Gordon, I viewed this case as an unfair prosecution by the United States Attorneys Office. Are all criminal attorneys receiving money from clients now subject to investigation and prosecution potentially for money laundering? While I have suspicions as to the prosecutors' motives to pursue Ken, I will not articulate them here. Based on what I know about the trial and the facts, I am confident that there are substantial grounds for a new trial or success on appeal.

Ken Ravenell is clearly not a threat to the community or a threat to his clients. In fact, his clients, I understand, continue to support him and wish to have him continue representing them. I urge the Court not to suspend his license to practice law pending the final outcome of this matter.

Very truly yours,

Michael E. Kaminkow, Esq.

# EXHIBIT 20

March 28, 2022

Hon. Liam O'Grady
United States District Judge

Subject:  Character Letter on behalf of Kenneth W. Ravenell

Dear Judge O'Grady:

I am Doris Ravenell-Brown the daughter of the late Rev. Francis and Daisy Gillens Ravenell.  Kenneth W. Ravenell is my brother.  Ken is the eighth and I am the ninth of twelve children born to this union (they were blessed to raise eleven of us).  I attended almost every day of Ken's trial although I resided in Georgia at that time.

We come from very humble beginnings:  born in a borrowed house with no running water.   According to world standards, we lived well below the poverty level.  For sustainability – we planted all kinds of crops, worked the land, gardened, and ate off the land.  Our parents weren't in the Board Rooms of Corporate America, but they were God-fearing people with integrity, great work ethics and principles.   They laid a strong foundation for us; one based on love, trust, prayer, integrity, character and great work ethics.  Our parents always told us that the way to a better life was through a life surrendered to Christ coupled with a good education.

Being the 8th child, I followed Ken in age and in academia.   Ken took to heart our parents' advice on both fronts regarding the way to a better life.  Ken was always very studious and excelled academically.  In school, I began dreading having the same teachers Ken had the year before.  Once they found out that I was Ken's sister their expectations of me went to another level; Ken set the bar very high.  I often heard words like, Oh! You're Ken's sister – I know you will do well in my class.  I had to apply myself and rise to the challenge he left for me.

Because we came from such humble beginnings, there were many chores that had to be attended to before and after school.  I watched Ken dig in with grit and determination to get those morning chores done so he could catch the bus to

school.  Sometimes there were many unexpected obstacles that arose which would have deterred the most ardent person; but Ken faced and conquered most if not all of them with faith and determination.  He modeled the way ahead for me and so many others.  Ken was not afraid to stand up for others when he saw people being mistreated, marginalized or disrespected.  He always believed in studying and researching issues to advocate for others.

At an early age Ken was drawn to many of the television shows like Perry Mason, and Matlock.  He shared that he would one day grow up to become a lawyer.  I was Ken's audience; he would walk around telling me and demonstrating how he would defend his clients in the court room.  At this point, he had never been in a court room or even had the pleasure of meeting a lawyer!  There appeared to be something inside of Ken that drove him, to the legal profession.  Ken exemplified a work ethic and determination that was unmatched; with a solid foundation on which to grow.

After graduating high school with honors, Ken attended and graduated from South Carolina State University a small Historically Black College in a close-knit community in South Carolina.  Ken pursued a degree in political science as the dream to become a lawyer continued.  A year later, I followed him attending the same college where I pursued a degree in biology with a focus in public health.  I think this seed was planted in me because of our humble beginnings – walking long distances with our buckets to get water for all of our basis needs.

Ken moved on to law school in Maryland where he again excelled academically.  Ken became one of the top legal minds in his profession, even arguing a case before the United States Supreme Court.   One of his greatest joys was not that he got to argue before the Supreme Court but that our mother got the opportunity to witness it.  More importantly, Ken always reached back to help others along the way; he didn't chart a course to a better life just for himself.  He helped so many people with advice in critical moments in their lives or the lives of their family or friends.  He often did this with little to no fanfare.  Sometimes years later, we would learn of someone who Ken helped and the impact that his support had on that person or their loved one; but we did not learn about these events from Ken.

I went on to pursue what would be a 30-year career in the U.S. Public Health Service Commissioned Corps, working at organizations such as the NIH, FDA, and CDC; retiring at the rank of CAPT (O-6).  Being stationed in the Northern, VA area for a large portion of my career afforded Ken and me and our families opportunities to spend even more time together.  I was able to watch Ken's family grow and my kids got to hang out with and love Uncle Kenny.  I have much love and affection and am proud of my brother Ken's accomplishments.  We have always had a close bond; and I have always looked up to him.  Ken has a kind heart and always looks for the good in people.  I owe him a debt of gratitude for modeling the way forward to a better quality of life.

I believe that a dream seed was planted in Ken a long time ago and Ken has been pursuing his God-given calling.  He persevered through many challenges and obstacles; with strong belief, kindness and love.  It wasn't easy but Ken had strong faith.

Ken has been a tremendous resource to many in our home community, his surrounding community and many colleagues and friends.  I truly believe that there is much more he can do to continue having a positive impact in the community and the world.  I am praying and pleading for leniency and mercy for Ken.  Ken has so much more to offer society in a positive and productive manner, I pray that you will find it in your heart to show mercy and set aside this conviction.  If for some reason you do not set this lone conviction aside, I ask that you spare Ken from any period of incarceration.  I truly believe that incarcerating Ken would not be the best way to serve justice in this case.

Thank you for your willingness to receive this letter and for taking the time to review and consider my request.

Very respectfully submitted,

Doris Ravenell-Brown

# EXHIBIT 21

# UNITY MISSIONARY BAPTIST

### Reverend Aaron T. Brown, Sr., Pastor

April 3, 2022

Hon. Liam O'Grady
United States District Judge

Subject: Character Letter on behalf of Kenneth Ravenell

Dear Judge O'Grady:

I am Aaron T. Brown and I served as Kenneth Ravenell's pastor of the Unity Missionary Baptist Church, Eutawville, SC. I am blessed to serve as his pastor for twelve years. Although he resides in Maryland, Kenneth continues to be an active member of our congregation. He supports the church through various programs and events. He attends and participates in worship services whenever he is at home.

I have always been encouraged by his journey as a young man raised by godly parents who instilled in him the importance of having a relationship with Jesus Christ and showing love for his fellow man. Bro. Ravenell's life story and his journey are so inspirational that I asked him to be the speaker for our Annual Black History on Sunday, February 19, 2017. Bro. Ravenell encouraged everyone in attendance about how his faith in God and family values have helped him accomplish great things in life.

Bro. Ravenell has sown into the lives of many members of our congregation. He is a supporter of our youth. He contributes to the Rev. Francis and Daisy Ravenell Scholarship which has blessed so many of our young people who have attended and graduated from colleges and universities across this country.

Bro. Ravenell is a giver because he has a desire to see others make great accomplishments in their lives.

Bro. Ravenell has been a great supporter and encourager to me. As Pastor, he has always expressed his concerns for me and my family, especially during the illness of my wife and children. His constant words of encouragement strengthen and inspired me. I am blessed to serve as his pastor. I am praying and pleading for leniency for Bro. Kenneth Ravenell. Bro. Kenneth Ravenell is a person of good moral character and a great blessing to the Unity Missionary Baptist Church family.

Sincerely,

Aaron T. Brown, Sr.
Pastor Unity Missionary Baptist Church

P.O. Box 267
14152 Old Number Six Highway
Eutawville, South Carolina 29048

PHONE   803-492-8210 | 843-753-7676
EMAIL    unitymbchurch@centurylink.net
WEB SITE  unitymbchurch.org

# EXHIBIT 22

Paul Ravenell
33 E. Stargrass Dr.
Westfield, IN 46074

April 3, 2022

Hon. Liam O'Grady
United States District Judge

Subject: Character Letter on behalf of Kenneth W. Ravenell

Dear Judge O'Grady,

My name is Paul Ravenell, son of the late sharecropper Rev. Francis and the late Mrs. Daisy Ravenell and the youngest brother of Kenneth W. Ravenell. I am the last of our parents 12 children and Ken is 6 years older than me. My four other living brothers are all older than Ken, so Ken was the closest male sibling role model I had growing up.

Ken and I shared the same room and bunk beds growing up until he left for college. He taught me everything as our siblings were raised to do for each other. He taught me how to say my prayers, dress myself, do chores around the house (cut wood, feed the hogs and mule, work the crops, etc.) but most of all to study hard in school to make a better future for myself.

I looked up to Ken and followed him around everywhere. I played high school baseball like he did. Ken and I were the two younger boys that received an opportunity to go to college so of course, I graduated from South Carolina State University like he did with the only exception with a degree in Electrical Engineering Technology. I even pledged the same Fraternity he did, Ken is my brother two times (blood and fraternity).

When Ken was in college at South Carolina State University, he invited me to visit for a weekend. That was probably one of the best times I had in my early years. He introduced me to all his friends, some of whom I am close to this very day. That weekend Ken showed and opened my eyes to what was possible outside of the poverty environment that we came from if I committed to work hard and apply myself in school.

I have learned so many great things from my brother and very proud of the person he has become and the achievements he has made. Ken is a tireless worker and sets the bar very high for himself and does what he can to help others without looking for recognition.

Paul Ravenell's Character Letter on behalf of Kenneth W. Ravenell

One important thing I will never forget is in June of 2017, our mother had become very ill and had to be rushed to the hospital. She later passed away in October 2017 because of that illness in June. My youngest daughter was graduating high school that same week in June 2017 and our family tradition is all siblings would attend the graduation of each other's children. Unfortunately, all my other siblings were not able to attend as they were visiting and attending to Mom. You can only image how dejected my daughter felt hearing that grandma was ill and no one else would be able to attend her graduation due to the extreme circumstances.

A couple days before the graduation, I received a call from Ken saying he would attend because he recognized the importance of being there for my daughter's educational achievement. You should have seen the excitement in my daughter's eyes when she learned he was coming. We will never forget the sacrifice and thoughtfulness Ken made for her during that difficult time. That one act of love further inspired my daughter to strengthen her bond with her sibling and cousins and to go on and complete her college degree in May of 2021.

Judge O'Grady, I live in Indianapolis, Indiana but attended most of Ken's trial in December 2021 because his impact on my life has been so profound that I had to be there to support him. I am praying and asking you to please provide leniency to Ken and set this conviction aside. There are so many positive things Ken has done and continue to do for his community. I have seen a confident man become extremely humble and draw even closer to God throughout this entire process. I believe, if given the opportunity, Ken will do even greater things for our community and world.

Thank you for taking the time to review this letter and consider my request.


Respectfully Submitted,

Paul Ravenell

Paul Ravenell



Paul Ravenell's Character Letter on behalf of Kenneth W. Ravenell

# EXHIBIT 23

**Dyslexia**
Tutoring Program

*Giving People Hope...One Word At A Time*

The Rotunda
711 W. 40th Street
Suite 310
Baltimore, Maryland 21211

410.889.5487
410.889.5363 fax

**Chief Executive Officer**

Marcy K. Kolodny

**Board of Directors**

Stephen Anderson
David J. Berg
Elayne Berg
Nicole Bliss
Tim Bojanowski
Isaiah Buchanan
Joseph Ciotola, M.D.
Keith Collison
Joseph Cowan
Carolyn Donohue
Judy Morrison
David Schriver
Scott Schuebel
Ben Shifrin
Russel White

**Advisory Council**

Ann M. Bain, Ed.D.
Rosetta DeVito*
Alice Koontz*
James Morgan
Lawrence C. Pakula, M.D.
M. Bradley Rogers, Jr.
Roger Saunders, Ph.D.*
Jane R. Snider, Ed.D.
Martha H. Sweeney, M.S.

* Deceased

April 5, 2022

The Honorable Liam O'Grady
United States District Court Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA  22314

Dear Judge O'Grady:

I am Marcy K. Kolodny and am CEO of Dyslexia Tutoring Program (DTP) in Baltimore, Maryland.  I am writing this letter in support of Kenneth Ravenell.

I met Ken a number of years ago at an event and we started talking.  He was extremely interested in the services that DTP provides and asked me a lot of questions.  Ken could not believe that all of our services were provided free-of-charge.

DTP only works with low-income children and adults who are dyslexic or have a language-based learning disability.  A few weeks later, Ken and I met for lunch, and I asked him if he would be interested in becoming a board member.  His immediate response was yes.

Before our next board meeting, I sent Ken's resume out to our board, and he was unanimously elected.  Also, Ken knew Elayne Berg, a DTP board member, and she spoke very highly of him at our meeting.

Ken always attended our board meetings, either in person or via telephone.  If I had a problem or a question, I would call Ken and he was never too busy to help me.  Ken attended and supported our major fundraisers, plus was always looking to see if others could help DTP.

If you asked anyone about Ken, the answer would be that he is a very caring individual.  He understands what our students and their families go through with not being able to read.

I met Ken's wife Kaye and we had dinner together once or twice with my husband Buzz.

Ken was always straight up, and I have enormous respect for him.  I would put his character up against anyone I know and am proud to say he is my friend.

Sincerely,

*Marcy K. Kolodny*

Marcy K. Kolodny
Chief Executive Officer

MKK/jpp

# EXHIBIT 24

March 25, 2022

Hon. Liam O'Grady
United States District Judge

Subject:  Character Letter on behalf of Kenneth W. Ravenell

Dear Judge O'Grady:

My name is Louis Ravenell, I am one of Kenneth W. Ravenell's older brothers, and I am writing this letter to you attesting to my brother's upstanding and loving character.  Ken is the eighth (8) of twelve (12) children of our parents Francis and Daisy Ravenell who were sharecroppers. They taught us that if we trusted and believed in God, worked hard and studied hard we would be blessed and successful in life.  I noticed that Ken was willing to follow these guidelines.  In school he studied and worked hard and he was a very good student who graduated with honors and was Valedictorian.  After high school he went on to college and then on to law school.

I watched Ken grow up from a boy to become this outstanding man, attorney and citizen of his community.  As Ken decided that he was going to become an attorney we his siblings gave him a nickname of "Ness" after the highly acclaimed "Eliot Ness".  We affectionately call him by that name to this day.  I was exceptionally proud that he got the opportunity to argue a case before the United States Supreme Court, which our mother was able to witness before she passed away.

Personally, in April 2016 my wife of forty (40) plus years passed away in Tucson Arizona.  I was devastated, Ness called me shortly after she passed away and told me that he was flying out to Tucson.  I told him that wasn't necessary because my wife's body was being flown back to our hometown in South Carolina.  His response to me was "Well you are there", and he flew to Tucson and stayed with me until I left to attend my wife's services in South Carolina in which he also attended.  I appreciated that act more than he could probably imagine, just him being there for me, that is the Man and Brother that I know and Love.

Judge O'Grady, I attended almost every day of Ken's trial although I reside in Dallas, Texas. I am pleading with you and asking you to show leniency and mercy on Ken.  If possible, I ask for the conviction to be set aside so that Ken may continue to assist in his community.  I believe "Ness" should receive leniency because he is a Good, Decent, Loving and God-Fearing man.  He is a Man that has the desire and ability to assist others in his community and beyond. He has shown

that throughout his life and career, as attested to by those who know and work with him and those he has represented.

Thank you for receiving, reading and considering my letter.

Sincerely,

Louis Ravenell

# EXHIBIT 25

Hon. Liam O'Grady
United States District Judge


Subject: Character Letter on behalf of Kenneth W. Ravenell

Dear Judge O'Grady:

My name is Claretha Ravenell-Eaddy, Kenneth Ravenell's eldest sister.

Our parents instilled in us the importance of loving and supporting each other, not just in words but also in our actions.  We have tried our best to walk in this way, passing it on to our children and their children.  There was never a question in our minds, whether we as a family would be there to stand with Ken through the trial.  As the oldest sister, I was present every single day.  All of us could not be present, but many of us were there.  We stand as one, and if it was legally possible; we (all eleven of us) would stand before you with arms locked together with Ken.  What happens to him happens to all of us.

It was so hard to watch Ken on the other side of the courtroom.  We ask for leniency and to set aside the conviction in his case.

Ken always wanted to become a lawyer; he wanted to help people.  Growing up we did not have it easy; but we always had our faith in God and family. Our parents wanted us to have a better life. They did everything they could to help us achieve our dreams. Ken's dream was to become a lawyer.

I witnessed Ken's perseverance and hard work from childhood through college.  I worked at our local high school while he completed his high school studies. I saw his academic successes firsthand, but also his genuine interaction with other students, teachers, and staff.  He is a leader by nature, even in grade school he was elected as an officer in various organizations.  Ken has always been very generous; it is likely due to our very humble beginnings. No matter how successful Ken became, he is always willing to help others, whether a stranger, a community member, or a family member.

After our father passed away in the early 1990s, Ken started an annual scholarship in memory of our father and in honor of our mother which has been awarded to a graduating high school senior who attended our childhood church.  In rural South Carolina, access to equal educational opportunities remain limited due to a lack of exposure and financial resources. Ken sought to decrease educational barriers for those who came behind him.  He has been a mentor to countless local youths who have an interest in a law career.  He has also provided free legal advice to many people within our community.
Ken was extremely close to our mother; she was his biggest cheerleader and the cornerstone of our family.  She passed away in October 2017, he continues to grieve

this loss. She was so proud of him. Regardless of how busy his schedule was, he always carved out quality time to spend with her and all members of our family.

On a personal note, my husband was tragically killed in a workplace accident in 2002. I was devastated. Imagine having your husband leave home for work and never return. Imagine trying to process his death, but then at the same time trying to understand how this could have happened. Due to the nature of the accident, government agencies were involved to investigate, supervisors and administrators were attempting to talk to me immediately. Though I am the older sister, Ken protected me like the older sibling. First and foremost, he comforted me during that time, but he also ensured I would be connected to the people who could help me navigate this process. He was available to me any time of the day and introduced me to one of his colleagues local to South Carolina to assist me with legal matters. He has always been this way, always protective, always loving, always there if you need him.

In conclusion, I ask you to set aside this conviction, if possible. I have attempted to illustrate a snapshot of the person Ken is and has been throughout his life. He is a person of consistency, faith and family focused. But more so, he is selfless and always seek to find the good in everyone. He has never forgotten the small rural South Carolina town he grew up in, the people he grew up with, and his community. He constantly gives back to his family and community. Kens' career has been long, and he fought hard for his achievements; this has not been an easy road, yet he persisted. He has provided so much to this world. I ask for mercy; I specifically ask that if you do not set aside the sole conviction, please spare him from any time of incarceration. He has so much more to offer, to so many.

Thank you for your time and consideration of this matter.

Respectfully,

*Claretha Ravenell-Eaddy*

Claretha Ravenell-Eaddy

# EXHIBIT 26

March 30, 2022

Hon. Liam O'Grady
United States District Judge

Dear Judge O'Grady:

I am George R. Ravenell, the oldest of twelve children born to the late Rev. Francis and Daisy Ravenell. The second child preceded them in death.  Kenneth Wendell Ravenell is my brother and the eighth child born to this union.

Our parents taught us to love and support each other. That's not to say that we didn't have disagreements with each other because we did; but how we handled them mattered. To see Ken, go through this ordeal weighs heavily on all of us.

We are God-fearing Law-abiding citizens to our core. That's who we are as a family.  Our parents course corrected us if we strayed from this path.  Since they are no longer with us, we have taken up the mantle and we continue to do this for each other and for our children and grandchildren. This is who we are as a family unit, unified in faith, love and support for each other.

Ken was probably about 10 years old when I left home to serve in the United States Air Force.  I served in the Air Force for approximately four years; three of those years serving in Germany in the Police Department.  Ken was a teenager when I returned home from the service for a few years before I relocated to Tucson, AZ.   I worked at the Tucson International Airport for 41 years (a portion of that time serving in the Police and Traffic Dept).

The first three of us older guys did not pursue a college education.  Times were hard, so we sacrificed by getting trade jobs to assist our parents financially; thereby allowing the younger ones to pursue higher education.

I recall, when Ken was a child, he became ill and was hospitalized, which was rare back in those days.  They said that he had double pneumonia, which was very serious for a child.  Our parents prayed fervently for Ken's survival; he remained in the hospital for almost a year.  When he went into the hospital he had just started walking; when he was released Ken had to learn how to walk all over again.   It just seems as though Ken's life began as a struggle.   I believe there was a higher calling placed on Ken from childhood; because Ken survived.  This little kid who struggled to survive, eventually grew up strong enough to where he could try out for the high school football and baseball teams.   Ken was always hardworking physically and academically; he just seemed to have a natural gift and hunger deep within to succeed.  I guess he really took to heart our parents' advice to trust in God and get a good education.

I reflect back on the many Saturday and Sunday afternoons we spent playing baseball in our community on a make-shift baseball field.   We didn't have recreational league sports or boys' and girls' clubs in the rural area where we were raised.  One of our relatives gathered all of the guys in our area (mostly other cousins) to form a baseball team.  He also formed a team for the younger guy's which Ken was a part of.  Playing team sports in our community taught us discipline, teamwork, how to work as a unit for a common goal and be supportive of each other.

As a family we truly are one.  When Ken excelled, we all excelled.  We were all so very proud of Ken when he was able to reach his childhood dream of becoming a lawyer.  When Ken would visit me in Tucson, it was always a good time of fellowship.   I can truly say that I am not aware of any time that Ken would not help someone in need if it was within his power to do so.

