Norcom Inc. Griffin, GA 30224
Item #11076
MADE IN USA

0 26229 11076 4


Certified Fiber Sourcing
www.sfiprogram.org

**1 SUBJECT**
**70 Sheets**
**COLLEGE RULED**


GOVT. EXHIBIT NO. ___79a___
CASE NO. LO-19-0449_____
IDENTIFICATION_____
ADMITTED_____

Where we sit in Stars balance 245967 5
(Exp for this)
everything

6500 young P
3000 shortum
21500 K.d Zoo
1000 Pop JA
1000 Chinaman
1600 B/K card Rich ×tips
1500 Food Rd Zo TL
180000 Food Zo TL (FCM)
1000 Rish B/K card Tick o
20000 gave U in Stars
600 Fish Acc carkit
8000 Nowa Acc
2000 Vegas Rm (JA)
500 B/K card Food Tick
5000 Ram
7000 U/A
2000 Fish Acc P.O
2000 BK cord supply wee
500 B/K card food tick
98500 Fil Zo TK U (GB)
390 Toy B.U bow
5000 Step M Acc
200 km ringer
1800 Food Rd Zo TL Front
400 Rd TL mmoje
2000 MME Acc
3000 Pine Acc
180 wee owe →
5000 Nosie
1000 wee B/K card supply
400 Rd young Zo Pitts
800 Heat up Zop
381440

3500 B/K card
200 V
1000 Food Rd Rick TL
1500 young Rd N C /P Se dai
2000 Fis Acc
2000 B/K card Dog People
1000 Food Acc Extra
800 wee B/K car owe →
2200 Joke Rd light
300 young ihod 96
3000 V Pre / 1000 B/K card mm
78440 B contract U in TL
1000 B/K card my man U
36500 Brenda S C law
1500 Joke P 2500 n
4100 wheel 1000 wheel
1800 young Rd Zo P.I/g/TL
1100 Mary+Kor old lady
2000 MME Acc
1500 MME Acc T.K F light 2000
900 JDX CAI → owe
2000 nosie
120 Gas
1200 Food Acc Lik Zo TL
650 km /young pack Zo light
2000 V Rd Tick
10000 Ram
18000 Johnnie
5000 wheels
1500 Rich P
300 wee owe →
200 yong
179410

```
9575   order wir                400  Rm TL
14000  2 Acc for U (Sept 20)    200  Ride 2 church
1000   BlK card my man          700  fd pack
6200   Ftm                      8000 chirie (Feb)
6500   Blondie                  1000 Tis Tk 2 UH
500    BlK card wee ont tick Home  1000 Nosie ont TL
500    supply kids here         40000 Paster
1900   Ld Pits young            30000 Blondie 2 U/H
200    BlK card wee ont (Fowl)  1000 Lo BlK card
3700   wee Rest P               500  wee at end ex m/U
750    Sypply for kids          200  wee BlK card Sy Fwl
200    young owe                330  Bill up top
600    wee girl P               9000 marketing Acc
2300   up top                   1000 Box mB Acc
650    storage                  1500 Kid Acc 2 Travel
1000   oil up top               500  wu Tan people
450    Rd Pits Food             8000 Food . wm
1000   young Rd TL              1000 cw TL
6000   young /o                 3000 cw f TL
8000   Fowl P                   6500 young adwinin
5000   wheels                   1000 Buy Hammer
6000   Nosie                    1000 BlK Card Bx Rd 2ch
3000   BlK card dog people      300  BlK card Box Rd 2 wsr
2500   MmE Acc truck fee        9600 On Acc for H Party (Psot)
2400   Ash Tick $ P             4500 yoryo coys
500    young Rd NC              1500 mm Acc
400    Food Rd Pits             1000 Box
500    BlK card seen get tucks  1000 marketing Acc
7000   my man PmC Acc           3300 Acts up top
20000  order table              1000 Low BlK card chm
40000  Tis 2 U/H                200  wee BlK card Gat
10000  U TL                     500  wee GyArt P
32000  U/young TL              
       193445                   138730
```

5700

| | |
|---|---|
| 25000 | Ke Zo H |
| 40000 | S Z 4 |
| 60000 | yong Zo H |
| 46000 | Food Zo H |
| 4000 | v in H |
| 5000 | Noise Pud ave |
| 29000 | in Acc for Star  5000, 13000 |
| 100000 | Zo Apple |
| 1600 | O G Packet |
| 4500 | O.G Z get car/BANK |
| 15000 | Hux Zo H |
| 3500 | food in H |
| 3500 | BoX in H |
| 500 | we in H |
| 2300 | rent up top |
| 7900 | order w H |
| | yng Rm H |
| 500 | oil up top |
| 2000 | Pop Shop |
| 1500 | Barber shop |
| 5000 | wheels |
| 30000 | order Mble |
| 2500 | Acc Apple (Bond) |
| 1000 | Silk Rd Zo NY |
| 4700 | S Zo Migh Zo H |
| 3500 | T's secur |
| 5000 | wheels No Show |
| 4100 | Food Acc Lemix |
| 2000 | Acc Fr H |
| 300 | Gas |
| 20000 | Low Acc card |
| 1000 | B/K card Bow Back over war |
| **431200** | |

