```
CHANG JEWELRY LLC  09-11                    65-270/550              1018
9722 GROFFS MILL DR., STE. 233              1000144015796
OWINGS MILLS, MD  21117                     DATE  5/20/13

PAY TO THE
ORDER OF  Freka Scott                              $ 9,000
nine thousand ———— 00/100                    DOLLARS

SunTrust      ACH RT 061000104
                                             [signed] Anchee Chang
MEMO _____

⑇055002707⑇ 1000144016796⑈  1018
```

4089931784

REQUEST 00006920753000000 9000.00
ROLL ECIA   20130520  000004089931784+
JOB ECIA  E  ACCT 0001000144016796
REQUESTOR A489247
18428060  08/11/2017 Research 18428402 HOGAN HISTORICAL: 000

Summons and Subpoenas Department
D1111-016
Charlotte NC 28201

| | |
|---|---|
| GOVT. EXHIBIT NO. | **82** |
| CASE NO. | LO-19-0449 |
| IDENTIFICATION | |
| ADMITTED | |