MARICOPA SHERIFF'S JAIL CALL TRANSCRIPTION

DATE: 02/22/2011
TIME: 16:06:19
INMATE: Richard Christopher Byrd
INMATE ID: P741203
NUMBER DIALED: 713-446-3084
DURATION: 12m

RB: Richard Byrd
SS: Stacie Stewart

---

**[1 min 39 sec]**

RB: Um, the address. What's the address again? I forgot – I don't know it.

SS: The who?

RB: Short man address. People's address.

SS: Um, short man. We got it written down in the car.

**[4 min 50 sec]**

SS: Ken just left. He got on the plane. We dropped him off.

RB: Ok.

**[11 min 25 sec]**

RB: So I feel good about everything after talking to the lawyer today.

SS: Ok.

RB: And I've seen n****s with worse shit then that and Ken, you know what I'm saying?

SS: Umm hmm, yea.

RB: He'll do what he do.  Feel me?

SS: Right.

RB: And I think Brian got some relationships that gonna be helpful.

SS: Oh, ok.  Oh he do?  Oh good.  That's why (unintelligible)

RB: Did you give him money?

SS: Yea, I gave him 10.

**[END]**

| | |
|---|---|
| GOVT. EXHIBIT NO. | 9 |
| CASE NO. | LO-19-0449 |
| IDENTIFICATION | |
| ADMITTED | |