**Heather Mangus**

| | |
|---|---|
| **From:** | do_not_reply_ft@pnc.com |
| **Sent:** | Friday, August 09, 2013 3:35 PM |
| **To:** | Heather Mangus; Beth Wybolt |
| **Subject:** | Payment Advice |

AUG  9, 2013     15:31:29.83     Payment Type: Incoming

TRN Seq Num:     20130809    00031595
Fed Ref Num:     0809B1QGC02C004475
Amount:          90,000.00

Originator:      XXXXX0021
                 CHASE MANHATTAN BANK
                 NEW YORK NY

                 .

Originator:      XXXXXXXX3165
                 PATRICK EMMY OKULLO
                 336 E 45TH ST
                 NEW YORK, NY 100173400

Sending Bank:

                 4387700221ES
                 DCD OF 13/08/09

Beneficiary:     XXXXXX9253/
                 MURPHY & FALCON PA
                 IOLTA CLIENT TRT FND
                 1 SOUTH ST FL 23
                 BALTIMORE  MD 21202-3298

Beneficiary:     XXXXX6923
                 MURPHBY AND FALCON PA

Currency Info:   USD         USD

GOVT. EXHIBIT NO. __**100**__
CASE NO. __LO-19-0449__
IDENTIFICATION _____
ADMITTED _____

1

SW-MFM-001142

KR-00003697

90,000.00      90,000.00
1.00000

This report includes items, received today but not yet posted. They are subject to verification and adjustment. In the event that your e-mail address should change, please call (1-800-762-9473) and select option #3. An operator will assist you to ensure this service is not interrupted.

The contents of this email are the property of PNC. If it was not addressed to you, you have no legal right to read it. If you think you received it in error, please notify the sender. Do not forward or copy without permission of the sender. This message may contain an advertisement of a product or service and thus may constitute a commercial electronic mail message under US Law. The postal address for PNC is 249 Fifth Avenue, Pittsburgh, PA 15222. If you do not wish to receive any additional advertising or promotional messages from PNC at this e-mail address, click here to unsubscribe.
https://pnc.p.delivery.net/m/u/pnc/uni/p.asp
By unsubscribing to this message, you will be unsubscribed from all advertising or promotional messages from PNC. Removing your e-mail address from this mailing list will not affect your subscription to alerts, e-newsletters or account servicing e-mails.

SW-MFM-001143

KR-00003698

## Heather Mangus

| | |
|---|---|
| **From:** | Ken Ravenell <kennethravenell@me.com> |
| **Sent:** | Friday, August 09, 2013 5:07 PM |
| **To:** | Heather Mangus |
| **Cc:** | Kenneth Ravenell; Beth Wybolt |
| **Subject:** | Re: Wire Received |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Completed |

Yes for Byrd criminal. Thanks
Kenneth W. Ravenell | Partner
**Murphy, Falcon & Murphy**

One South Street, 23rd Floor | Baltimore, MD 21202
MAIN | 410-951-8744  DIRECT | 410-951-8745 FAX | 410-539-6599
kenneth.ravenell@mfmrk.com | www.mfmrk.com

On Aug 9, 2013, at 4:42 PM, Heather Mangus wrote:

Ken,
   Today we received a wire from Patrick Okullo in the amount of $90,000. Is this one of your clients? Thanks!

Heather Mangus | Accounting Manager
**Murphy, Falcon & Murphy**

One South Street, 23rd Floor | Baltimore, MD 21202
MAIN | 410-951-8744  DIRECT | 410-951-8753  FAX | 410-630-3532
heather.mangus@mfmrk.com | www.mfmrk.com
<image001.gif><image002.gif><image003.png>

This e-mail, including any attachments, may contain information that is PRIVILEGED AND CONFIDENTIAL and protected by law from disclosure and is intended solely for the exclusive use of the recipient or the recipient's authorized agent. If you are not the intended recipient or the authorized agent of the recipient, you are hereby notified that any dissemination, copying, distribution, retention, re-transmission, printing or any other use of this e-mail or the information or attachments contained herein is strictly prohibited. If you have received this e-mail in error, please immediately send an e-mail reply to notify the sender and immediately and permanently delete this e-mail from your computer system. Thank you.

Internal Revenue Service regulations require that certain types of written advice include a disclaimer. To the extent the preceding message contains advice relating to a Federal tax issue, unless expressly stated otherwise the advice is not intended or written to be used, and it cannot be used by the recipient or any other taxpayer, for the purpose of avoiding Federal tax penalties, and was not written to support the promotion or marketing of any transaction or matter discussed herein.

1