IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> ) <br> ) <br> v. ) <br> ) <br> KENNETH W. RAVENELL, ) <br> ) <br> Defendant. ) <br> ) <br> ) | Criminal Action No. 1:19-cr-00449 <br> Hon. Liam O'Grady |

## ORDER

Is it hereby **ORDERED** that any evidence the parties wish to adduce on the issue of forfeiture in this case will be heard during the hearing scheduled for Wednesday, June 22nd, 2022 at 11:00am.

It is **SO ORDERED.**

June _13_, 2022  
Alexandria, Virginia

Liam O'Grady  
United States District Judge