UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| United States of America | * |
| | *   Case No.: 1:19-cr-00449 |
| v. | * |
| | * |
| Kenneth Ravenell | * |
| | * |
| Defendant. | * |
| | * |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### **DEFENDANT'S NOTICE OF APPEAL**

NOTICE IS HEREBY GIVEN that Defendant, Kenneth Ravenell, hereby appeals to the United States Court of Appeals for the Fourth Circuit from the Judgment entered in this action on June 22, 2022 (Dkt. 568).

[SPACE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| June 27, 2022 | Respectfully submitted, |
| | SCHULTE ROTH & ZABEL LLP |
| | */s/ Aislinn Affinito* |
| | _____ |
| | Peter H. White (D.C. Bar: 468746) (VA Bar: 32310) |
| | Aislinn Affinito (D.C. Bar: 1033700) (CA Bar: 300265) |
| | McKenzie Haynes (D.C. Bar: 1644567) (N.Y. Bar: 5683859) |
| | Schulte Roth & Zabel |
| | 901 Fifteenth Street, NW, Suite 800 |
| | Washington, DC 20005 |
| | pete.white@srz.com |
| | aislinn.affinito@srz.com |
| | mckenzie.haynes@srz.com |
| | *Attorneys for Kenneth Ravenell* |
| | |
| | Outlaw PLLC |
| | */s/ Lucius Outlaw* |
| | _____ |
| | Lucius T. Outlaw III (#20677) |
| | Outlaw PLLC |
| | 1351 Juniper St. NW |
| | Washington, DC 20012 |
| | (202) 997-3452 |
| | loutlaw3@outlawpllc.com |
| | *Attorney for Kenneth Ravenell* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 27th day of June, 2022, I caused a copy of Defendant's Notice of Appeal to be served via e-mail and ECF/PACER upon counsel for the United States of America. A true and correct copy was also filed in the District of Maryland.

/s/ Aislinn Affinito
_____
Aislinn Affinito
*Attorney for Kenneth Ravenell*

cc:

Leo Wise
Zachary Ray
Assistant United States Attorneys
36 South Charles Street, 4th Floor
Baltimore, Maryland 21201
(410) 209-4817
leo.wise@usdoj.gov
zachary.ray@usdoj.gov