UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | Case No.: 1:19-cr-00449 |
| v. | * | |
| | * | |
| KENNETH RAVENELL, | * | |
| | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 201.3, Aislinn Affinito of Schulte Roth & Zabel LLP moves for leave to withdraw as counsel for Defendant Kenneth Ravenell. Mr. Ravenell remains represented by lead counsel Peter White of Schulte Roth & Zabel LLP and Lucius Outlaw of Outlaw PLLC.

November 1, 2022

Respectfully submitted,

SCHULTE ROTH & ZABEL LLP

*/s/  Aislinn Affinito*

_____
Peter H. White (D.C. Bar: 468746) (VA Bar: 32310)
Aislinn Affinito (D.C. Bar: 1033700) (CA Bar: 300265)
McKenzie Haynes (D.C. Bar: 1644567) (N.Y. Bar: 5683859)
Schulte Roth & Zabel
901 Fifteenth Street, NW, Suite 800
Washington, D.C. 20005
pete.white@srz.com
aislinn.affinito@srz.com
mckenzie.haynes@srz.com
*Attorneys for Kenneth Ravenell*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 1st day of November, 2022, I caused a copy of this Motion for Leave to Withdraw as Counsel to be served upon counsel for the United States of America via ECF, and that true and correct copies of the filing are available to all parties through ECF or Pacer.

*/s/ Aislinn Affinito*

_____

Aislinn Affinito
*Attorney for Kenneth Ravenell*