IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. LO:19cr0449 |
| | ) |
| KENNETH RAVENELL | ) |
| | ) |
| Defendant | ) |

ORDER

Before the Court is the Motion for Leave to Withdraw as Counsel for the Defendant, Kenneth Ravenell (Dkt. 595) filed by Aislinn Affinito. Good cause being shown, the motion is **GRANTED.**

It is **ORDERED** that Aislinn Affinito is hereby granted leave to withdraw as counsel for the Defendant Kenneth Ravenell.

_____
Liam O'Grady
United States District Judge

November 22, 2022