IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CRIMINAL NO. LO-19-0449 |
| | * | |
| KENNETH WENDELL RAVENELL, et al. | * | |
| | * | |

*******

## MOTION TO WITHDRAW AS ATTORNEYS

Please withdraw the appearances of Leo Wise, Assistant United States Attorney; Derek Hines, Special Assistant United States Attorney; and Zachary Ray, Special Assistant United States Attorney; on behalf of the United States as counsel in the above-referenced matter. These individuals have gone on detail elsewhere or have returned to their respective offices.

Respectfully submitted,

Erek L. Barron
United States Attorney

By: /s/
Brandon Moore
Assistant United States Attorney

ORDERED as prayed, this 27 day of June, 2023.

_____
Honorable Liam O'Grady
United States District Judge