I am asking for leniency for Ken.  Ken is a kindhearted man who always tried to help others, and he has so much more to offer the world.  I hope that you find it in your heart to show mercy on Ken.  Whatever decision is made will not only affect Ken alone; it will affect our entire family unit.   When Ken stands before you, please know that he doesn't stand alone; all of us will stand with him in prayerful hope for a favorable decision.    Thank you for receiving my letter.

Sincerely,

George R. Ravenell

# EXHIBIT 27

April 5, 2022

Hon. Liam O'Grady

United States District Judge

Subject: Character Letter on behalf of Kenneth W. Ravenell

Dear Judge O'Grady

I am Francena Ravenell Williams the daughter of the late Rev. Francis and Daisy Gillens Ravenell. Kenneth Wendell Ravenell is my brother, and I am writing this letter on his behalf. It saddens my heart to write such a letter on any of my siblings' behalf: but knowing Ken's true character, I would like to share with you the brother and friend that I know and love so very dearly.

Growing up Ken always had a passion for being a leader; once he made up his mind about something he wanted to do, he would put forth his best efforts to accomplish it. Ken enjoyed playing football at home and at school. While playing at home with his siblings, he was often the coach. This was due to his leadership skills and his desire to show others the way. Ken worked hard to make sure his team would do their best, not just to win, but also to prove to others that anything was possible.

Ken always talked about becoming a successful lawyer. He worked very hard in high school and college to make his dream come true. While I was still in high school, Ken went away to college. I got the chance to visit him at college on several occasions and on each visit, he was so excited to pursue his dream of becoming a lawyer. He talked about how he would come back home to help our community. Ken was true to his word; he came back often to speak to our youths on College and Youth Day. Ken told students that if a young man like himself, who did not grow up with much could be successful, so could they. His advice to them was to stay focus, study hard, put in the work, and never give up on their dreams. Ken also loves to spend time with his children, grandchildren, nieces, and nephews; he enjoys being in their company as much as they love being in his company.

Ken works very hard for his clients; he is often up at late hours of the night trying to make sure that they get the best defense that he can give. Ken believes in the law profession and believes that everyone is entitled to have a good lawyer fighting for them. Our parents instilled in us at an early age to do our best at whatever task we had to do. Whatever profession we chose in life, we were all to take pride in our work and put God first, and let him direct our path.

Since learning about the issues that Ken is facing, I send daily scriptures and words of encouragement to him, his wife, and children to keep them uplifted. This is a very challenging time for Ken and our entire family. To have a brother like Ken is such a

blessing, he has inspired us all to be the best we can be and know that our dreams can come true!

Our parents taught us how to pray, but also how to have faith in God and his word. For over two years now, we join in family prayer time every Monday night to pray for Ken and his family, and all parties involved. With great sacrifices, many of us attended the trial daily. It was difficult for all of us who attended; we were there because we love Ken and know how much he loves the law profession. One of Ken's greatest joys is helping people; I believe that is one of the main reasons he became a lawyer. As far back as I can remember; he always wanted to be a defense attorney. We came to support our brother Ken. I am currently enduring several health issues and was determined to be there with Ken just as he has always been there for my entire family and me.

There are so many people that Ken helped within our community. He loves our young people, not just in our family, but also at our high school and church. Ken has a strong bond with his nieces and nephews. When we get together for family gatherings, they love spending time with him and often travel to his home simply to spend time with him.

Judge Liam O'Grady, I ask you to please show grace and mercy on Ken's conviction. Ken has done good work and will continue to do good work if given the opportunity. I am asking you for leniency. Please do not incarcerate Ken. Please allow this conviction to be set aside. I pray God's blessings upon you and your family.

Thank you for reviewing and considering my request

*Francena Ravenell Williams*

Francena Ravenell Williams

# EXHIBIT 28

April 4, 2022

Honorable Liam O'Grady
United States District Judge

Dear Judge O'Grady:

My name is McKinley Ravenell.  I am the fourth child born to the late Reverend Francis and Daisy G. Ravenell.

I am writing this letter on behalf of my younger brother, Attorney Kenneth W. Ravenell for whom I thank the Lord every day for having him in my life.

As his older sibling, I have known Ken all of his life.  I have had the opportunity to watch him as he grew from an infant into an adult.    I remember when Ken was about two years old, he got sick and was hospitalized.  The doctors said that he had developed a case of double pneumonia.  Many of them gave up on him and didn't believe that he would live through it, but not my parents.  It was then that my parents paused and started praying to God.  The God we serve blessed Ken to be delivered from this illness and allowed him to grow to be the intelligent person that he is at this present time.  I remember my mother saying, often times, that when Ken was sick, she turned to God and asked the Lord to let Ken live to be an instrument to help further the kingdom of God in the lives of others. As an attorney, he has been able to do just that.

Over the years, I have watched Ken as he experienced good times as well as bad times.  I watched him as he achieved the many different goals that he set for himself knowing that only God allowed him to be as successful as he has been.

As time has passed, I have been happy to see how Ken has allowed the Lord to use him to help in the lives of others.  He truly has compassion for people and loves helping whenever he can.  He loves his profession and the family that God has blessed him with. It is for these and many other reasons that I am asking that you show leniency toward him so that he may be able to continue to help his family members as well as other individuals in need.

Thank you in advance for your consideration to this request.

Sincerely,

(Reverend Dr.) McKinley Ravenell

# EXHIBIT 29

1605 Olde Chimney Court
Raleigh, NC 27614

April 10, 2022

**Honorable Liam O'Grady**
**United States District Judge**

Subject: Character Letter on behalf of Kenneth W. Ravenell

**Dear Judge O'Grady:**

I am Cealie Ravenell-Williams, the second oldest sister of Kenneth W. Ravenell. I am four years older than Ken. We grew up in a home of eleven children with our parents, Francis and Daisy Belle Ravenell on the family farm in rural Cross, SC. Each Sunday morning, our parents held family group prayers with us all before going to church. We were taught to respect and obey our elders. We were taught to keep God first; hard work ethics; to look out for and to care for family and community; and to get a good education.

My earliest memory of Ken is that he was sickly from contracting pneumonia when he was very young.  Ken stayed in the hospital for a very long time.  Daddy used to pack us in the car to go to see Ken. We could not go inside the hospital, we waved at him from a window. After Ken returned home from the hospital, he was active and energetic. He was always eager to play with his older brothers, inquisitive, and loved to learn.

***Childhood Hopes and Dreams***
Ken always wanted to be a lawyer. Some of us changed our minds about our career choices. But not Ken. He loved to watch sports, the news, Perry Mason, Ironside, and Columbo TV shows. He used us, his siblings, in his imaginary court room where he defended his clients and cross-examined witnesses.  He wanted to help others.

Growing up with ten other siblings, Ken and I had many debates about everyday issues and home circumstances; in particular, which TV program to watch. The TV channel knob broke off, so we could not change the channels. We had to solve this problem. We found pliers wrench to fit in the knob slot to change channels. When he got the channel turner (pliers) first, then he could watch his favorite TV shows.

We had many daily chores on the family farm. Momma and Daddy made Ken and all of us work in the cotton, cucumber, corn, and peas fields to make a living. It was hard work; but we worked together.  We slept together in two rooms of a four-room house, sometimes in shifts. There was no indoor plumbing. We got water from an outdoor well and used an outhouse. The farm work made us stronger and motivated to get a good education. Against all these odds, Ken was determined to make a better life. He followed me to a small HBCU, South Carolina State College (now University) in 1977; graduated with a degree in Political Science and Pre-Law with honors; then graduated from the University of Maryland Law School.

Ken did what he said he would do. He achieved his childhood dream of becoming a lawyer through hard work and perseverance to help others. Ken achieved great heights in the law profession with grit, integrity, and the highest ethical standards. He honored Momma and Daddy with great respect. He exhibits their sayings to us about hard work: "any job worth doing, is worth doing well" (unknown author). He excelled in his educational and work endeavors. Our family is proud of his achievements, but more importantly, we are proud of the Man he is.

As my siblings and I left home and moved to various states, our parents kept the family together by hosting holidays, summer gatherings, and drop-ins throughout the year at our family home. When I moved to New Jersey in 1984, Ken and his family's home in Baltimore, MD became my stop over point as I traveled via car back and forth from South Carolina to New Jersey. Ken and his family visited me in New Jersey and in North Carolina on several occasions.

### Tennis Sport
Ken and I share a passion for tennis. We watched Bjorn Borg on TV at Wimbledon in the mid 1970's. Later, both of us learned to play the game.  My husband Derrick and I played with Ken and his children when we visited our parents in SC and when they visited us in NC. Ken was injured in our first match in SC; then he beefed up his serve and tried again in our next match in NC. He had us on the ropes with his fast serve; however, he injured his knee this time. Derrick's mom patched him up with a home remedy medication.  Ken showed grit and determination to improve his game; in the same manner that he practices his profession.

### "Am I my brother's keeper?"
Ken exemplifies the *I am "my brother's keeper"* biblical phrase. When we grew up, we did not have much in the way of material things and finances, but we knew the value of hard work. Ken worked for a large company as a campus representative at SC State while pursuing his bachelor's degree.  He used his earnings to help support himself and our sister Doris while at college. After he finished law school, Ken gave aid to family and community members, both financially and legally. He volunteers to give legal and educational advice. He likes to help others which is evidenced by his many years in the legal profession. He also provided financial support to our parents.

### Giving Back to Community
In 2004, Ken established the **Reverend Francis and Daisy Ravenell Educational Scholarship** for students who are a member of our home church, Unity Missionary Baptist.

### Ken, A Family Man
During Thanksgiving, Christmas, and Summers, Ken and his family packed up a van with overtop racks to travel back and forth to visit our family home in Cross. Ken remembers where he comes from. He visits during good and bad times. Even with his busy work schedule, he showed up at the bedside of our parents during their illnesses. Over the years and even during these difficult times, he attends family graduations, weddings, and celebrations. As soon as he arrives in Cross, he fits right back in with the local dialect. Ken is a very caring brother and a kind person. He is mild mannered; thoughtful; slow to anger; and

always ready to lend a helping hand to find solutions to problems. He takes care of his immediate and extended families.

Ken is a hard worker with integrity and high ethical standards. Our parents taught us these values. Our mother was a very positive and confident person. She was our first and best teacher.  She taught us how to work on the farm and to play sports in the backyard. She competed against us. She taught us to keep God first; to work hard; to help others; to look out for each other; and to persevere even when things aren't going well.  She was one of the hardest workers that I have ever known. Our father was a minister; peaceful and kindhearted; and a very giving person to all in the community.  Our mother always compared Ken to our father, even up to three days before she passed away in 2017, as Ken was at her bedside. Ken's character reflects our parents' values and teachings.

My statements above reflect who Ken is to those who know him the best; the Ken I know.  The legal troubles that Ken is facing is very difficult for our family. I reside in Raleigh, NC, however, I attended almost every day of the trial. I believe in God and know that through Him all things are possible. Judge O'Grady, I pray that you show favor and mercy to my brother Ken. I ask you to set aside the conviction. If not, please show leniency to Ken by giving him a suspended sentence without incarceration. Ken is a role model to many in our home high schools and churches. Please allow him to continue to inspire others and to do good productive work in the community. Our community need good role models.  I am convinced that Ken will once again rise to the challenge to make his community a better place.

Thank you for considering my request.

Sincerely,

*Cealie M. Ravenell-Williams*

Cealie M. Ravenell-Williams

# EXHIBIT 30

April 10, 2022

Hon. Liam O'Grady
United States District Judge

Subject:  Character Letter on Behalf of Kenneth W. Ravenell

Dear Judge O'Grady:

My name is Rainey Ravenell. I am Kenneth W. Ravenell's youngest sister. Ken is the eighth and I am the eleventh out of twelve children.  I am writing you this letter on behalf of my brother, Kenneth W. Ravenell.  We came from a small town, so our school was very small. Ken was a senior in high school while I was in 7th grade, at that time Ken was my oldest sibling at our school.  I was so proud to be able to ride the school bus and be at the same school with Ken and my other siblings.

The teachers and students always talked about Ken and how smart he was and that he was going to be successful in life.

Since my older siblings had already grown up into adulthood, Ken was my go-to sibling at home. Ken gave a lot of his time to assist with homework along with teaching us how to play sports (baseball, football, etc.), whenever we had spare time once our chores were done. I could talk to Ken about anything; he was not judgmental. Ken always made me feel comfortable whenever I needed to talk with him.

I still reside in our hometown living on the land next door to our family home where we grew up. Even though Ken made his home in Maryland, he would return home for vacation and family events while our parents were still living, and he has continued this practice to this present time.

I also still attend our home church where we grew up.  I work with the Youth Department at our Church and even though Ken is always busy with his job, he took the time out to come speak to our youth for Black History Month.

After graduating from high school, Ken attended South Carolina State College (presently known as South Carolina State University).  Once I graduated from high school, I also attended South Carolina State University and pursed a Degree in Counselor Education.  I have been working for the South Carolina Department and Disability/Coastal Center for 29 years.  I am a Qualified Intellectual Disability Professional, where I serve adults with disabilities.  Our parents taught us good work ethics and the importance of serving others.  Ken and I along with others in the family

took this guidance to heart. Ken played a great part in the lives of my children while they were growing up and into their adult lives. My children have always looked up to Ken as a role model and he has always set great examples for them to follow.

Judge O'Grady, I am asking you to show mercy and leniency Ken. Please set aside the conviction so that he can continue to use his skills to help others.

Thank you so much for taking time out of your busy schedule to read this letter.


Sincerely,

Rainey Ravenell

# EXHIBIT 31

Christia Ravenell
575 12th Road S, Apt. 211
Arlington, VA 22202

April 15, 2022

The Honorable Liam O'Grady
United States District Court Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Your Honor:

My name is Christia Ravenell. I am employed as Corporate Counsel at Amazon. Kenneth Ravenell is my father. I am writing to support my father and provide information about his character for use in consideration of his sentencing.

I would not be the person I am if not for my father. I would assuredly not be the attorney that I am. I followed my father from the kitchen table to the office to the courtroom throughout primary school, asking him incessant questions about the law. At his encouragement, I attended Towson Public Policy High School, saturating myself in law and public policy classes, mock trial, and internships at a local law firm and the Baltimore City Circuit Court. My father came to speak to my class about the legal field and was in the front row of the gallery during my mock trial competitions. When I decided to pursue a career in law, he was my most prominent advocate, giving me tips on the LSAT, taking me on visits to law schools, reviewing my essays, and sending me care packages while I studied for the bar. He was adamant that I did not work during my undergraduate, graduate, and law school matriculation and supported me financially while I pursued higher education. When I graduated from law school, the connections I'd made in high school helped secure my clerkship. He has always expected excellence but has fostered the space to achieve it. His children are all productive, successful members of the community, and it is only possible due to his influence.

I thought there would be no prouder moment than watching my father spar with the Supreme Court justices in Maryland v. Blake but having the honor to start a firm with him is one of my most significant accomplishments. I marveled at his mastery of the law, memorizing case numbers and statutes. His work ethic pushed me to be a better attorney. Ask the hard questions, represent your client empathetically and zealously and wake up earlier and go to bed later than any counterparty. Working for him, I found him to be meticulous, hardworking, and unswervingly moral. His mentorship and our pro bono work together have shaped my desire to provide opportunities for others to enter the legal field and continue advocating for those in the community unable to secure representation. Working in the legal field, both with him and afterward, I have been privileged to hear how highly others speak of him, and his reputation is unfailingly impeccable. When hearing my last name, there was an expectation that I would be both intelligent and

The Honorable Liam O'Grady
March 15, 2022
Page 2

diligent. My leaving Ravenell Law was facilitated because he selflessly valued my growth as an attorney and wanted me to pursue additional skills that would lead to openings like my current role.

As cliché as it may sound, my father is one of my best friends. If I were to have children, I could only aspire to have such a close relationship. He never fails to tell me and those he meets how proud he is of me and my career. He is often the first to hear big news and has never missed an event. I still go to him for advice, both professionally and personally. He is constantly busy, but my childhood and adulthood are filled with his presence. Tennis and horseback riding lessons, church visits, baseball and basketball games, family vacations, dinners, homework reviews, movies, and concerts all include him. And that level of love and support is reflected in all of the relationships around him. His spouse, children, grandchildren, siblings, nieces and nephews, extended family, friends, and parents before their passing all receive that level of dedication.

I am proud to call Kenneth W. Ravenell, Sr. my father, and wholeheartedly offer my support throughout this process. I implore the Court to consider the information provided above. It is my fervent hope and prayer that you will set aside this conviction; if not, I pray you will not incarcerate my dad as he is a good man. Thank you to the Court for its indulgence.

Sincerely,

Christia Ravenell

# EXHIBIT 32

**April 11, 2022**


THE HONORABLE LIAM O' GRADY

UNITED STATES DISTRICT COURT JUDGE
ALBERT V. BRYAN U.S. COURT HOUSE
401 COURTHOUSE SQUARE
ALEXANDRIA, VA 22314

My name is Erica Jones, and I am the eldest daughter of Kenneth Ravenell. I have worked in higher education for more than a decade in both the public and private sectors. Recently, I have retired myself from higher education to focus on and homeschool my 7-year-old son. I am submitting this letter for careful consideration of my father, Ken Ravenell's, character as you make your decision in his upcoming sentencing.

Although I am not Ken's biological daughter, he is the only father I've known for most of my life. My dad came into my life when I was elementary school aged.  He married my mother who had two children from a previous marriage--me and my younger sister, Dana. From the very beginning, my father took great care in building a relationship with my sister and me. He spent time with us, and he loved us as his own. To fully express his love for us, after marrying our mother, my dad adopted us. This act not only expressed his commitment to taking over the responsibility of being our father, but it also showed his willingness and devotion to investing in our lives in a deep and meaningful way for the long haul.

Because of my father, I have exceeded the potential I ever thought possible for myself as a child. He set the bar for excellence in every way. He pushed my sister and me to be the best we could be no matter the endeavor.  Education and the pursuit of excellence was the standard in our household, and honesty, integrity and justice were valued and demonstrated. When we were younger, there were many occasions when my dad took us to court with him when he worked for the Baltimore City State's Attorney's Office, and so much of what I saw gave me an appreciation for our legal system and for the valuable work my father did. We were encouraged as children to stand up for what was right and to get involved if we believed in a cause. The

lessons I received as a child have carried over into my adulthood and have made me the person I am today.

On a more personal level, my father has always been there for me. He taught me how to ride a bike, and he was there to walk me down the aisle when I married. He has been present for the birth of my children, and he's a great grandfather. He's attentive and loving, and he has talked and guided me through so many major life decisions. His advice is sound and always steeped in love. No matter how busy my dad was in his career, he has always placed his family first. He has been there for his immediate as well as extended family, and he is generous with his time, love, and resources.

I humbly ask that you please take into consideration what I have shared about my father's character. He has done so much good not only in his career but as a father, grandfather, father-in-law, and son. My father loves the law, and he has always impressed upon his children that justice always prevails. I am hopeful that it will continue as it relates to his conviction.

SINCERELY,

ERICA DANIELLE JONES

2210 Snydersburg Road, Westminster, MD 21157

# EXHIBIT 33

Dana Ravenell Cheeks
10002 OakGlen Road
Randallstown, MD. 21133

April 12, 2022

The Honorable Liam O'Grady
United States District Court Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Your Honor:

My name is Dana Ravenell Cheeks, and I am the middle daughter of Kenneth W. Ravenell. I am currently employed as a Treatment Coordinator at a surgical dental office and as a real estate agent. I obtained my real estate license in 2015. I am writing to support my father and provide information regarding his character for consideration as you make a decision regarding sentencing.

My father has always been something of a superhero to me. I'm sure that's partly because of the way our relationship began. For most people, their father doesn't choose them. Luckily enough for me, my dad picked my sister and me. I was only a year old when my parents met, so I have little to no memory of my biological father. I still remember being incredibly confused when my father, a few years later, asked if I wanted him to officially be my father. My immediate thought was – aren't you already? From the very beginning, my father went above and beyond to make sure my sister and I felt confident in the love he had for us. Adopting us was a gift he gave me that I will never be able to repay.

I would most certainly not be the person I am if not for my father. My father's tough love and unwavering support kept me focused and out of a lot of trouble growing up. I was very outspoken and a bit of a wild card in my teenage years. However, my father maintained a standard for excellence, and he accepted nothing less than my best. It created a drive and determination to succeed that I still tap into today. I am outspoken because of my dad. I am a fighter and a leader because of my dad. I have a need to win and be the best at anything I do because of my dad. Without my father's guidance and influence, I would not be the wife, sister, mother, or professional I am today.

The day my husband proposed was terrific. However, later that night, I was overwhelmed with tremendous emotion. At that moment, I realized I would have to change my last name. For some, changing their name is a rite of passage, a way to honor their husband. However, for me, it felt different; I felt sad. My last name was not inherited; it was given to me by my dad. The name Ravenell has always meant so much to me. The level of pride I feel being a Ravenell is something I can't put into words. My father's leadership in our home and his accomplishments and reputation as an attorney in our community would make anyone proud to call him Dad. Ultimately, I decided to change my middle name legally to Ravenell because I wanted my dad to know he was chosen, the same way he had chosen me so many years ago.

The Honorable Liam O'Grady
April 12, 2022
Page 2

No matter how busy my father has been throughout his career, he has always put his children first. He has always shown up for every pivotal moment in my life. He was there for the birth of my sons, walked me down the aisle, has seen every stage play, watched every tennis lesson, wiped most tears. My dad being around is a necessity. He is the best grandfather to my children and has become one of my greatest friends. He is my sounding board and my place of peace and comfort. It has been unbearable to imagine the thought of my father not being around to take part in our family's future memories.