| | |
|---|---|
| 1000 | in Gas trucks H |
| 5440 | Blonde |
| 2000 | fam Z one |
| 1300 | FAM Lick Fr 3d lady |
| 8000 | chstve war |
| 2500 | B/K card Rd Fr war |
| 300 | Esting war B/K card |
| 400 | Rd Pit yng |
| 150 | N Ens, Blades |
| **3000** | **John Vegas** |
| 10000 | fam fam Ad bndy |
| 65000 | Montk'ch Acc Here |
| 1350 | B/K card ver Rat |
| 5500 | wce P 2000 |
| 350 | Zd/sf mm sis Zo Zo |
| 200 | mm sis Packet |
| 729 | order for mm come out |
| 400 | Rd Food Z Pits |
| 500 | Rd yng Z n c |
| 1000 | B/K card Box Bat |
| 9000 | my mans |
| 1300 | mm sis Acc |
| 1000 | food spend on charge Tek to H |
| 200 | food EX |
| 1500 | B/K card Box Zo H |
| 4500 | B/K card Dog People |
| 6000 | Noise |
| 500 | food Rd Pits |
| 500 | marly P |
| 55 | depot y wsl supply |
| 200 | B/K card Bow cable |
| 23000 | NY Acc church |
| **157474** | |

```
1000   your Rd TL
1000   cou Rd TL
5000   From Zo Yard
1000   U Here
1000   B/K card wee Dave
4000   Zo breeder for shines suite
10000  U Here
20000  Millinie
3000   cou P TL
65000  TL Acc for B/K card church
200    MME Rd Zo Bmore will V
5400   wheel for people
200    marty P
400    MME Zo got liue/Ray thu
5000   GT gave U
5550   Johnnie Vegas
3800   Insurance 2m
3000   change out
1000   S fam
1000   Supply dogs
100    clean/Ford Blonde
330    Bills up Top
500    young Rd NC
400    Food Pits
10000  Blondie/Acc
5000   Johnnie Vegas
10000  U Here
1000   Supply Roy
2000   B/K card we got lawy/come
1600   Blondie
4000   CHINAMAN Acc
300    Food Rd
171440
```

```
5000   Johnnie Vegas Troy
20000  shop B/K card Tigy
8500   B/K card wee Pat P
7500   Jam Jam Acc
7500   AL AL Acc
1000   Kid up Top
1000   Food Lil O
400    Young Rd Zo Pits
7500   Apply Acc
1000   MANS B/K card Tick Zo war
1000   MME Acc Rd Zo Bmore
5000   U Acc for U
2500   MME lawyer Acc
5000   ur people CC Acc
700    MME Acc Tick Zo TX
1000   cou Rd TL
33000  Truck
1000   Food Rd Zo TC
10000  Dog People
1000   MME Acc Tick for wife
9900   U gal Zo Sunshine
3000   cou P Zo TL
1750   Enta A Acc
3500   old lady
2500   Nosie school
8000   Apply Acc
7500   Jam Jam Acc
7500   AL AL Acc
1200   where House
5000   Johnnie Vegas
1000   B/K card we got over
8500   u got Acc wire
180950
```

APR

```
760    Zick young Zoh 150
560    B/K cord Food Hand
8000   young P.P
4000   wheels Acc
150000 young Zoh
1500   insurance cars
300    monthly
1000   Hood step
3000   change out
10000  Food P.P
4000   Nel Acc Tick light P
2500   Rd Tis Church
2500   P Tis
6500   Jom Jam Acc
4000   water project
7400   chastie
17000  v Rd Zoo q food
17000 { 6000 Brock
        4000 cc coca
        3000 order
        2700 order, 600 MME Acc
2500   wheels
2300   up Top R
20000  order /able
500    B/K cord turn on bills
300    all up top
510    storage
350    Exp Cd
100    fix light
400    Rd Pit S young
20000  order Total
3000   mountain Top Red Blud
1000   MME Acc
1000   V Acc
       291920
```

```
20000  order /able
1000   B/K cord Take care Red
1500   mx B/C
2300   Nel Zick light
1020   500 Box P.P
500    Girl @ HAND find
2500   change out
1000   MME Bag Boy
1500   Ref/gel car MME
10000  Food Rd Zo O
200    B/K cord wee girl kyd Zoy
1000   Hood step
1000   WareH Rent
10000  food total on O
8000   my man Acc P APR 11 +B/K cond
1000   wee was bill on
200    MME Acc Zick Zo crime
9000   Jhonie VEGAS
1000   union light Nel 20k
290    supply/cleaning for up top
2500   B/K cord for U
2500   Nel P
1500   Register
2000   change out
4000   U Here for Tis
500    wee P.P
15000  u Here
105000 u Here
2000   Tis Rd light
6000   give u
2000   MME/U Acc
1000   Hood Step
2000   Tis P
       291590
```

10000 U Here (mostly)
200 Cool lol Zoo Mojo
300 Nel lol Zoo Mojo
2800 Farm Tick Down
1000 N & Item Golf Tick H
60000 U To H
1000 Blk card wee Golf then thing
1000 U Golf All, Tick
1000 Blk cpd for H
13000 ABC Red
200 Food Ticks Hand
500 wee P.P → ave
200 wee Golf House
2500 wheels

① 
180000   (TL)*

② 
250000  + 110000 TL

③ 
160000, 16000, 65000, 20000, √40000 + 350000
= 790000

Kill time  ④ 
665000  +90000, 79000  = (16000) - 870000
         32000

⑤ 
695000  ⎤
        ⎥ together
⑥       ⎦
515000

⑦ 
870000

⑧ 
585000 + 230990 = 815910

⑨ Test (short)
260000

⑩ 475000 (short)

⑪ short
490000

5745
/
30213

RIPSIK MANUKYAN
2354972144

876 974 1509  Tay Boyle williams
            Nod super sad
  833 1073  (noel)

876 458 6275  Jaulawyer
443 277 0225  Al maw vic Boy