I am humbly asking the Court to consider the information regarding my father's character during sentencing. I truly hope that justice prevails and that my father is allowed to stay at home with his family.

Thank you to the Court for its consideration.


Warmest Regards,

*Dana Ravenell Cheeks*

Dana Ravenell Cheeks

# EXHIBIT 34

April 14, 2022

Kenneth Wendell Ravenell Jr.
4650 Riverstone Drive
Apt. 301
Owings Mills, MD 21117


The Honorable Liam O'Grady
United States District Court Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314


Your Honor:

My Name is Kenneth Wendell Ravenell Jr. I am employed at OffitKurman, P.A. I am the only son of Kenneth Ravenell and have known him for my whole life of thirty years. I am writing this letter in support of my father and to offer insight on his character to be taken into consideration for his sentencing.

There is no bond as important for the formation of man's life as that of the one between Father and Son. My father is the man upon which I model my life. My whole life he has been a stalwart example of the determination and hard work required to succeed in life and reach one's aspirations. He has always pushed me to be the best he knew I could be. And not simply through the sternness of a father, but with love and support that only someone like him could offer. We bonded over sports in my youth as he always encouraged me to be active. And not once did he ever miss a game of mine. Not one baseball game, soccer game, football game, tennis match or rugby match was ever missed. I could always find him sitting and cheering in the stands or, if he could manage it, on the sidelines there to offer advice and support up close.  He taught me to never give up and to always put the work in. Even showing up to hobbies he didn't understand or engage in himself, such as video game tournaments or anime conventions, just so I would always know he was there for me.

I haven't always been as confident in myself or as successful as I am today. In my youth I was somewhat lost on the path to adulthood. And my father, in more ways than one, helped lead me back onto the path to manhood he first set me on. At the age of 21 my father reached out to me and offered me a job with his law firm. And this wasn't a simple act of nepotism to keep an eye on his son. He tossed me into the deep end of the American workforce and expected me to contribute and prosper like any other person. The work was hard and the hours often long, but I am better for it. To this day, though I no longer work with my father, I remain in the legal field doing administrative work. And through the lessons of hard work, he passed on to me I have earned the respect of any colleague who has worked with me. It was through the work in this field that I met my wife, Tiffany Ravenell. I truly owe my current life and all the happiness I have now to my father, simply because he never gave up on me.

Working in and around the legal community for nearly a decade at this point it has become all the more apparent what my father means to this community. Every law firm I have been at the lawyers know not just of him, but of the paragon of the legal community that he is. Many have even worked with him. It fills me with pride knowing that so many of his colleagues see in him what I always have. But it isn't just the legal community that sees him this way. Ever since I was a child when I have gone out with my father someone has stopped us in Baltimore to speak to him. And every time it was because of something he did for them. Not just clients, of which many think the best of him, but people in our community. Men and women of faith, people he has contributed to with his charity and friends of all walks of life have always greeted him with a smile that he returned.

I love my father and if there is anything I know, it is that he loves me. He has been a friend, a confidant, a colleague and more to me. This year me and my wife are expecting our first child, a baby girl. And while this will be a new experience, I know I am ready because I have had the perfect model of what it means to be a good father. If I can manage to be even half the father that Ken Ravenell has been to me and my sisters, I can't wait to see how amazing my daughter will grow up to be and I know my father can't wait to be there to see as well.

Thank you, Your Honor, for taking the time to read this letter. I hope it offered some illumination on the kind of character that Kenneth Ravenell, Sr. has and that it helps the court during sentencing.

Sincerely,

Kenneth Wendell Ravenell Jr.

# EXHIBIT 35

Karsyn Sullivan

15213 Jarrettsville Pike

Monkton, MD 21111

April 15, 2002

The Honorable Liam O' Grady

United States District Court Judge

Albert V. Bryan U.S. Courthouse

Alexandria, VA 22314

My name is Karsyn Sullivan. I am 19 years old, I am a second-year student at the University of Tampa, and Kenneth Ravenell is my stepfather. He has been in my life since I was four and he officially tied the knot with my mother when I was twelve. I am submitting this letter in support of Kenneth Ravenell, and to provide the judge with information about his character to take into consideration for his sentencing.

Kenneth Ravenell is one of the most selfless people I have ever met. Even though he is not my biological father, he has played the fatherly role in my life for as long as I can remember. Ever since he has been in my life, he has worked day in and day out with very little rest to make sure he could give his family a beautiful life. I have never seen someone as dedicated to his work and his family as he is. Even though he was always working, whenever I needed him, he was always there; cheering me on during my tennis matches, leaving work to bring me something I left at home, always telling me he is proud of me when I most needed to hear it. He has made me the person I am today, and I cannot thank him enough for that. I do not think there has ever been a time that I have called him and he did not answer the phone. One thing I admire most about him is how he's been able to put on a brave face throughout this whole trial. Every time I see him, he has a smile on his face and assures me that everything will be ok. I cannot imagine how hard it must be going through something like this, and even so, he continues to reassure us so that we will be ok. That's how much his family matters to him.

His kindness spreads to more than just his family. Many times, I have had friends in need of legal assistance or help pursuing a legal career, and every time, he would help them in every way he could no matter how busy he was. Everyone who meets him leaves with a smile on their face. When I get married, I pray that I meet someone who treats me the way Kenneth treats my mother. He makes it so clear that she is the center of his world and that he would do anything for her. Many of my friends were confused when they came over to visit because they were not used to seeing two people still be so in love after so much time. He showed me what love really is and what it should look like.

His legal career precedes him. Almost every time I mention his name, people know who he is. I love seeing him work because I've seen how far he's come and how much he loves what he does. Through all the difficulties that having this position has brought him, I have never seen him give up or falter. My proudest moment was seeing him speak on behalf of Korryn Gaines. With so much hatred and injustice in the world, it meant so much to me that he was doing all he could for a woman who was taken from this world so soon. He defends people who cannot defend themselves and that is what I respect most about him.

Adjusting to college has been hard for me, but never once did he give up on me. He always reminds me of how far I've come, how smart I am, and that I am not in this alone. I would not be half as far as I am without him, and I owe him so much for that. I hope you will consider all the information I have given Your Honor. Kenneth Ravenell is such a beautiful soul and I pray that you will be able to put the conviction to rest or will at least not incarcerate him. He does not deserve that. Thank you

Sincerely,

*Karsyn Sullivan*

Karsyn Sullivan

# EXHIBIT 36

April 9, 2022

Hon. Liam O'Grady

United States District Judge

Dear Judge O'Grady

My name is Alexandria Williams, the proud niece of Attorney Kenneth W. Ravenell; Uncle Ken. I am writing this character letter to shed some light on who Uncle Ken has been to me, and the instrumental role he has played in my life.

As a young girl, I had a strong desire to become a lawyer. I participated in the school debate club and always advocated for the rights of others. I always believed and still do believe that everyone deserves a fair chance. I was willing to speak on half of my peers when they found it hard to speak up for themselves. While helping others, I realized that this was exactly what Uncle Ken was doing when he defended his clients. I wanted to be like Uncle Ken, I wanted to be a lawyer.

In sharing my desires with Uncle Ken, he immediately took me under his wings. I followed in his footsteps, and also graduated from South Carolina State University. While my peers where enjoying trips during the summer months, I had the opportunity to shadow Uncle Ken at his law office and gain a better understanding on what it was really like to be a lawyer. While I thought because I was his niece, I would do very little work, I was oh so very wrong. Uncle Ken said he wanted me to be the best and was determined that I was going to leave his office wiser and smarter than when I came. He took me to court with him, allowed me to stay up long hours with him, and oh were the nights long. He introduced me to many of his colleagues; I carried his brief case to court, answered phone calls, and so much more. I began to question myself, was I good enough to be like Uncle Ken. Uncle Ken pushed me and never allowed me to give up on myself and always reminded me that yes, I was more than good enough.

After college, I would visit with Uncle Ken and help wherever I could. I immediately began my Paralegal Certification program and was very successful because of all the knowledge and training I had while working with Uncle Ken. After completing the program, I was ready to work, but I was not ready to leave South Carolina. Uncle Ken did several mock interviews with me as I prepared to apply for paralegal positions. To my surprise, but not to his, I landed my first paralegal job with only one interview. I immediately called Uncle Ken to share the news. While I was so surprised, Uncle Ken shared that he knew I was qualified for the job.

Uncle Ken has always been there for all of his family members, through good and bad times. We enjoy spending time with Uncle Ken, laughing, dancing, talking about the good times, and sometimes simply just enjoying each other's company. I am asking for leniency of behalf of my Uncle Ken so that we can continue to enjoy valuable time together and so that he can mentor other young individuals as they strive to enter into the legal profession.

Thank you and may God bless you.

Alexandria Williams

# EXHIBIT 37

Latasha R. Lee
127 Neal Blvd.
Vanceboro, NC 28586

April 10, 2022

Hon. Liam O'Grady
Unites States District Judge

Dear Judge O'Grady:

I have had the pleasure of knowing Mr. Kenneth Ravenell, or Uncle Nestea as I affectionately call him, all my life.  My uncle has always been a beacon of light in my life as he has helped me become the person I am today.  I was raised by a single mother, but as a part of my village, my uncle ensured that I never went without in any areas of my life.

Uncle Nestea made sure that I had experiences just like other children.  From summer visits to his home, Disney trips to Florida and more, I had great experiences like a child of a two-parent home would.  The trips and visits were nice, and I remember them very fondly, but what has stuck with me are the conversations we had about my future.  Each summer I was sure to expect a conversation about the importance to do well in school as it would affect my future.

Upon graduation from high school, I attended the College of Charleston and received my Bachelor of Science in Business Administration with a concentration in Marketing.  I am currently studying to obtain my Master of Business Administration and Master of Arts in Human Resources.  I currently work for the public school system as a Human Resource Specialist.  I list these accomplishments not to brag or boast, but to show the impact those conversations have had on my life.  Those conversations encouraged me to do my best, but also continue to strive.

My uncle strives to help others bring out the best in themselves and reach their full potential.  He wants everyone to succeed and ensures that you know, it's not about how you start, but about how you finish.  Your past does not dictate your future.  What you put into your life determines the outcome.  This is the encouragement we need in this world and is the encouragement that I will instill in my children, and they will instill in their children.  As per the old proverb "It takes a village", I am elated that Uncle Nestea is a part of mine.

I am therefore asking you for leniency and mercy for my Uncle Ken (Nestea).  He has helped so many people and I believe he has so much more to offer.

Sincerely,

Latasha R. Lee

# EXHIBIT 38

April 9, 2022

Hon. Liam O'Grady
United States District Judge

Subject: Character Letter on behalf of Kenneth W. Ravenell

Dear Judge O'Grady:

My name is Roneka Ravenell Price. I am Ken's eldest niece and daughter of his eldest sister. Uncle Ken has been an integral part of my life since I was a child, now more than four decades. Whether it was he and his family returning home to South Carolina for visits and holidays or getting together as a family in Maryland or other destinations, he is a constant presence in my life. Even from afar we would communicate via telephone and later via emails, texts, or calls.

I humbly ask you to show leniency toward Uncle Ken in this matter.

I have always known Uncle Ken to be a very upstanding, giving, and caring person. There are some people that rely on their reputation or their words, but Uncle Ken's actions always spoke for him. He has been very supportive of all his nieces and nephews. Being from a small rural town in South Carolina he and his siblings truly paved the way for the next generation of our family. Our grandparents instilled a foundation of faith, family, education and service. His life has truly reflected these values.

For me personally, Uncle Ken provided opportunities for exposure as I grew up a generation later in the same small rural town. He encouraged me to attend summer camps at various academic institutions and even sponsored me at some of these. As I began exploring universities for undergraduate studies, while others saw it as unattainable, he encouraged me to apply broadly. While pursuing my undergraduate degree at Duke University, I returned for my senior year and was quickly sought out by a younger student who eagerly told me about how he believed Uncle Ken saved the trajectory of his life. As it turns out, this young African American male is from Baltimore, returned home that summer and found himself in some legal trouble. He recalled how kind and down to earth Uncle Ken was. The younger student is now a physician; but on the rare occasion our paths have crossed since that time, this person always reminds me of his past situation. He told me how Uncle Ken really encouraged him to move past his prior legal incident. This was not surprising to me, there are similar stories that could be told by many.

Uncle Ken has also continued to give his time and energy to our hometown, his former academic institutions, and our home church. Whether this has been by attending career fairs, speaking at various events, mentoring youth, calling students individually to speak an encouraging word or providing opportunities for exposure to new things. In addition, I would have to say his immediate family is of utmost importance. Uncle Ken is very involved in his children's lives. I think deeply of my cousins during this most difficult time.

I have been so blessed to be able to call Uncle Ken to explain legal nomenclature as I started my medical career after completing training. As physicians we undergo a lot of medical training, but most have minimal business or legal knowledge. This is of utmost importance in navigating career paths and the business of medicine. Uncle Ken has always been a phone call away to explain the simplest of terminology and assist in any way possible.

It is my hope that I have been able to spotlight some of the things that make Uncle Ken special to me and my family but also show what an asset he is to society. The young male student who attended Duke University with me is one example of Uncle Ken's good work and impact on others. Uncle Ken has positively impacted so many, if even for short periods of interaction.  Because of the good work Uncle Ken continues to do, I humbly submit this letter and ask you to show mercy and set aside this conviction and spare him from any period of incarceration.  He really does have so much more to give to this world.

Lastly, thank you.  I thank you for your time and consideration.


Respectfully,

Roneka Ravenell Price, MD

# EXHIBIT 39

Karita Brown
Karita.E.Browm.MS@gmail.com
240-452-0725
Stuttgart, Germany

April 10, 2022

Hon. Liam O'Grady

United States District Judge

Subject: Character Letter on behalf of Kenneth W. Ravenell


Dear Judge O'Grady,

My name is Karita Brown, and I'm the eldest daughter of Mr. Ravenell's younger sister Doris Ravenell-Brown. Since he was the 8th child and my mother was the 9th, they grew up quite closely being that they were only a year apart. Once they settled down, he ended up in Maryland and my parents ended up in Northern Virginia, so I've had the benefit of growing up within a very close distance to him throughout my formative years. He is a giving and family-oriented type of person.  From showing up to my basketball games, having the family come together for dinner and swimming at his house, and just being a great uncle who balances fun with guidance.

I had the opportunity to truly get to know my uncle the summer I was in graduate school and was commuting back and forth from Fairfax, VA to Woodlawn, MD daily for my summer internship. I made it a few weeks with this routine before I called him out of the blue and asked if I could crash at his place during the week because the 3-hour daily commute was brutal.  He didn't hesitate, just said to double check with my aunt and to bring a bag.  Over the course of that summer my uncle was constantly looking for ways to introduce me to new things in the world, like the time he took the whole family to an Orioles game just because I mentioned that I had never attended an in-person game.  I still have the t-shirt from that Orioles game all these years later.

The summer I spent with my uncle turned out to be great for me beyond just significantly cutting down my commute. It gave me the opportunity to come home and ask my aunt and uncle questions about corporate life while actively engaging in my internship.  Those conversations of guidance have benefited me to this day.  That summer meant so much to me because it afforded me the opportunity to spend quality time with my extended family.  My parents and my younger sister received relocation orders to Georgia while I was in undergraduate school, so they no longer resided in the area.  I know it made my mother feel a lot better to know that I was in close contact with Uncle Kenny and the rest of my Baltimore family when she was so far away.  All of these are just examples of how my uncle has always operated with a giving heart and

has inspired me throughout my life to maintain a kind heart and keep an eye out for how I can help someone else.

The details listed above define the Uncle Kenny that I know, a deeply caring and people-oriented man, who has so much more that he can give to his community and family.  While I do reside in Germany, I was able to attend a portion of the trial while in the States on other business. It was very challenging for both myself and my family to listen, but we remain prayerful that all things are possible.

Therefore, Judge O'Grady, it is my most earnest prayer that you would see fit to grant my uncle favor and mercy and set aside the conviction.  However, if that is not possible, I do humbly request that you show leniency and grant him a suspended sentence without incarceration. I hope that you will allow him to continue to pour into the lives of those around him as he has done and continues to do for me. If I know anything about my uncle, it is that he always strives to use his story and life lessons to teach those who come after him.

Thank you for considering my request.

Respectfully,

Karita Brown

# EXHIBIT 40

April 10, 2022

Hon. Liam O'Grady
United States District Judge

Subject:  Character Letter on Behalf of Kenneth W. Ravenell

Dear Judge O'Grady:

My name is McKinley K. Ravenell, a nephew of Kenneth W. Ravenell. My dad is one of Uncle Ness's (Kenneth's) older brothers. While our family is quite large (my dad has 10 brothers and sisters), we have always been a close-knit group. As my brothers and I grew up, many of our uncles and aunts moved away to various states to begin their careers and start families of their own. Family gatherings and holidays were great because they usually gave us an opportunity to catch up with family members we hadn't seen in a while. It was always a pleasure to see Uncle Ness and his family along with our other uncles, aunts, and cousins.

Faith and trust in God, putting in hard work to achieve goals, and treating others fairly and with respect are principles that were instilled in all of us at an early age. I have seen Uncle Kenneth exhibit these characteristics through his drive to become a successful attorney and by virtue of the generosity he has shown to others. While navigating the demands on his time of balancing his career with meeting his family's needs, he still finds time to help others.

While working out of town on a case (in New York, I believe), Uncle Kenneth took the time to take a call from me. At the onset, he was unaware of the nature of the call. My wife had recently suffered a miscarriage, and we needed some legal advice. Although he was extremely busy, he took the time to listen and provided us with the contact information of a colleague that might be better suited to help us. The fact that he took the time to listen and provided us with some guidance really put my wife at ease. This is just one example that illustrates the type of person Uncle Ness is. He is kindhearted, generous, and willing to help where he can. Considering this, I ask for your leniency and that Uncle Kenneth will be spared of any period of incarceration.

Thank you for taking the time to read this letter and considering my request.

Respectfully,

McKinley K. Ravenell

McKinley K. Ravenell

# EXHIBIT 41

Montrell Lee
127 Neal Blvd.
Vanceboro, NC 28586

April 9, 2022

Hon. Liam O'Grady
United States District Judge

Dear Judge O'Grady:

I have had the pleasure of knowing Mr. Kenneth Ravenell for thirteen years. Upon meeting Mr. Ravenell, I was only a visitor as I was dating his niece at that time. While not officially in the family, Mr. Ravenell took time to mentor me as a young educator about the impact that I would have as a young black male on so many lives and to not take that for granted. In 2013, he officially became my uncle through marriage, but I can say that he treated me as a family member way before that, mentoring and advising me as a young educator.

I currently serve as the Principal of West Craven High School in Vanceboro, NC. Mr. Ravenell's discipleship of me early in my career still echoes in my ear as I lead not only students, but professionals. Creating that balance between working hard but keeping family and people first is one of the lessons that still stands out to me today. I remember the talk he gave me during a family trip in 2012. He emphasized to me, and other nephews present, the value of being men of integrity who work hard to provide for our families while still being present in the home. He mentioned how his upbringing with the values of our grandparents guides him to this day.

While serving as an Assistant Principal at West Craven High School in 2016, I began mentoring a black male student with amazing potential but little guidance, therefore leading him to often be in my office for less positive things. His ability to advocate and speak his truth was quite intriguing. I remember encouraging the young man to research future opportunities and gain a vision for what he wanted to do in life. Becoming a lawyer was one career that I thought would naturally fit his ability to advocate. In conversation with Mr. Ravenell during one of many family events, he mentioned that he would be willing to speak to the young man via phone if I ever wanted him to. While I never scheduled that call, the fact that he was willing to take time out of his busy schedule to mentor a young man that needed positive role models in his life speaks to who he is as a man and uncle.

I have witnessed Mr. Ravenell go above and beyond to support and lead his family. He exemplifies so much of what I aspire to be as a man and what I encourage so many of my students to be. His impact on my life is just one example of the impact he has had on many. I consider myself a product of grace and mercy. If it was just for my work alone, I wouldn't be where I am.

Judge O'Grady, please show grace and mercy on Uncle Ken and set aside this conviction.

Sincerely,

Montrell Lee
Nephew of Mr. Kenneth Ravenell

# EXHIBIT 42

April 7, 2022

Honorable Liam O'Grady
United States District Judge

Dear Judge O'Grady:

My name is John Ravenell, brother of Kenneth W. Ravenell. I am the seventh of twelve siblings and Ken is the eighth. Ken and I grew up together not only as brothers, but also as best friends. We did practically everything together. Although we now live in different states; I reside in Tucson, Arizona; we still try to make sure we see each other at least once a year.

We grew up as a religious, hardworking family. We lived together on a small farm in a little four room house with eleven children and our parents. We bonded as a very close family with a lot of trust and love for each other. Our father was a minister and our mother pushed us very hard on education.

Growing up, Ken and I were and still are very close. We went to church together every Sunday; worked the fields together; took care of the farm animals together; and chopped firewood together so that we could keep warm during the cold winters. We didn't have any gas or electric means for heating back then. Our parents pretty much planted and grew everything we ate. For activities, Ken and I played a lot of sports together; we were always busy doing something together.

Our paternal grandmother lived alone for years, then she became blind. Ken and I spent the night at her house every night to keep an eye on her.  We had lots of talks as the two of us walked nightly to our grandmothers' house. Early in the mornings, we would make sure our grandmother was taken care of; then walk back to our parents' house; take care of our chores around the house; all before we could go to school. Even with the many chores that we had, Ken went on to become an honor student through high school and through college.

Ken told me at an early age that he would love to become a lawyer. I am very proud to see what he has accomplished and what an outstanding man he has become. Ken has done so much to inspire everyone in our family and the community. He is such a kindhearted person; always willing to help others whenever he can.

Judge O'Grady, I am pleading with you for leniency on Ken's behalf. I ask you to set aside the conviction. Thank you for taking the time to read and consider my request in this letter.

Thanks very much,

John Ravenell

John Ravenell

# EXHIBIT 43

April 4, 2022

Hon. Liam O'Grady
United States District Judge

Subject:  Character Letter on behalf of Kenneth W. Ravenell

Dear Judge O'Grady:

My name is Sandra Ravenell the sister-in-law of Kenneth W. Ravenell.  I have been married to his brother, McKinley for the past forty eight years.  I've had the privilege of knowing Kenneth for those many years and he has always been an achiever, striving to be the best at whatever was placed before him.  Coming from a God fearing family myself I recognized that I was uniting with a family with the same values.  Kenneth's Dad was a Baptist preacher.  Both Kenneth's parents taught their children good work ethics and integrity.  Kenneth came from a loving, caring, and praying family.

I was thankful to follow Kenneth's career over the years as he was blessed to use his capability and ability to help others.  Over the years Kenneth has given me professional advice that was very beneficial and worked out on my behalf.  Kenneth has a heart for helping people.

Because of Kenneth's parents being such hard workers and making sure their children were afforded every opportunity to succeed, I was thankful to see his mother live to see Kenneth in action in the height of his career.  Because of the faith that Kenneth has, he persevered until he reached his goal of becoming the lawyer he had long dreamed of.  He has been a positive role model for our four sons as well as young people in the community and surrounding areas.

Judge O'Grady, I pray that you will find it within your heart to show mercy and leniency for Kenneth.  My prayer also is that you will spare Kenneth from any time of incarceration.  I truly believe that Kenneth would be most positively productive in serving humanity outside of incarceration.

Thank you for receiving and taking the time to read and consider my letter.

Respectfully submitted,

*Sandra Ravenell*

Sandra Ravenell

# EXHIBIT 44

April 5, 2022

Hon. Liam O'Grady
United States District Judge

Dear Judge O'Grady,

I am Gerald L. Brown; husband of Doris Ravenell-Brown for over 35 years.   Kenneth Ravenell is my Brother-in-law.

Doris and I met while I was serving in the United States Navy from which I retired with over 26 years of service.  While I was getting to know Doris, I also got to know her family.

As his brother-in-law, I have known Ken and his family for at least 35 years. He was brought up in a Christian nurturing family dedicated to serving others. With his father being a minister and his mother a Sunday School teacher/homemaker, Ken and his siblings were guided to have and maintain high integrity, love, humbleness, and a sense of honor.

What I noticed over the years about Ken is that on Sunday mornings, he would make it a priority to be in church prior to spending time working on his clients' cases.  I believe he recognizes the importance of seeking the Lord for guidance on all decisions and matters that can impact his clients and the community.

Ken has always been there for us; an example of that was in 1989 as we were returning from an overseas assignment and relocating to the Northern Virginia area.  We were planning to purchase our first home; Ken provided us with very helpful information to help us make the best decision.

Another moment that comes to mind was during my deployment to the Gulf War.  My wife Doris was about 3 months pregnant when I left Bethesda, MD on this deployment to the Gulf. Subsequently, our oldest daughter was born in DC during this time. Doris and Ken were always very close, so it gave me great comfort to know that Ken and his family were there to help Doris. When our daughter grew up, she began playing in the AAU Basketball league leading to high school and college teams and Ken was supportive of her activities. It meant a lot to us that he would take time from his busy schedule to support and encourage our daughter.

Ken is a hard-working man who does so much for his family, hometown and his community.  I ask you for leniency and mercy for Ken; please set aside this conviction.  Thank you for considering my request.

Respectfully,

*Gerald L. Brown*
Gerald L. Brown

# EXHIBIT 45

April 15, 2022

To:  The Honorable Liam O'Grady
United States District Court Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria VA 22314


From:  Yolanda Moore
2820 Stagecoach Road
Thomson GA 30824


Honorable Liam O'Grady,


   My name is Yolanda Moore and I am a self employed Handyman in
Thomson Georgia.  I am related to Kenneth Ravenell by marriage. I first
met Ken in 2006 on a visit to Baltimore Maryland to visit my Aunt Kaye.  He
was the same then as he is today, Charismatic, Kind, Positive, Grounded,
Generous, Full of Life, A hard worker, Family oriented, Dedicated, and
Brilliant just to name a few of Ken's many great qualities.  I am petitioning
Your Honor to consider the words of Ken's loved ones as you make your
ruling.  We have been devastated individually and collectively by these
investigations and accusations which have no substantiating merit.  Please
forgive any bias you presume we may communicate but take into account
the consistent thread of redeeming characteristics that will be evident.

   Ken is the kind of person who will go the distance no matter what that
requires.  He works tirelessly but always makes time for family.  He always
includes me and my daughters whenever there is a family function or
holiday.  He gives of himself and asks nothing in return.  Ken is very close

to his siblings and they were raised to support one another in Love and that is rare today. They all maintained a presence during the trial and I am sure you witnessed for yourself. I came up for trial but was denied entry because I am not vaccinated. My aunt Kaye and I are very close and I wanted to lend my support. Because of this closeness I have come to know Ken very well. Probably more than my other family who live in Arkansas and parts of Oklahoma. We all look up to Uncle Ken because he is a successful professional and he is so much like us. He comes from humble beginnings and he doesn't look down on others. He inspires us all and we are better because he came into our family. He has exposed us to new experiences and made us very proud to call him family.

While in Arkansas for Thanksgiving a few years back my Grandmother suddenly passed away. One day we were having Thanksgiving Turkey with all the trimmings and the next day we were all grieving as we began planning a funeral. Unfortunately there was family drama and we had no place to gather after the funeral. Somehow on such short notice Ken was able to book the most spacious and accommodating venue overlooking the Mississippi river that evening. He stepped up to the plate, took leadership and provided us with some much needed family time. As we were eating and fellowshiping, fireworks brilliantly thundered through the night sky. The view was magnificent from the 12 foot floor to ceiling wall of windows on the top floor of the Peabody Hotel. One of the displays

Was a heart. Another firework was a smiley face. The oohs and ahhs resounding over and over in the room that night were of sadness and awe, childlike wonder and a sense that our Mother, Grandmother and Matriarch was smiling down with love. And a sense of peace and gratitude settled over the room. Those moments would have never happened had it not been for Ken. We all joked to Ken, "Hey did you do the fireworks too?" His generosity and heart created a special moment for me that is monumental.

Ken does things like that for others and it's just who he is.  He doesn't need any special accolades or any prompting.  It's refreshing to know someone who has their priorities in order.   Someone who is real and does the right things at the right time for the right reasons.  Ken became a Lawyer because of Thurgood Marshall.  He was inspired to fight the good fight and to be exceptional despite the conditions of the Civil Rights Movement he witnessed being raised in the South.  Ken's ambitions, preparation and impeccable career put him on the right side of the Law.  I pray that your Wisdom and discernment have been equitably sharpened.  Thank you Your Honor for giving me this opportunity to be heard.


Yolanda Moore

# EXHIBIT 46

April 14, 2022

The Honorable
Liam O'Grady
U.S. District Ct. Judge
Albert V. Bryan
U.S. Courthouse Square
Alexandria, VA 22314

My name is Patricia Gordon. I am
a Sister-in-Law of Kenneth Ravenell.
I am a caregiver for senior citizens.
I live in Little Rock Ar. I met
Ken when he started dating my sister,
Kaye around twenty years ago. She
is now his wife.

I am submitting this in support of
Ken. He is intelligent, kind considerate
helpful + caring. He's always there
to help with anything you need. He's
helped me financially a couple of times
when I fell behind on bills.

Ken believes in family + doing whatever

is needed to help. Friends are
like family to him, also. He's always
willing to help.

Pat Gordon

# EXHIBIT 47

Mrs. Karen Ashton-Sterling
4227 Herrera Court
Randallstown, MD  21133

April 12, 2022

The Honorable Liam O'Grady
United States District Court Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA  22314

Your Honor,

My name is Karen Ashton-Sterling, I worked as a licensed Respiratory Therapist for 20 years in Baltimore City and County.   I currently work as a Senior Sales Specialist for Amgen Pharmaceutical Company, and I am writing this letter on behalf of Kenneth Ravenell.

I have known Ken personally for over 14 years.  Ken is a wonderful friend who is more than a friend, he is the brother I never had.  My brother died when I was very young, and I did not have a familial bother until I met Ken.  Ken displays his kindness in not what he says but in what he does for family and friends alike.  Always quick to listen, offering advise, and support he has helped me and my family with several stressful situations where the outcome could have been devastating.  One example is my eldest son who when a teenager was arrested due to stealing video games from the store he worked at part-time.  My husband and I contacted Ken right away to find out what to do.  Ken represented our son at the hearing and presented information to the court that enabled the charges to be lowered to a misdemeanor with probation and restitution.  Our son was able to go on and apply to college with no record and successfully finished school with two degrees and never doing anything else against the law again.  Because of that experience, and the investment Ken took to ensure that my son had a chance to take responsibility for his actions, and that a record of wrongdoing did not have to deter him from having attended college, our son is now a working responsible adult who is thinking of going back to school to study law to help others who have made mistakes as a youth.

Ken has a strong moral character due to what I believe is because of his Christian upbringing and large family.  Family means everything to Ken as displayed by his involvement with his adult children and grandchildren.  His beautiful wife Kaye is the apple of his eye and his rock.  Ken is a faithful husband who does everything he can to be the moral compass for his family.

Believing that everyone has a right to competent and fair representation Ken has helped to guide and mentor African American young men who have made mistakes which has landed

some in prison.  He has represented many of these young men pro bono.  Ken has represented those without a voice, the families of those who often don't have the means to pay but are seeking justice for themselves or their loved ones. Ken has worked with several organizations in his church and in the community.  He has worked with the International Dyslexia Association (IDA) for many years by giving his time and talent to those less fortunate, believing that by doing so the community at large will be better when everyone has a fair chance to succeed.


Ken is a kind, respectful, loving, smart, and talented man, who despite the violation of the law which he has been convicted of, is one of the most decent human beings I have been blessed with having in my life.  I cannot image any scenario where Ken would risk the love and respect of his family, friends, or God for self-gain.   Ken has so much love and respect for the law, he has worked hard to represent his clients with the very best he has to offer.  Kens reputation in the community is as a fighter for justice, respected and fair.  For all these reasons I'm asking your Honor for leniency.



Respectively Submitted,

Karen Ashton-Sterling

Non-Amgen

# EXHIBIT 48

April 12, 2022


Honorable Liam O'Grady
United States District Judge


Dear Judge O'Grady:

Thank you, your honor, for allowing me this opportunity to write on behalf of Mr. Kenneth Ravenell's character.

My name is Rev. Shirley Ann Spann, a minister of the gospel and technical documentation professional, who resides in Ashburn, Virginia. I am a native of Cross, South Carolina, where I have known Mr. Ravenell, who is also from the small town. I have been a classmate of Mr. Ravenell throughout his early school years as we attended the same elementary, middle, and high schools, graduating from Cross High School in 1977. Throughout my years of knowing Mr. Ravenell, I often recall how he dreamed of becoming a lawyer.  Over those years as our teachers would ask about our future goals, classmates would often change their minds about future pursuits (if known at all); however, Mr. Ravenell never flinched in his desire. He wanted to become a lawyer and emphasized it every time he was asked about future aspirations.

Becoming a lawyer was a big deal other classmates thought because we all came from such humble beginnings. In fact, with Mr. Ravenell and so many of his classmates coming from the small farming region of Cross, it was not surprising for some to wonder, "Can anything good come out of Cross?" Well, Mr. Ravenell is a great product of that small, rural city, who makes us all so very proud as we witnessed him being such a great example of what believing in oneself can help you accomplish.

However, there was no reason to doubt Mr. Ravenell's ability to achieve his goal of becoming a lawyer if he continued to apply himself as he demonstrated in his school works. Mr. Ravenell displayed such high intelligence and sharpness as a very well-liked student with admirable upbringing. Therefore, it was not surprising to anyone that he earned his selection of Class Valedictorian as we graduated in 1977. He went on to study at South Carolina State University in Orangeburg, South Carolina, and so did I.

I observed and watched Mr. Ravenell from afar and observed him as he joined the Kappa Alpha Psi fraternity in college. We both went on to graduate from South Carolina State University in 1981, moving forward in different directions. After graduating cum laude, Mr. Ravenell went on to pursue a law degree to prepare himself for his ultimate career goal of becoming a lawyer. However, because I believed Mr. Ravenell's attitude, character, and intelligence would open many doors for him and that "something good can come out of Cross," I awaited to learn of his career achievements.

I was able to follow Mr. Ravenell's career path from afar via his sister, Mrs. Doris Ravenell-Brown. His sister and I are very good friends and once attended the same church in Herndon,

Virginia. I often commented to her on just how intelligent her entire family is then would ask about Mr. Ravenell's career. I can't begin to describe the joy and pride I felt after learning that Mr. Ravenell was named Super Lawyer of Maryland. I was very happy to share the article with family and friends. The article about a native of Cross, South Carolina, was such an inspiration to so many who aspire to achieve their dreams, demonstrating that you can achieve your goals and make a difference in the lives of others, despite how one's unpromising socioeconomic background may be in the beginning.

Mr. Ravenell's life is inspirational in other ways as he has not forgotten people and the institution that helped nurture and shape his mind for future success. Mr. Ravenell was the honored speaker for his achievements during the Founder's Day program at his alma mater, S.C. State University, in 2014. Mr. Ravenell acknowledged the role the historical black college played in his life. He made a donation to the university and wanted it to continue to provide higher educational opportunities to African-American students.

As Mr. Ravenell's career demonstrates and as he has also argued a case before the highest court in the nation, the United States Supreme Court, one can answer, "Yes, good people and things can come out of small, rural areas, where the socioeconomic backgrounds of its residents can seem unpromising. Mr. Ravenell is a shining example of hard work, compassion, and determination of how one can overcome odds and achieve his or her goal in life to make a difference in the lives of others, despite where one begins, despite how humble those beginnings are. Mr. Ravenell's accomplishments attest to this fact as he always mentions being the son of a sharecropper. Our beginnings are what they are, but one can change the trajectory of his or her path through hard work. This is what Mr. Ravenell's life exemplifies and inspires others to climb upward to help make a difference in the lives of others as he has been doing throughout his successful career.

Therefore, Judge O'Grady, I submit this character letter to you on behalf of Mr. Kenneth Ravenell, who is such a great inspiration to so many for the excellent work he has accomplished in and out of the court rooms. I ask you to please show mercy to Mr. Ravenell and set aside the conviction. Once again, thank you for this opportunity to write on behalf of Mr. Ravenell's character.

Respectfully submitted,

Rev. Shirley A. Spann

# EXHIBIT 49

April 14, 2022

Patricia Trikeriotis
14901A Dunstan Lane
Monkton, MD 21111

The Honorable Liam O'Grady
United States District Court Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge O'Grady:

I am Patricia Trikeriotis, and I have been employed with the Circuit Court for Baltimore City for over 30 years, and I am currently the Chief of Court Reporting Services. I have known Ken in a professional capacity for that entire time and on a more personal level for the past 17 years since he became involved with and then married to one of my best friends, Kaye Ravenell. I am writing in support of Ken. As you have the very difficult job of sentencing him, I hope and pray that you will take into consideration the positive impact he has had on the community with his life dedicated to the law and defending others, as well as his love for family and friends.

Over the past couple of years while this matter was pending, you can only imagine the whispers and comments I heard at the courthouse. It was extremely disheartening to see that people are so quick to condemn someone they held in the highest regard merely based on newspaper articles, gossip, etc. Quite frankly, I defended Ken's character at every opportunity, and I continue to do so today even after his conviction. Kenneth Ravenell is generous with his time and heart and has the utmost respect for the law. In fact, he has spent the majority of his life dedicated to the law, whether that be crafting legal arguments, researching applicable case law, or zealously representing his clients.

I personally know several people that Ken represented pro bono because he wanted to help a family friend in need or just someone wrongly accused. No matter the circumstances of his representation, Ken spends countless hours prepping his cases, and then fights tooth and nail to protect his client's rights in court. As a court reporter, it was a love-hate feeling to see him walk into the courtroom. It would be extremely interesting to hear his legal arguments, but I knew it would be a long day because he would not give up until he made his point. More often than not, his hard work paid off with a motion granted, an acquittal, or a judgment in his client's favor.

Ken's reputation in the community is just as esteemed as his reputation in the legal world. He is a family man with great faith and extremely generous to those in need. He seems to have a passion for helping young people, often taking them under his wing and supporting their dreams for future careers. I witnessed this on countless occasions, including with my own sons. He has been a role model for many,

and it breaks my heart to think that could lose his freedom and what a devastating impact that would have on so many.

I still believe in Ken and his character. I know he is personally devastated, and I believe he is still in shock that the law he has spent his life upholding, defending, and loving has forsaken him.  I know that he has been convicted, but I hope that you will grant the motion for new trial, or at the very least allow him to remain free so he can prepare for his appeal.  If you feel you must pass sentence, I beg of you to take into consideration all that Ken has done in his life to help others, and I know the world is a better place with him in it.  What a waste of a brilliant mind and kind soul it would be if Ken were to be incarcerated for even a minute.

Respectfully,

Patricia Trikeriotis

# EXHIBIT 50

April 14, 2022

From: Jeremy and Nicole Smith
        3130 Freestone Court
        Abingdon, Maryland 21009

To:  The Honorable Liam O'Grady
        United States District Court Judge
        Albert V. Bryan U.S. Courthouse
        401 Courthouse Square
        Alexandria, VA 22314

Dear Judge O'Grady,

We are writing to you in reference to Kenneth Ravenell,
a friend of ours for over 15 years.  I, Nicole, have been
a verbatim court transcriber for 12 years, as well as
raising two children. My husband, Jeremy, is the Acting
Director of Administration for the Harford County Health
Department.

We met Ken through his wife, Kaye.  Over the last 15
years, we have spent a considerable amount of time with
Ken getting together for meals, family game nights,
birthday celebrations, many holidays, and yearly
vacations.  We consider him a close and valued friend.

We are writing to you to express our support for Ken. He
has had such a positive influence in our children's
lives.  We have a daughter who is 23 and in graduate
school, and a 17 year old son in high school.  He just
has a way of making people, especially our children, feel
important.  He takes time to ask them questions,
encouraging them in whatever they're undertaking at the
time, and laughs with them.  He remembers what they have
said in the past, making them feel heard.

We have also been able to witness what type of person he
is with his own children, his step-daughter, his wife,
her family and, of course, our family.  His love for his
family and friends is obvious if you spend any time with
him.

Several years ago there was a situation in which we
needed a lawyer.  We reached out to Ken, and he
immediately, and without hesitation, offered his services
pro bono.  We are so grateful for his help in that
matter.

1

We know he has an incredible reputation within the legal community.  He's a well-respected member of the Maryland Bar, and practices law throughout the nation, and he works tirelessly to represent his clients.

My plea to you is that you will find it in your heart to show mercy to Ken and allow him remain free while he works on his appeal.  And if you find it necessary to impose a sentence, I hope it will not involve a period of incarceration.

Thank you for taking the time to read this letter.

Respectfully,

Jeremy and Nicole Smith

# EXHIBIT 51



April 20, 2022

The Honorable Liam O'Grady
United States District Court Judge
Albert V. Bryan U.S. Courthouse
401 Courthouse Square
Alexandria, VA 22314

Dear Judge O'Grady:

My name is Sheridan Todd Yeary, and I serve as senior pastor of the Douglas Memorial Community Church of Baltimore, Maryland. I am also a practicing attorney in Maryland, as well as chief executive officer of the Rainbow PUSH Coalition (the international civil/human rights organization founded by Rev. Jesse Jackson). I write to offer this letter of support for Kenneth Ravenell.

Your Honor, my frame of reference in supporting Ken comes by way of both working with him to achieve justice for the vulnerable, as well as observing him in the practice of law advocating for those he represents. Ken is not only a superior attorney, but also a very candid, down-to-earth man. He is very transparent and authentic in his interactions, both personally and professionally. I have had the recent occasion of working closely with Ken in getting justice for Kodi Gaines, a now-ten-year-old boy who lost his mother in a tragic death by police officers in 2016. While the recent focus on police-involved deaths has become more widespread, Ken's advocacy on behalf of young Kodi at that time was a new benchmark for high-quality legal representation for persons impacted by police violence. Unlike some who appear to have used these tragedies to advance their own self-interest, Ken has never lost sight of his obligation and personal commitment to giving the best of who he is as a legal professional and community servant on behalf of his client/s.

As a pastor, I have had the opportunity to spend some time just talking with Ken. Even throughout his own trial, Ken has remained committed to his deep sense of faith, spirituality, and purpose. Ken is a devoted family man, a loyal friend, and a stalwart member of the Baltimore community writ large. The kids in the neighborhood would simply call Ken, "a good dude."

As a relatively new member of the bar (I went to law school in response to what I call a mid-life crisis), Ken has always modeled the type of professionalism and advocacy that many lawyers strive for. His respect for the law is evident in the way he studies the law, by the way he prepares himself and presents himself in legal proceedings, and how he always respects the process even if he doesn't agree with the outcome. Ken demonstrates a maturity about life and the law that is a model for many people he has touched, including me.

Your Honor, the reason for my letter is to provide some context to the man who will stand before you for sentencing. This is the part of the process where the wisdom and authority of the Court meets out the punishment it deems proper. But I appeal to the Court's purview to grant mercy. As a matter of fact, we both operate in the realm of appealing for mercy – I, on behalf of my congregants; Your Honor, in consideration of those who stand for judgment. Ken Ravenell is the kind of man for whom merciful disposition is/was intended. His life's story – his body of work – is the best mitigation for the Court to consider in passing judgment. As we find ourselves having recently observed the high seasons of Lent and Passover, I pray that the Court will do what the scriptures command of us – "do justice, love mercy, and walk humbly before our God."

I pray for Your Honor's wisdom, compassion, and mercy.

Respectfully,

Rev. Dr. S. Todd Yeary, Esq
Senior Pastor

# EXHIBIT 52

SCHULMAN, HERSHFIELD & GILDEN, P.A.

ATTORNEYS AT LAW

ONE EAST PRATT STREET

SUITE 904

BALTIMORE, MARYLAND 21202

(410) 332-0850

(410) 659-0111

FAX (410) 332-0866

January 5, 2022

The Honorable Joseph M. Getty
Chief Judge, Court of Appeals of Maryland
  and the Associate Judges of the Court of Appeals
Robert C. Murphy Courts of Appeal Bldg.
361 Rowe Blvd.
Annapolis, MD 21401

**Received**

JAN 14 2022

Suzanne C. Johnson, Clerk
Court of Appeals
of Maryland

**Received**

JAN 14 2022

Suzanne C. Johnson, Clerk
Court of Appeals
of Maryland

Re:   Kenneth W. Ravenell, Esquire

Dear Judge Getty and Associate Judges:

I have been informed that the Court of Appeals is reviewing the possible disbarment of attorney, Kenneth W. Ravenell, Esquire, as a result of a finding of guilt regarding one count of money laundering. Mr. Ravenell was acquitted of all other charges, has not yet been sentenced and his appellate rights are far from exhausted.

By way of background, I am a former United States Department of Justice, Organized Crime and Racketeering lawyer and a former Assistant United States Attorney for the District of Maryland. Prior to the prosecution of Mr. Ravenell and his co-defendants, I was always proud of the work that the Office of the United States Attorney for the District of Maryland performed. Over the last year, it was obvious that the Office of Maryland's United States Attorney has lost its way. The Indictment that was returned against well-regarded members of the Maryland and Federal Bar was designed to create a chilling impact on the Criminal Defense Bar. Not only was Mr. Ravenell one of the most successful Assistant States Attorneys in Maryland, but he was also considered one of the best defense lawyers in Maryland. One of the acquitted co-defendants of Mr. Ravenell, Joshua R. Treem, was also a former Assistant United States Attorney as well as an attorney with the United States Department of Justice, Civil Rights Division. Mr. Treem had universally been considered by lawyers and judges throughout the State and Federal District of Maryland, as a first-class and highly respected lawyer, with great integrity. Respectfully, the degree to which the U.S. Attorney's Office overreached in this case is simply wrong and lacked an obvious respect for the Maryland Defense Bar and the rule of law.

Mr. Ravenell was a member of Schulman, Hershfield & Gilden, P.A. for almost 20 years from 1988 until 2007. He was an outstanding partner, always conducting himself with great honesty and integrity. We would not hesitate to allow Ken to rejoin the firm if the opportunity arose.

The prosecution was clearly flawed and amounted to what I would describe as prosecutorial misconduct. The appeal issues are abundant, including the illegal recording of a defense lawyer's interview of the Government's main witness, the failure of the Judge to provide a proper instruction to the Jury regarding the applicable statute of limitations and the giving of a willful blindness instruction, when no evidence existed that would necessitate the giving of such an instruction.

In conclusion, I respectfully request that Mr. Ravenell be allowed to continue to practice law until either the charges are ultimately dismissed, or the Federal Appellate Courts uphold what I can only describe as a clearly defective verdict.

Very truly yours,

Robert B. Schulman

2

# EXHIBIT 53



BGR | BROWNE GEORGE ROSS
O'BRIEN ANNAGUEY & ELLIS LLP

801 S. Figueroa Street, Suite 2000
Los Angeles, CA 90017
www.bgrfirm.com

Milin Chun
323.918.1923
mchun@bgrfirm.com

January 5, 2022

Court of Appeals of Maryland
361 Rowe Blvd.
Annapolis, MD 21401

Re:   Kenneth W. Ravenell

Dear Court of Appeals of Maryland:

My name is Milin Chun, and I am writing this letter in strong support of Kenneth W. Ravenell.

I met Ken in July 2008 when following my graduation from the University of Maryland School of Law in 2007 and my clerkship with the Honorable Gale E. Rasin in the Circuit Court for Baltimore City, I began working as an associate at Murphy Falcon and Murphy. I worked exclusively with Ken on his cases until 2014. Ken not only has a brilliant legal mind, he works harder than anyone I know, and he is incredibly ethical. To this day, I carry with me the mantra that if we get outworked by the opponent, we are doing something wrong.

Through all the years I have known him, Ken has been an incredible mentor and friend. It was Ken who I turned to for advice and guidance when I argued my first case in the Court of Appeals for the Ninth Circuit. And when I tried my first federal case, it was the skills and lessons I learned from Ken that helped me diligently represent my client. I will be forever grateful to Ken for making me the attorney I am today.

Having worked closely alongside Ken from 2008 to 2014, the government's allegations and the testimony elicited by the government during the trial are beyond far from my own experiences and observations. During the entire period of time I worked with Ken, we ethically and judiciously represented our clients. As Ken taught me early on, our job as criminal defense attorneys is to ensure that the government does not infringe upon the rights of its people, and we worked diligently to protect our clients' rights. At no time did I ever think that any of the actions we took were in any way prohibited. As evidenced by the jury's decision to acquit on almost all counts, the government's attempt to assign nefarious intent to traditional and determined lawyering was absurd.

While the jury may have returned a verdict of guilty on one count, Ken's fight is far from over. Based on numerous improper evidentiary rulings, including the introduction of evidence obtained through illegal means, and improper jury instructions that undoubtedly influenced the

Browne George Ross
O'Brien Annaguey & Ellis LLP

January 5, 2022
Page 2

jury's verdict, it is clear that there are numerous meritorious issues warranting a reversal on appeal.

While I understand that a conviction can result in a suspension of one's license, given the strength of his appeal and his contributions to society and his clients, Ken should be permitted to continue to practice law as he continues to litigate his case through the proper judicial channels.

Very truly yours,

Milin Chun

mc:MC

# EXHIBIT 54

**CARDIN & GITOMER, P.A.**

ATTORNEYS AT LAW

309 ALLEGENY AVENUE

TOWSON, MARYLAND 21204

HOWARD L. CARDIN
JAMES J. GITOMER*
*ADMITTED IN MD AND NV

―――――

JAN H.K. CARDIN
OF COUNSEL

January 12, 2022

AREA CODE 410
727-3868
FAX 783-0572

Joseph M. Getty, Chief Judge
Court of Appeals of Maryland
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401

RE: Kenneth Ravenell

Dear Chief Judge Getty:

As a former State's Attorney (Baltimore City), Assistant State's Attorney, and having practiced predominately criminal defense for the last fifty plus years, I am anxious to communicate with you with regard to Kenneth Ravenell, Esquire. I followed the prosecution of this case and frankly I was horrified at the way the United States Attorney's Office sought to destroy aggressive defense counsel. I take pride in the fact that I believe that defense counsel should and must be aggressive in their representation of clients. The not guilty verdicts rendered by the jury support that proposition. I believe that the prosecution was unfair and as frequently happens jurors may compromise their beliefs in order to reach unanimity.

Kenneth Ravenell, I believe, was a victim of such compromise. Having known Mr. Ravenell for more than twenty years, I believe that I am in a position to describe his character and integrity: Kenneth Ravenell is one of the finest, most capable, and prepared litigators that I have had the opportunity to see. In fact, Mr. Ravenell and I represented co-defendants before the Honorable Robert Bell (late Chief Judge of the Court of Appeals of Maryland) when he sat on the Circuit Court for Baltimore City. Judge Bell congratulated counsel on their presentation of the defendants particularly in the demeanor and candor displayed. In my opinion, Kenneth Ravenell represents the qualities for which we as attorneys strive: honesty, integrity, intelligence, preparedness, friendly, and guided by a strong belief in justice for all.

It is for these reasons that I urge the Court to allow Kenneth Ravenell to continue to serve our community and to provide his leadership and advice to those of us who rely upon him. Kenneth Ravenell is certainly not a danger to the public or for that matter to anyone; in fact, he is a positive asset to all who come in contact with him. As indicated, I followed the prosecution of this case and I will continue to follow it through the appellate process. There are numerous meritorious issues to be raised; which when resolved, I believe, will result in clearing the good name of Kenneth Ravenell.

I appreciate the opportunity of presenting my portrait of Kenneth Ravenell. I thank you for your consideration of this matter.

Respectfully submitted,

Howard L. Cardin

HLC/tdm

# EXHIBIT 55

# SILVERMAN THOMPSON

## Silverman Thompson Slutkin White

### ATTORNEYS AT LAW

*A Limited Liability Company*
201 N. Charles Street
26th Floor
Baltimore, Maryland 21201
Telephone 410-385-2225
Facsimile 410-547-2432
silvermanthompson.com

*Baltimore | Towson | New York | Washington, DC*

Writer's Direct Contact:

Steven Silverman
410-385-2226
ssilverman@silvermanthompson.com

January 6, 2022

Hon. Joseph M. Getty, Chief Judge
Maryland Court of Appeals
Robert C. Murphy Court of Appeals Building
361 Rowe Boulevard
Annapolis, MD 21401

RE:   *Kenneth W. Ravenell, Esq.*

Dear Chief Judge Getty:

I am writing to support Ken Ravenell's request to maintain his Maryland bar license pending an appeal of a recent conviction in the United States District Court for the District of Maryland.

I served as an Assistant United States Attorney in the District of Maryland for almost ten years before starting my own law practice in 2000. I first met Ken Ravenell in early 1992 when he represented a client I was prosecuting in the federal court. My impression of Ken was made quickly and it has stayed the same for the past almost thirty years – Ken Ravenell is one of the most talented and most prepared courtroom lawyers I have ever seen. He fought hard for his clients but he never crossed a line or acted unethically.

When I was thinking of leaving the United States Attorney's office, Ken spent hours talking with me about starting a practice and he encouraged and advised me all along the way. We have since worked together on numerous cases representing co-defendants in state and federal investigations and prosecutions. He has always maintained the highest degree of integrity. His character is beyond reproach.

While I did not attend the trial and do not know all of the facts in the case, I am familiar with the matter and believe that there are several significant and meritorious appellate issues even despite Mr. Ravenell's acquittal on all but one count in the multi-count Indictment.

I respectfully request that this Court allow Mr. Ravenell to continue what has been an incredible and stellar career of competent service to his clients while the post-trial and appellate processes in his case are proceeding.

Respectfully submitted,

Andrew C. White

# EXHIBIT 56

**J. DARRELL PETERSON, ESQUIRE**
**4815 COYLE ROAD, UNIT 204**
**OWINGS MILLS, MARYLAND 21117**
**443-955-4002**

January 7, 2022

Honorable Joseph M. Getty, Chief Judge
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, MD 21401

Honorable Robert N. McDonald
County Courts Building
401 Bosley Avenue
Towson, MD 21204

Honorable Shirley M. Watts
111 North Calvert Street
Baltimore, MD 21202

Honorable Michele D. Hotten
P. O. Box 209
Upper Marlboro, MD 20773-0209

Honorable Brynja M. Booth
503 Cynwood Avenue
Suite 2, Second Floor
Easton, MD 21601

Honorable Jonathan Biran
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, MD 21401

Honorable Steven B. Gould
50 Maryland Ave.
Room 3020
Rockville, MD 20850

Re:     Kenneth W. Ravenell, Esquire

Dear Judge Getty, Judge McDonald, Judge Watts, Jude Hotten, Judge Booth, Judge Biran and Judge Gould:

I write in order to give the court a sense of the person that is Kenneth Ravenell ("Kenny"). As you deliberate whether or not to suspend Mr. Ravenell's license to practice law in the State of Maryland, I think it important to have a sense of the person, both as a person and as an attorney.

I'll begin with a bit of background about myself. I am, and have been for the majority of the last 37 years, an attorney practicing in Maryland and Washington, D.C. I have also worked in operations at a former Fortune 500 company. Throughout my professional career, I have always resided in Maryland.

Kenny and I were members of the class of 1984 of what is now known as University of Maryland Francis King Carey School of Law ("Maryland Law"). Kenny and I met during the first week of school and have been best friends ever since. Thus, I have known Kenny, better than most, for more than 40 years.

During law school it became clear to me and others who knew him that for Kenny, the practice of law was not going to be just a means of making a good living. Rather, Kenny exhibited

Maryland Court of Appeals
January 7, 2022
Page 2

a true love for the law.  In fact, his nickname among his friends was, "Kenny, I love the law, Ravenell".  A sobriquet that he readily embraced.

As we transitioned from law students to practicing attorneys, Kenny's love of the law was apparent in the intense preparation and zealous advocacy he brought to his practice first as an Assistant State's Attorney for Baltimore City, and later as a criminal defense attorney.  Kenny has maintained his passion for the law throughout his career.

Over the past 40 years, Kenny and I have maintained a very close personal relationship.  We've shared family milestones and personal triumphs, on the one hand, and supported each other in times of personal setbacks and loss, on the other.  Over the course of these many years, I have always known Kenny to be a man of integrity – honest and forthright.  Moreover, he is one of the most loyal friends a person could have.  In short, he's just a good person.

In light of Kenny's love and respect for the law, and his character as an honest and forthright person, I can say, without any hesitation, Kenny would never commit a crime in order to benefit a client or himself.  It strains credulity to believe that Kenny would risk the thing he loves more than anything, save his family, to further the goals of a client.

Based on my limited knowledge of the case, there appear to be several meritorious issues to be pursued on appeal.  Additionally, given Kenny's long and untarnished membership in the bar (until now), and the nature of the charge on which he was convicted, I submit that permitting him to continue to practice until the case is final presents no danger to the public.  In light of the foregoing, I strongly urge this Honorable Court to permit Kenneth Ravenell to continue to practice law in the State of Maryland until the ultimate disposition of his case.

Sincerely,

J. Darrell Peterson

# EXHIBIT 57

January 11, 2022

Court of Appeals of Maryland

361 Rowe Boulevard

Annapolis, MD  21401


I write in reference to Kenneth Ravenell.  I have known Ken for more than 10 years.  I first met Ken when I was an AUSA in the District of Maryland. As an esteemed criminal defense attorney, Ken was known for his intellect, extraordinary talent as a trial lawyer, and as someone who believed deeply in the criminal justice system.   I got to know Ken more personally after I left the U.S. Attorney's Office and became a defense attorney myself.  I worked closely with Ken on 2 matters, one of which was relevant to this prosecution.  At all times working with Ken, I found him to be a tireless and zealous advocate for his clients, a talented trial lawyer, and someone who cared deeply about his work, reputation and clients.   The prosecution of him, Joshua Treem, and Sean Gordon was both shocking and disheartening to not only me, but to many of our colleagues who know them.

I understand that an appeal is expected and I write to express my confidence that Ken is not a threat to the public or his clients should he be permitted to practice law while he appeals the case.  I believe that has been proven not only by his reputation and good standing for over 30 years, but also by his good work and continued professionalism during the pendency of this enduring and difficult prosecution.

Thank you for your consideration.


Sincerely,

Ty Kelly

tykelly@bakerdonelson.com

# EXHIBIT 58

# THE LAW OFFICE OF J. WYNDAL GORDON, P.A.
## ATTORNEY AT LAW
20 South Charles Street, Suite 400 Baltimore, Maryland 21201
Main Office: (410) 332-4121 Facsimile: (410) 347-3144
JWGORDON@GORDONATLAW.COM


January 12, 2022


Chief Judge Joseph M. Getty
Maryland Court of Appeals
361 Rowe Boulevard
Annapolis, Maryland 21401

RE:   *AGC v. Kenneth Ravenell*, MISC. Docket AG No.53
       Request to Stay Disciplinary Action Against Kenneth Ravenell

Dear Chief Judge:

I've known Kenneth Ravenell for over two decades as a lawyer in the State of Maryland. He has always been someone I looked up to in the profession throughout my 26 year career and nothing has changed. I had the opportunity to work with him in a wrongful death case from 2016 - 2021, involving a deadly police involved shooting that left a 23 year old mother of two slain in front of her five-year-old son who was shot and injured by the same officer. See Korryn Gaines, et al., v. Royce Ruby, et al.   This was a very complex case that involved 1000s of hours of litigation and tens of hours of actual trial work in the courtroom. It was during this case that I really got to know Mr. Ravenell. He was a "work-horse". I can remember so many late night and early morning conversations discussing case law, strategies, theories, and perfecting our arguments. There was never a time when he did not take my call, and they would come in around the clock during the most ungodly hours. Moreover, there never was a time where I did not take his call either. We have seen the best and the worst of our justice system while working on that case, and we're still out here fighting for justice for the five-year-old child.

Kenneth Ravenell has always been an honest person with integrity who not only believed in the Rule of law, but lived by it.  Yes, I am aware of the allegations against him, yes, I am aware that he was found guilty of at least one charge. However, that does not change my opinion of him. It does, however, change my opinion of whether he could truly receive justice in our imperfect justice system, --a system that we bravely go to battle for and against every day of our professional lives (even if we're just thinking about it) to ensure our constitutional rights, guarantees, and values remain honored and protected. We do not win every time, but we fight like hell every time. That's what I admire most about Ravenell, he is a fighter who gives 100% every time. He is a defender, and a lover of the law --a modern day super hero if you will.

THE LAW OFFICE OF J. WYNDAL GORDON, P.A.

I am saying all of these things to say that the removal of Kenneth Ravenell from the practice of law will be a tragic blow to the Maryland legal community and to all who believe in justice and civil rights. Therefore, I am requesting that this Court stay any action against Ravenell's license until the appellate criminal proceedings against him have been completely exhausted. Knowing a little about his case, and studying some of the arguments advanced during the trial and predicted to be made on appeal, Ravenell has expressed some serious concerns, and has advanced some extremely meritorious and highly persuasive arguments that greatly impact the duties and responsibilities of all lawyers who practice in the field of criminal law. Ravenll deserves a chance to have his appellate issues determined by the appellate courts before any detrimental action is taken against his license. After over 40+ years of continuous and uninterrupted years in the practice of law and an illustrious career that has even led him to argue before the U.S. Supreme Court (a feat, by today's standards, not many lawyers or judges achieve during their lifetime), in fairness, that should be the least our courts should do.

Respectfully,

J. Wyndal Gordon, Esq.
St. Bar. No.: 9506210156
Fed. Bar No.: MD23572

# EXHIBIT 59

Antone G Black, Sr.
17999 Old Morgnec Road
Chestertown, MD 21620

January 22, 2022

Dear Sir or Madame:

We are writing this letter as clients and character witnesses for Attorney Kenneth Ravenell who is appearing before your court due to his recent conviction of conspiracy to commit money laundering.

Our family retained Mr. Ravenell a little more than a year ago to pursue a lawsuit against the police officers who callously murdered our son/brother/loved one, Anton Black, on September 15, 2018 (*Anton Black v. Officer Thomas Weber*, Case No. 1:20-cv-03644-CCB). We have had the pleasure of meeting with Mr. Ravenell in person and talking with him by phone or Zoom many times during his representation of us in the case, and are hopeful that this letter will be considered by the Court upon rendering your decision regarding his law license.

Mr. Ravenell is an excellent attorney. He is intelligent, knowledgeable, kind, attentive, and professional. At no time has Mr. Ravenell misrepresented himself to our family. We were aware of his personal legal battle prior to retaining his services, and do not regret our decision to do so. We are extremely satisfied with his professionalism, and we have no reason to doubt his ability to continue to represent our family. We feel that losing Mr. Ravenell's representation at this point in our legal battle against the defendants will be detrimental to our effort to seek justice for Anton.

Please accept our sincere thanks for your time and consideration.

Sincerely,

Antone G Black, Sr.
*On behalf of the Black Family*

# EXHIBIT 60

Jason Downs
Jason.g.downs@gmail.com
(202) 591-6921

January 6, 2022

Court of Appeals of Maryland
Robert C. Murphy Courts of Appeals Building
361 Rowe Boulevard
Annapolis, MD 21401

**RE:   Kenneth Ravenell**

Your Honor:

It is with profound sadness for the future of the criminal defense practice that I write this letter in support of Kenneth Ravenell.

I met Mr. Ravenell in March 2015. I was an associate at Murphy, Falcon, & Murphy. Mr. Ravenell was running his own firm at the time although we were mutually handling a case. To my surprise, Mr. Ravenell called my desk at approximately 8:00 p.m. I was surprised because I expected associates to work long hours; I did not expect a nationally renowned senior partner to be working late in the evening. He was still in his office and he gave me a research assignment surrounding civil forfeiture. He told me he would be working by 4:00 a.m. the following morning and would appreciate my preliminary analysis. His explanation of the assignment was crystal clear, enabling me to quickly find supporting caselaw. That was the first time I had seen, first-hand, Mr. Ravenell's incessive intellect and extraordinary work ethic. But it was not the last. Since then, I have had the privilege of co-counseling a complex jury trial with him. In that case, he spent countless hours with the client building a relationship of trust. More specifically, he patiently explained discovery, extensive motions practice, and nuanced trial strategy over the course of an incessant number of client meetings. Since then, I have endeavored to incorporate various aspects of Mr. Ravenell's practice into my own. Specifically, after working with Mr. Ravenell, I began waking up at 4:30 a.m., carefully explaining assignments to newer attorneys, and building deeper client relationships. Fortunately, my practice has blossomed tremendously after incorporating the habits I learned from Mr. Ravenell. Indeed, I have managed a large government agency with hundreds of lawyers (including dozens of prosecutors). Now, I co-lead a practice group at a national law firm. In no small way, I have learned from Mr. Ravenell's meticulous preparation, client-centered approach, and dogged work-ethic.

Mr. Ravenell's prosecution, to-be-appealed single conviction and six acquittals (to say nothing of the outright acquittals of both co-defendants) epitomize fundamental unfairness. The source of the prosecution stems from a drug trafficker that incredibly – and contrary to prosecutors – claimed that Mr. Ravenell made more money from marijuana than the admitted trafficker. The lack of corroboration for the trafficker's claims squarely indicates this case rests solely on his word. It is dangerously irresponsible for the federal government to indictment an attorney based solely on the word of a former client. Frankly, such an indictment is inequitable to Mr. Ravenell

as it would be to any attorney. The fact that Mr. Ravenell has earned the highest respect of his peers sadly compounds the unfairness. Additionally, this prosecution chills the desire of many attorneys to build trusting relationships with clients. Without trusting relationships, criminal defense attorneys will be less effective in their counsel and advocacy. In a very tangible way, this prosecution presents a direct afront to the Sixth Amendment right to counsel. Significantly, this prosecution is unfair to future criminal defendants that will have a more difficult time building trusting relationships with their defense attorneys.

Fundamental fairness dictates that Mr. Ravenell be allowed to continue practicing law while the litigation proceeds. Notably, the jury soundly rejected the overwhelming majority of the trafficker's testimony and acquitted Mr. Ravenell of six of the seven counts. These acquittals, combined with Mr. Ravenell's stellar track record since a search warrant was executed at his former firm in 2014, inform my belief that he is not a danger to public while the litigation moves forward. As a practical matter, if Mr. Ravenell were a danger, we would know based on his behavior since the 2014 warrant was executed. Quite the contrary: his unimpeachable practice since 2014 shows that he should be allowed to continue practicing until the case is final.

It would compound the unfairness of this prosecution if Mr. Ravenell were precluded from practicing law while this litigation proceeds. Not only would it be unfair to Mr. Ravenell, it would send a chilling message to the criminal defense bar that their livelihoods could be at stake based solely on the uncorroborated word of a former client before litigation is finalized in the face of six related acquittals. I implore this Court to allow the process to finalize prior to determining the appropriate course of action.

Please do not hesitate to reach out to me with follow up questions or concerns.

Sincerely,

Jason Downs
(202) 591-6921

# EXHIBIT 61

A. DWIGHT PETTIT †
LATOYA A. FRANCIS-WILLIAMS †
OF COUNSEL

† ADMITTED IN MD, DC, NE
‡ ADMITTED IN MD

LAW OFFICES OF
## A. DWIGHT PETTIT, P.A.
3606 LIBERTY HEIGHTS AVENUE • BALTIMORE, MD 21215
(410) 542-5400                FAX (410) 664-7520
TOLL FREE: 1 (888) 649-1631
www.adwightpettitlaw.com
wwww.adwightpettit.com



January 8, 2022

Maryland Court of Appeals
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard, 4th Floor
Annapolis, MD 21401

**Re: Kenneth Ravenell**

To Whom It May Concern:

Understanding that there are not enough accolades to properly capture the integrity, the inspiration, the role model that is Kenneth Ravenell, I humbly submit this short letter of impeccable character on his behalf. He is my friend and colleague.

I first met and have grown to know Mr. Ravenell in a professional and personal capacity when I served as President of the Black Law Students Association (BLSA) at the University of Baltimore School of Law. Mr. Ravenell was always gracious to lend his time and knowledge to the minority law students eager to learn about the practical aspects of the practice of law and understanding what it means to practice with integrity. From planning and promoting student-run lectures, study groups and speaking engagements for practitioners, Mr. Ravenell's role with BLSA was integral to the mentorship of myself and other members who would aspire to move on and emulate him in their respective practices. Since, I have been blessed to grow and learn from him as a solo practitioner in both areas of criminal defense and civil rights litigation. Master the stage where you are, is what he frequently advised me as a young practitioner. Now, ten years into my own career this mantra lives with every criminal case and every new police brutality victim client I choose to take on. The pride and excellence poured into my own practice I owe in great part to the mentorship, continued guidance and example of Mr. Ravenell.

In my opinion Mr. Ravenell's continued contributions to our legal community are too great to be stifled. As demonstrated pre-trial, he is not a danger to the public if he is permitted to continue practicing law until his case is final.

Finally, it would be very remiss of me if I did not express my heartfelt opinion that the prosecution of Mr. Ravenell was malicious. No more than an effort to criminalize innocuous and innocent role of an effective defense attorney. The government's public pronouncements (both

1.08.2022

pre-trial and post-trial) begs the question of when, not if, Mr. Ravenell will be exonerated.  From what I know of the case, there are numerous meritorious issues ripe for appeal.

Respectfully,

Latoya A. Francis-Williams

# EXHIBIT 62

# JacksonLewis

**Jackson Lewis P.C.**
2800 Quarry Lake Drive, Suite 200
Baltimore, Maryland  21209
(410) 415-2000
(410) 415-2001 Fax
jacksonlewis.com

My Direct Dial is: 410-415-2007
My Email Address is: Donald.English@JACKSONLEWIS.COM

January 5, 2022

**VIA EMAIL**
Court of Appeals of Maryland
361 Rowe Boulevard
Annapolis, Maryland  21401

Re:   Kenneth Wendell Ravenell

Dear Court of Appeals:

I am the Litigation Manager for the Baltimore office of Jackson Lewis.  I write this letter to convey my strongest support for Ken Ravenell to maintain his license to practice law until the final disposition of his criminal case.  I have known Mr. Ravenell for the majority of my 22-year legal career.  I have had the opportunity to observe Mr. Ravenell in multiple roles, including as a mentor, advocate, adversary and counsel.  Based on my experience with Mr. Ravenell, he is the epitome of integrity, ethics and legal excellence.

Mr. Ravenell has been a mentor to me for most of my legal career.  Simply put, he is the best trial lawyer that I know because he is exceptional at all phases of litigation.  Mr. Ravenell is skilled at legal writing, strategy, discovery, motions practice, trial and appeals.  What makes Mr. Ravenell different is that he is always willing to mentor and help other lawyers with their practices.  There have been many times throughout my career that I have asked Mr. Ravenell for his guidance on legal and career questions, and he has always made time for me despite his very busy schedule.  Having an elite trial attorney like Mr. Ravenell as a resource throughout my career has been instrumental to my success.

Mr. Ravenell has also been an advocate of mine over the years.  Mr. Ravenell has referred clients to me and has supported me in my career aspirations.  As a black attorney, it is more difficult to find advocates/sponsors to help you navigate the relatively small Baltimore legal community.  Mr. Ravenell recognizes that challenge and has always been willing to serve as an advocate and supporter of other black attorneys.  Many of us went from being an outsider to being an insider because of Mr. Ravenell's support.

I have also had the experience of litigating against Mr. Ravenell.  Obviously, Mr. Ravenell exhibited exceptional skill as an adversary, but I was most impressed with his

collegiality, professionalism and humility. I learned a great deal from watching Mr. Ravenell as an adversary in terms of his professionalism and cooperation with opposing counsel.

Lastly, Mr. Ravenell served as my counsel in connection with my lawsuit against my former firm, Miles & Stockbridge. Candidly, Mr. Ravenell was not my first choice because his focus is not on employment litigation. However, virtually no attorney was willing to represent me against the largest law firm in Maryland. Mr. Ravenell also had reservations about the professional impact that suing the firm would have on him, but he agreed to represent me because he said it was the right thing to do. Mr. Ravenell secured a significant verdict on my behalf in that case. We need more advocates like Mr. Ravenell who have the courage to zealously represent their clients regardless of any personal interest.

Further, I was able to observe Mr. Ravenell during my case, and with every decision and at every juncture, Mr. Ravenell held himself to a higher standard than the Maryland Rules. Doing what is right when you don't have to is the definition of integrity. My direct experience with Mr. Ravenell is that he is the epitome of integrity.

With that in mind, I am troubled by the verdict in Mr. Ravenell's case. I did not attend the trial and do not have extensive knowledge about the evidence in the case; however, Mr. Ravenell was acquitted on all charges against him except for one. The jury acquitted the co-defendants on all charges. Clearly, there were significant flaws with the Government's case against Mr. Ravenell, including the fact that the bulk of the charges turned on the testimony of a disgruntled former client of Mr. Ravenell. Practitioners across Maryland and the nation are horrified that Mr. Ravenell's freedom and right to practice law hinge on the testimony of a disgruntled former client.

My understanding is that there are meaningful issues for appeal. Under these unique circumstances, it would be prudent for this Court not to suspend Mr. Ravenell's license to practice law while the appeal is pending. Mr. Ravenell is a senior attorney with very few years left to practice law and to suspend his license for the duration of any appeal would harm him irreparably. If he is suspended while the appeal is pending and he ultimately wins an appeal, the lifting of the suspension at that stage will be useless. In that scenario, Mr. Ravenell would have lost the last few years of his incredibly important practice.

Mr. Ravenell's practice has had a particular impact on the black community. Mr. Ravenell has successfully obtained justice and equity for countless individuals in the black community when other attorneys have refused to represent them. In these times, the Maryland black community cannot lose an advocate like Mr. Ravenell. Mr. Ravenell would not be a danger to the public if his license was not suspended pending the appeal; however, it would be a travesty to the public if it were deprived of Mr. Ravenell's legal services if/when he succeeds on his appeal. Mr. Ravenell has already paid a hefty price in connection with the conviction and will pay an even heftier price if the conviction is sustained. However, it would harm not only to Mr. Ravenell but the legal community if Mr. Ravenell's license were suspended and if he were to prevail on his appeal. I urge you not to suspend his license.

January 5, 2022
Page 3

Please contact me` if you have any questions.

Very truly yours,
JACKSON LEWIS P.C.

Donald E. English, Jr.

4884-2125-5688, v. 1

# EXHIBIT 63

 **SHAPIRO SHER**

**Paul Mark Sandler**
P 410.385.4272
pms@shapirosher.com

250 West Pratt Street
Suite 2000
Baltimore, Maryland 21201

P 410.385.0202
F 410.539.7611

shapirosher.com

January 10, 2022

To the Court of Appeals of Maryland
Re: Character Reference
  For Kenneth Ravenell, ESQ.

I have known Ken Ravenell for twenty years as friend, colleague and as his lawyer.

I have had the privilege of working with Ken during this time on various cases and in The American College of Trial Lawyers, of which we both are members. I have always been impressed with Ken's views signifying his high regard for excellence and in particular his high regard for ethical conduct, professionalism, and civility.

I have worked with Ken on a number of cases, starting with a case in 2002 where we jointly tried a murder case before a jury in Charles County, Maryland. It was during this trial that I first observed Ken's impeccable skill as advocate, his professionalism, and his adherence to a high standard of ethics.

Later Ken asked me to represent him in a matter concerning a disagreement over legal fees that Ken's former firm claimed it was due from him after he left the firm. Ken disputed the claim but worked to resolve it amicably. Ken abiding by proper ethical conduct took the initiative of placing all of the disputed fee in an escrow account pending the conclusion of the matter, notwithstanding his claim that the fees were his- and so it ended with Ken receiving his entitlement. This is the Ken Ravenell I have known and witnessed over the last twenty years.

 I urge the court not to suspend his license to practice law pending the conclusion of all the proceedings relating to his case, including his appeal.

Respectfully yours,

Paul Mark Sandler

Paul Mark Sandler

# EXHIBIT 64

McGuireWoods LLP
500 East Pratt Street
Suite 1000
Baltimore MD 21202
Phone: 410.659.4400
Fax: 410.659.4599
www.mcguirewoods.com

Alan Cason
Direct: 410.659.4433

# McGUIREWOODS

acason@mcguirewoods.com
Fax: 410.659.4481

January 6, 2022

Court of Appeals of Maryland
361 Rowe Boulevard
Annapolis, Maryland 21401

Re: Kenneth W. Ravenell

Ladies and Gentlemen:

I am writing on behalf of myself and as a member of the Executive Committee of McGuireWoods LLP in support of Kenneth Ravenell. I have known Mr. Ravenell for more than 30 years, dating back to when our paths crossed at the University of Maryland Carey School of Law. We have remained friends and followed each other's careers since our law school days. Notwithstanding the seemingly unprecedented prosecution by the U.S. Attorney's office, I can report to you that there is no lawyer who I think more highly of in his areas of expertise. I have always viewed Mr. Ravenell as a shining example of professionalism and a man of integrity. For these reasons and respectfully, I would urge you to consider allowing Mr. Ravenell to continue to have the privilege of practicing law in the State of Maryland during the time that his case is pending through appeals in the federal courts. He certainly poses no threat or danger to the citizens of Maryland and should be permitted to continue to practice and zealously represent his clients as he always has (and is ethically required to do).

Thank you for your anticipated consideration.

Sincerely,

*Alan C. Cason*

Alan C. Cason

Atlanta | Austin | Baltimore | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville | London | Los Angeles - Century City
Los Angeles - Downtown | New York | Norfolk | Pittsburgh | Raleigh | Richmond | San Francisco | Tysons | Washington, D.C.

# EXHIBIT 65

LAW OFFICES

**KRAMON & GRAHAM, P. A.**

ONE SOUTH STREET

SUITE 2600

BALTIMORE, MARYLAND 21202-3201

DAVID B. IRWIN
DIRECT DIAL
(410) 347-7402

TELEPHONE: (410) 752-6030

FACSIMILE: (410) 539-1269

www.kramonandgraham.com

E-MAIL
dirwin@kg-law.com
DIRECT FACSIMILE
(667) 677-9601

January 6, 2022

Re:   Kenneth W. Ravenell

To Whom It May Concern:

This letter is written in support of Kenneth Ravenell, who has been my personal and professional friend and colleague for over twenty-five years.

I have been a practicing attorney in Maryland for over forty-five years and consider Ken to be one of the most hard working, intelligent and honorable professionals with whom I have had the pleasure to work.  He has always been a person of high moral character and honesty.  He is respected by his many fellow defense lawyer colleagues.

As to the facts of his recent criminal trial, having followed the case in general, I believe that there are meritorious issues for his appeal.  It would be a terrible injustice to his clients to prevent his continuing the practice of law pending the final outcome of his case.

If I may be of any further assistance please do not hesitate to contact me.

Very truly yours,

*David B. Irwin*

David B. Irwin

# EXHIBIT 66

David E. Ralph
10700 Chapeldale Road
Holbrook, MD 21133
(443) 253-7206

January 6, 2022

To the Honorable Judges of the
Maryland Court of Appeals

Re:   Character Reference for Kenneth W. Ravenell

Your Honors:

I am a practicing attorney in Maryland with nearly 30 years of experience before this and other courts in this district.  I was the former Acting City Solicitor for Baltimore City and currently serve as the General Counsel for Baltimore Gas and Electric Company.  In addition, I serve, or have served, on a number of public boards and commissions, such as the State Board of Law Examiners, the Federal Bar Association Board of Governors, and the Trial Courts Judicial Nominating Commission for the 14th Commission District.  I first worked directly with Mr. Ravenell when I served as Chairman of our district's Judicial Nominating Commission.  Ken, who had already been appointed to the Commission, continued to serve during my tenure as Commission Chair.  In addition, Ken has served as opposing counsel in several litigation matters that I have handled over the years.

During my eight years with Ken on the Commission and our numerous opposing matters together throughout the years, I found Ken to be an extremely hardworking, competent, and well-prepared attorney.  The purpose of the Judicial Nominating Commission is to evaluate applicants for judicial appointment, and  Ken's careful and candid considerations based upon his years of experience with members of the legal community were extremely important to our deliberations and determinations. I personally came to respect and depend upon Ken's thoughtful analysis. I found that he understood and displayed a profound appreciation for the importance of our commission work and the confidences that must be maintained.   It appeared obvious that he put his ethical duties to the public ahead of his own personal sentiments.  I recall a specific occasion where he had the impression based upon prior matters with a particular judicial applicant, that the person was incapable of being impartial and was otherwise disconnected from the community in which that applicant would have to serve as a judge.  However, after intensely probing into these concerns with the applicant, Ken listened to the applicant's responses to his questions and those of the other commission members.  Not only did Ken change his opinion about the applicant, but Ken also explained to other commissioners why and how the applicant demonstrated that he was fit for nomination.  In other words, despite his

1

initial opinions to the contrary, he really listened to what the applicant had to say and then—rather than being an opponent, he became an advocate for the candidate. I, and other members of the Commission, have always found him to be of the utmost integrity.

Ken Ravenell is a very knowledgeable attorney, who is well regarded in our legal community. Even though he was on the opposing side of several matters, I always found him to be a "straight shooter." He is a formidable opponent, who, as anyone who has litigated against him would attest, is a zealous advocate for his clients. Notwithstanding his zealous advocacy, I have found him to be fair and honest in his dealings with my office. As a result of Ken's zealous but fair representation in past cases against my clients, I have more recently hired Ken to represent my company in some very difficult cases. Ken showed the same intelligence, preparation, and work ethic in those matters that he has always demonstrated. Never once in his representation did he ever so much as suggest anything improper or unethical.

Admittedly, I am not intimately familiar with all the evidence that was presented at trial during the case, but it is hard to imagine any non-spurious and non-discriminatory argument that Ken needs to be suspended from the practice of law because he is a danger to the public. Ken has been an attorney in good standing for some 40 years and has provided competent representation throughout his career to countless clients nationally. The jury acquitted him of aggressive racketeering and narcotics conspiracy, falsification of documents, and obstructing an official proceeding charges. The only conviction, which is likely to be appealed, appears to stem from the fact that he received cash payments from a former client, which is not uncommon in urban settings. On balance, the testimony of a convicted former client is indeed a thin reed to sustain a suspension of his license when compared to Ken's longstanding nationally renowned career. Through my many years of working with and against Ken, I have come to respect him not just as an exceptional lawyer but also as an individual. It is through our professional involvements together that I have formed the personal opinion that he is a person of integrity. Accordingly, I respectfully would ask that the court consider all of these factors and allow the appeal process to proceed without the suspension of his license.

Respectfully submitted,

David E. Ralph

2

# EXHIBIT 67



The Law Offices of
**WARREN A. BROWN**

711 St. Paul Street
Baltimore, MD 21202
Phone: 410-685-4900
Fax: 410-685-4909

January 6, 2022

Maryland Court of Appeals
361 Rowe Boulevard
Annapolis, Maryland   21401

Re:   Character Reference
      Attorney Kenneth Ravenell

To The Judges of This Honorable Court:

I have known Kenneth Ravenell for decades, mostly on a professional level save for the last 6-7 years where we shared an office.   I look at Ken as the consummate professional and a pillar of the greater legal community.   Integrity wise, I have known him to be beyond reproach.   It breaks my heart seeing him in his present predicament. To lose him from the practice of law would be a great loss.   Understand, I'm not one given to hyperbole when describing a member of this "most noble profession".   I have kept up with his trial and can say with great assurance that his appellate issues are legitimate and important to all of those in the legal profession who stand between a criminal defendant and the government.   The only count he was convicted of was facilitated by the objectionable instruction that said to the jury, the government need not prove he actually knew he was being paid with drug money but rather he should've known.   In effect, the bar was lowered.   On all the other counts that required actual knowledge he was found not guilty. To suspend his ability to practice law, which benefits our profession, his clients and his family, would be precipitous.   Judges Andre Davis and Joseph Murphy both testified to his good character and his professional services because they know Ken and believe in him, as do I and a legion of people in and out of our profession.   Please let the system finish its review of this matter before robbing him of his right and privilege to practice law.

Respectfully submitted,

WARREN A. BROWN

WAB/tm

# EXHIBIT 68

SCHULMAN, HERSHFIELD & GILDEN, P.A.

ATTORNEYS AT LAW

ONE EAST PRATT STREET

SUITE 904

BALTIMORE, MARYLAND 21202

(410) 332-0850

(410) 659-0111

FAX (410) 332-0866

January 6, 2022

Honorable Joseph M. Getty, Chief Judge
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401

     Re:   Kenneth W. Ravenell

Dear Judge Getty:

     I still remember when I first met Ken Ravenell in May 1988. I was hired between my 2nd and 3rd year of law school as a summer associate and I was being taken around the firm to be introduced to the attorneys. Ken was extraordinarily welcoming. Ken got up from behind his desk, shook my hand, and told me I had an impressive resume. Ken didn't have to be that welcoming to a law student but that is Ken Ravenell – going the extra mile to ensure that a young, scared law student would feel comfortable.

     I then had the pleasure of practicing in the same firm as Ken from 1989 to 2007. Ken was incredibly hard-working and dedicated to his client. He routinely achieved phenomenal results for his clients as one of the most skilled trial attorneys in Maryland. He also accommodated clients by meeting with them early in the morning, late at night, and on weekends. Ken always practiced with the highest ethical standards. Although my practice centered on civil litigation while Ken's practice focused on criminal matters, I was frequently told by District Court Judges, Circuit Court Judges and Administrative Law Judges that I should learn how to be an attorney by sticking close to Ken. After Ken was charged and through his trial, judges have told me that they wish Ken luck, and they can't believe that this is happening to Ken, because this is not the Ken Ravenell they know and respect.

     I was co-counsel with Ken on a few civil cases in 2015 and then in 2016, Ken was retained in the Korryn Gaines matter as counsel for the minor child, Kodi Gaines. Ken brought me in as co-counsel shortly after he was retained. The Kodi Gaines matter, with qualified immunity and other constitutional issues, was a significant gamble of time and financial resources. Despite the legal obstacles, Ken felt very strongly that Kodi Gaines, who was 5 when he was shot in the face and the arm, should have some measure of justice and some measure of compensation so that he could attempt to live a more normal life after the death of his mother. After the lawsuit was filed,

Ken took the lead on over 20 depositions. We tried the case over three weeks in the Circuit Court for Baltimore County working from 5 in the morning until 11 at night 5 days a week, and almost all day every weekend. We had no eyewitnesses to the shooing as all the testimony came from the police officer in and around Korryn Gaines' apartment. The jury deliberated approximately three hours and then awarded Kodi Gaines $32 million. The trial judge granted a JNOV and we appealed. Ken presented argument before the Court of Special Appeals and the Court of Special Appeals reversed the trial judge and reinstated the verdict. This matter is now back before the trial judge. If this matter is appealed, Ken will argue the appeal on behalf of Kodi and I believe that Kodi Gaines will be damaged if Ken isn't permitted to argue this second appeal. Any justice and compensation that Kodi Gaines, now 11, receives is directly related to the effort, skill, time, and resources of Ken Ravenell. Kodi Gaines witnessed his mother being shot, his mother die in front of him and Kodi Gaines was also shot twice by the police. He has suffered severe physical and psychological injuries. Because of Ken's focus and determination, the compensation that Kodi Gaines will receive will likely save his life as Kodi Gaines will need counseling for perhaps the rest of his life. I am sure that Kodi Gaines is not the only client Ken, through his advocacy and determination, has saved.

Ken is certainly not a danger to the public or the to to the Bar if he is allowed to continue to practice. To the contrary, if Ken is suspended because of the charges against him, I think his clients will be injured as they will be deprived of his compassion, skill, and determination. I have been in trying cases throughout Maryland for over 32 years. I can say without reservation that the Bar needs honorable, hard-working, truthful and honest attorneys like Ken Ravenell.

Sincerely,

Leslie D. Hershfield

2

# EXHIBIT 69



**Rosenberg
Martin
Greenberg** LLP

**Gerard P. Martin**
**25 South Charles Street, 21ˢᵗ Floor**
**Baltimore, Maryland 21201**
**P: (410) 727-6600/F: (410) 727-1115**
gmartin@rosenbergmartin.com

January 6, 2022

Court of Appeals of Maryland
361 Rowe Blvd.
Annapolis, MD 21401

     Re: Kenneth Ravenell

To Whom it May Concern:

     I understand the issue of whether Mr. Ravenell should be permitted to continue the practice of law while his recent conviction in United States District Court is being appealed is currently before this court. I write to comment on the character of Mr. Ravenell and express my hope that this court will allow him to remain as a practicing attorney pending the outcome of that appeal.

     I have known him since the earliest days of his private practice. I represented individuals whose cases were entwined with clients of Mr. Ravenell. I believe that he is one of the most talented and diligent lawyers I have known in my 50 years of practice. Make no mistake about it, Mr. Ravenell is up there with the very best litigators in our midst. He is extremely smart and works harder than anyone I have ever met---and that is his reputation in the community. And despite that winning record, he has to my personal knowledge, always clearly striven to stay well within the ethics rules applicable to all lawyers.

     The prosecution of Ken, and his co-defendants has, to me, a distinct odor of unfairness to it. The investigation was incredibly long, and the evidence produced was, as best I can tell, really weak when considering all of the resources that went into it. There is, indeed, a feeling in the community that the decision to go forward involved something more than the evaluation of that evidence. While the jury found him guilty of one count, it was on a very limited part of the totality of what the Government tried to sell to the jury. Moreover, that same jury acquitted both of the co-defendants on all counts. I was not counsel in the matter, but I have knowledge of some of the evidence and I believe there certainly are meritorious issues to be raised in post-trial motions and if necessary, to the Fourth Circuit.

     Mr. Ravenell has been under this cloud for years and yet, in all that time he has performed admirably and ethically as a lawyer. Indeed, I was involved in a very difficult and complicated civil matter with him while this cloud hung over him and I admired the way in which he successfully handled that case. With that kind of track record, under all of that pressure, I believe it to be a very good bet that there is no danger to the public in allowing him to continue his practice until the matter has been adjudicated on appeal.

Thank you for your consideration.

Very truly yours,

Gerard P. Martin

# EXHIBIT 70



# RENÉ C SWAFFORD, L.L.C.   LAW OFFICE

*Helping clients get second chances since 2000*

January 12, 2022

Court of Appeals of Maryland
361 Rowe Blvd.
Annapolis, Maryland 21401

Re:        U.S. v Kenneth W. Ravenell, Esq.
Case No.:  Misc. Docket No. 53

Dear Sir/Madame:

I am a Criminal Law practitioner with over twenty years of experience, within the State of Maryland, and I am writing to extend my fullest support for Kenneth W. Ravenell, Attorney-at-Law.

I have known Attorney Ravenell for two years. He is a dedicated public servant, exemplifying the best of us and our profession. He offers professional support to new attorneys with invaluable wisdom. He is honest, reliable, and trustworthy and holds a stellar reputation amongst his peers, as well as throughout our community as a whole.

Attorney Ravenell has a successful Criminal Law practice in Baltimore, Maryland, where he holds the absolute and total respect of not only the legal and law enforcement community, but also the clients he defends.

Two years ago, Attorney Ravenell graciously and without hesitation stepped forward to assist me on the highly visible case, i.e., Black et al v. Webster, IV et al, 1:20-cv-03644-CCB. Attorney Ravenell, without hesitation understood the Black family's cry for justice and accountability for the death of their 19 year old son, Anton Black, who was killed while in police custody. The Black family and I have the highest respect for Attorney Ravenell's skill and judgement.

As a practicing criminal attorney, the prosecution of Attorney Ravenell is extremely disconcerting and causes pause for many practicing criminal attorneys in the State of Maryland. I believe this prosecution was not only grossly unfair but it serves as a Jim Crow tactic to target African American professionals, in the legal field. Never in my over 20 years of litigation, have I ever seen a case where an overzealous prosecutor targets highly successful attorneys for representing their clients.

Based on what I know about this case, there are numerous meritorious issues for appeal, including but not limited to the failure to give proper jury instructions.

---

MAIL:
P.O. BOX 392
GREENSBORO, MD 21639

www.renelaw.com     410.482.4794

OFFICE:
118 MARKET ST., UNIT #B
DENTON, MD 21629

I believe sincerely and with all my heart that Attorney Ravenell possesses not only an excellent knowledge and respect of the law but also excellent communication skills and sound common sense. Attorney Ravenell is not only confident but comfortable with authority, as well as with himself. He is unafraid to recognize legal limitations and is able, without ego, to communicate the limitations to his clients.

Attorney Ravenell will not be a danger to the public if he is allowed to continue practicing law until this case is final. The Black family and i have great confidence in Attorney Ravenell. More importantly, to move forward on the Black's case without Attorney Ravenell would severely handicap our case, and deny justice to the Black family.

I am proud and honored to work with Attorney Kenneth W. Ravenell.

Most sincerely,

Rene' C. Swafford, Esq.

# EXHIBIT 71



UNIVERSITY OF
BALTIMORE

School of Law

1420 N. Charles St.
Baltimore, MD 21201-5779

T: 410.837.4468
F: 410.837.4450
law.ubalt.edu

Maryland Court of Appeals

361 Rowe Boulevard, Annapolis Maryland 21401

Re: Kenneth W. Ravenell

January 7, 2022

Honorable Judges,

I write this letter on behalf attorney Kenneth W. Ravenell who I have know since August of 1981 when we both began as students at the University of Maryland School of Law. We were in the same class section and had all of our first-year classes together. We were also assigned as Moot Court team partners during law school. Our professional interactions cover almost four decades from early work when he was a Baltimore City prosecutor and I was a Maryland public defender. Our encounters since have involved occasionally consulting on cases, law profession related activities and several social interactions. During this lengthy time period not only has he demonstrated outstanding character but I would describe his ethical conduct on matters of which I am personally aware as superior. His preparation, care for clients, candor and transparency have always been first rate. In my view, he presents no danger to the public while he appeals his conviction. His reputation for integrity and honesty are well known among his peers and I am certain he has conducted himself in full compliance with whatever guidance this court has set during the last several months while his trial was pending.

I do not take for granted the serious nature of the allegations against him nor the fact of his recent federal conviction. The jury that heard these matters also overwhelmingly acquitted all of his co-defendants of all charges and Mr. Ravenell of all but one. While it is not my role in this letter to argue the merits of his particular appeal, I will note that the case apparently raises issues surrounding attorney/client privilege, the prosecutions sponsoring evidence of convicted felons who were former clients, and the criminal investigation of lawyers representing other lawyers under suspicion. Such matters have grave consequences and should receive careful appellate scrutiny. Indeed, that review may well resolve serious concerns of due process and fundamental fairness. In the interim however, it is my view that Mr. Ravenell, with a stellar professional reputation other than this one pending incident, should be given the benefit of the doubt and be allowed to retain his law license pending appeal. I wish the court well in this important work.

Respectfully,

*Jose' Felipe' Anderson*

Jose' Felipe' Anderson

Professor of Law

410 428-0979

# EXHIBIT 72

NATHANS & BIDDLE, LLP

*Attorneys at Law*

*Larry A. Nathans*
*Email: nathans@nathanslaw.com*

January 12, 2022

The Honorable Judges of the Maryland Court of Appeals
361 Rowe Boulevard
Annapolis, Maryland 21401

     Re: Kenneth Ravenell

Dear Court of Appeals Judges,

     I am writing on behalf of Kenneth Ravenell. It is my understanding that Ken has received a show cause order from this court regarding his recent one count conviction in his federal trial. As the Court knows, after seven years of building a case against Ken, the jury rejected the Government's primary and most significant allegations against him. For the reasons suggested below, it is submitted that he should be allowed to practice law in Maryland until such time, if the time comes, that the Fourth Circuit affirms his conviction.

     I have known Ken for close to thirty years. During that time I have been involved in several cases in which we have represented co-defendants in Maryland state and federal courts and at least one matter in federal court in the District of Columbia. We have also been co-counsel for the same client in a few matters. I also represented Ken regarding his federal case in the early stages of the investigation. On a personal note, Ken was one of only a small number of attorneys that I invited to my wedding in late1996.

     Ken has always been a terrific lawyer. He is very smart, extremely hard working, and as a defense lawyer has always been a stout advocate for those facing criminal prosecution. When we have handled cases together, Ken has never suggested anything that was not legally or ethically appropriate or in the best interest of his clients.

     Since this investigation arose, Ken has honorably and successfully represented clients for over seven and a half years. He has maintained his integrity, worked hard, defended those who desperately needed his services and has been involved in some very meaningful civil rights litigation. In fact, my understanding is that several prominent judges and others recently testified as to their very positive personal opinions of Ken and his stellar reputation in the legal community.

Honorable Judges, Maryland Court of Appeals
January 12, 2021
page 2

Although I was not counsel in his trial, it is my understanding that there are likely significant and potentially legally meritorious issues related to his money laundering conviction.

Considering that the Government's primary allegations against Ken were unsuccessful, his excellent reputation and work prior to and subsequent to these allegations, and the real possibility of viable appeal claims, it is submitted that it would be appropriate for this Honorable Court to allow Ken to practice law until such time, if ever, that his conviction is affirmed by the Fourth Circuit Court of Appeals.

Ken is not a danger to anyone. In fact, he is the opposite. He is a testament to what the Sixth Amendment was meant to cover - a dedicated and aggressive advocate for those facing significant legal problems that only someone like Ken can adequately defend.

Very truly yours,

Larry Allen Nathans

# EXHIBIT 73

Elayne J. Berg, Esq
1198 NE 3rd Ave.
Boca Raton, FL  33432
Berg2040@verizon.net
410-916-6065

January 7, 2022

Court Of Appeals
Annapolis, MD

RE: Ken Ravenell

To Whom It May Concern,

I have known Ken Ravenell since the 1980's when I was an attorney in the Public Defender's Office of Baltimore City and Ken was in the State's Attorney's Office. Ken was a very bright attorney who was well thought of and found to be above reproach. Even though I am old enough to be his mother, we have remained friends throughout the years. I have followed his career and found him to be an honest caring person.

I have been involved with Dyslexia Tutoring Program for over 50 years because my four sons are all dyslexic. Our organization, Dyslexia Tutoring Program, has been in existence since the 1980's. We tutor inner city children how to read at absolutely no cost to them. I persuaded Ken to become a member of our Board even though he is not dyslexic and had no dyslexic members in his family. Through his diligence, Ken was able to raise funds for us from well known African Americans whom we previously had not been able to successfully approach. He was very well respected and appreciated for his efforts. Ken rose to the position to be our next Board Chairman until he resigned due to his indictment.

Knowing Ken as long as I have, I find it difficult to believe he would have done any of the things he was accused of doing. I know he was unfairly prosecuted. Although I am in Florida for the winter, I have been following this case through the Sunpapers and believe there are meritorious issues on which to base his appeal. Ken is definitely NOT a danger to the public. I firmly believe he should be allowed to continue practicing law until this case is final. If he is not permitted to continue the practice of law, it will be a financial hardship as well as a detriment to his clients.  It would also be a great loss to the community.

Thank you very much for your time.

Sincerely,

Elayne J. Berg

# EXHIBIT 74



**KIERNAN**

**TREBACH**

711 St. Paul Street
Baltimore, MD 21202
T: (410) 415-1666
F: (410) 415-1667
KiernanTrebach.com

January 5, 2022

Court of Appeals
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401

Re: Kenneth Ravenell, Esquire

Dear Chief Judge Getty and the Associate Judges of the Court of Appeals of Maryland:

I am reaching out to you concerning the status of Mr. Ravenell's privilege to continue to practice law in the State of Maryland. I am currently a member of the Maryland Bar and have been so since 1982. I have known Ken Ravenell for over 40 years. I met him in law school and have maintained a constant friendship with him since then. I have also followed closely his professional career. I know how hard he has worked to earn and maintain his sterling professional reputation. I can say without any reservation whatsoever that Ken is one of the finest people and attorneys I have had the pleasure of knowing.

I understand that this Court is duty bound to consider the suspension of Mr. Ravenell's license to practice given the recent developments relating to the criminal prosecution against him. While I will not take up this Court's time rehashing the entire prosecution and the reasons behind it, I suspect that no one on this bench that has followed these events is without some reservation as to its justification. I am sure that you are aware of the cries of overreaching and lack of justification that have become prevalent both during and after the investigation and actual prosecution.

Based upon what I know about the case having lived through it for the several years that it has been hanging over my friend's head, I believe it is without merit. I am confident that the appeal of the verdict will be successful. In my opinion, the suspension of Mr. Ravenell's license, even temporarily, is the only thing that the prosecutors gain in the end.

I know that this Court must consider suspension given recent events. I ask only that the Court consider Mr. Ravenell's personal and professional reputation and the fact that he certainly poses no threat to the general public, the legal community or anyone he comes to contact with in his professional capacity. In addition please consider that this proposed penalty can be revisited in the unlikely event that the upcoming appeal is unsuccessful. On the other hand, suspension at this time and before this case is fully litigated is unfair to Mr. Ravenell and his clients.

I greatly appreciate your taking the time to consider this letter.

/s/ Ronald M. Cherry
Ronald M. Cherry

CONNECTICUT | DISTRICT OF COLUMBIA | FLORIDA | MARYLAND | MASSACHUSETTS | NEW JERSEY | NEW YORK | PENNSYLVANIA | RHODE ISLAND | VIRGINIA

# EXHIBIT 75

BEVERLY FREELAND, ESQ.
P.O. BOX 422
4 TIMOTHYS GREEN COURT
BROOKLANDVILLE, MD 21022

January 12, 2022

To Whom It May Concern:

I met Kenneth Ravenell when I was an Assistant Public Defender in Baltimore City.  Our professional paths crossed when he became an Assistant States Attorney in Baltimore City.  We worked to serve justice in all respects.  Each of us had a job to do and in my thirty-four years of practice, I encountered many young attorneys who often put their ego before a civic and legal duty.  This was not the case with Kenneth Ravenell.  He always practiced in the most respectable manner.  There was never an issue regarding disclosure or transparency which ensured a fair trial.  He was beyond credible and I trusted him implicitly.  If he did not have a good case, he dropped it as he had an utmost respect for the law.

I have kept in touch with Mr. Ravenell since we first became acquainted and have followed his brilliant career.  I did not sit in the courtroom during his trial but followed it via the Baltimore Sunpaper.  From their reporting, I was shocked and dismayed that the jury did not acquit him of all counts.  From what I know about Ken and the allegations, it has appeared to me that the prosecution was determined to find wrongdoing when it did not exist.  This is what is meant about putting ego above the facts presented.

I believe from what I have read that there are meritorious issues that should be appealed and feel confident that Mr. Ravenell will be exonerated.

Mr. Ravenell, as you know from his record, was an excellent attorney and helped so many in their legal defense.  He is certainly not a danger to the public and I do hope you will consider allowing him to practice until this this case is final.  His not being able to do so, has already and will continue to be an emotional and financial hardship on him and his family.

Sincerely,

Beverly Freeland

# EXHIBIT 76

**CARDIN & GITOMER, P.A.**

ATTORNEYS AT LAW

309 ALLEGENY AVENUE

TOWSON, MARYLAND 21204

HOWARD L. CARDIN
JAMES J. GITOMER*
*ADMITTED IN MD AND NV
_____
JAN H.K. CARDIN
OF COUNSEL

**Received**   AREA CODE 410
727-3868
JAN 1 4 2022   FAX 783-0572

January 11, 2022

Suzanne C. Johnson, Clerk
Court of Appeals
of Maryland

Joseph M. Getty, Chief Judge
Court of Appeals of Maryland
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401

RE: Kenneth Ravenell

Dear Chief Judge Getty:

I have been requested to write to the Court of Appeals with reference Kenneth Ravenell, Esquire.

I have known Mr. Ravenell for over twenty (20) years. I first met him as an Assistant State's Attorney for Baltimore City. He was both passionate and honorable as a prosecutor. Thereafter, he began practicing as a defense attorney. He maintained both his passion and integrity when representing clients. In my opinion Mr. Ravenell has always conducted himself with honesty and integrity. I have never known him to practice law in any other way.

Although I am not personally familiar with his federal case it appears to me that there are several meritorious appellate issues. Under these circumstances it would be unfair to suspend his law license until there has been a final resolution of his case. In addition, if he is permitted to continue to practice, I can see no way he would pose a danger to the public.

Thank you for your attention to this matter.

Respectfully submitted,

James J. Gitomer

JJG/tdm

# EXHIBIT 77

# *PURPURA & PURPURA*

## *ATTORNEYS AT LAW*

### *THE BONAPARTE BUILDING*
*8 E. MULBERRY STREET*
*BALTIMORE, MARYLAND 21202*
*PHONE: 410-727-8550*
*FAX: 410-576-9351*

**William B. Purpura***
wpurpura@purpuralaw.com
* Admitted in MD, CA &
  US District Ct., DC

**Christopher J. Purpura**
cpurpura@purpuralaw.com

January 5, 2022

Honorable Joseph M. Getty, Chief Judge
Court of Appeals
Robert C. Murphy Courts of Appeal Building
361 Rowe Blvd.
Annapolis, MD 21401

   Re: Kenneth Wendell Ravenell, Esq.

Dear Chief Judge Getty:

  I respectfully write this letter in support of Mr. Kenneth W. Ravenell. I have known Mr. Ravenell for over twenty-five years: first when he served as an Assistant State's Attorney in Baltimore City and thereafter when he practiced as state and federal criminal defense attorney. I have had the privilege to both face him as an adversary and to serve alongside him as defense counsel. Simply put, Mr. Ravenell is the best of the best the bar has to offer. It is my opinion and the opinion of my colleagues that he is extremely talented, tenacious, and above all, meticulously prepared. Unfortunately, as is suspected by attorneys who monitored the trial, his success as a defense attorney may have caused him to be a target of "overzealous" federal prosecutors.

  My limited exposure to the trial was to listen to the character testimony of the Honorable Andre Davis. Mr. Ravenell appeared before Judge Davis when he presided in the District and Circuit Courts of Maryland, as well as the United States District Court of Maryland and the Fourth Circuit Court of Appeals. I believe Judge Davis spoke for all who know Mr. Ravenell when he described him as the very model of what a dedicated and zealous advocate should be.

  Mr. Ravenell is the opposite of a danger to the public; he is the public's protector. I urge this Honorable Court to allow him to practice until his appeal is fully litigated.

Respectfully

/s/


William B. Purpura

# EXHIBIT 78



SCHOCHOR, FEDERICO
AND STATON, P.A.

ATTORNEYS AT LAW

Scott P. Kurlander

January 10, 2022

To Whom It May Concern:

As an officer of the Court and one who recognizes the significant importance of practicing law both morally and ethically, I am writing to support my friend and colleague, Kenneth Ravenell, so as to avoid a potential decision that would affect the public at large as well as the legal profession in Maryland in general.

I have been practicing law in the State of Maryland for approximately 28 years and have encountered with relative infrequency, the number of lawyers I would personally refer a close family member or friend for legal services.  However, Mr. Ravenell would be one such attorney.  I have known Mr. Ravenell for approximately a decade and have had the privilege to co-counsel a relatively large, complex, catastrophic piece of civil litigation with him several years ago.  Mr. Ravenell not only is an intelligent, insightful, and an extremely zealous advocate for his clients, but he does so with great passion and keen awareness of the significant anxieties, sensitivities and emotions experienced by all litigants.  I have found Mr. Ravenell to be appropriately deferential to members of the judiciary and extremely collaborative with counsel, while maintaining both high ethical and moral standards.

As a member of the Maryland Bar, I have had the opportunity to be appointed to numerous committees and have faithfully served as an officer in many legal organizations throughout my career. This has included being appointed as both a Chairman and member of the Peer Review Panel process for the Attorney Grievance Commission of Maryland.  I have presided over numerous Panels wherein lawyers have been accused of committing ethical violations in the practice of law.  As a result, I do believe I possess qualifications and experience that allow me to place any friendship or any personal feelings aside and state that in my opinion, Mr. Ravenell would not be a danger to the public if he is allowed to practice law in the State of Maryland until his criminal case has concluded.

**Baltimore Office:** The Paulton • 1211 St. Paul Street • Baltimore, MD 21202 • Phone: 410-234-1000 • Fax: 410-234-1010
**Washington, DC Office:** 1050 Connecticut Avenue NW • Suite 500 • Washington, DC 20036 • Phone: 202-408-3300

Toll Free: 888-234-0001 • www.sfspa.com

In short, I would urge the Court to continue to allow Mr. Ravenell to practice law while his criminal case is still pending, and re-visit such a decision only upon the conclusion of that pending case.

Thank you.

With best regards, I remain,

Very truly yours,

Scott P. Kurlander

SPK/wmp

# EXHIBIT 79

 **NELSON MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Michael A. Brown
T 443.392.9401  F 443.392.9445
mike.brown@nelsonmullins.com

100 S Charles St, Suite 1600
Baltimore, MD 21201T 443.392.9400  F
443.392.9499
nelsonmullins.com

January 6, 2022

The Honorable Joseph M. Getty, Chief Judge
Court of Appeals
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401

Re:     *Kenneth Ravenell*

Dear Judge Getty

My name is Michael A. Brown.  I am a partner at the law firm of Nelson Mullins Riley & Scarborough.  I have known Kenneth Ravenell for over 25 years.  I have met Ken through various cases over the years, as well as organizations including the American College of Trial Lawyers, a distinguished organization in which Ken has been a longstanding member.  Ken is one of the finest lawyers, as well as one of the finest people I have ever known.

I must say that when I heard the verdict convicting Mr. Ravenell I was stunned.  It is completely unfair for a lawyer who was in the midst of performing legal services on behalf of a client under the attorney client privilege to be convicted for honoring that sacred privilege.  Based upon what I know about this case, its facts and the evidence, I believe there are numerous meritorious issues for appeal and am hopeful that justice is served and Mr. Ravenell's conviction is overturned.

Mr. Ravenell is not a danger to the public in any way and should be allowed to continue practicing law while this case is still pending.  This clear miscarriage of justice hopefully should be overturned and Ken Ravenell should be allowed to continue to practice law which he has conducted faithfully for decades.

Very truly yours,

Michael A. Brown

MAB/ksm

# EXHIBIT 80



**NELSON MULLINS**

NELSON MULLINS RILEY & SCARBOROUGH LLP
ATTORNEYS AND COUNSELORS AT LAW

Thurman Zollicoffer
T: 443.392.9419
thurman.zollicoffer@nelsonmullins.com

100 S Charles St, Suite 1600
Baltimore, MD 21201
T: 443.392.9400  F: 443.392.9499
nelsonmullins.com

January 6, 2022

The Honorable Joseph M. Getty, Chief Judge
Court of Appeals
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401

Re:   Kenneth Ravenell

Dear Judge Getty:

The circumstances that cause me to write you are grave and personal.   I write to you to lend my support and praise of a good man and great lawyer, Kenneth Ravenell.  I have known Kenneth my entire career.  Since 1989 I have known this man and frankly admired him as a lawyer. I count him as a friend and a mentor.  He has always carried himself with respect, dignity and always offered counsel when asked or when he thought it was appropriate.  As he rose from a humble prosecutor to one of the best lawyers in Maryland his demeanor and his approach to the sanctity of the law has never abated.

It is with this background that I approach the most recent events that have befallen him. I have watched from the sidelines as many have and wondered what the prosecution was doing.  The length of time of the investigation, the fits and starts, as a former prosecutor myself I was puzzled.  In fairness I cannot stand in their shoes, but I believe as many in the bar quietly whisper that this case and the way it was prosecuted may have created more than a few reversible errors.  This case was complicated and two of the defendants were exonerated completely.

It is readily expected that this case will be zealously appealed.   I offer no prognostication on the outcome but I would like to make one sincere request of the Court.  While this case meanders to some final outcome, please allow Kenneth Ravenell to continue to keep his license to practice law and continue to serve clients who desperately need his talents.  He believes in his innocence, as do many who know

CALIFORNIA | COLORADO | DISTRICT OF COLUMBIA | FLORIDA | GEORGIA | MARYLAND | MASSACHUSETTS | NEW YORK
NORTH CAROLINA | SOUTH CAROLINA | TENNESSEE | WEST VIRGINIA

Page 2

him and have had the privilege to practice with him.  That belief and his dedication to the law negate him being a risk to the public or to being able to continue to practice the craft to which he has dedicated his life.  If allowed to continue to practice he will not bring any shame upon this bar, and if he is vindicated the bar will have allowed him to salvage his life.

Very truly yours,

Thurman W. Zollicoffer, Jr.

# EXHIBIT 81

**The Law Offices of Peter S. Smith PLLC**

54 Main Street
P.O. Box 669
Northport, New York 11768
Phone: (631) 897-9374
Facsimile: (631) 610-3612
smithlawandinvestigations@gmail.com

January 7, 2022

Maryland Court of Appeals
361 Rowe Boulevard
Annapolis, MD 21401

Re: U.S. v. Kenneth W. Ravenell (1:19-cr-00449)

Dear Honorable Justices:

I write today to offer the Court a character reference for my longtime friend and co-counsel, Kenneth Ravenell. I have known Kenneth for over ten years and was fortunate to work beside him in two Federal trials, United States v. Rodney A. Morrison, 04-cr-699, 984 F.Supp. 2d 125 (E.D.N.Y. 2013), and United States v. Brooks, 872 f.3d 78 (2d Cir. 2017)(See, The Greatest Trial You've Never Heard Of, The Atlantic, by Andrew Cohen, May 25, 2010.

In preparing for the above trials, Kenneth mentored me on the importance of conducting impartial fact defense investigations. Previously, I had been fortunate to serve as a Nassau County, New York, Police Officer (Highway Patrol) and later as an Assistant District Attorney in the Suffolk County, New York, District Attorney's Office (Deputy Bureau Chief, Insurance Crimes). Prior to meeting Kenneth, I thought I worked hard, but working under his supervision taught me what it's like to have a *real* work ethic. We worked night and day and Kenneth never appeared tired. He stressed the importance of ethics and honesty in interviewing trial witnesses. I grew to admire Kenneth as probably the best criminal defense attorney in the U.S.

In closing, I join with many attorneys in their complaints that the above case should never have been brought and the unfairness of the prosecution. It is my belief that there are meritorious issues on appeal based upon what I know about the case, and it would be a great disservice to his many Clients who depend on him if the Court were to deny him the ability to continue his practice.

Respectfully submitted,

*Peter S. Smith*

Peter Sweitzer Smith, Esq.
(Admitted to practice in New York; the Southern District of New York, and the Eastern District of New York).

# EXHIBIT 82

# KALIOPE LAW, LLC

January 7, 2022

Court of Appeals of Maryland
Robert C. Murphy Courts of Appeal Building
361 Rowe Blvd.
Annapolis, MD 21401

Re:   Kenneth W. Ravenell, Character Letter

Honorable Court:

I am writing in support of my friend and colleague, Kenneth ('Ken') W. Ravenell. I respectfully request Ken be permitted to practice law pending the appeal of his criminal conviction.

I know firsthand why Ken is widely considered one of the best attorneys in Maryland. Ken and I met over 21 years ago, when I was a student at the University of Maryland School of Law. At that time, I served as a law clerk for another criminal defense attorney and met Ken for the first time in court. Upon graduating from law school, I served as a judicial law clerk to the Honorable John C. Themelis. Judge Themelis would often call me up to the bench during court hearings and tell me when I should pay closer attention to the argument before the Court or listen closely to the attorney presenting. He always noted I should observe Ken so that I would gain a better understanding of the application of the rules of evidence and the law. Ken has a distinguished presence in the courtroom. He is methodical when questioning witnesses, presents strong legal arguments and zealously represents his clients. I have the utmost respect for Ken as an attorney and an advocate.

I also have had a personal relationship with Ken and his wife Kaye for over 20 years. I consider both close and supportive friends. I was diagnosed with breast cancer in 2010. I had just started serving as Deputy Mayor of Economic and Neighborhood Development for Mayor Rawlings-Blake at the time of my diagnosis and the Baltimore Sun featured me in an article for a breast cancer event. I had not shared the news with many people as I was new into my diagnosis, having had several surgeries and had not yet started treatment. Ken was one of the first calls I received the morning the Sun article hit the press. He was shocked by the news and asked me what he could to help. He was someone who would frequently call just to check on me, sincere in his concern and offers of assistance. It meant a lot that he would take the time to call and always check in. That is just the type of person Ken is: loyal, dependable, and always willing to help.

Ken is not a danger to the public or a threat to the community. He is a family man, a friend, an attorney and an advocate. I know the Maryland Bar has been enriched by Ken's work and genius legal mind. I respectfully request this Honorable Court allow Ken to continue practicing law pending his appeal.

Thank you for your time and consideration. If you have any questions, please feel free to call me anytime.

Sincerely,

Kaliope Parthemos, Esq.

2772 Lighthouse Point East #100   Baltimore, MD 21224   443-708-8281   F: 443-914-2807

# EXHIBIT 83

SCHULMAN, HERSHFIELD & GILDEN, P.A.

ATTORNEYS AT LAW

ONE EAST PRATT STREET

SUITE 904

BALTIMORE, MARYLAND 21202

(410) 332-0850

(410) 659-0111

FAX (410) 332-0866

January 5, 2022

**Received**

JAN 1 0 2022

Suzanne C. Johnson, Clerk
Court of Appeals
of Maryland

Honorable Joseph M. Getty, Chief Judge
Robert C. Murphy Courts of Appeal Building
361 Rowe Boulevard
Annapolis, Maryland 21401

      Re:   Kenneth W. Ravenell

Dear Judge Getty:

      I have had the privilege to know Kenneth Ravenell both professionally and socially for over 30 years. Professionally, I had worked with Ken for approximately 20 years and found him to be one of the most completely trustworthy, diligent, and hardworking lawyers I have ever met. Ken has always been dedicated to his profession.

      Ken's character is beyond reproach. I have also had the opportunity to interact with Ken and his family during the many years I have known him. Ken is a devoted family man. He is gracious, kind, and dependable.

      Ken has a great gift in his knowledge of the law and its application. He exemplifies a consummate professional with his tenacity in the pursuit of justice, and dedication to what is fair and right.

      Ken came from a humble background and from his own tenacity and hard work he has been able to accomplish more than most attorneys I have known in the 54 years I have practiced law.

      I was very disheartened by the government's prosecution of Ken in this matter. I had previously represented the government's star witness and found him not to be credible.

      I believe there are meritorious issues for appeal based on what I have followed and read about this case. I would hope the Court of Appeals would allow Ken Ravenell to continue to

SCHULMAN, HERSHFIELD & GILDEN, P.A.

Honorable Joseph M. Getty, Chief Judge
Page 2

practice law until what I hope is a successful reversal on appeal. Ken would not be a danger to the public if permitted to maintain his license to continue his legal practice.

If there is any justice to be had in this matter, I am hoping that Ken Ravenell will prevail in the end. He is a good man.

Very truly yours,

Steve G. Gilden

SGG:pm

# EXHIBIT 84

**SILVERMAN THOMPSON**

Silverman Thompson Slutkin White

ATTORNEYS AT LAW

*A Limited Liability Company*
201 N. Charles Street
26th Floor
Baltimore, Maryland 21201
Telephone 410-385-2225
Facsimile  410-547-2432
silvermanthompson.com

*Baltimore | Towson | New York | Washington, DC*

Writer's Direct Contact:

Steven Silverman
410-385-2226
ssilverman@silvermanthompson.com

January 6, 2022

Hon. Joseph M. Getty, Chief Judge
Hon. Robert N. McDonald
Hon. Shirley M. Watts
Hon. Michele D. Hotten
Hon. Brynja M. Booth
Hon. Jonathan Biran
Hon. Steven B. Gould
Maryland Court of Appeals
Robert C. Murphy Court of Appeals Building
361 Rowe Boulevard
Annapolis, MD 21401

RE: Kenneth W. Ravenell, Esq.

Your Honors:

Please accept this letter in support of Kenneth Ravenell. I have known of Mr. Ravenell since the early 1990's when I served as an Assistant Public Defender in the Circuit Court for Baltimore City.  I saw him in court almost every day and I learned much from watching him defend clients in a wide variety of criminal cases. He was always the most prepared, competent, and able of trial lawyers in the city courts. Since that time, I have worked with him as co-counsel in numerous state and federal cases. Based on these interactions, I view Mr. Ravenell as a tremendous advocate for his clients and one of the most talented attorneys in Maryland. I hold him in the highest professional regard.

For these reasons, I respectfully suggest that Mr. Ravenell should be permitted to continue practicing law through the conclusion of the appellate process.

Sincerely,

Steven Silverman

# EXHIBIT 85

# SILVERMAN THOMPSON

### Silverman Thompson Slutkin White

#### ATTORNEYS AT LAW

*A Limited Liability Company*

201 N. Charles Street
26th Floor
Baltimore, Maryland 21201
Telephone 410.385.2225
Facsimile 410.547.2432
silvermanthompson.com

*Baltimore | Towson | New York | Washington, DC*

Writer's Direct Contact:

January 10, 2022

Honorable Joseph M. Getty, Chief Judge

Honorable Robert N. McDonald

Honorable Shirley M. Watts

Honorable Michele D. Hotten

Honorable Brynja M. Booth

Honorable Jonathan Biran

Honorable Steven B. Gould

Maryland Court of Appeals

Robert C. Murphy Courts of Appeal Building

361 Rowe Boulevard

Annapolis, Maryland 21401

RE: Kenneth W. Ravenell, Esquire

Dear Your Honors:

Please accept this letter in support of Mr. Kenneth W. Ravenell. I have known Mr. Ravenell since 2002 when I resigned from the Office of the Public Defender for Baltimore City to take an associate position with Mr. Ravenell's firm, Schulman, Treem, Kaminkow, Gilden & Ravenell, P.A. My employment with STKG&R consisted of daily contact with, and direct supervision by Mr. Ravenell representing criminal defense clients throughout Maryland in state and federal court. I reluctantly resigned from STKG&R in 2005, to pursue an opportunity at then Silverman, Thompson & White, LLC.

During my three years of working for Mr. Ravenell, and in the fifteen years since, I have seen Mr. Ravenell work as a tireless, zealous advocate for every single one of his clients. Mr. Ravenell insists on being the most prepared person in the room, for whatever case he may have.

Washington
1750 K Street NW, Suite 810
Washington, DC 20006

Towson
1 W Pennsylvania Ave, #905
Towson, MD 21204

New York
By Appointment Only
40 Exchange Pl, #1800
New York, NY 10005

Mr. Ravenell is one of best and brightest trial lawyers in Maryland, if not the country, and I have never seen him do anything but zealously represent his clients with the utmost professionalism.

While I did not attend Mr. Ravenell's trial last month, I do not believe the Government's prosecution of Mr. Ravenell, nor the jury's verdict, will affect Mr. Ravenell's ability to pursue his passion; being a lawyer, zealously advocating for his clients, and defending the constitutional rights of citizens accused of crimes.

For these reasons, I respectfully suggest that Mr. Ravenell be allowed to maintain his law license with the Court of Appeals as he pursues, what I understand to be very meritorious appellate issues.

Sincerely,

Creston P. Smith

# EXHIBIT 86



January 8, 2022

To The Honorable Judges of the Court of Appeals:

It is my honor to submit a letter on behalf of Ken Ravenell, Esq., who from my perspective is and has always been a good man! He is generous with his gifts and talents and has always strived to make a positive difference to our community.

I have known Mr. Ravenell since 1982 when I entered the University of Maryland Law School. Ken was in his second year, and he was always willing to assist the first-year students. I appreciate any assistance that I could receive, but particularly from someone like Ken, who was known to have a brilliant mind and was viewed as an excellent student. From time to time, I have spoken to Ken seeking his opinion and advice and he has always been generous with his time or directed me to someone who has the requisite expertise.

Over the years we have remained friends. Although we practiced in completely different subject areas, we have occasionally socialized together, I attended his weddings, I know his family, and I know that he is a man of faith. Ken is a good and decent man and a loving father. He has supported his family and has been caring. I believe him to be an honest and principled man. Thus, like so many other people, I was shocked about his charges, and even more disappointed when I heard of his conviction! It is hard for me to reconcile the man that I know versus the one portrayed by the prosecutors.

Ken is a gifted attorney and passionately defends the rights of anyone he represents. It is my understanding that there are meritorious issues for appeal. He should be permitted to utilize the legal process to conclusion and remain licensed until there is final resolution of this matter. Ken does not represent a danger to the public or a risk to our profession. Frankly, his talents remain needed! I would hope the Court will adequately weigh his many admirable years of practice against this unfortunate situation. Being an attorney

• 2228 Kaitlins Court, Ellicott City, MD 21043 • 410.227.7870 •

is what Ken was born to do and it is my deepest hope that he will be allowed to continue to practice law.

If I can be of any other assistance, or if you desire any further information, please feel free to contact me.

Sincerely,

Joanne S. Saunders-Brooks, Esq.

# EXHIBIT 87

Dear Court of Appeals,

My name is Mrs. Sharon Tserkis. I am writing to you in regards to my Attorney Kenneth Ravenell, who recently informed me of his conviction and the potential suspension of his license to practice law.  On December 14, 2015, my brother was shot and killed by several Baltimore County police officers in his home. Mr. Ravenell has been my Attorney representing our family in my brother's federal case since April 2018 (Jeffrey Evans v. Baltimore County, Case No.: 1:19-cv-00202-ELH). Firstly, I am writing to kindly plead for your consideration in granting leniency in allowing Mr. Ravenell to continue representing me and my family as he has been working with us for quite some time now. Secondly, I would also like to give the Court of Appeals insight as to what his representation means to our family, and to commend his character as he has always been 100% professional, steadfast and committed to us as he fought for our family's constitutional rights in our case.

As a United States citizen and a Registered Nurse by trade, at this point in time, I am now left with so much uncertainty and anxiety, because of the possibility of losing the legal representation of our Attorney Mr. Ravenell. I am asking for your support in mercifulness of our family's predicament. I am not an attorney and cannot complete this work already in process and need desperately Mr. Ravenell's continued assistance. Mr. Ravenell has been unyielding, true-blue, forthcoming, and committed to legally supporting us for four years. His track record speaks for itself as he has been diligent in showing care and conscientiousness in his duties in representing our family. I am hoping that consideration of his duration of time spent on our case, and his energy and honorable work ethic he has exhibited all throughout these last four years, would carry weight in allowing him to go forth and complete his job in representing us. I am asking earnestly that you would allow him to finish his work with our case taking into consideration our dilemma and his utmost competence and thoroughness. As a citizen, I hope that I would not be denied equal protection of the law as I hired someone whom I researched and who has the expertise at his craft. He has proven his expertise by successfully winning all the motions thus far in our case over the last four years. Our case is ongoing, and I still need his legal backing and support to finish up the litigation. It would be detrimental to my family and our case if we no longer had his legal expertise in helping us fight for our constitutional rights.

Therefore, could you please allow Mr. Ravenell to complete the work he started on our case four years ago? I appreciate your review of my request, and your consideration of his stellar professionalism in all matters of our federal case. It would seem unjust to lose his support at this point in time. Thank you from the bottom of our family's hearts!

With sincere gratitude,

Mrs. Sharon Tserkis